**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| MHG HOTELS, LLC.; JALI, LLC; | ) | |
| HOTELS OF SPEEDWAY, LLC; | ) | |
| HOTELS OF DEERFIELD, LLC; | ) | USDC Case No.    1:20-cv-1620 |
| MOTELS OF NOBLESVILLE, LLC; | ) | |
| MOTELS OF AVON, LLP; | ) | |
| MOTELS OF FISHERS, LLP; | ) | |
| MOTELS OF INDIANAPOLIS, LLP; | ) | |
| NATVER, LLP; MOTELS OF SEYMOUR, LLP; | ) | |
| SRI-RAM, INC.; SIVA, INC.; HIREN, LLP; | ) | |
| IDM, LLC; MOTELS OF NOBLESVILLE 2, LLP; | ) | |
| NEAL LODGING, LLC; | ) | |
| MOTELS OF NORTH AURORA, LLP; | ) | |
| RANJAN, LLC; MOTELS OF BLOOMINGTON, LLC;) | | |
| RAVI, LLC; HOTELS OF STAFFORD, LLP; | ) | |
| APPLETREE HOSPITALITY, LLC; | ) | |
| EMERALD HOTELS INVESTMENTS, LLC; | ) | |
| GOURLEY PIKE LODGING, LLC; | ) | |
| HOTELS OF DEERFIELD BEACH, LLC; | ) | |
| MOTELS OF SUGARLAND, LLP | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | *Removed from Marion Superior Court* |
| | ) | *Cause No. 49D06-2005-CT-015059* |
| EMC Risk Services, LLC, | ) | |
| Defendant | ) | |

## <u>NOTICE OF REMOVAL</u>

Pursuant to 28 U.S.C. § 1332(a)(1), 1441(a) and 1446, Defendant, EMC Risk Services,

LLC, by and through its undersigned counsel, HeplerBroom, LLC hereby removes this action from

the Marion County Superior Court sitting in Indianapolis, Indiana to the United States District

Court for the Southern District of Indiana. Removal is warranted under 29 U.S.C. §1441 because

this Court has original jurisdiction under 28 U.S.C. § 1332 as there is complete diversity of the

parties and the amount in controversy exceeds $75,000.00. In support of its Notice of Removal,

Defendant states as follows:

## BACKGROUND

1.     On May 1, 2020, Plaintiffs, MHG Hotels, LLC; JALI, LLC; Hotels of Speedway, LLC; Hotels of Deerfield, LLC; Motels of Noblesville, LLC; Motels of Avon, LLP; Motels of Fishers, LLP; Motels of Indianapolis, LLP; Natver, LLP; Motels of Seymour, LLP; SRI-RAM, INC.; SIVA, INC.; HIREN, LLP; IDM, LLC; Motels of Noblesville 2, LLP; Neal Lodging, LLC; Motels of North Aurora, LLP; Ranjan, LLC; Motels of Bloomington, LLC; Ravi, LLC; Hotels of Stafford, LLP; Appletree Hospitality, LLC; Emerald Hotel Investments, LLC incorrectly named as Emerald Hotels Investments, LLC; Gourley Pike Lodging, LLC; Hotels of Deerfield, LLC, Hotels of Deerfield Beach, LLC; and Motels of Sugarland, LLP (collectively, "Plaintiffs") filed Cause Number 49D06-2005-CT-015059 in the Superior Court of Marion County, Indiana. (A true and accurate copy of the Complaint is attached with the complete State Court Record and incorporated as Ex. A).

2.     In their Complaint, Plaintiffs allege causes of action against EMC Risk Services, LLC ("EMC") for breach of contract, bad faith and fraudulent misrepresentation relative to an alleged March 23, 2020 claim requesting coverage for alleged business interruption losses and resulting claim for benefits under Policy No. 5W4-85-44-20 and Policy No. 5T4-85-44-20 (collectively, "Policies"). (True and accurate copies of the Policies are attached and incorporated as Ex. B and Ex. C.)

3.     EMC has not filed a responsive pleading prior to filing this Notice of Removal.

## PROCEDURAL REQUIREMENTS FOR REMOVAL

4.     The Superior Court of Marion County, Indiana, the Court in which this action is pending, is located within the jurisdiction of the United States District Court for the Southern

District of Indiana. *See* 28 U.S.C. § 94(b)(1). Venue is therefore proper in this Court, pursuant to 28 U.S.C. § 1441(a).

5.     Pursuant to the provisions of 28 U.S.C. § 1446(d), EMC will promptly file a copy of this Notice of Removal with the clerk for the Superior Court of Marion County, and will serve a copy of the same upon Plaintiffs' counsel.

6.     Pursuant to 28 U.S.C. § 1446(a), a full copy of the State Court file, including all process, pleadings and orders that have been served upon Defendants – is attached as Ex. A. Pursuant to Local Rule 81-2(c), an additional copy of the operative Complaint is attached as a separate exhibit – Ex. EE.

## COMPLETE DIVERSITY OF CITIZENSHIP EXISTS

7.     "For diversity jurisdiction purposes, the citizenship of an LLC is the citizenship of each of its members." *Thomas v. Guardsmark, LLC*, 487 F.3d 531, 534 (7th Cir. 2007).

8.     "It is well established that LLPs, like general and statutory limited partnerships and limited liability corporations (LLCs), take the citizenship of each constituent partner or 'member.'" *Intra American Metals, Inc. v. Certain Underwriters at Lloyd's London,* 2014 WL 545899, *4 (S.D. Ind. Feb. 7, 2014)(citing *Handelsman v. Bedford Village Associates Ltd. Partnership*, 213 F.3d 48, 51 (2nd Cir. 2014)).

9.     "An individual [] is a citizen of the state where he is domiciled, which is 'the place one intends to remain.'" *Broadwater v. Heidtman Steel Products, Inc*., 300 F.Supp. 671,672 (S.D. Ill. 2003)(quoting *Dakuras v. Edwards*, 312 F.3d 256, 258 (7th Cir. 2002). "Domicile generally has two elements: (1) physical presence or residence in a state, and (2) an intent to remain in the state. *Transvision Technologies Holding, Inc. v. Knight,* 2005 WL 2246316, *2 (S.D. Ind. Sept. 15, 2005)(citing *Denlinger v. Brennan*, 87 F.3d 214, 216 (7th Cir. 1996)).

10.     Businesses, whether incorporated or unincorporated, "are deemed to be citizens of the state in which they are incorporated and of the state in which they have their principal place of business." *Northern Trust Co. v. Bunge Corp.*, 899 F.2d 591, 594 (7th Cir. 1990).

11.     "Principal place of business" refers to the place where a corporation's officers direct, control, and coordinate the corporation's activities.  *Hertz Corp. v. Friend*, 559 U.S. 77, 93 (2010). It should normally be the place where the corporation maintains its headquarters— provided that the headquarters is the actual center of direction, control, and coordination, *i.e.,* the "nerve center," and not simply an office where the corporation holds its board meetings. *Id.*

## CITIZENSHIP OF PLAINTIFFS

12.     The Plaintiffs in this action are fourteen (14) limited liability companies, ten (10) limited liability partnerships and two (2) Indiana corporations.   All of the members of the Plaintiffs' limited liability companies and partnerships are citizens of the State of Indiana or the State of Florida.

### A.     MHG HOTELS, LLC

13.     At all times relevant, Plaintiff, MHG Hotels, LLC was a limited liability company organized and existing under the laws of the State of Florida, with its principal place of business located at 12680 NW 65th Drive, Parkland, Florida 33076.  (*See* true and accurate copies of the Indiana Secretary of State and Florida Department of State, Division of Corporations records attached and incorporated as Group Ex. D).

14.     At all times relevant, MHG Hotels, LLC had one member:

a. Sanjay Patel

15.     At all times relevant, Sanjay Patel was a citizen of the State of Florida who maintained his permanent residence in Florida.  At all times relevant, Sanjay Patel owned business

4

and personal property in the State of Florida.  At all times relevant, Sanjay Patel maintained his domicile in Florida and was and is a Florida citizen and domiciliary.

**B.    Jali, LLC**

16.    At all times relevant, Plaintiff, Jali, LLC was a limited liability company organized and existing under the laws of the State of Indiana, with its principal place of business located at 1220 Brookville Way, Indianapolis, Indiana 46239.  (Ex. A, ¶ 1; *see also* true and accurate copies of the Indiana Secretary of State records attached and incorporated as Group Ex. E).

17.    At all times relevant, Jali, LLC had one member:

a. Sanjay Patel

18.    At all times relevant, Sanjay Patel was a citizen of the State of Florida who maintained his permanent residence in Florida.  At all times relevant, Sanjay Patel owned business and personal property in the State of Florida.  At all times relevant, Sanjay Patel maintained his domicile in Florida and was and is a Florida citizen and domiciliary.

**C.    Hotels of Speedway, LLC**

19.    At all times relevant, Plaintiff, Hotels of Speedway, LLC was a limited liability company organized and existing under the laws of the State of Indiana, with its principal place of business located at 1220 Brookville Way, Indianapolis, Indiana 46239.  (Ex. A, ¶ 1; *see also* true and accurate copies of the Indiana Secretary of State records attached and incorporated as Group Ex. F).

20.    At all times relevant, Hotels of Speedway, LLC had two members:

a. TPAT, LLC

b. Paradigm Speedway Hotel, LLC

21.    At all times relevant, TPAT, LLC was a limited liability company organized and existing under the laws of the State of Indiana, with its principal place of business located at 1220

Brookville Way, Indianapolis, Indiana 46239.   (*See* true and accurate copies of the Indiana Secretary of State records attached and incorporated as Group Ex. F(a)).

22.     At all times relevant, TPAT, LLC had three members:

a. Sanjay Patel

b. Hiren Patel

c. Neal Patel

23.     At all times relevant, Sanjay Patel was a citizen of the State of Florida who maintained his permanent residence in Florida. At all times relevant, Sanjay Patel owned business and personal property in the State of Florida.  At all times relevant, Sanjay Patel maintained his domicile in Florida and was and is a Florida citizen and domiciliary.

24.     At all times relevant, Hiren Patel was a citizen of the State of Indiana who maintained his permanent residence in Indiana.  At all times relevant, Hiren Patel owned business and personal property in the State of Indiana.  At all times relevant, Hiren Patel maintained his domicile in Indiana and was and is an Indiana citizen and domiciliary.

25.     At all times relevant, Neal Patel was a citizen of the State of Indiana who maintained his permanent residence in Indiana.  At all times relevant, Neal Patel owned business and personal property in the State of Indiana.  At all times relevant, Neal Patel maintained his domicile in Indiana and was and is an Indiana citizen and domiciliary.

26.     At all times relevant, Paradigm Speedway Hotel, LLC was a limited liability company organized and existing under the laws of the State of Indiana, with its principal place of business located at 1220 Brookville Way, Indianapolis, Indiana 46239.  (*See* true and accurate copies of the Indiana Secretary of State records attached and incorporated as Group Ex. F(b)).

27.     Under information and belief, at all times relevant, Paradigm Speedway Hotel, LLC had one member:

a. Sanjay Patel

28.     At all times relevant, Sanjay Patel was a citizen of the State of Florida who maintained his permanent residence in Florida.  At all times relevant, Sanjay Patel owned business and personal property in the State of Florida.  At all times relevant, Sanjay Patel maintained his domicile in Florida and was and is a Florida citizen and domiciliary.

### D.     Hotels of Deerfield, LLC

29.     At all times relevant, Plaintiff, Hotels of Deerfield, LLC is a limited liability company organized and existing under the laws of the State of Indiana, with its principal place of business located at 1220 Brookville Way, Indianapolis, Indiana 46239.  (Ex. A, ¶ 1; *see also* true and accurate copies of the Indiana Secretary of State records attached and incorporated as Group Ex. G).

30.     At all times relevant, Hotels of Deerfield, LLC had three members:

a. Sanjay Patel;

b. Hiren Patel; and

c. Neal Patel.

31.     At all times relevant, Sanjay Patel was a citizen of the State of Florida who maintained his permanent residence in Florida.  At all times relevant, Sanjay Patel owned business and personal property in the State of Florida.  At all times relevant, Sanjay Patel maintained his domicile in Florida and was and is a Florida citizen and domiciliary.

32.     At all times relevant, Hiren Patel was a citizen of the State of Indiana who maintained his permanent residence in Indiana.  At all times relevant, Hiren Patel owned business and personal property in the State of Indiana.  At all times relevant, Hiren Patel maintained his domicile in Indiana and was and is an Indiana citizen and domiciliary.

33. At all times relevant, Neal Patel was a citizen of the State of Indiana who maintained his permanent residence in Indiana. At all times relevant, Neal Patel owned business and personal property in the State of Indiana. At all times relevant, Neal Patel maintained his domicile in Indiana and was and is an Indiana citizen and domiciliary.

### E. Motels of Noblesville, LLC

34. At all times relevant, Plaintiff, Motels of Noblesville, LLC was a limited liability company organized and existing under the laws of the State of Indiana, with its principal place of business located at 1220 Brookville Way, Indianapolis, Indiana 46239. (Ex. A, ¶ 1; *see also* true and accurate copies of the Indiana Secretary of State records attached and incorporated as Group Ex. H).

35. At all times relevant, Motels of Noblesville, LLC had two members:

    a. Sanjay Patel;

    b. Hiren Patel

36. At all times relevant, Sanjay Patel was a citizen of the State of Florida who maintained his permanent residence in Florida. At all times relevant, Sanjay Patel owned business and personal property in the State of Florida. At all times relevant, Sanjay Patel maintained his domicile in Florida and was and is a Florida citizen and domiciliary.

37. At all times relevant, Hiren Patel was a citizen of the State of Indiana who maintained his permanent residence in Indiana. At all times relevant, Hiren Patel owned business and personal property in the State of Indiana. At all times relevant, Hiren Patel maintained his domicile in Indiana and was and is an Indiana citizen and domiciliary.

### F. IDM, LLC

38. At all times relevant, Plaintiff, IDM, LLC was a limited liability company organized and existing under the laws of the State of Indiana, with its principal place of business

located at 1220 Brookville Way, Indianapolis, Indiana 46239.  (Ex. A, ¶ 1; *see also* true and accurate copies of the Indiana Secretary of State records attached and incorporated as Group Ex. I).

39.     At all times relevant, IDM, LLC had one member:

a. Sanjay Patel

40.     At all times relevant, Sanjay Patel was a citizen of the State of Florida who maintained his permanent residence in Florida.  At all times relevant, Sanjay Patel owned business and personal property in the State of Florida.  At all times relevant, Sanjay Patel maintained his domicile in Florida and was and is a Florida citizen and domiciliary.

## G.     Neal Lodging, LLC

41.     At all times relevant, Plaintiff, Neal Lodging, LLC was a limited liability company organized and existing under the laws of the State of Indiana, with its principal place of business located at 1220 Brookville Way, Indianapolis, Indiana 46239.  (Ex. A, ¶  1; *see also* true and accurate copies of the Indiana Secretary of State records attached and incorporated as Group Ex. J).

42.     At all times relevant, Neal Lodging, LLC had one member:

a. Sanjay Patel.

43.     At all times relevant, Sanjay Patel was a citizen of the State of Florida who maintained his permanent residence in Florida.  At all times relevant, Sanjay Patel owned business and personal property in the State of Florida.  At all times relevant, Sanjay Patel maintained his domicile in Florida and was and is a Florida citizen and domiciliary.

## H.     Ranjan, LLC

44.     At all times relevant, Plaintiff, Ranjan, LLC was a limited liability company organized and existing under the laws of the State of Indiana, with its principal place of business

located at 1220 Brookville Way, Indianapolis, Indiana 46239. (Ex. A, ¶ 1; *see also* true and accurate copies of the Indiana Secretary of State records attached and incorporated as Group Ex. K).

45. At all times relevant, Ranjan, LLC had three members:

a. Sanjay Patel

b. Hiren Patel

c. Neal Patel

46. At all times relevant, Sanjay Patel was a citizen of the State of Florida who maintained his permanent residence in Florida. At all times relevant, Sanjay Patel owned business and personal property in the State of Florida. At all times relevant, Sanjay Patel maintained his domicile in Florida and was and is a Florida citizen and domiciliary.

47. At all times relevant, Hiren Patel was a citizen of the State of Indiana who maintained his permanent residence in Indiana. At all times relevant, Hiren Patel owned business and personal property in the State of Indiana. At all times relevant, Hiren Patel maintained his domicile in Indiana and was and is an Indiana citizen and domiciliary.

48. At all times relevant, Neal Patel was a citizen of the State of Indiana who maintained his permanent residence in Indiana. At all times relevant, Neal Patel owned business and personal property in the State of Indiana. At all times relevant, Neal Patel maintained his domicile in Indiana and was and is an Indiana citizen and domiciliary.

## I. Motels of Bloomington, LLC

49. At all times relevant, Plaintiff, Motels of Bloomington, LLC was a limited liability company organized and existing under the laws of the State of Indiana, with its principal place of business located at 1220 Brookville Way, Indianapolis, Indiana 46239. (Ex. A, ¶ 1; *see also* true

and accurate copies of the Indiana Secretary of State records attached and incorporated as Group Ex. L).

50.    At all times relevant, Motels of Bloomington, LLC had two members:

a. Sanjay Patel

b. Walnut Holdings, Inc.

51.    At all times relevant, Sanjay Patel was a citizen of the State of Florida who maintained his permanent residence in Florida. At all times relevant, Sanjay Patel owned business and personal property in the State of Florida. At all times relevant, Sanjay Patel maintained his domicile in Florida and was and is a Florida citizen and domiciliary.

52.    At all times relevant, Walnut Holdings was a corporation organized and existing under the laws of the State of Indiana, with its principal place of business located at 1128 S. College Mall Rd., Bloomington, Indiana 47401. (*See* true and accurate copies of the Indiana Secretary of State records attached and incorporated as Group Ex. L(a)).

**J.    Ravi, LLC**

53.    At all times relevant, Plaintiff, Ravi, LLC was a limited liability company organized and existing under the laws of the State of Indiana, with its principal place of business located at 1220 Brookville Way, Indianapolis, Indiana 46239. (Ex. A, ¶ 1; *see also* true and accurate copies of the Indiana Secretary of State records attached and incorporated as Group Ex. M).

54.    At all times relevant, Ravi, LLC had three members:

a. Sanjay Patel

b. Hiren Patel

c. Neal Patel

55.    At all times relevant, Sanjay Patel was a citizen of the State of Florida who maintained his permanent residence in Florida. At all times relevant, Sanjay Patel owned business

11

and personal property in the State of Florida.  At all times relevant, Sanjay Patel maintained his domicile in Florida and was and is a Florida citizen and domiciliary.

56.     At all times relevant, Hiren Patel was a citizen of the State of Indiana who maintained his permanent residence in Indiana.  At all times relevant, Hiren Patel owned business and personal property in the State of Indiana.  At all times relevant, Hiren Patel maintained his domicile in Indiana and was and is an Indiana citizen and domiciliary.

57.     At all times relevant, Neal Patel was a citizen of the State of Indiana who maintained his permanent residence in Indiana.  At all times relevant, Neal Patel owned business and personal property in the State of Indiana.  At all times relevant, Neal Patel maintained his domicile in Indiana and was and is an Indiana citizen and domiciliary.

## K.     Appletree Hospitality, LLC

58.     At all times relevant, Plaintiff, Appletree Hospitality, LLC was a limited liability company organized and existing under the laws of the State of Indiana, with its principal place of business located at 1220 Brookville Way, Indianapolis, Indiana 46239.  (Ex. A, ¶ 1; *see also* true and accurate copies of the Indiana Secretary of State records attached and incorporated as Group Ex. N).

59.     At all times relevant, Appletree Hospitality, LLC had two members:

    a.     Dinesh Patel

    b.     Jaymil Patel

60.     Upon information and belief, at all times relevant, Dinesh Patel was a citizen of the State of Indiana who maintained his permanent residence in Indiana.  At all times relevant, Dinesh Patel owned business and personal property in the State of Indiana.  At all times relevant, Dinesh Patel maintained his domicile in Indiana and was and is an Indiana citizen and domiciliary.

61.     Upon information and belief, at all times relevant, Jaymil Patel was a citizen of the State of Indiana who maintained his permanent residence in Indiana.  At all times relevant, Jaymil Patel owned business and personal property in the State of Indiana.  At all times relevant, Jaymil Patel maintained his domicile in Indiana and was and is an Indiana citizen and domiciliary.

**L.      Emerald Hotels Investments, LLC**

62.     At all times relevant, Plaintiff, Emerald Hotels Investments, LLC, incorrectly named as Emeralds Hotels Investments, LLC, was a limited liability company organized and existing under the laws of the State of Indiana, with its principal place of business located at 1220 Brookville Way, Indianapolis, Indiana 46239.  (Ex. A, ¶ 1; *see also* true and accurate copies of the Indiana Secretary of State records attached and incorporated as Group Ex. O).

63.     At all times relevant, Emerald Hotel Investments, LLC had one member:

a. Sanjay Patel

64.     At all times relevant, Sanjay Patel was a citizen of the State of Florida who maintained his permanent residence in Florida.  At all times relevant, Sanjay Patel owned business and personal property in the State of Florida.  At all times relevant, Sanjay Patel maintained his domicile in Florida and was and is a Florida citizen and domiciliary.

**M.      Gourley Pike Lodging, LLC**

65.     At all times relevant, Plaintiff, Gourley Pike Lodging, LLC was a limited liability company organized and existing under the laws of the State of Indiana, with its principal place of business located at 1220 Brookville Way, Indianapolis, Indiana 46239.  (Ex. A, ¶ 1; *see also* true and accurate copies of the Indiana Secretary of State records attached and incorporated as Group Ex. P).

66.     At all times relevant, Gourley Pike Lodging, LLC had three members:

a. Sanjay Patel

b. Hiren Patel

c. Neal Patel

67.     At all times relevant, Sanjay Patel was a citizen of the State of Florida who maintained his permanent residence in Florida.  At all times relevant, Sanjay Patel owned business and personal property in the State of Florida.  At all times relevant, Sanjay Patel maintained his domicile in Florida and was and is a Florida citizen and domiciliary.

68.     At all times relevant, Hiren Patel was a citizen of the State of Indiana who maintained his permanent residence in Indiana.  At all times relevant, Hiren Patel owned business and personal property in the State of Indiana.  At all times relevant, Hiren Patel maintained his domicile in Indiana and was and is an Indiana citizen and domiciliary.

69.     At all times relevant, Neal Patel was a citizen of the State of Indiana who maintained his permanent residence in Indiana.  At all times relevant, Neal Patel owned business and personal property in the State of Indiana.  At all times relevant, Neal Patel maintained his domicile in Indiana and was and is an Indiana citizen and domiciliary.

## N.     Hotels of Deerfield Beach, LLC

70.     Upon information and belief, at all times relevant, Hotels of Deerfield Beach, LLC, was a limited liability company organized and existing under the laws of the State of Indiana, with its principal place of business located at 1220 Brookville Way, Indianapolis, Indiana 46239.  (Ex. A, ¶ 1; *see also* true and accurate copies of the Indiana Secretary of State records attached and incorporated as Group Ex. Q).

71.     Upon information and belief, at all times relevant, Hotels of Deerfield Beach, LLC had three members:

a. Sanjay Patel

b. Hiren Patel

c. Neal Patel

72.     At all times relevant, Sanjay Patel was a citizen of the State of Florida who maintained his permanent residence in Florida.  At all times relevant, Sanjay Patel owned business and personal property in the State of Florida.  At all times relevant, Sanjay Patel maintained his domicile in Florida and was and is a Florida citizen and domiciliary.

73.     At all times relevant, Hiren Patel was a citizen of the State of Indiana who maintained his permanent residence in Indiana.  At all times relevant, Hiren Patel owned business and personal property in the State of Indiana.  At all times relevant, Hiren Patel maintained his domicile in Indiana and was and is an Indiana citizen and domiciliary.

74.     At all times relevant, Neal Patel was a citizen of the State of Indiana who maintained his permanent residence in Indiana.  At all times relevant, Neal Patel owned business and personal property in the State of Indiana.  At all times relevant, Neal Patel maintained his domicile in Indiana and was and is an Indiana citizen and domiciliary.

**O.     Motels of Avon, LLP**

75.     At all times relevant, Plaintiff, Motels of Avon, LLP was a limited liability partnership organized and existing under the laws of the State of Indiana, with its principal place of business located at 1220 Brookville Way, Indianapolis, Indiana 46239.  (Ex. A, ¶ 2; *see also* true and accurate copies of the Indiana Secretary of State records attached and incorporated as Group Ex. R).

76.     At all times relevant, Motels of Avon, LLP had two members:

a. Sanjay Patel

b. Hiren Patel

77.     At all times relevant, Sanjay Patel was a citizen of the State of Florida who maintained his permanent residence in Florida.  At all times relevant, Sanjay Patel owned business

and personal property in the State of Florida.  At all times relevant, Sanjay Patel maintained his domicile in Florida and was and is a Florida citizen and domiciliary.

78.     At all times relevant, Hiren Patel was a citizen of the State of Indiana who maintained his permanent residence in Indiana.  At all times relevant, Hiren Patel owned business and personal property in the State of Indiana.  At all times relevant, Hiren Patel maintained his domicile in Indiana and was and is an Indiana citizen and domiciliary.

### P.     Motels of Fishers, LLP

79.     At all times relevant, Plaintiff, Motels of Fishers, LLP was a limited liability partnership organized and existing under the laws of the State of Indiana, with its principal place of business located at 1220 Brookville Way, Indianapolis, Indiana 46239.  (Ex. A, ¶ 2; *see also* true and accurate copies of the Indiana Secretary of State records attached and incorporated as Group Ex. S).

80.     At all times relevant, Motel of Fishers, LLP had two members:

    a. Sanjay Patel

    b. Hiren Patel

81.     At all times relevant, Sanjay Patel was a citizen of the State of Florida who maintained his permanent residence in Florida.  At all times relevant, Sanjay Patel owned business and personal property in the State of Florida.  At all times relevant, Sanjay Patel maintained his domicile in Florida and was and is a Florida citizen and domiciliary.

82.     At all times relevant, Hiren Patel was a citizen of the State of Indiana who maintained his permanent residence in Indiana.  At all times relevant, Hiren Patel owned business and personal property in the State of Indiana.  At all times relevant, Hiren Patel maintained his domicile in Indiana and was and is an Indiana citizen and domiciliary.

### Q.  Motels of Indianapolis, LLP

83.     At all times relevant, Plaintiff, Motels of Indianapolis, LLP was a limited liability partnership organized and existing under the laws of the State of Indiana, with its principal place of business located at 1220 Brookville Way, Indianapolis, Indiana 46239.  (Ex. A, ¶ 2; *see also* true and accurate copies of the Indiana Secretary of State records attached and incorporated as Group Ex. T).

84.     At all times relevant, Motels of Indianapolis, LLP had two members:

a. Sanjay Patel

b. Hiren Patel

85.     At all times relevant, Sanjay Patel was a citizen of the State of Florida who maintained his permanent residence in Florida.  At all times relevant, Sanjay Patel owned business and personal property in the State of Florida.  At all times relevant, Sanjay Patel maintained his domicile in Florida and was and is a Florida citizen and domiciliary.

86.     At all times relevant, Hiren Patel was a citizen of the State of Indiana who maintained his permanent residence in Indiana.  At all times relevant, Hiren Patel owned business and personal property in the State of Indiana.  At all times relevant, Hiren Patel maintained his domicile in Indiana and was and is an Indiana citizen and domiciliary.

### R.  Natver, LLP

87.     At all times relevant, Plaintiff, Natver, LLP was a limited liability partnership organized and existing under the laws of the State of Indiana, with its principal place of business located at 1220 Brookville Way, Indianapolis, Indiana 46239.  (Ex. A, ¶ 2; *see also* true and accurate copies of the Indiana Secretary of State records attached and incorporated as Group Ex. U).

88.     At all times relevant, Motels of Natver, LLP had two members:

17

a. Sanjay Patel

b. Hiren Patel

89.     At all times relevant, Sanjay Patel was a citizen of the State of Florida who maintained his permanent residence in Florida.  At all times relevant, Sanjay Patel owned business and personal property in the State of Florida.  At all times relevant, Sanjay Patel maintained his domicile in Florida and was and is a Florida citizen and domiciliary.

90.     At all times relevant, Hiren Patel was a citizen of the State of Indiana who maintained his permanent residence in Indiana.  At all times relevant, Hiren Patel owned business and personal property in the State of Indiana.  At all times relevant, Hiren Patel maintained his domicile in Indiana and was and is an Indiana citizen and domiciliary.

**S.     Motels of Seymour, LLP**

91.     At all times relevant, Plaintiff, Motels of Seymour, LLP was a limited liability partnership organized and existing under the laws of the State of Indiana, with its principal place of business located at 1220 Brookville Way, Indianapolis, Indiana 46239.  (Ex. A, ¶ 2; *see also* true and accurate copies of the Indiana Secretary of State records attached and incorporated as Group Ex. V).

92.     At all times relevant, Motels of Seymour, LLP had two members:

a. Sanjay Patel

b. Hiren Patel

93.     At all times relevant, Sanjay Patel was a citizen of the State of Florida who maintained his permanent residence in Florida.  At all times relevant, Sanjay Patel owned business and personal property in the State of Florida.  At all times relevant, Sanjay Patel maintained his domicile in Florida and was and is a Florida citizen and domiciliary.

94.     At all times relevant, Hiren Patel was a citizen of the State of Indiana who maintained his permanent residence in Indiana.  At all times relevant, Hiren Patel owned business and personal property in the State of Indiana.  At all times relevant, Hiren Patel maintained his domicile in Indiana and was and is an Indiana citizen and domiciliary.

### T.     Hiren, LLP

95.     At all times relevant, Plaintiff, Hiren, LLP was a limited liability partnership organized and existing under the laws of the State of Indiana, with its principal place of business located at 1220 Brookville Way, Indianapolis, Indiana 46239.  (Ex. A, ¶ 2; *see also* true and accurate copies of the Indiana Secretary of State records attached and incorporated as Group Ex. W).

96.     At all times relevant, Hiren, LLP had two members:

    a. Sanjay Patel

    b. Hiren Patel

97.     At all times relevant, Sanjay Patel was a citizen of the State of Florida who maintained his permanent residence in Florida.  At all times relevant, Sanjay Patel owned business and personal property in the State of Florida.  At all times relevant, Sanjay Patel maintained his domicile in Florida and was and is a Florida citizen and domiciliary.

98.     At all times relevant, Hiren Patel was a citizen of the State of Indiana who maintained his permanent residence in Indiana.  At all times relevant, Hiren Patel owned business and personal property in the State of Indiana.  At all times relevant, Hiren Patel maintained his domicile in Indiana and was and is an Indiana citizen and domiciliary.

### U.     Motels of Noblesville 2, LLP

99.     At all times relevant, Plaintiff, Motels of Noblesville 2, LLP was a limited liability partnership organized and existing under the laws of the State of Indiana, with its principal place

of business located at 1220 Brookville Way, Indianapolis, Indiana 46239.  (Ex. A, ¶ 2; *see also* true and accurate copies of the Indiana Secretary of State records attached and incorporated as Group Ex. X).

100.    At all times relevant, Motels of Noblesville  2, LLP had two members:

a. Sanjay Patel

b. Hiren Patel

101.    At all times relevant, Sanjay Patel was a citizen of the State of Florida who maintained his permanent residence in Florida.  At all times relevant, Sanjay Patel owned business and personal property in the State of Florida.  At all times relevant, Sanjay Patel maintained his domicile in Florida and was and is a Florida citizen and domiciliary.

102.    At all times relevant, Hiren Patel was a citizen of the State of Indiana who maintained his permanent residence in Indiana.  At all times relevant, Hiren Patel owned business and personal property in the State of Indiana.  At all times relevant, Hiren Patel maintained his domicile in Indiana and was and is an Indiana citizen and domiciliary.

## V.    Motels of North Aurora, LLP

103.    At all times relevant, Plaintiff, Motels of North Aurora, LLP was a limited liability partnership organized and existing under the laws of the State of Indiana, with its principal place of business located at 1220 Brookville Way, Indianapolis, Indiana 46239.  (Ex. A, ¶ 2; *see also* true and accurate copies of the Indiana Secretary of State records attached and incorporated as Group Ex. Y).

104.    At all times relevant, Motels of North Aurora, LLP had two members.

a. Sanjay Patel

b. Hiren Patel

105. At all times relevant, Sanjay Patel was a citizen of the State of Florida who maintained his permanent residence in Florida. At all times relevant, Sanjay Patel owned business and personal property in the State of Florida. At all times relevant, Sanjay Patel maintained his domicile in Florida and was and is a Florida citizen and domiciliary.

106. At all times relevant, Hiren Patel was a citizen of the State of Indiana who maintained his permanent residence in Indiana. At all times relevant, Hiren Patel owned business and personal property in the State of Indiana. At all times relevant, Hiren Patel maintained his domicile in Indiana and was and is an Indiana citizen and domiciliary.

### W. Motels of Sugarland, LLP

107. At all times relevant, Plaintiff, Motels of Sugarland, LLP was a limited liability partnership organized and existing under the laws of the State of Indiana, with its principal place of business located at 1220 Brookville Way, Indianapolis, Indiana 46239. (Ex. A, ¶ 2; *see also* true and accurate copies of the Indiana Secretary of State records attached and incorporated as Group Ex. Z).

108. At all times relevant, Motels of Sugarland, LLP had two members:

    a. Sanjay Patel

    b. Hiren Patel

109. At all times relevant, Sanjay Patel was a citizen of the State of Florida who maintained his permanent residence in Florida. At all times relevant, Sanjay Patel owned business and personal property in the State of Florida. At all times relevant, Sanjay Patel maintained his domicile in Florida and was and is a Florida citizen and domiciliary.

110. At all times relevant, Hiren Patel was a citizen of the State of Indiana who maintained his permanent residence in Indiana. At all times relevant, Hiren Patel owned business

and personal property in the State of Indiana.  At all times relevant, Hiren Patel maintained his domicile in Indiana and was and is an Indiana citizen and domiciliary.

### X.       Hotels of Stafford, LLP

111.    At all times relevant, Plaintiff, Hotels of Stafford, LLP was a limited liability partnership organized and existing under the laws of the State of Indiana, with its principal place of business located at 1220 Brookville Way, Indianapolis, Indiana 46239.  (*See* true and accurate copies of the Indiana Secretary of State records attached and incorporated as Group Ex. AA).

112.    At all times relevant, Hotels of Stafford, LLP had two members:

a. Sanjay Patel

b. Hiren Patel

113.    At all times relevant, Sanjay Patel was a citizen of the State of Florida who maintained his permanent residence in Florida.  At all times relevant, Sanjay Patel owned business and personal property in the State of Florida.  At all times relevant, Sanjay Patel maintained his domicile in Florida and was and is a Florida citizen and domiciliary.

114.    At all times relevant, Hiren Patel was a citizen of the State of Indiana who maintained his permanent residence in Indiana.  At all times relevant, Hiren Patel owned business and personal property in the State of Indiana.  At all times relevant, Hiren Patel maintained his domicile in Indiana and was and is an Indiana citizen and domiciliary.

### Y.       Sri-Ram, Inc.

115.    At all times relevant, Plaintiff, Sri-Ram, Inc., was a corporation organized and existing under the laws of the State of Indiana, with its principal place of business located at 1220 Brookville Way, Indianapolis, Indiana 46239.  (*See* true and accurate copies of the Indiana Secretary of State records attached and incorporated as Group Ex. BB).

### Z.     Siva, Inc.

116.     At all times relevant, Plaintiff, Siva, Inc., was a corporation organized and existing under the laws of the State of Indiana, with its principal place of business located at 1220 Brookville Way, Indianapolis, Indiana 46239.   (*See* true and accurate copies of the Indiana Secretary of State records attached and incorporated as Group Ex. CC).

## CITIZENSHIP OF DEFENDANT

117.     At all times relevant, Defendant EMC Risk Services, LLC was a limited liability corporation organized and existing under the laws of the State of Iowa, with its principal place of business located at 717 Mulberry Street, Des Moines, Iowa. (*See* true and accurate copies of the Iowa Secretary of State records attached and incorporated as Group Ex. DD).

118.     At all times relevant, EMC Risk Services, LLC had one member:

a. Employers Mutual Casualty Company.

119.     At all times relevant, Employers Mutual Casualty Company, was a corporation organized and existing under the laws of the State of Iowa, with its principal place of business located at 717 Mulberry Street, Des Moines, Iowa. (*See* true and accurate copies of the Iowa Secretary of State records attached and incorporated as Group Ex. DD).

120.     Based upon the information available, diversity is complete as Plaintiffs are citizens of Indiana and Florida and Defendant is a citizen of Iowa.

### *The Amount in Controversy Exceeds $75,000.00*

121.     Plaintiffs state in their Complaint that their "losses are expected to exceed 20 million." Plaintiffs further state they are entitled to recover compensatory damages, punitive damages, attorneys' fees, court costs, and interest from the Defendant. Plaintiffs are seeking an amount in excess of $75,000.00 in compensatory damages. (Ex. A, Complaint ¶ 22, Prayer for Relief).

122.     Where a complaint alleges both actual and punitive damages, each must be considered in determining whether the amount of controversy requirement is satisfied. *Cadke v. Great Lakes Dragaway, Inc.* 58 F.3d 1209, 1211-12 (7th Cir. 2012). If punitive damages are recoverable under state law, the "court has subject matter jurisdiction unless it is clear 'beyond a legal certainty that the plaintiff would under no circumstances be entitled to recover the jurisdictional amount.'" *Id.,* at 1212 (quoting *Risse v. Woodward,* 491 F.2d 1170, 1173 (7th Cir. 1974)).

123.     The matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs.  As such, the $75,000.00 amount in controversy threshold set forth in 28 U.S.C. § 1332(a) is satisfied.

### *The Notice of Removal is Timely*

124.     Defendant was served with a copy of the Summons and Complaint on May 14, 2020. (*See* true and accurate copies of the date stamped receipt of the Complaint attached and incorporated as Ex. EE).

125.     This Notice of Removal is filed within thirty (30) days after EMC's receipt of the Summons and Complaint on May 14, 2020. Thus, the notice of removal is timely filed pursuant to 28 U.S.C. § 1446(b)(1).

### CONCLUSION

126.     Based on the above, the amount in controversy is in excess of $75,000.00, and the matter is between citizens of different states, and therefore the instant dispute is properly removable pursuant to 28 U.S.C. § 1332, 28 U.S.C. § 1441 and 28 U.S.C. § 1446.

127.     After filing the original notice of Removal, EMC will provide written notice of the same to Plaintiffs and the Clerk of the Marion Superior Court. (True and accurate copies of the Notice to State Court and Notice to Opposing Counsel are attached and incorporated as Ex. FF).

128.    Counsel for Defendant discussed the Notice of Removal with Counsel for Plaintiffs.

Counsel for Plaintiffs do not oppose the removal of this action to the District Court for the Southern

District of Indiana.

WHEREFORE, pursuant to 28 U.S.C. § 1332, 28 U.S.C. § 1441 and 28 U.S.C. § 1446,

Defendant, EMC Risk Services, LLC, hereby removes this case from the Marion County Superior

Court, Indiana to the United States District Court for the Southern District of Indiana, for all further

proceedings in this matter.

**Defendant further requests a trial by jury on all counts of Plaintiffs' Complaint.**

Respectfully submitted,

HEPLERBROOM, LLC

 /s/ Justin Curtis
Justin Curtis, #28517-45
Rick Hammond, #19044-45
Eman Z. Senteno, #33872-45
2929 Carlson Drive
Hammond, Indiana 46323
219/427-5562
justin.curtis@heplerbroom.com
rick.hammond@heplerbroom.com
eman.senteno@heplerbroom.com
***Attorneys for Defendant***

## PROOF OF SERVICE

I hereby certify that on June 11, 2020, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system, which will send notification of such filing(s) to the

following:  Andrew M. Lehmann, *Attorney for Plaintiffs*.  A courtesy copy was e-mailed to:

Andrew M. Lehmann, Attorney No. 31151-06
1220 Brookville Way
Indianapolis, IN 46239
317-356-4000
alehmann@mhghotelsllc.com
*Attorney for Plaintiffs MHG Hotels, LLC*

HEPLERBROOM, LLC

/s/ Justin Curtis
Justin Curtis, #28517-45
Rick Hammond, #19044-45
Eman Z. Senteno, #33872-45
2929 Carlson Drive
Hammond, Indiana 46323
219/427-5562
justin.curtis@heplerbroom.com
rick.hammond@heplerbroom.com
eman.senteno@heplerbroom.com
*Attorneys for Defendant*