# EXHIBIT A

# State Court Record

1. **Complaint**
2. **Appearance of Andrew Lehmann**
3. **Summons**
4. **Appearance of Rick Hammond**
5. **Appearance of Justin Curtis**
6. **Appearance of Eman Senteno**
7. **Motion for Enlargement of Time**
8. **Order Granting Motion for Enlargement of Time**

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

## MHG Hotels, LLC, Jali, LLC, Hotels of Speedway, LLCet al v. EMC Risk Services, LLC

| | |
|---|---|
| Case Number | 49D06-2005-CT-015059 |
| Court | Marion Superior Court, Civil Division 6 |
| Type | CT - Civil Tort |
| Filed | 05/01/2020 |
| Status | 05/01/2020 , Pending (active) |

## Parties to the Case

Defendant   EMC Risk Services, LLC

Address
c/o Norris, Choplin & Schroeder, LLP
101 W. Ohio St., 9th Floor
Indianapolis, IN 46204

Attorney
Rick L. Hammond
*#1904445, Lead, Retained*

HEPLER BROOM LLC
30 North LaSalle Street
Suite 2900
Chicago, IL 60602
312-205-7743(W)

Attorney
Justin K. Curtis
*#2851745, Retained*

HEPLER BROOM LLC
2929 Carlson Drive
Suite 304
Hammond, IN 46323
219-544-4031(W)

Attorney
Eman Z. Senteno
*#3387245, Retained*

Hepler Broom LLC
2929 Carlson Dr. Suite 304
Hammond, IN 46323
219-544-4050(W)

Plaintiff     MHG Hotels, LLC

Address
1220 Brookville Way
Indianapolis, IN 46239

Attorney
Andrew Michael Lehmann
*#3115106, Retained*

1220 Brookville Way
Indianapolis, IN 46239
317-356-4000(W)

---

Plaintiff    Jali, LLC

Address
1220 Brookville Way
Indianapolis, IN 46239

Attorney
Andrew Michael Lehmann
*#3115106, Retained*

1220 Brookville Way
Indianapolis, IN 46239
317-356-4000(W)

---

Plaintiff    Hotels of Speedway, LLC

Address
1220 Brookville Way
Indianapolis, IN 46239

Attorney
Andrew Michael Lehmann
*#3115106, Retained*

1220 Brookville Way
Indianapolis, IN 46239
317-356-4000(W)

---

Plaintiff    Hotels of Deerfield, LLC

Address
1220 Brookville Way
Indianapolis, IN 46239

Attorney
Andrew Michael Lehmann
*#3115106, Retained*

1220 Brookville Way
Indianapolis, IN 46239
317-356-4000(W)

---

Plaintiff    Motels of Noblesville, LLC

<u>Address</u>
1220 Brookville Way
Indianapolis, IN 46239

<u>Attorney</u>
Andrew Michael Lehmann
*#3115106, Retained*

1220 Brookville Way
Indianapolis, IN 46239
317-356-4000(W)

---

Plaintiff      Motels of Avon, LLP

<u>Address</u>
1220 Brookville Way
Indianapolis, IN 46239

<u>Attorney</u>
Andrew Michael Lehmann
*#3115106, Retained*

1220 Brookville Way
Indianapolis, IN 46239
317-356-4000(W)

---

Plaintiff      Motels of Fishers, LLP

<u>Address</u>
1220 Brookville Way
Indianapolis, IN 46239

<u>Attorney</u>
Andrew Michael Lehmann
*#3115106, Retained*

1220 Brookville Way
Indianapolis, IN 46239
317-356-4000(W)

---

Plaintiff      Motels of Indianapolis, LLP

<u>Address</u>
1220 Brookville Way
Indianapolis, IN 46239

<u>Attorney</u>
Andrew Michael Lehmann
*#3115106, Retained*

1220 Brookville Way
Indianapolis, IN 46239
317-356-4000(W)

---

Plaintiff      Natver, LLP

Address
1220 Brookville Way
Indianapolis, IN 46239

Attorney
Andrew Michael Lehmann
*#3115106, Retained*

1220 Brookville Way
Indianapolis, IN 46239
317-356-4000(W)

---

Plaintiff        Motels of Seymour, LLP

Address
1220 Brookville Way
Indianapolis, IN 46239

Attorney
Andrew Michael Lehmann
*#3115106, Retained*

1220 Brookville Way
Indianapolis, IN 46239
317-356-4000(W)

---

Plaintiff        SRI-RAM, Inc.

Address
1220 Brookville Way
Indianapolis, IN 46239

Attorney
Andrew Michael Lehmann
*#3115106, Retained*

1220 Brookville Way
Indianapolis, IN 46239
317-356-4000(W)

---

Plaintiff        Siva, Inc.

Address
1220 Brookville Way
Indianapolis, IN 46239

Attorney
Andrew Michael Lehmann
*#3115106, Retained*

1220 Brookville Way
Indianapolis, IN 46239
317-356-4000(W)

---

Plaintiff        Hiren, LLP

<u>Address</u>
1220 Brookville Way
Indianapolis, IN 46239

<u>Attorney</u>
Andrew Michael Lehmann
*#3115106, Retained*

1220 Brookville Way
Indianapolis, IN 46239
317-356-4000(W)

---

Plaintiff      IDM, LLC

<u>Address</u>
1220 Brookville Way
Indianapolis, IN 46239

<u>Attorney</u>
Andrew Michael Lehmann
*#3115106, Retained*

1220 Brookville Way
Indianapolis, IN 46239
317-356-4000(W)

---

Plaintiff       Motels of Noblesville 2, LLP

<u>Address</u>
1220 Brookville Way
Indianapolis, IN 46239

<u>Attorney</u>
Andrew Michael Lehmann
*#3115106, Retained*

1220 Brookville Way
Indianapolis, IN 46239
317-356-4000(W)

---

Plaintiff       Neal Lodging, LLC

<u>Address</u>
1220 Brookville Way
Indianapolis, IN 46239

<u>Attorney</u>
Andrew Michael Lehmann
*#3115106, Retained*

1220 Brookville Way
Indianapolis, IN 46239
317-356-4000(W)

---

Plaintiff       Motels of North Aurora, LLP

<u>Address</u>
1220 Brookville Way
Indianapolis, IN 46239

<u>Attorney</u>
Andrew Michael Lehmann
*#3115106, Retained*

1220 Brookville Way
Indianapolis, IN 46239
317-356-4000(W)

---

Plaintiff      Ranjan, LLC

<u>Address</u>
1220 Brookville Way
Indianapolis, IN 46239

<u>Attorney</u>
Andrew Michael Lehmann
*#3115106, Retained*

1220 Brookville Way
Indianapolis, IN 46239
317-356-4000(W)

---

Plaintiff      Motels of Bloomington, LLC

<u>Address</u>
1220 Brookville Way
Indianapolis, IN 46239

<u>Attorney</u>
Andrew Michael Lehmann
*#3115106, Retained*

1220 Brookville Way
Indianapolis, IN 46239
317-356-4000(W)

---

Plaintiff      Ravi, LLC

<u>Address</u>
1220 Brookville Way
Indianapolis, IN 46239

<u>Attorney</u>
Andrew Michael Lehmann
*#3115106, Retained*

1220 Brookville Way
Indianapolis, IN 46239
317-356-4000(W)

---

Plaintiff      Hotels of Stafford, LLP

Address
1220 Brookville Way
Indianapolis, IN 46239

Attorney
Andrew Michael Lehmann
*#3115106, Retained*

1220 Brookville Way
Indianapolis, IN 46239
317-356-4000(W)

---

Plaintiff      Appletree Hospitality, LLC

Address
1220 Brookville Way
Indianapolis, IN 46239

Attorney
Andrew Michael Lehmann
*#3115106, Retained*

1220 Brookville Way
Indianapolis, IN 46239
317-356-4000(W)

---

Plaintiff      Emerald Hotels Investments, LLC

Address
1220 Brookville Way
Indianapolis, IN 46239

Attorney
Andrew Michael Lehmann
*#3115106, Retained*

1220 Brookville Way
Indianapolis, IN 46239
317-356-4000(W)

---

Plaintiff      Gourley Pike Lodging, LLC

Address
1220 Brookville Way
Indianapolis, IN 46239

Attorney
Andrew Michael Lehmann
*#3115106, Retained*

1220 Brookville Way
Indianapolis, IN 46239
317-356-4000(W)

---

Plaintiff      Hotels of Deerfield Beach, LLC

<u>Address</u>
1220 Brookville Way
Indianapolis, IN 46239

<u>Attorney</u>
Andrew Michael Lehmann
*#3115106, Retained*

1220 Brookville Way
Indianapolis, IN 46239
317-356-4000(W)

---

Plaintiff        Motels of Sugarland, LLP

<u>Address</u>
1220 Brookville Way
Indianapolis, IN 46239

<u>Attorney</u>
Andrew Michael Lehmann
*#3115106, Retained*

1220 Brookville Way
Indianapolis, IN 46239
317-356-4000(W)

## Chronological Case Summary

| 05/01/2020 | **Case Opened as a New Filing** |

05/01/2020        **Complaint/Equivalent Pleading Filed**
                  Plaintiffs' Complaint

| | |
|---|---|
| Filed By: | MHG Hotels, LLC |
| Filed By: | Jali, LLC |
| Filed By: | Hotels of Speedway, LLC |
| Filed By: | Hotels of Deerfield, LLC |
| Filed By: | Motels of Noblesville, LLC |
| Filed By: | Motels of Avon, LLP |
| Filed By: | Motels of Fishers, LLP |
| Filed By: | Motels of Indianapolis, LLP |
| Filed By: | Natver, LLP |
| Filed By: | Motels of Seymour, LLP |
| Filed By: | SRI-RAM, Inc. |
| Filed By: | Siva, Inc. |
| Filed By: | Hiren, LLP |
| Filed By: | IDM, LLC |
| Filed By: | Motels of Noblesville 2, LLP |
| Filed By: | Neal Lodging, LLC |
| Filed By: | Motels of North Aurora, LLP |
| Filed By: | Ranjan, LLC |
| Filed By: | Motels of Bloomington, LLC |
| Filed By: | Ravi, LLC |
| Filed By: | Hotels of Stafford, LLP |
| Filed By: | Appletree Hospitality, LLC |
| Filed By: | Emerald Hotels Investments, LLC |
| Filed By: | Gourley Pike Lodging, LLC |
| Filed By: | Hotels of Deerfield Beach, LLC |
| Filed By: | Motels of Sugarland, LLP |
| File Stamp: | 05/01/2020 |

05/01/2020    **Appearance Filed**

Appearance by Andrew M. Lehmann for Plaintiffs

| | |
|---|---|
| For Party: | MHG Hotels, LLC |
| For Party: | Jali, LLC |
| For Party: | Hotels of Speedway, LLC |
| For Party: | Hotels of Deerfield, LLC |
| For Party: | Motels of Noblesville, LLC |
| For Party: | Motels of Avon, LLP |
| For Party: | Motels of Fishers, LLP |
| For Party: | Motels of Indianapolis, LLP |
| For Party: | Natver, LLP |
| For Party: | Motels of Seymour, LLP |
| For Party: | SRI-RAM, Inc. |
| For Party: | Siva, Inc. |
| For Party: | Hiren, LLP |
| For Party: | IDM, LLC |
| For Party: | Motels of Noblesville 2, LLP |
| For Party: | Neal Lodging, LLC |
| For Party: | Motels of North Aurora, LLP |
| For Party: | Ranjan, LLC |
| For Party: | Motels of Bloomington, LLC |
| For Party: | Ravi, LLC |
| For Party: | Hotels of Stafford, LLP |
| For Party: | Appletree Hospitality, LLC |
| For Party: | Emerald Hotels Investments, LLC |
| For Party: | Gourley Pike Lodging, LLC |
| For Party: | Hotels of Deerfield Beach, LLC |
| For Party: | Motels of Sugarland, LLP |
| File Stamp: | 05/01/2020 |

| 05/01/2020 | **Subpoena/Summons Filed** | |
| | Summons | |
| | Filed By: | MHG Hotels, LLC |
| | Filed By: | Jali, LLC |
| | Filed By: | Hotels of Speedway, LLC |
| | Filed By: | Hotels of Deerfield, LLC |
| | Filed By: | Motels of Noblesville, LLC |
| | Filed By: | Motels of Avon, LLP |
| | Filed By: | Motels of Fishers, LLP |
| | Filed By: | Motels of Indianapolis, LLP |
| | Filed By: | Natver, LLP |
| | Filed By: | Motels of Seymour, LLP |
| | Filed By: | SRI-RAM, Inc. |
| | Filed By: | Siva, Inc. |
| | Filed By: | Hiren, LLP |
| | Filed By: | IDM, LLC |
| | Filed By: | Motels of Noblesville 2, LLP |
| | Filed By: | Neal Lodging, LLC |
| | Filed By: | Motels of North Aurora, LLP |
| | Filed By: | Ranjan, LLC |
| | Filed By: | Motels of Bloomington, LLC |
| | Filed By: | Ravi, LLC |
| | Filed By: | Hotels of Stafford, LLP |
| | Filed By: | Appletree Hospitality, LLC |
| | Filed By: | Emerald Hotels Investments, LLC |
| | Filed By: | Gourley Pike Lodging, LLC |
| | Filed By: | Hotels of Deerfield Beach, LLC |
| | Filed By: | Motels of Sugarland, LLP |
| | File Stamp: | 05/01/2020 |
| 05/22/2020 | **Appearance Filed** | |
| | Appearance of Rick L. Hammond | |
| | For Party: | EMC Risk Services, LLC |
| | File Stamp: | 05/22/2020 |
| 05/22/2020 | **Appearance Filed** | |
| | Appearance of Justin K. Curtis | |
| | For Party: | EMC Risk Services, LLC |
| | File Stamp: | 05/22/2020 |
| 05/22/2020 | **Appearance Filed** | |
| | Appearance of Eman Z. Senteno | |
| | For Party: | EMC Risk Services, LLC |
| | File Stamp: | 05/22/2020 |
| 05/22/2020 | **Motion for Enlargement of Time Filed** | |
| | Defs Agreed Motion for Extension of Time to Respond to Pltfs Complaint | |
| | Filed By: | EMC Risk Services, LLC |
| | File Stamp: | 05/22/2020 |

| 05/22/2020 | **Order Granting Motion for Enlargement of Time** |

| | Judicial Officer: | Eisgruber, Kurt |
| | Order Signed: | 05/22/2020 |

| 05/23/2020 | **Automated ENotice Issued to Parties** |

Order Granting Motion for Enlargement of Time ---- 5/22/2020 : Andrew Michael Lehmann;Rick L. Hammond

## Financial Information

\* Financial Balances reflected are current representations of transactions processed by the Clerk's Office. Please note that any balance due does not reflect interest that has accrued – if applicable – since the last payment. For questions/concerns regarding balances shown, please contact the Clerk's Office.

### MHG Hotels, LLC

Plaintiff

**Balance Due** (as of 06/11/2020)

**0.00**

#### Charge Summary

| Description | Amount | Credit | Payment |
|---|---|---|---|
| Court Costs and Filing Fees | 157.00 | 0.00 | 157.00 |

#### Transaction Summary

| Date | Description | Amount |
|---|---|---|
| 05/01/2020 | Transaction Assessment | 157.00 |
| 05/01/2020 | Electronic Payment | (157.00) |

| This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record. |

Filed: 5/1/2020 2:45 PM
Clerk
Marion County, Indiana

STATE OF INDIANA      )   IN THE MARION COUNTY SUPERIOR COURT
                      ) SS:
COUNTY OF MARION    )   Case Number: 49D06-2005-CT-015059

MHG HOTELS, LLC.; JALI, LLC;      )
HOTELS OF SPEEDWAY, LLC;       )
HOTELS OF DEERFIELD, LLC;       )
MOTELS OF NOBLESVILLE, LLC;    )
MOTELS OF AVON, LLP; MOTELS    )
OF FISHERS, LLP; MOTELS OF      )
INDIANAPOLIS, LLP; NATVER, LLP;  )
MOTELS OF SEYMOUR, LLP;       )
SRI-RAM, INC.; SIVA, INC.;        )
HIREN, LLP; IDM, LLC; MOTELS OF  )
NOBLESVILLE 2, LLP; NEAL LODGING, )
LLC; MOTELS OF NORTH         )
AURORA, LLP; RANJAN, LLC;      )
MOTELS OF BLOOMINGTON, LLC;   )
RAVI, LLC; HOTELS OF STAFFORD,  )
LLP; APPLETREE HOSPITALITY, LLC; )
EMERALD HOTELS INVESTMENTS,  )
LLC; GOURLEY PIKE LODGING, LLC; )
HOTELS OF DEERFIELD BEACH, LLC; )
MOTELS OF SUGARLAND, LLP;    )
      Plaintiffs,             )
                            )
v.                          )
                            )
EMC Risk Services, LLC,         )
      Defendant             )

RECEIVED

MAY 1 4 2020

Norris Choplin Schroeder LLP

## **SUMMONS**

TO:   EMC Risk Services, LLC
      c/o Norris, Choplin & Schroeder, LLP
      101 W. Ohio St., 9th Floor
      Indianapolis, IN 46204

You are hereby notified that you have been sued by the Plaintiffs in the Court indicated above.

The nature of the suit against you is stated in the Complaint which is attached to this Summons. It also states the relief sought or the demand made against you by the Plaintiff.

An answer or other appropriate response in writing to the Complaint must be filed either

1

by your or your attorney within twenty (20) days, commencing the day you received this Summons, (or twenty-three [23] days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by Plaintiff.

If you have a claim for relief against Plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.


Dated: _____ 5/1/2020 _____          *Mayla A. Eldridge*
                                          _____
                                          Clerk, Marion County

Attorney for Plaintiffs:

Andrew M. Lehmann, Attorney No. 31151-06; MHG Hotels, LLC; 1220 Brookville Way; Indianapolis, IN 46239; (317) 356-4000 ext. 204; alehmann@mhghotelsllc.com

*(seal: MARION COUNTY COURTS SEAL INDIANA)*

The following manner of Service of Summons is hereby designated.
XX    Registered or Certified Mail
___   Service by Sheriff

### SHERIFF'S RETURN OF SERVICE OF SUMMONS
I hereby certify that I have served the within Summons:

(1) By delivering on _____, 2020, a copy of the Summons, a copy of the Complaint and other materials filed the same date to the Defendant.

(2) By leaving on _____, 2020, for the Defendant a copy of the Summons, a copy of the Complaint and other materials filed the same date at the respective principal place of business _____, in _____, IN, with a person of suitable age and discretion residing within, whose usual duties or activities include prompt communication of such information to the person served, or by otherwise leaving such process thereat, and by mailing a copy of the Summons and the Complaint to the said named Defendant at the address listed herein.


Dated: _____          _____
                                          Marion County Sheriff

                                          By: _____
                                          Deputy

2

CLERK'S CERTIFICATE OF MAILING

I hereby certify that on the _____ day of _____, 2020, I mailed a copy of this Summons and a copy of the Complaint to the Defendant EMC Risk Services, LLC, by certified mail #_____ requesting a return receipt, at the address furnished by Plaintiff.

Dated: _____          _____
                                                                 Clerk, Marion County

RETURN ON SERVICE OF SUMMONS BY MAIL

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint mailed to Defendant EMC Risk Services, LLC, was accepted by Defendant on _____.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint was returned not accepted on _____.

Dated: _____          _____
                                                                 Clerk, Marion County


                                                      By: _____
                                                      Deputy

3

Filed: 5/1/2020 2:42 PM
Clerk
Marion County, Indiana

STATE OF INDIANA          )      IN THE MARION COUNTY SUPERIOR COURT
                          ) SS:
COUNTY OF MARION          )      Case Number: 49D06-2005-CT-015059


MHG HOTELS, LLC; JALI, LLC;          )
HOTELS OF SPEEDWAY, LLC;             )
HOTELS OF DEERFIELD, LLC;            )
MOTELS OF NOBLESVILLE, LLC;          )
MOTELS OF AVON, LLP; MOTELS          )
OF FISHERS, LLP; MOTELS OF           )
INDIANAPOLIS, LLP; NATVER, LLP;      )
MOTELS OF SEYMOUR, LLP;              )
SRI-RAM, INC.; SIVA, INC.;           )
HIREN, LLP; IDM, LLC; MOTELS OF      )
NOBLESVILLE 2, LLP; NEAL LODGING,    )
LLC; MOTELS OF NORTH                 )
AURORA, LLP; RANJAN, LLC;            )
MOTELS OF BLOOMINGTON, LLC;          )
RAVI, LLC; HOTELS OF STAFFORD,       )
LLP; APPLETREE HOSPITALITY, LLC;     )
EMERALD HOTELS INVESTMENTS,          )
LLC; GOURLEY PIKE LODGING, LLC;      )
HOTELS OF DEERFIELD BEACH, LLC;      )
MOTELS OF SUGARLAND, LLP;            )
        Plaintiffs,                  )
                                     )
v.                                   )
                                     )
EMC Risk Services, LLC,              )
        Defendant                    )

RECEIVED

MAY 1 4 2020

Norris Choplin Schroeder LLP

## APPEARANCE BY ATTORNEY IN CIVIL CASE

**This Appearance Form must be filed on behalf of every party in a civil case.**

1. The party on whose behalf this form is being filed is:
   Initiating ____      Responding __X__      Intervening _____; and

   the undersigned attorney and all attorneys listed on this form now appear in this case for the following parties:

   Name of party  **MHG Hotels, LLC; Jali, LLC; Hotels of Speedway, LLC; Hotels of Deerfield, LLC; Motels of Noblesville, LLC; Motels of Avon, LLP; Motels of**

1

Fishers, LLP; Motels of Indianapolis, LLP; Natver, LLP; Motels of Seymour, LLP; Sri-Ram, INC.; Siva, INC.; Hiren, LLP; IDM, LLC; Motels of Noblesville 2, LLP; Neal Lodging, LLC; Motels of North Aurora, LLP; Ranjan, LLC; Motels of Bloomington, LLC; Ravi, LLC; Hotels of Stafford, LLP; Appletree Hospitality, LLC; Emerald Hotels Investments, LLC; Gourley Pike Lodging, LLC; Hotels of Deerfield Beach, LLC; and Motels of Sugarland, LLP

2.   Attorney information for service as required by Trial Rule 5(B)(2)

| | | |
|---|---|---|
| Name: | Andrew M. Lehmann | Atty Number: 31151-06 |
| Address: | 1220 Brookville Way | |
| | Indianapolis, IN 46239 | |
| Phone: | 317-356-4000 ext. 204 | |
| FAX: | 317-356-4004 | |
| Email: | alehmann@mhghotelsllc.com | |

*(List on continuation page additional attorneys appearing for above party)*

3.   Are there other party members: <u>No.</u>

4.   *If first initiating party filing the case*, the Clerk is requested to assign this case the following case type under Administrative Rule 8(b)(3): <u>CT.</u>

5.   I will accept service from other parties by:

   FAX at the above noted number:  Yes ____ No _X_

   Email at the above noted number: Yes _X_ No __

6.   This case involves child support issues. Yes ____ No _X_

7.   This case involves a protection from abuse order, a workplace violence restraining order, or a no – contact order.  Yes ____ No _X_

8.   This case involves a petition for involuntary commitment.  Yes ____ No _X_

9.   There are related cases: Yes ____ No _X_

10. Additional information required by local rule: <u>None.</u>

12. This form has been served on all other parties and Certificate of Service is attached: Yes_X_ No___

13.  I have reviewed and discussed the Commitment to Respect and Civility with my client

2

and agree to aspire to its goals.

Respectfully submitted,

*/s/ Andrew M. Lehmann*
Andrew M. Lehmann, Attorney No. 31151-06
**MHG Hotels, LLC**
1220 Brookville Way
Indianapolis, IN 46239
Telephone:   317-356-4000
Fax:         317-356-4004
Email:       alehmann@mhghotelsllc.com
*Attorney for Defendants*

**49D06-2005-CT-015059**

Marion Superior Court, Civil Division 6

Filed: 5/1/2020 2:19 PM
Clerk
Marion County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MARION COUNTY SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF MARION | ) | Case Number: |

| | |
|---|---|
| MHG HOTELS, LLC.; JALI, LLC;<br>HOTELS OF SPEEDWAY, LLC;<br>HOTELS OF DEERFIELD, LLC;<br>MOTELS OF NOBLESVILLE, LLC;<br>MOTELS OF AVON, LLP; MOTELS<br>OF FISHERS, LLP; MOTELS OF<br>INDIANAPOLIS, LLP; NATVER, LLP;<br>MOTELS OF SEYMOUR, LLP;<br>SRI-RAM, INC.; SIVA, INC.;<br>HIREN, LLP; IDM, LLC; MOTELS OF<br>NOBLESVILLE 2, LLP; NEAL LODGING,<br>LLC; MOTELS OF NORTH<br>AURORA, LLP; RANJAN, LLC;<br>MOTELS OF BLOOMINGTON, LLC;<br>RAVI, LLC; HOTELS OF STAFFORD,<br>LLP; APPLETREE HOSPITALITY, LLC;<br>EMERALD HOTELS INVESTMENTS,<br>LLC; GOURLEY PIKE LODGING, LLC;<br>HOTELS OF DEERFIELD BEACH, LLC;<br>MOTELS OF SUGARLAND, LLP;<br>     Plaintiffs, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| | ) |
| v. | ) |
| | ) |
| EMC Risk Services, LLC, | ) |
|     Defendant | ) |

RECEIVED

MAY 1 4 2020

Norris Choplin Schroeder LLP

## **PLAINTIFF'S COMPLAINT**

MHG Hotels, LLC; Jali, LLC; Hotels of Speedway, LLC; Hotels of Deerfield, LLC;

Motels of Noblesville, LLC; Motels of Avon, LLP; Motels of Fishers, LLP; Motels of

Indianapolis, LLP; Natver, LLP; Motels of Seymour, LLP; Sri-Ram, INC.; Siva, INC.; Hiren, LLP;

IDM, LLC; Motels of Noblesville 2, LLP; Neal Lodging, LLC; Motels of North Aurora, LLP;

Ranjan, LLC; Motels of Bloomington, LLC; Ravi, LLC; Hotels of Stafford, LLP; Appletree

Hospitality, LLC; Emerald Hotels Investments, LLC; Gourley Pike Lodging, LLC; Hotels of

Deerfield Beach, LLC; Motels of Sugarland, LLP; (collectively "Plaintiffs"), by counsel, for their

Complaint against EMC Risk Services, LLC ("EMC"), allege and state as follows:

## PARTIES

1.    At all times relevant, Plaintiffs MHG Hotels, LLC; Jali, LLC; Hotels of Speedway, LLC;

Hotels of Deerfield, LLC; Motels of Noblesville, LLC; IDM, LLC; Neal Lodging, LLC; Ranjan,

LLC; Motels of Bloomington, LLC; Ravi, LLC; Appletree Hospitality, LLC; Emerald Hotels

Investments, LLC; Gourley Pike Lodging, LLC; and Hotels of Deerfield Beach, LLC were limited

liability companies licensed to conduct business in the State of Indiana, with a principal place of

business in Indianapolis, Indiana.

2.    At all times relevant, Plaintiffs Motels of Avon, LLP; Motels of Fishers, LLP; Motels of

Indianapolis, LLP; Natver, LLP; Motels of Seymour, LLP; Hiren, LLP; Motels of Noblesville 2,

LLP; Motels of North Aurora, LLP; and Motels of Sugarland, LLP were limited liability

partnerships licensed to conduct business in the State of Indiana, with a principal place of business

in Indianapolis, Indiana.

3.    At all times relevant, Plaintiffs Sri-Ram, INC. and Siva, INC. were corporations licensed

to conduct business in the State of Indiana, with a principal place of business in Indianapolis,

Indiana.

4.    At all times relevant, EMC was a for-profit Limited Liability Company licensed to

conduct business in the State of Indiana, with a principal place of business in Des Moines, Iowa.

EMC actively writes business insurance policies in the State of Indiana.

## JURISDICTION AND VENUE

5.    Jurisdiction and venue are proper in this Court as EMC regularly conducts business in

Marion County and the rest of the State of Indiana.  Significant losses to Plaintiff out of which this

2

dispute arises occurred in Marion County. This Court has personal jurisdiction over all parties and subject matter jurisdiction over the claims asserted in this Complaint.

## FACTUAL ALLEGATIONS

6.  Plaintiffs are engaged in the business of hotel development and management.

7.  Plaintiff has insured those hotels with EMC through policies obtained with the advice and counsel of United Insurance Agencies.

8.  Each named Plaintiff in this action is the owner of a specific hotel or business related to the operation of hotels, and each business was insured under two comprehensive insurance policies obtained for Plaintiffs by United Insurance Agencies from EMC (collectively referred to as the "Policy"). See Policy attached hereto as Exhibit A and Exhibit B.

9.  On or about July 15, 2019, during the usual course of renewing the policy, MHG Hotels, LLC CEO, Sanjay Patel, was told by EMC's agent from United Insurance Agencies – and Plaintiffs' only point of contact to that point – that the Policy would cover all business interruptions.

10. The Policy was effective as of August 1, 2019 and was in place at all times relevant to this Complaint.

11. The Policy provided, among other things, protection against losses caused by property damage, interruption or suspension of business and resulting lost profits, extra expenses, and other risks of loss.

12. The Policy provides coverage for "direct physical loss of or damage to Covered Property".

13. The Policy does not specifically exclude losses from pandemics or government shutdowns and/or restrictions due to the threat of a viral pandemic.

3

14. In addition to property damage losses, EMC also specifically agreed to provide coverage to Plaintiffs and to pay Plaintiffs for the "actual loss of Business Income [sustained] due to the necessary suspension of . . . 'operations' during the 'period of restoration'."

15. Additionally, the Policy covers "necessary expenses [incurred] during the 'period of restoration' that you would not [have been incurred] if there had been no direct physical loss or damage to property".

16. Further, the Policy specifically covers losses caused by "damage to property other than property at the described premises, [the Policy] will pay for the actual loss of Business Income you sustain and necessary Extra Expense caused by the action of civil authority that prohibits access to the described premises, provided that . . . [a]ccess to the area immediately surrounding the damaged property is prohibited by civil authority . . . and the described premises are within that area but are not more than one mile from the damaged property; and [t]he action of civil authority is taken in response to the dangerous physical conditions resulting from the damage or continuation of the Covered Cause of Loss that caused the damage".

17. On March 6, 2020, the Governor of the State of Indiana declared that a public health emergency existed throughout the State of Indiana as a result of COVID-19.

18. On March 11, 2020 the World Health Organization declared that the spread of the novel coronavirus – also known as COVID-19 – constituted a global pandemic.

19. In response to the pandemic and threatened spread of COVID-19 throughout the United States, county and state governments in each of the jurisdictions in which Plaintiffs operate hotels began issuing orders requiring that certain businesses close to the public, operate under significant restraints, and that individuals refrain from non-essential travel, preventing customers from traveling to and staying at Plaintiffs' hotels.

20.   The continuous presence of COVID-19 on or around Plaintiff's premises, and/or the threat thereof, has rendered the premises unsafe and unfit for their intended use and therefore cause physical damage or loss to Plaintiffs' property under the Policy.

21.   The applicable closures and restrictions were issued in direct response to these dangerous physical conditions, or the threat thereof, and prohibited and/or severely restricted the public from accessing Plaintiffs' businesses, thereby causing the necessary limitation or suspension of Plaintiffs' operations and triggering coverage under the Policy.

22.   As a result, Plaintiffs have suffered substantial business loss, and are continuing to increase.  These losses are expected to exceed $20 million.

23.   On or about March 23, 2020, Plaintiffs submitted a claim to EMC requesting coverage for its business interruption losses under the Policy.

24.   On or about March 24, 2020 – only one day after submission of the claim – Plaintiff's CEO received several calls from EMC informing him that EMC did not intend to cover Plaintiff's losses, and that he should expect a denial letter in the coming weeks.

25.   On or about April 24, 2020, EMC sent a letter to Plaintiff, officially denying the claim.

26.   Upon information and belief, EMC did not perform any material investigation into Plaintiffs' claim.

## COUNT I – BREACH OF CONTRACT

27.   Plaintiffs incorporate by reference Paragraphs 1 – 19 of the Complaint as if set forth herein in their entirety.

28.   Plaintiffs timely reporting all losses suffered to EMC, submitted all necessary paperwork, and complied with all terms and conditions of the Policy.

29.   EMC failed and/or refused to pay Plaintiffs' claims in full, and/or failed to pay Plaintiffs'

5

claims in a timely manner.

30.   The Policy constitutes a valid and enforceable contract between Plaintiffs and EMC and was in full force and effect as of the time Plaintiffs began to suffer the losses insured against the Policy.  The Policy provides Building and Personal Property coverage and Business Income and Extra Expense coverage, and other applicable coverages which covered the damage suffered by Plaintiffs.

31.   EMC has breached its insurance contract with Plaintiffs by failing to pay to Plaintiffs the amounts due under the Policy, and/or by failing to pay Plaintiffs the undisputed portion of the losses when they were due.

32.   As a direct and proximate result of EMC's breach, Plaintiffs have suffered substantial damages for which EMC is liable, in an amount to be established at trial.

## COUNT II – BAD FAITH

33.   Plaintiffs incorporate by reference Paragraphs 1 – 26 of the Complaint as if set forth herein in their entirety.

34.   EMC owed Plaintiffs a duty of good faith and fair dealing in conducting its investigation, making coverage determinations, communicated with the insured(s), and in handling and paying Plaintiffs' claims associated with the losses described herein.

35.   After receiving notice of the claim made by Plaintiffs, EMC summarily denied Plaintiff's request for coverage, without conducting a reasonable and adequate investigation of Plaintiffs' claim.

36.   EMC's lack of investigation and its intent to summarily deny Plaintiffs' claim is evidenced by its denial letter which was issued less than [TIME] after the initial notification of a claim.

6

37.   EMC's denial of Plaintiffs' claim was unreasonable and made in bad faith.

38.   EMC acted with malice, fraud, gross negligence, and oppressiveness in, including, but not limited to the following ways:

      a.   Failing to conduct a full and reasonable investigation;

      b.   Making its coverage determination;

      c.   Misleading its insured regarding policy conditions and coverage;

      d.   Handling and failing to pay Plaintiffs' claims associated with the losses described above; and

      e.   Refusing to consider Plaintiff's interest on at least an equal footing with its own.

39.   As a direct and proximate result of EMC's bad faith conduct, Plaintiffs have suffered substantial damages for which EMC is liable, in an amount to be established at trial.

<u>**COUNT III – FRAUDULENT MISREPRESENTATION**</u>

40.   Plaintiffs incorporate by reference Paragraphs 1 – 33 of the Complaint as if set forth herein in their entirety.

41.   EMC willfully, deliberately, intentionally, and/or recklessly misrepresented material facts to Plaintiffs, including, but not limited to the following:

      a.   The Policy would protect and insure Plaintiffs against damages incurred as a result of government closure and/or travel restriction orders;

      b.   The Policy would protect and insure Plaintiffs against damages incurred as a result of a viral pandemic and/or the threat thereof;

      c.   The Policy would protect and insure the Plaintiff against losses incurred as a result of an interruption to its business operations; and

      d.   Should Plaintiffs need to make a claim for such losses, EMC would promptly pay

7

such a claim in accordance with the Policy

42.   The above representations were false and were made by EMC with knowledge of their falsity or with a reckless disregard for their truth or falsity.

43.   Upon information and belief, EMC never intended to provide Plaintiffs with coverage for property damage or business interruption losses incurred in connection with government closure and/or travel restriction orders issued as a result of a viral pandemic and/or the threat thereof.

44.   Upon information and belief, EMC never intended to reasonably investigate any claim made by Plaintiff with respect to losses incurred in connection with government closure and/or travel restriction orders issued as a result of a viral pandemic and/or the threat thereof.

45.   Rather, the representations made by EMC regarding the coverage available to Plaintiffs for such losses were illusory, deceptive, and made for the purpose of inducing Plaintiffs to purchase insurance coverage from Defendants for which no benefits would ever be provided to Plaintiffs.

46.   Plaintiffs relied upon these representations to their detriment.

47.   EMC's fraudulent misrepresentations were willful, deliberate, intentional, and/or done with reckless or conscious disregard for the injuries and damages that would be suffered by Plaintiff as a result of EMC's misrepresentations.

48.   As a proximate result of Defendants' fraudulent misrepresentations regarding the above-mentioned material facts, Plaintiffs have been damaged and have suffered significant loss.

49.   Plaintiffs will continue to incur additional damages as a result of Defendants' fraudulent misrepresentations.

50.   Defendants' wrongful actions and conduct warrant the imposition of punitive damages in this action.

8

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs respectfully request that this Court grant it the following relief:

    A.  Compensatory damages in an amount sufficient to compensate Plaintiffs for the injuries they have sustained

    B.  Punitive damages;

    C.  Attorneys' fees;

    D.  Court Costs;

    E.  Interest;

    F.  Any additional statutory penalties and damages available to Plaintiffs under each of the applicable state's insurance statutes and/or regulations; and

    G.  Such other relief as the Court deems just and proper.

## DEMAND FOR JURY TRIAL

Pursuant to Rule 38 of the Indiana Rules of Trial Procedure, Plaintiffs demand trial by jury.

Respectfully submitted,

/s/ Andrew M. Lehmann
Andrew M. Lehmann, Attorney No. 31151-06
**MHG Hotels, LLC**
1220 Brookville Way
Indianapolis, IN 46239
Telephone:   317-356-4000 Ext. 204
Fax:             317-356-4004
Email:          alehmann@mhghotelsLLC.com

*Counsel for Plaintiffs*

9

Case 1:20-cv-01620-RLY-TAB   Document 2005-CT-015059/20   Page 29 of 285 PageID #: 61   Filed: 5/1/2020 2:19 PM
Clerk
Marion County, Indiana

49D06-2005-CT-015059
Marion Superior Court, Civil Division 6

EXHIBIT
A

**EMC INSURANCE**

```
UNION INSURANCE COMPANY OF PROVIDENCE              PRIOR POLICY: 5T4-85-44


            B U S I N E S S O W N E R S    D E C L A R A T I O N S

                                          *-------------------------*
POLICY PERIOD: FROM 08/01/19  TO  08/01/20  *     POLICY NUMBER      *
                                          * 5 T 4 - 8 5 - 4 4---20 *
                                          *-------------------------*
    N A M E D   I N S U R E D :              P R O D U C E R :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
MHG HOTELS, LLC                      UNITED INSURANCE AGENCIES
1220 BROOKVILLE WAY                  1019 W JACKSON ST
INDIANAPOLIS IN 46239-1048           MUNCIE IN 47305-1556



                                     AGENT: DT 1155
    DIRECT BILL                      AGENT PHONE: (765)284-4443
                                     CLAIM REPORTING: (888)362-2255
                                     SERVICING CARRIER: (513)221-6010
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
THIS POLICY RENEWAL IS OFFERED CONTINGENT UPON THE RECEIPT OF PAYMENT
WHICH IS DUE ON 10/01/19.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
  INSURED IS:CORPORATION       Business Desc: HOTELS
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
In Return for the Payment of the Premium, & Subject to all the Terms of This
Policy, We Agree with You to Provide the Insurance as Stated in this Policy.
----------------------------------------------------------------------


P R O P E R T Y - Businessowners Coverage Form
  Refer to SECTION I-PROPERTY in the Businessowners Coverage Form and Any
  Schedule or Endorsements Attached.

L I A B I L I T Y   &   M E D I C A L   P A Y M E N T S
Except for Damage to Premises Rented to You, Each Paid Claim for the
Following Coverages Reduces the Amount of Insurance We Provide During
the Policy Period.  Refer To SECTION II-LIABILITY in the Businessowners
Coverage Form, the Following Schedule and Any Attached Endorsements.

    Limits of Insurance
    Liability and Medical Expenses (Each Occurrence)       $  1,000,000
    Medical Expenses (Per Person)                          $     10,000
    Other Than Products/Completed Operations Aggregate     $  2,000,000
    Products/Completed Operations Aggregate                $  2,000,000
    Damage to Premises Rented to You (Any One Premises)    $    500,000
```

```
DATE OF ISSUE: 08/15/19   (BPP)                        (CONTINUED)
FORM: BP7000A ED. 07-17    BPP   05/03/19    115    CC    5T48544  2001
```



PAGE NO: 2
```
--------------------------------------------------------------------------
UNION INSURANCE COMPANY OF PROVIDENCE          POLICY NO: 5T4-85-44---20
MHG HOTELS LLC                       EFF DATE: 08/01/19   EXP DATE: 08/01/20

            B U S I N E S S O W N E R S   D E C L A R A T I O N S
--------------------------------------------------------------------------



 P R O P E R T Y   L I A B I L I T Y   &   M E D I C A L   P A Y M E N T S
     The following Optional Coverages/Endorsements (and/or applicable limits)
     modifies insurance provided under Section I - Property and/or Section II
     Liability of the Businessowners Coverage Form.

     Expanded Businessowners Enhancement Endorsement            See BP7200
        Liability for Guests Property-Per Occurrence        $       25,000
                                       Per Guest            $        1,000
        Liability for Guests Property in Safe Deposit Box -     See BP0711
                                       Per Occurrence       $        5,000
        -------------------------------------------------------------------
                                  *Businessowners Premium  $     62451.00
                                  -----------------------------------------



     -----------------------------------------------------------------
     FORMS APPLICABLE:
     BP0003(07/13), BP0111(11/13), BP0154(01/18), BP0157(10/08),
     BP0412(04/17), BP0417(01/10), BP0430(07/13), BP0446(07/13),
     BP0456(07/13), BP0457(07/13), BP0489(01/10)*, BP0503(01/06),
     BP0523(01/15), BP0542(01/15), BP0577(01/06), BP0643(04/06),
     BP0710(01/06), BP0711(01/06), BP1504(05/14), BP7001.2A(01/19)*,
     BP7001.3A(01/10), BP7001A(01/10)*, BP7003(07/13), BP7200(01/19)*,
     BP7200.3(01/19)*, BP7486(01/19)*, BP8078(01/19)*, IL7004(01/19)*,
     IL7028(05/15), IL7130A(04/01)*, IL7131A(04/01)*, IL7137(01/18),
     IL7621(04/16), IL8062(07/16)*, IL8383.2A(01/15), IL8384A(01/08),
     IL8576(10/17)*, IL8599(11/11), IL8720(08/15)*, IL8759(10/18)*

     REFER TO PRIOR DISTRIBUTION(S) FOR ANY FORMS NOT ATTACHED
     -----------------------------------------------------------------
```

```
 DATE OF ISSUE: 08/15/19    (BPP)
 FORM: BP7000A ED. 07-17        05/03/19      115        CC      5T48544  2001
```



```
UNION INSURANCE COMPANY OF PROVIDENCE          POLICY NUMBER: 5T4-85-44---20

MHG HOTELS, LLC                    EFF DATE: 08/01/19   EXP DATE: 08/01/20

              B U S I N E S S O W N E R S   P O L I C Y
                     D E C L A R A T I O N S
===============================================================================
                        ENDORSEMENT SCHEDULE

              EDITION
  FORM        DATE    DESCRIPTION/ADDITIONAL INFORMATION            PREMIUM
-------------------------------------------------------------------------------
 BP0003       07-13  BUSINESSOWNERS COVERAGE FORM
 BP0111       11-13  MISSOURI CHANGES
 BP0154       01-18  ILLINOIS CHANGES
 BP0157       10-08  MO CHANGES - POLLUTION EXCLUSION
 BP0412       04-17  LIMITATION OF CVRGE DESIG PREMISES
                       PREMISES:
                          ANY LOCATION OR PROJECT LISTED
                          UNDER THE POLICY 5T48544
 BP0417       01-10  EMPLOYMENT RELATED PRACTICES EXCL
 BP0430       07-13  PROTECTIVE SAFEGUARDS
 BP0446       07-13  ORDINANCE OR LAW COVERAGE
 BP0456       07-13  UTILITY SERVICES-DIRECT DAMAGE
 BP0457       07-13  UTILITY SERVICES-TIME ELEMENT
*BP0489       01-10  LIQUOR LIABILITY COVERAGE
                       LIQUOR LIABILITY AGGREGATE LIMIT
                          $ 2,000,000
                       EACH COMMON CAUSE LIMIT
                          $ 1,000,000
 BP0503       01-06  ILLINOIS LIQUOR LIABILITY COVERAGE
                       EACH PERSON BODILY INJURY
                          LIMIT: $ 68,777.44
                       EACH PERSON PROPERTY DAMAGE
                          LIMIT: $ 68,777.44
                       LOSS OF MEANS OF SUPPORT OR LOSS OF
                          SOCIETY LIMIT: $ 84,061.32
                       AGGREGATE LIMIT: $2,000,000
 BP0523       01-15  CAP/LOSSES/CERTIFD ACTS OF TERRORISM
 BP0542       01-15  EXCL OF PUNITIVE DAMAGES FOR TERRORI
 BP0577       01-06  FUNGI OR BACTERIA EXCLUSION (LIAB)
 BP0643       04-06  ILLINOIS CHANGES - DEFENSE COSTS
 BP0710       01-06  MOTELS
 BP0711       01-06  MOTEL-LIAB FOR GUESTS PROPERTY-SAFE
 BP1504       05-14  EXCL-ACCESS/DISCLOSURE OF CONFIDENT
*BP7001.2A    01-19  BOP SCHEDULE-MISC PROP POL LEVEL COV
 BP7001.3A    01-10  BOP SCHEDULE-SEC II-LIAB AND MED PAY
*BP7001A      01-10  BOP AUTOMATED SCHEDULE
 BP7003       07-13  BOP QUICK REFERENCE
*BP7200       01-19  EXPANDED BUSINESSOWNERS EXT END
*BP7200.3     01-19  EXPANDED BUSINESSOWNERS EXT END
*BP7486       01-19  EQUIPMENT BREAKDOWN ENDORSEMENT
*BP8078       01-19  POLICYHOLDER NOTICE
*IL7004       01-19  MUTUAL POLICY PROVISIONS
 IL7028       05-15  ASBESTOS EXCLUSION
*IL7130A      04-01  NAMED INSURED ENDORSEMENT
*IL7131A      04-01  COMM'L POLICY ENDORSEMENT SCHEDULE
 IL7137       01-18  EXCL MIXED DUST PNEUMOCONIOSIS


  DATE OF ISSUE: 08/15/19                              (CONTINUED)
  FORM: IL7131A (ED. 04-01)            115        CC       5T48544  2001
```



```
PAGE NO: 2
---------------------------------------------------------------------------------
UNION INSURANCE COMPANY OF PROVIDENCE              POLICY NUMBER: 5T4-85-44---20

MHG HOTELS, LLC                       EFF DATE: 08/01/19    EXP DATE: 08/01/20

                     B U S I N E S S O W N E R S   P O L I C Y
                            D E C L A R A T I O N S
===============================================================================
                             ENDORSEMENT SCHEDULE

                EDITION
   FORM         DATE    DESCRIPTION/ADDITIONAL INFORMATION              PREMIUM
   --------------------------------------------------------------------------------
   IL7621       04-16   IL-COMPANY ELIMINATION ENDORSEMENT
  *IL8062       07-16   NOTICE OF AVAILABILITY - ILLINOIS
   IL8383.2A    01-15   DISCL PURSUANT TERRSM RISK INS. ACT          $      479
   IL8384A      01-08   TERRORISM NOTICE
  *IL8576       10-17   MEDICARE IMPT NOTICE TO POLICYHOLDER
   IL8599       11-11   IL NOTE-PH RELIG FRDM PROT/CIVIL UN
  *IL8720       08-15   POLICYHOLDER NOTICE
  *IL8759       10-18   IMPORTANT NOTICE TO POLICYHOLDERS
```



```
UNION INSURANCE COMPANY OF PROVIDENCE          POLICY NUMBER: 5T4-85-44---20
MHG HOTELS, LLC                     EFF DATE: 08/01/19   EXP DATE: 08/01/20



                      T E R R O R I S M   N O T I C E


     This insurance may include coverage for certified acts of terrorism
     as defined in the Terrorism Risk Insurance Act, as amended.

     Attached you will find a disclosure, which identifies the specific
     charge for certified acts of terrorism.



        YOU MAY HAVE THE OPTION TO REJECT THIS TERRORISM COVERAGE
        ---------------------------------------------------------

          For additional information, please contact your agent
```

```
     DATE OF ISSUE: 08/15/19
     FORM: IL8384A (01-08)                115        CC        5T48544  2001
```



```
UNION INSURANCE COMPANY OF PROVIDENCE            POLICY NUMBER: 5T4-85-44---20
MHG HOTELS, LLC                      EFF DATE: 08/01/19    EXP DATE: 08/01/20
```

**THIS DISCLOSURE IS ATTACHED TO YOUR POLICY IN RESPONSE TO THE DISCLOSURE REQUIREMENTS OF THE TERRORISM RISK INSURANCE ACT. THIS DISLOSURE DOES NOT GRANT ANY COVERAGE OR CHANGE THE TERMS AND CONDITIONS OF ANY COVERAGE UNDER THE POLICY.**

D I S C L O S U R E   P U R S U A N T   T O
T E R R O R I S M   R I S K   I N S U R A N C E   A C T
-------------------------------------------------------------------
S C H E D U L E
Terrorism Premium (Certified Acts)  $479.00
-------------------------------------------------------------------

**A. Disclosure Of Premium:**
In accordance with the federal Terrorism Risk Insurance Act, we are required to provide you with a notice disclosing the portion of your premium, if any, attributable to coverage for terrorism acts certified under the Terrorism Risk Insurance Act. The portion of your premium attributable to such coverage is shown in the Schedule of this disclosure or in the policy Declarations.

**B. Disclosure Of Federal Participation In Payment Of Terrorism Losses:**
The United States Government, Department of the Treasury, will pay a share of terrorism losses insured under the federal program. For losses occurring in 2015, the federal share equals 85% of that portion of the amount of such insured losses that exceeds the applicable insurer retention. Beginning on January 1, 2016, the federal share will decrease by one percentage point per calendar year until equal to 80% of that portion of the amount of such insured losses that exceeds the applicable insurer retention. However, if aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year, the Treasury shall not make any payment for any portion of the amount of such losses that exceeds $100 billion.

**C. Cap On Insurer Participation In Payment Of Terrorism Losses:**
If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

**The following statement is required to be part of the disclosure notice in MISSOURI:**
The premium above is for certain losses resulting from certified acts of terrorism as covered pursuant to coverage provisions, limitations and exclusions in this policy. You should read the definition in your policy carefully, but generally speaking, "certified" acts of terrorism are acts that exceed $5 million in aggregate losses to the insurance industry and which are subsequently declared by the U.S. Secretary of the Treasury as a certified terrorist act under the Terrorism Risk Insurance Act. Some losses resulting from certified acts of terrorism are not covered. Read your policy and endorsements carefully.


Includes copyrighted material of ISO Properties, Inc. with its permission

DATE OF ISSUE: 08/15/19
FORM: IL8383.2A(01-15)                    115        CC        5T48544  2001
```



```
UNION INSURANCE COMPANY OF PROVIDENCE

            N A M E D   I N S U R E D   E N D O R S E M E N T

                              *-----------------------*
POLICY PERIOD:  FROM  08/01/19  TO  08/01/20   *    POLICY NUMBER    *
                              * 5 T 4 - 8 5 - 4 4---20 *
                              *-----------------------*
     N A M E D   I N S U R E D :          P R O D U C E R :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
MHG HOTELS, LLC                    UNITED INSURANCE AGENCIES
1220 BROOKVILLE WAY                1019 W JACKSON ST
INDIANAPOLIS IN 46239-1048         MUNCIE IN 47305-1556


                                 AGENT: DT 1155
     DIRECT BILL                 AGENT PHONE: (765)284-4443
                                 CLAIM REPORTING: (888)362-2255
                                 SERVICING CARRIER: (513)221-6010
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

  T H I S   E N D O R S E M E N T   C H A N G E S   T H E   P O L I C Y.
         P L E A S E   R E A D   I T   C A R E F U L L Y.

   ---------------------------------------------------------------------

           *-------------------------------------------------*
           * ENDORSEMENT EFFECTIVE DATES: 08/01/19 TO 08/01/20 *
           *-------------------------------------------------*
           IT IS HEREBY AGREED AND UNDERSTOOD THAT THE NAMED INSURED
                    IS AMENDED TO READ AS FOLLOWS:

        1ST NAMED INSURED:
        MHG HOTELS, LLC

        NO. 02:
        JALI LLC

        NO. 03:
        HOTELS OF SPEEDWAY, LLC

        NO. 04:
        HOTELS OF DEERFIELD LLC

        NO. 05:
        MOTELS OF NOBLESVILLE, LLP

        NO. 06:
        MOTELS OF AVON, LLP

        NO. 07:
        MOTELS OF FISHERS, LLP

        NO. 08:
        MOTELS OF INDIANAPOLIS, LLP




PLACE OF ISSUE: BLUE ASH, OH
DATE OF ISSUE: 08/15/19                                    (CONTINUED)
FORM: IL7130A (ED. 04-01)          115      CC       5T48544  2001
```



PAGE  2
```
UNION INSURANCE COMPANY OF PROVIDENCE              POLICY NO: 5T4-85-44---20
MHG HOTELS, LLC                      EFF DATE: 08/01/19   EXP DATE: 08/01/20
```

              N A M E D   I N S U R E D   E N D O R S E M E N T
                          C O N T I N U E D
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

        NO. 09:
        NATVER LLP

        NO. 10:
        MOTELS OF SEYMOUR, LLP

        NO. 11:
        SRI-RAM, INC

        NO. 12:
        SIVA, INC

        NO. 13:
        HIREN, LLP

        NO. 14:
        IDM, LLC

        NO. 15:
        MOTELS OF NOBLESVILLE II, LLP

        NO. 16:
        NEAL LODGING, LLC

        NO. 17:
        MOTELS OF NORTH AURORA LLP

        NO. 18:
        RANJAN, LLC

        NO. 19:
        MOTELS OF BLOOMINGTON LLC

        NO. 20:
        RAVI, LLC

        NO. 21:
        HOTELS OF STAFFORD LLP

        NO. 22:
        APPLETREE HOSPITALITY LLC

        NO. 23:
        EMERALD HOTELS INVESTMENTS LLC

        NO. 24:
        GOURLEY PIKE LODGING, LLC

        NO. 25:
        HOTELS OF DEERFIELD BEACH, LLC


PLACE OF ISSUE: BLUE ASH, OH
DATE OF ISSUE: 08/15/19                                        (CONTINUED)
FORM: IL7130A (ED. 04-01)              115      CC        5T48544  2001



```
UNION INSURANCE COMPANY OF PROVIDENCE          POLICY NO: 5T4-85-44---20
MHG HOTELS, LLC                        EFF DATE: 08/01/19   EXP DATE: 08/01/20

              N A M E D    I N S U R E D    E N D O R S E M E N T
                            C O N T I N U E D
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -


        NO. 26:
        MOTELS OF SUGAR LAND LLP
```

```
        PLACE OF ISSUE: BLUE ASH, OH
        DATE OF ISSUE: 08/15/19
        FORM: IL7130A (ED. 04-01)              115       CC         5T48544  2001
```



```
UNION INSURANCE COMPANY OF PROVIDENCE          POLICY NO: 5T4-85-44---20
MHG HOTELS LLC                        EFF DATE: 08/01/19   EXP DATE: 08/01/20

               B U S I N E S S O W N E R S   S C H E D U L E
                   S E C T I O N   I   P R O P E R T Y
-----------------------------------------------------------------------------
LOC 001
2424 W SULLIVAN RD
AURORA, IL
60506-6435

Deductibles: Property-$5,000

For Inspection Contact: See Agent on Dec Page


-----------------------------------------------------------------------------
               COVERAGE(S) AT LOCATION SHOWN ABOVE

BUILDING NUMBER 001

Description:                        Occupancy:
 4 STORY FRAME BLDG IN              HOLIDAY INN AURORA
PROTECTION CLASS  02

Protective Safeguards: P1, P2, P5, P9
                  Burglar Alarm


                          Limit of  Spec*    Optional Coverages/
            Coverage      Insurance  Ints       Endorsements
-----------------------------------------------------------------------------
|BUILDING                  |$  9,833,343|  |Replacement Cost
|                          |            |  |Automatic Increase-08%
|                          |            |  |
|BUSINESS PERSONAL PROPERTY|$  1,028,747|  |Replacement Cost
|                          |            |  |Utility Services - Direct Damage
|                          |            |  |  Providing Water,Communication
|                          |            |  |  And Power Supply Services
|                          |            |  |  Including Overhead Transmission
|                          |            |  |  Lines
|                          |            |  |  Limit of Insurance $50,000
|                          |            |  |
|ORDINANCE OR LAW          |$    400,000|  |Demolition Cost and Increased
|                          |            |  |  Cost of Construction
|                          |            |  |
|UTILITY SERVICES -        |$     50,000|  |Providing-Water Supply, Waste-
|TIME ELEMENT              |            |  |  Water Removal, Communication
|                          |            |  |  Supply and/or Power Supply
|                          |            |  |  Including Overhead Transmission
|                          |            |  |  Lines
|                          |            |  |
|BUSINESS INCOME-EXTENDED  |360 DAYS    |  |
|PERIOD OF INDEMNITY       |            |  |
|                          |            |  |
=============================================================================




DATE OF ISSUE: 08/15/19   (BPP)                        (CONTINUED)
FORM: BP7001A ED. 01-10    BPP  05/03/19      115      CC      5T48544  2001
```



```
PAGE NO: 2
UNION INSURANCE COMPANY OF PROVIDENCE          POLICY NO: 5T4-85-44---20
MHG HOTELS LLC                       EFF DATE: 08/01/19    EXP DATE: 08/01/20

            B U S I N E S S O W N E R S   S C H E D U L E
              S E C T I O N   I   P R O P E R T Y
----------------------------------------------------------------------------



LOC 002
4500 MADISON AVE
KANSAS CITY, MO
64111-3510

Deductibles: Property-$5,000

For Inspection Contact: See Agent on Dec Page

----------------------------------------------------------------------------
              COVERAGE(S) AT LOCATION SHOWN ABOVE

BUILDING NUMBER 001

Description:                        Occupancy:
 4 STORY FRAME BLDG IN              SPRINGHILL SUITES BY MARRIOTT
PROTECTION CLASS  01

Protective Safeguards: P1, P2, P5

                        Limit of   Spec*   Optional Coverages/
           Coverage     Insurance  Ints       Endorsements
----------------------------------------------------------------------------
|BUILDING               |$ 15,750,000|01|Replacement Cost
|                       |            |  |Automatic Increase-08%
|                       |            |  |
|BUSINESS PERSONAL PROPERTY|$  2,040,000|  |Replacement Cost
|                       |            |  |Utility Services - Direct Damage
|                       |            |  |  Providing Water,Communication
|                       |            |  |  And Power Supply Services
|                       |            |  |  Including Overhead Transmission
|                       |            |  |  Lines
|                       |            |  |  Limit of Insurance $50,000
|                       |            |  |
|ORDINANCE OR LAW       |$    400,000|  |Demolition Cost and Increased
|                       |            |  |  Cost of Construction
|                       |            |  |
|UTILITY SERVICES -     |$     50,000|  |Providing-Water Supply, Waste-
|TIME ELEMENT           |            |  |  Water Removal, Communication
|                       |            |  |  Supply and/or Power Supply
|                       |            |  |  Including Overhead Transmission
|                       |            |  |  Lines
|                       |            |  |
|BUSINESS INCOME-EXTENDED |360 DAYS  |  |
|PERIOD OF INDEMNITY    |            |  |
|                       |            |  |
============================================================================



DATE OF ISSUE: 08/15/19   (BPP)                           (CONTINUED)
FORM: BP7001A ED. 01-10    BPP   05/03/19     115      CC      5T48544  2001
```



```
PAGE NO:  3
```

UNION INSURANCE COMPANY OF PROVIDENCE          POLICY NO: 5T4-85-44---20
MHG HOTELS LLC                          EFF DATE: 08/01/19   EXP DATE: 08/01/20

                    B U S I N E S S O W N E R S   S C H E D U L E
                       S E C T I O N   I   P R O P E R T Y
--------------------------------------------------------------------------------



                            Special Interests


               01   MORTGAGEE
                    HAWTHORNE BANK ISAOA
                    PO BOX 1845
                    JEFFERSON CITY, MO 65102-1845


INCLUDES COPYRIGHTED MATERIAL OF ISO PROPERTIES, INC. WITH ITS PERMISSION
DATE OF ISSUE: 08/15/19   (BPP)
FORM: BP7001A ED. 01-10          05/03/19      115        CC       5T48544  2001



```
                                                             PAGE NO:  4
UNION INSURANCE COMPANY OF PROVIDENCE            POLICY NO: 5T4-85-44---20
MHG HOTELS LLC                          EFF DATE: 08/01/19   EXP DATE: 08/01/20

                B U S I N E S S O W N E R S   S C H E D U L E
                     MISCELLANEOUS  P R O P E R T Y
                     POLICY LEVEL COVERAGES
--------------------------------------------------------------------------------


                     Coverage                       Limits of Insurance
          ----------------------------------------------------------------------
          EQUIPMENT BREAKDOWN                           See BP7486
          ----------------------------------------------------------------------
```

```
          INCLUDES COPYRIGHTED MATERIAL OF ISO PROPERTIES, INC. WITH ITS PERMISSION
          DATE OF ISSUE: 08/15/19    (BPP)
          FORM: BP7001.2A ED. 01-19         05/03/19      115        CC        5T48544   2001
```



PAGE NO:  5

```
UNION INSURANCE COMPANY OF PROVIDENCE          POLICY NO: 5T4-85-44---20
MHG HOTELS LLC                        EFF DATE: 08/01/19   EXP DATE: 08/01/20
```

## B U S I N E S S O W N E R S   S C H E D U L E
## S E C T I O N   I I   L I A B I L I T Y   A N D
## M E D I C A L   P A Y M E N T S

| Classification/Exposure Basis | Exposure | Rate | Premium |
|---|---|---|---|
| Location 001 | | | |
| Swimming Pool(s)-Number of:   1 | | | |
| Liquor Liability - Annual Gross | | | $        250 |
|   Liquor Sales $    25,000 | | | |
| | | | |
| Building 001 | | | |
| 85309-Hotels - 4 or 5 Stories, Ful- | $  2,000,000 | 1.666 | $      3,331 |
|   ly Sprinklered-W/Limited Cooking | | | |
|   Exposure Basis: | | | |
|     Sales | | | |
| | | | |
| Location 002 | | | |
| Swimming Pool(s)-Number of:   1 | | | |
| Liquor Liability - Annual Gross | | | $         42 |
|   Liquor Sales $    25,000 | | | |
| | | | |
| Building 001 | | | |
| 85309-Hotels - 4 or 5 Stories, Ful- | $  2,000,000 | 2.018 | $      4,035 |
|   ly Sprinklered-W/Limited Cooking | | | |
|   Exposure Basis: | | | |
|     Sales | | | |

```
INCLUDES COPYRIGHTED MATERIAL OF ISO PROPERTIES, INC. WITH ITS PERMISSION
DATE OF ISSUE: 08/15/19   (BPP)
FORM: BP7001.3A ED. 01-10        05/03/19        115        CC        5T48544  2001
```



```
UNION INSURANCE COMPANY OF PROVIDENCE        POLICY NO: 5T4-85-44---20
MHG HOTELS, LLC                              TRANSACTION: RENEWAL-01
                                             PRIOR POL: 5T4-85-44

                        TRANSACTION INFORMATION
                        -----------------------


POLICY TERM: 08/01/2019 TO 08/01/2020        TRANS DATE: 08/01/2019
ACCOUNT NAME: MHG HOTELS LLC                 CO/BR/AGENT: D/T/1155
ACCOUNT MAILING STATE: IN                    PROGRAM:
FINANCING: N                                 BILLING METHOD: D (CDB)
SIC: 7011                                    PROFIT SHARE: Y
 Hotels and Motels
NAICS: 721110
 Hotels (except Casino Hotels) and Motels
ACCOUNT ORIGINAL EFF DATE: 08/01/2016        TYPE OF POLICY: N/A
ACCOUNT FEIN: 562396957

                                             TRANS PREMIUM:      62,451.00

POLICY ID: AG     COMMISSION: 12.5%          PREMIUM:            62,451.00

--------------------------------------------------------------------------
 ACCOUNT DOMICILE STATE: IN
--------------------------------------------------------------------------
```

```
DATE OF ISSUE: 08/15/19   (BPP)
     BOP      BPP          05/03/19      115         CC       5T48544  2001
```

BUSINESSOWNERS
BP 00 03 07 13

# BUSINESSOWNERS COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this Coverage Form, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the company providing this insurance.

In Section **II** – Liability, the word "insured" means any person or organization qualifying as such under Paragraph **C.** Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Paragraph **H.** Property Definitions in Section **I** – Property and Paragraph **F.** Liability And Medical Expenses Definitions in Section **II** – Liability.

## SECTION I – PROPERTY

### A. Coverage

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

#### 1. Covered Property

Covered Property includes Buildings as described under Paragraph **a.** below, Business Personal Property as described under Paragraph **b.** below, or both, depending on whether a Limit Of Insurance is shown in the Declarations for that type of property. Regardless of whether coverage is shown in the Declarations for Buildings, Business Personal Property, or both, there is no coverage for property described under Paragraph **2.** Property Not Covered.

**a.** Buildings, meaning the buildings and structures at the premises described in the Declarations, including:

**(1)** Completed additions;

**(2)** Fixtures, including outdoor fixtures;

**(3)** Permanently installed:

   **(a)** Machinery; and

   **(b)** Equipment;

**(4)** Your personal property in apartments, rooms or common areas furnished by you as landlord;

**(5)** Personal property owned by you that is used to maintain or service the buildings or structures or the premises, including:

   **(a)** Fire extinguishing equipment;

   **(b)** Outdoor furniture;

   **(c)** Floor coverings; and

   **(d)** Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering;

**(6)** If not covered by other insurance:

   **(a)** Additions under construction, alterations and repairs to the buildings or structures;

   **(b)** Materials, equipment, supplies and temporary structures, on or within 100 feet of the described premises, used for making additions, alterations or repairs to the buildings or structures.

**b.** Business Personal Property located in or on the buildings or structures at the described premises or in the open (or in a vehicle) within 100 feet of the buildings or structures or within 100 feet of the premises described in the Declarations, whichever distance is greater, including:

**(1)** Property you own that is used in your business;

**(2)** Property of others that is in your care, custody or control, except as otherwise provided in Loss Payment Property Loss Condition Paragraph **E.5.d.(3)(b);**

**(3)** Tenant's improvements and betterments. Improvements and betterments are fixtures, alterations, installations or additions:

   **(a)** Made a part of the building or structure you occupy but do not own; and

   **(b)** You acquired or made at your expense but cannot legally remove;

**(4)** Leased personal property which you have a contractual responsibility to insure, unless otherwise provided for under Paragraph **1.b.(2);** and

© Insurance Services Office, Inc., 2012

**(5)** Exterior building glass, if you are a tenant and no Limit Of Insurance is shown in the Declarations for Building property. The glass must be owned by you or in your care, custody or control.

**2. Property Not Covered**

Covered Property does not include:

**a.** Aircraft, automobiles, motortrucks and other vehicles subject to motor vehicle registration;

**b.** "Money" or "securities" except as provided in the:

**(1)** Money And Securities Optional Coverage; or

**(2)** Employee Dishonesty Optional Coverage;

**c.** Contraband, or property in the course of illegal transportation or trade;

**d.** Land (including land on which the property is located), water, growing crops or lawns (other than lawns which are part of a vegetated roof);

**e.** Outdoor fences, radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers, signs (other than signs attached to buildings), trees, shrubs or plants (other than trees, shrubs or plants which are part of a vegetated roof), all except as provided in the:

**(1)** Outdoor Property Coverage Extension; or

**(2)** Outdoor Signs Optional Coverage;

**f.** Watercraft (including motors, equipment and accessories) while afloat;

**g.** Accounts, bills, food stamps, other evidences of debt, accounts receivable or "valuable papers and records"; except as otherwise provided in this policy;

**h.** "Computer(s)" which are permanently installed or designed to be permanently installed in any aircraft, watercraft, motortruck or other vehicle subject to motor vehicle registration. This paragraph does not apply to "computer(s)" while held as "stock";

**i.** "Electronic data", except as provided under Additional Coverages – Electronic Data. This Paragraph **i.** does not apply to your "stock" of prepackaged software or to "electronic data" which is integrated in and operates or controls the building's elevator, lighting, heating, ventilation, air conditioning or security system; or

**j.** Animals, unless owned by others and boarded by you, or if owned by you, only as "stock" while inside of buildings.

**3. Covered Causes Of Loss**

Direct physical loss unless the loss is excluded or limited under Section **I** – Property.

**4. Limitations**

**a.** We will not pay for loss of or damage to:

**(1)** Steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment. But we will pay for loss of or damage to such equipment caused by or resulting from an explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

**(2)** Hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment, other than an explosion.

**(3)** Property that is missing, where the only evidence of the loss or damage is a shortage disclosed on taking inventory, or other instances where there is no physical evidence to show what happened to the property. This limitation does not apply to the Optional Coverage for Money and Securities.

**(4)** Property that has been transferred to a person or to a place outside the described premises on the basis of unauthorized instructions.

**(5)** The interior of any building or structure, or to personal property in the building or structure, caused by or resulting from rain, snow, sleet, ice, sand or dust, whether driven by wind or not, unless:

**(a)** The building or structure first sustains damage by a Covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand or dust enters; or

© Insurance Services Office, Inc., 2012

**(b)** The loss or damage is caused by or results from thawing of snow, sleet or ice on the building or structure.

**(6)** Lawns, trees, shrubs or plants which are part of a vegetated roof, caused by or resulting from:

**(a)** Dampness or dryness of atmosphere or of soil supporting the vegetation;

**(b)** Changes in or extremes of temperature;

**(c)** Disease;

**(d)** Frost or hail; or

**(e)** Rain, snow, ice or sleet.

**b.** We will not pay for loss of or damage to the following types of property unless caused by the "specified causes of loss" or building glass breakage:

**(1)** Animals, and then only if they are killed or their destruction is made necessary.

**(2)** Fragile articles such as glassware, statuary, marble, chinaware and porcelain, if broken. This restriction does not apply to:

**(a)** Glass that is part of the exterior or interior of a building or structure;

**(b)** Containers of property held for sale; or

**(c)** Photographic or scientific instrument lenses.

**c.** For loss or damage by theft, the following types of property are covered only up to the limits shown (unless a higher Limit Of Insurance is shown in the Declarations):

**(1)** $2,500 for furs, fur garments and garments trimmed with fur.

**(2)** $2,500 for jewelry, watches, watch movements, jewels, pearls, precious and semiprecious stones, bullion, gold, silver, platinum and other precious alloys or metals. This limit does not apply to jewelry and watches worth $100 or less per item.

**(3)** $2,500 for patterns, dies, molds and forms.

**5. Additional Coverages**

**a. Debris Removal**

**(1)** Subject to Paragraphs **(2), (3)** and **(4),** we will pay your expense to remove debris of Covered Property and other debris that is on the described premises, when such debris is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

**(2)** Debris Removal does not apply to costs to:

**(a)** Remove debris of property of yours that is not insured under this policy, or property in your possession that is not Covered Property;

**(b)** Remove debris of property owned by or leased to the landlord of the building where your described premises are located, unless you have a contractual responsibility to insure such property and it is insured under this policy;

**(c)** Remove any property that is Property Not Covered, including property addressed under the Outdoor Property Coverage Extension;

**(d)** Remove property of others of a type that would not be Covered Property under this policy;

**(e)** Remove deposits of mud or earth from the grounds of the described premises;

**(f)** Extract "pollutants" from land or water; or

**(g)** Remove, restore or replace polluted land or water.

**(3)** Subject to the exceptions in Paragraph **(4),** the following provisions apply:

**(a)** The most that we will pay for the total of direct physical loss or damage plus debris removal expense is the Limit of Insurance applicable to the Covered Property that has sustained loss or damage.

(b) Subject to Paragraph **(3)(a)** above, the amount we will pay for debris removal expense is limited to 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage. However, if no Covered Property has sustained direct physical loss or damage, the most we will pay for removal of debris of other property (if such removal is covered under this Additional Coverage) is $5,000 at each location.

(4) We will pay up to an additional $25,000 for debris removal expense, for each location, in any one occurrence of physical loss or damage to Covered Property, if one or both of the following circumstances apply:

(a) The total of the actual debris removal expense plus the amount we pay for direct physical loss or damage exceeds the Limit of Insurance on the Covered Property that has sustained loss or damage.

(b) The actual debris removal expense exceeds 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

Therefore, if Paragraphs **(4)(a)** and/or **(4)(b)** apply, our total payment for direct physical loss or damage and debris removal expense may reach but will never exceed the Limit of Insurance on the Covered Property that has sustained loss or damage, plus $25,000.

(5) **Examples**

**Example 1**

| | |
|---|---|
| Limit of Insurance | $ 90,000 |
| Amount of Deductible | $ 500 |
| Amount of Loss | $ 50,000 |
| Amount of Loss Payable | $ 49,500 |
| | ($50,000 – $500) |
| Debris Removal Expense | $ 10,000 |
| Debris Removal Expense Payable | $ 10,000 |
| ($10,000 is 20% of $50,000) | |

The debris removal expense is less than 25% of the sum of the loss payable plus the deductible. The sum of the loss payable and the debris removal expense ($49,500 + $10,000 = $59,500) is less than the Limit of Insurance. Therefore, the full amount of debris removal expense is payable in accordance with the terms of Paragraph **(3)**.

**Example 2**

| | |
|---|---|
| Limit of Insurance | $ 90,000 |
| Amount of Deductible | $ 500 |
| Amount of Loss | $ 80,000 |
| Amount of Loss Payable | $ 79,500 |
| | ($80,000 – $500) |
| Debris Removal Expense | $ 40,000 |
| Debris Removal Expense Payable | |
| Basic Amount | $ 10,500 |
| Additional Amount | $ 25,000 |

The basic amount payable for debris removal expense under the terms of Paragraph **(3)** is calculated as follows: $80,000 ($79,500 + $500) x .25 = $20,000; capped at $10,500. The cap applies because the sum of the loss payable ($79,500) and the basic amount payable for debris removal expense ($10,500) cannot exceed the Limit of Insurance ($90,000).

The additional amount payable for debris removal expense is provided in accordance with the terms of Paragraph **(4)**, because the debris removal expense ($40,000) exceeds 25% of the loss payable plus the deductible ($40,000 is 50% of $80,000), and because the sum of the loss payable and debris removal expense ($79,500 + $40,000 = $119,500) would exceed the Limit of Insurance ($90,000). The additional amount of covered debris removal expense is $25,000, the maximum payable under Paragraph **(4)**. Thus, the total payable for debris removal expense in this example is $35,500; $4,500 of the debris removal expense is not covered.

© Insurance Services Office, Inc., 2012

**b. Preservation Of Property**

If it is necessary to move Covered Property from the described premises to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss of or damage to that property:

**(1)** While it is being moved or while temporarily stored at another location; and

**(2)** Only if the loss or damage occurs within 30 days after the property is first moved.

**c. Fire Department Service Charge**

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $2,500 for service at each premises described in the Declarations, unless a different limit is shown in the Declarations. Such limit is the most we will pay regardless of the number of responding fire departments or fire units, and regardless of the number or type of services performed.

This Additional Coverage applies to your liability for fire department service charges:

**(1)** Assumed by contract or agreement prior to loss; or

**(2)** Required by local ordinance.

**d. Collapse**

The coverage provided under this Additional Coverage – Collapse applies only to an abrupt collapse as described and limited in Paragraphs **d.(1)** through **d.(7)**.

**(1)** For the purpose of this Additional Coverage – Collapse, abrupt collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its intended purpose.

**(2)** We will pay for direct physical loss or damage to Covered Property, caused by abrupt collapse of a building or any part of a building that is insured under this policy or that contains Covered Property insured under this policy, if such collapse is caused by one or more of the following:

    **(a)** Building decay that is hidden from view, unless the presence of such decay is known to an insured prior to collapse;

    **(b)** Insect or vermin damage that is hidden from view, unless the presence of such damage is known to an insured prior to collapse;

    **(c)** Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs during the course of the construction, remodeling or renovation.

    **(d)** Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs after the construction, remodeling or renovation is complete, but only if the collapse is caused in part by:

        **(i)** A cause of loss listed in Paragraph **(2)(a)** or **(2)(b)**;

        **(ii)** One or more of the "specified causes of loss";

        **(iii)** Breakage of building glass;

        **(iv)** Weight of people or personal property; or

        **(v)** Weight of rain that collects on a roof.

**(3)** This Additional Coverage – Collapse does **not** apply to:

    **(a)** A building or any part of a building that is in danger of falling down or caving in;

    **(b)** A part of a building that is standing, even if it has separated from another part of the building; or

    **(c)** A building that is standing or any part of a building that is standing, even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

**(4)** With respect to the following property:

    **(a)** Awnings;

    **(b)** Gutters and downspouts;

    **(c)** Yard fixtures;

    **(d)** Outdoor swimming pools;

    **(e)** Piers, wharves and docks;

    **(f)** Beach or diving platforms or appurtenances;

    **(g)** Retaining walls; and

    **(h)** Walks, roadways and other paved surfaces;

if an abrupt collapse is caused by a cause of loss listed in Paragraphs **(2)(a)** through **(2)(d)**, we will pay for loss or damage to that property only if such loss or damage is a direct result of the abrupt collapse of a building insured under this policy and the property is Covered Property under this policy.

**(5)** If personal property abruptly falls down or caves in and such collapse is **not** the result of abrupt collapse of a building, we will pay for loss or damage to Covered Property caused by such collapse of personal property only if:

**(a)** The collapse of personal property was caused by a cause of loss listed in Paragraphs **(2)(a)** through **(2)(d)** of this Additional Coverage;

**(b)** The personal property which collapses is inside a building; and

**(c)** The property which collapses is not of a kind listed in Paragraph **(4)**, regardless of whether that kind of property is considered to be personal property or real property.

The coverage stated in this Paragraph **(5)** does not apply to personal property if marring and/or scratching is the only damage to that personal property caused by the collapse.

**(6)** This Additional Coverage – Collapse does not apply to personal property that has not abruptly fallen down or caved in, even if the personal property shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

**(7)** This Additional Coverage – Collapse will not increase the Limits of Insurance provided in this policy.

**(8)** The term Covered Cause of Loss includes the Additional Coverage – Collapse as described and limited in Paragraphs **d.(1)** through **d.(7).**

**e. Water Damage, Other Liquids, Powder Or Molten Material Damage**

If loss or damage caused by or resulting from covered water or other liquid, powder or molten material occurs, we will also pay the cost to tear out and replace any part of the building or structure to repair damage to the system or appliance from which the water or other substance escapes.

We will not pay the cost to repair any defect that caused the loss or damage, but we will pay the cost to repair or replace damaged parts of fire extinguishing equipment if the damage:

**(1)** Results in discharge of any substance from an automatic fire protection system; or

**(2)** Is directly caused by freezing.

**f. Business Income**

**(1) Business Income**

**(a)** We will pay for the actual loss of Business Income you sustain due to the necessary suspension of your "operations" during the "period of restoration". The suspension must be caused by direct physical loss of or damage to property at the described premises. The loss or damage must be caused by or result from a Covered Cause of Loss. With respect to loss of or damage to personal property in the open or personal property in a vehicle, the described premises include the area within 100 feet of such premises.

With respect to the requirements set forth in the preceding paragraph, if you occupy only part of a building, your premises mean:

**(i)** The portion of the building which you rent, lease or occupy;

**(ii)** The area within 100 feet of the building or within 100 feet of the premises described in the Declarations, whichever distance is greater (with respect to loss of or damage to personal property in the open or personal property in a vehicle); and

**(iii)** Any area within the building or at the described premises, if that area services, or is used to gain access to, the portion of the building which you rent, lease or occupy.

© Insurance Services Office, Inc., 2012

(b) We will only pay for loss of Business Income that you sustain during the "period of restoration" and that occurs within 12 consecutive months after the date of direct physical loss or damage. We will only pay for ordinary payroll expenses for 60 days following the date of direct physical loss or damage, unless a greater number of days is shown in the Declarations.

(c) Business Income means the:

(i) Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred if no physical loss or damage had occurred, but not including any Net Income that would likely have been earned as a result of an increase in the volume of business due to favorable business conditions caused by the impact of the Covered Cause of Loss on customers or on other businesses; and

(ii) Continuing normal operating expenses incurred, including payroll.

(d) Ordinary payroll expenses:

(i) Means payroll expenses for all your employees except:

i. Officers;

ii. Executives;

iii. Department Managers;

iv. Employees under contract; and

v. Additional Exemptions shown in the Declarations as:

● Job Classifications; or

● Employees.

(ii) Include:

i. Payroll;

ii. Employee benefits, if directly related to payroll;

iii. FICA payments you pay;

iv. Union dues you pay; and

v. Workers' compensation premiums.

(2) **Extended Business Income**

(a) If the necessary suspension of your "operations" produces a Business Income loss payable under this policy, we will pay for the actual loss of Business Income you incur during the period that:

(i) Begins on the date property except finished stock is actually repaired, rebuilt or replaced and "operations" are resumed; and

(ii) Ends on the earlier of:

i. The date you could restore your "operations", with reasonable speed, to the level which would generate the Business Income amount that would have existed if no direct physical loss or damage had occurred; or

ii. 60 consecutive days after the date determined in Paragraph **(a)(i)** above, unless a greater number of consecutive days is shown in the Declarations.

However, Extended Business Income does not apply to loss of Business Income incurred as a result of unfavorable business conditions caused by the impact of the Covered Cause of Loss in the area where the described premises are located.

(b) Loss of Business Income must be caused by direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss.

(3) With respect to the coverage provided in this Additional Coverage, suspension means:

(a) The partial slowdown or complete cessation of your business activities; or

(b) That a part or all of the described premises is rendered untenantable, if coverage for Business Income applies.

(4) This Additional Coverage is not subject to the Limits of Insurance of Section **I** – Property.

**g. Extra Expense**

**(1)** We will pay necessary Extra Expense you incur during the "period of restoration" that you would not have incurred if there had been no direct physical loss or damage to property at the described premises. The loss or damage must be caused by or result from a Covered Cause of Loss. With respect to loss of or damage to personal property in the open or personal property in a vehicle, the described premises include the area within 100 feet of such premises.

With respect to the requirements set forth in the preceding paragraph, if you occupy only part of a building, your premises mean:

**(a)** The portion of the building which you rent, lease or occupy;

**(b)** The area within 100 feet of the building or within 100 feet of the premises described in the Declarations, whichever distance is greater (with respect to loss of or damage to personal property in the open or personal property in a vehicle); and

**(c)** Any area within the building or at the described premises, if that area services, or is used to gain access to, the portion of the building which you rent, lease or occupy.

**(2)** Extra Expense means expense incurred:

**(a)** To avoid or minimize the suspension of business and to continue "operations":

**(i)** At the described premises; or

**(ii)** At replacement premises or at temporary locations, including relocation expenses, and costs to equip and operate the replacement or temporary locations.

**(b)** To minimize the suspension of business if you cannot continue "operations".

**(c)** To:

**(i)** Repair or replace any property; or

**(ii)** Research, replace or restore the lost information on damaged "valuable papers and records";

to the extent it reduces the amount of loss that otherwise would have been payable under this Additional Coverage or Additional Coverage **f.** Business Income.

**(3)** With respect to the coverage provided in this Additional Coverage, suspension means:

**(a)** The partial slowdown or complete cessation of your business activities; or

**(b)** That a part or all of the described premises is rendered untenantable, if coverage for Business Income applies.

**(4)** We will only pay for Extra Expense that occurs within 12 consecutive months after the date of direct physical loss or damage. This Additional Coverage is not subject to the Limits of Insurance of Section **I** – Property.

**h. Pollutant Clean-up And Removal**

We will pay your expense to extract "pollutants" from land or water at the described premises if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants". But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

The most we will pay for each location under this Additional Coverage is $10,000 for the sum of all such expenses arising out of Covered Causes of Loss occurring during each separate 12-month period of this policy.

 © Insurance Services Office, Inc., 2012 BP 00 03 07 13

**i. Civil Authority**

When a Covered Cause of Loss causes damage to property other than property at the described premises, we will pay for the actual loss of Business Income you sustain and necessary Extra Expense caused by action of civil authority that prohibits access to the described premises, provided that both of the following apply:

**(1)** Access to the area immediately surrounding the damaged property is prohibited by civil authority as a result of the damage, and the described premises are within that area but are not more than one mile from the damaged property; and

**(2)** The action of civil authority is taken in response to dangerous physical conditions resulting from the damage or continuation of the Covered Cause of Loss that caused the damage, or the action is taken to enable a civil authority to have unimpeded access to the damaged property.

Civil Authority Coverage for Business Income will begin 72 hours after the time of the first action of civil authority that prohibits access to the described premises and will apply for a period of up to four consecutive weeks from the date on which such coverage began.

Civil Authority Coverage for necessary Extra Expense will begin immediately after the time of the first action of civil authority that prohibits access to the described premises and will end:

**(1)** Four consecutive weeks after the date of that action; or

**(2)** When your Civil Authority Coverage for Business Income ends;

whichever is later.

The definitions of Business Income and Extra Expense contained in the Business Income and Extra Expense Additional Coverages also apply to this Civil Authority Additional Coverage. The Civil Authority Additional Coverage is not subject to the Limits of Insurance of Section **I** – Property.

**j. Money Orders And "Counterfeit Money"**

We will pay for loss resulting directly from your having accepted in good faith, in exchange for merchandise, "money" or services:

**(1)** Money orders issued by any post office, express company or bank that are not paid upon presentation; or

**(2)** "Counterfeit money" that is acquired during the regular course of business.

The most we will pay for any loss under this Additional Coverage is $1,000.

**k. Forgery Or Alteration**

**(1)** We will pay for loss resulting directly from forgery or alteration of any check, draft, promissory note, bill of exchange or similar written promise of payment in "money" that you or your agent has issued, or that was issued by someone who impersonates you or your agent.

**(2)** If you are sued for refusing to pay the check, draft, promissory note, bill of exchange or similar written promise of payment in "money", on the basis that it has been forged or altered, and you have our written consent to defend against the suit, we will pay for any reasonable legal expenses that you incur in that defense.

**(3)** For the purpose of this coverage, check includes a substitute check as defined in the Check Clearing for the 21st Century Act and will be treated the same as the original it replaced.

**(4)** The most we will pay for any loss, including legal expenses, under this Additional Coverage is $2,500, unless a higher Limit Of Insurance is shown in the Declarations.

**l. Increased Cost Of Construction**

**(1)** This Additional Coverage applies only to buildings insured on a replacement cost basis.

**(2)** In the event of damage by a Covered Cause of Loss to a building that is Covered Property, we will pay the increased costs incurred to comply with the minimum standards of an ordinance or law in the course of repair, rebuilding or replacement of damaged parts of that property, subject to the limitations stated in Paragraphs **(3)** through **(9)** of this Additional Coverage.

**(3)** The ordinance or law referred to in Paragraph **(2)** of this Additional Coverage is an ordinance or law that regulates the construction or repair of buildings or establishes zoning or land use requirements at the described premises and is in force at the time of loss.

**(4)** Under this Additional Coverage, we will not pay any costs due to an ordinance or law that:

**(a)** You were required to comply with before the loss, even when the building was undamaged; and

**(b)** You failed to comply with.

**(5)** Under this Additional Coverage, we will not pay for:

**(a)** The enforcement of or compliance with any ordinance or law which requires demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungi", wet rot or dry rot; or

**(b)** Any costs associated with the enforcement of or compliance with an ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungi", wet rot or dry rot.

**(6)** The most we will pay under this Additional Coverage, for each described building insured under Section I – Property, is $10,000. If a damaged building(s) is covered under a blanket Limit of Insurance which applies to more than one building or item of property, then the most we will pay under this Additional Coverage, for each damaged building, is $10,000.

The amount payable under this Additional Coverage is additional insurance.

**(7)** With respect to this Additional Coverage:

**(a)** We will not pay for the Increased Cost of Construction:

**(i)** Until the property is actually repaired or replaced, at the same or another premises; and

**(ii)** Unless the repair or replacement is made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

**(b)** If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay for the Increased Cost of Construction is the increased cost of construction at the same premises.

**(c)** If the ordinance or law requires relocation to another premises, the most we will pay for the Increased Cost of Construction is the increased cost of construction at the new premises.

**(8)** This Additional Coverage is not subject to the terms of the Ordinance Or Law Exclusion, to the extent that such exclusion would conflict with the provisions of this Additional Coverage.

**(9)** The costs addressed in the Loss Payment Property Loss Condition in Section I – Property do not include the increased cost attributable to enforcement of or compliance with an ordinance or law. The amount payable under this Additional Coverage, as stated in Paragraph **(6)** of this Additional Coverage, is not subject to such limitation.

**m. Business Income From Dependent Properties**

**(1)** We will pay for the actual loss of Business Income you sustain due to physical loss or damage at the premises of a dependent property or secondary dependent property caused by or resulting from any Covered Cause of Loss.

© Insurance Services Office, Inc., 2012

However, this Additional Coverage does not apply when the only loss at the premises of a dependent property or secondary dependent property is loss or damage to "electronic data", including destruction or corruption of "electronic data". If the dependent property or secondary dependent property sustains loss or damage to "electronic data" and other property, coverage under this Additional Coverage will not continue once the other property is repaired, rebuilt or replaced.

The most we will pay under this Additional Coverage is $5,000 unless a higher Limit Of Insurance is indicated in the Declarations.

(2) We will reduce the amount of your Business Income loss, other than Extra Expense, to the extent you can resume "operations", in whole or in part, by using any other available:

(a) Source of materials; or

(b) Outlet for your products.

(3) If you do not resume "operations", or do not resume "operations" as quickly as possible, we will pay based on the length of time it would have taken to resume "operations" as quickly as possible.

(4) Dependent property means property owned by others whom you depend on to:

(a) Deliver materials or services to you, or to others for your account. But services does not mean water supply services, wastewater removal services, communication supply services or power supply services;

(b) Accept your products or services;

(c) Manufacture your products for delivery to your customers under contract for sale; or

(d) Attract customers to your business.

The dependent property must be located in the coverage territory of this policy.

(5) Secondary dependent property means an entity which is not owned or operated by a dependent property and which:

(a) Delivers materials or services to a dependent property, which in turn are used by the dependent property in providing materials or services to you; or

(b) Accepts materials or services from a dependent property, which in turn accepts your materials or services.

A road, bridge, tunnel, waterway, airfield, pipeline or any other similar area or structure is not a secondary dependent property.

Any property which delivers any of the following services is not a secondary dependent property with respect to such services:

(i) Water supply services;

(ii) Wastewater removal services;

(iii) Communication supply services; or

(iv) Power supply services.

The secondary dependent property must be located in the coverage territory of this policy.

(6) The coverage period for Business Income under this Additional Coverage:

(a) Begins 72 hours after the time of direct physical loss or damage caused by or resulting from any Covered Cause of Loss at the premises of the dependent property or secondary dependent property; and

(b) Ends on the date when the property at the premises of the dependent property or secondary dependent property should be repaired, rebuilt or replaced with reasonable speed and similar quality.

(7) The Business Income coverage period, as stated in Paragraph (6), does not include any increased period required due to the enforcement of or compliance with any ordinance or law that:

(a) Regulates the construction, use or repair, or requires the tearing down of any property; or

(b) Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

The expiration date of this policy will not reduce the Business Income coverage period.

**(8)** The definition of Business Income contained in the Business Income Additional Coverage also applies to this Business Income From Dependent Properties Additional Coverage.

**n. Glass Expenses**

**(1)** We will pay for expenses incurred to put up temporary plates or board up openings if repair or replacement of damaged glass is delayed.

**(2)** We will pay for expenses incurred to remove or replace obstructions when repairing or replacing glass that is part of a building. This does not include removing or replacing window displays.

**o. Fire Extinguisher Systems Recharge Expense**

**(1)** We will pay:

**(a)** The cost of recharging or replacing, whichever is less, your fire extinguishers and fire extinguishing systems (including hydrostatic testing if needed) if they are discharged on or within 100 feet of the described premises; and

**(b)** For loss or damage to Covered Property if such loss or damage is the result of an accidental discharge of chemicals from a fire extinguisher or a fire extinguishing system.

**(2)** No coverage will apply if the fire extinguishing system is discharged during installation or testing.

**(3)** The most we will pay under this Additional Coverage is $5,000 in any one occurrence.

**p. Electronic Data**

**(1)** Subject to the provisions of this Additional Coverage, we will pay for the cost to replace or restore "electronic data" which has been destroyed or corrupted by a Covered Cause of Loss. To the extent that "electronic data" is not replaced or restored, the loss will be valued at the cost of replacement of the media on which the "electronic data" was stored, with blank media of substantially identical type.

**(2)** The Covered Causes of Loss applicable to Business Personal Property include a computer virus, harmful code or similar instruction introduced into or enacted on a computer system (including "electronic data") or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for loss or damage caused by or resulting from manipulation of a computer system (including "electronic data") by any employee, including a temporary or leased employee, or by an entity retained by you, or for you, to inspect, design, install, modify, maintain, repair or replace that system.

**(3)** The most we will pay under this Additional Coverage – Electronic Data for all loss or damage sustained in any one policy year, regardless of the number of occurrences of loss or damage or the number of premises, locations or computer systems involved, is $10,000, unless a higher Limit Of Insurance is shown in the Declarations. If loss payment on the first occurrence does not exhaust this amount, then the balance is available for subsequent loss or damage sustained in, but not after, that policy year. With respect to an occurrence which begins in one policy year and continues or results in additional loss or damage in a subsequent policy year(s), all loss or damage is deemed to be sustained in the policy year in which the occurrence began.

**(4)** This Additional Coverage does not apply to your "stock" of prepackaged software, or to "electronic data" which is integrated in and operates or controls a building's elevator, lighting, heating, ventilation, air conditioning or security system.

**q. Interruption Of Computer Operations**

**(1)** Subject to all provisions of this Additional Coverage, you may extend the insurance that applies to Business Income and Extra Expense to apply to a suspension of "operations" caused by an interruption in computer operations due to destruction or corruption of "electronic data" due to a Covered Cause of Loss.

© Insurance Services Office, Inc., 2012

**(2)** With respect to the coverage provided under this Additional Coverage, the Covered Causes of Loss are subject to the following:

**(a)** Coverage under this Additional Coverage – Interruption Of Computer Operations is limited to the "specified causes of loss" and Collapse.

**(b)** If the Businessowners Coverage Form is endorsed to add a Covered Cause of Loss, the additional Covered Cause of Loss does not apply to the coverage provided under this Additional Coverage.

**(c)** The Covered Causes of Loss include a computer virus, harmful code or similar instruction introduced into or enacted on a computer system (including "electronic data") or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for an interruption related to manipulation of a computer system (including "electronic data") by any employee, including a temporary or leased employee, or by an entity retained by you, or for you, to inspect, design, install, modify, maintain, repair or replace that system.

**(3)** The most we will pay under this Additional Coverage – Interruption Of Computer Operations for all loss sustained and expense incurred in any one policy year, regardless of the number of interruptions or the number of premises, locations or computer systems involved, is $10,000 unless a higher Limit Of Insurance is shown in the Declarations. If loss payment relating to the first interruption does not exhaust this amount, then the balance is available for loss or expense sustained or incurred as a result of subsequent interruptions in that policy year. A balance remaining at the end of a policy year does not increase the amount of insurance in the next policy year. With respect to any interruption which begins in one policy year and continues or results in additional loss or expense in a subsequent policy year(s), all loss and expense is deemed to be sustained or incurred in the policy year in which the interruption began.

**(4)** This Additional Coverage – Interruption Of Computer Operations does not apply to loss sustained or expense incurred after the end of the "period of restoration", even if the amount of insurance stated in **(3)** above has not been exhausted.

**(5)** Coverage for Business Income does not apply when a suspension of "operations" is caused by destruction or corruption of "electronic data", or any loss or damage to "electronic data", except as provided under Paragraphs **(1)** through **(4)** of this Additional Coverage.

© Insurance Services Office, Inc., 2012

**(6)** Coverage for Extra Expense does not apply when action is taken to avoid or minimize a suspension of "operations" caused by destruction or corruption of "electronic data", or any loss or damage to "electronic data", except as provided under Paragraphs **(1)** through **(4)** of this Additional Coverage.

**(7)** This Additional Coverage does not apply when loss or damage to "electronic data" involves only "electronic data" which is integrated in and operates or controls a building's elevator, lighting, heating, ventilation, air conditioning or security system.

**r.  Limited Coverage For "Fungi", Wet Rot Or Dry Rot**

**(1)** The coverage described in Paragraphs **r.(2)** and **r.(6)** only applies when the "fungi", wet rot or dry rot is the result of a "specified cause of loss" other than fire or lightning that occurs during the policy period and only if all reasonable means were used to save and preserve the property from further damage at the time and after that occurrence.

    This Additional Coverage does not apply to lawns, trees, shrubs or plants which are part of a vegetated roof.

**(2)** We will pay for loss or damage by "fungi", wet rot or dry rot. As used in this Limited Coverage, the term loss or damage means:

**(a)** Direct physical loss or damage to Covered Property caused by "fungi", wet rot or dry rot, including the cost of removal of the "fungi", wet rot or dry rot;

**(b)** The cost to tear out and replace any part of the building or other property as needed to gain access to the "fungi", wet rot or dry rot; and

**(c)** The cost of testing performed after removal, repair, replacement or restoration of the damaged property is completed, provided there is a reason to believe that "fungi", wet rot or dry rot is present.

**(3)** The coverage described under this Limited Coverage is limited to $15,000. Regardless of the number of claims, this limit is the most we will pay for the total of all loss or damage arising out of all occurrences of "specified causes of loss" (other than fire or lightning) which take place in a 12-month period (starting with the beginning of the present annual policy period). With respect to a particular occurrence of loss which results in "fungi", wet rot or dry rot, we will not pay more than the total of $15,000 even if the "fungi", wet rot or dry rot continues to be present or active, or recurs, in a later policy period.

**(4)** The coverage provided under this Limited Coverage does not increase the applicable Limit of Insurance on any Covered Property. If a particular occurrence results in loss or damage by "fungi", wet rot or dry rot, and other loss or damage, we will not pay more, for the total of all loss or damage, than the applicable Limit of Insurance on the affected Covered Property.

    If there is covered loss or damage to Covered Property, not caused by "fungi", wet rot or dry rot, loss payment will not be limited by the terms of this Limited Coverage, except to the extent that "fungi", wet rot or dry rot causes an increase in the loss. Any such increase in the loss will be subject to the terms of this Limited Coverage.

**(5)** The terms of this Limited Coverage do not increase or reduce the coverage provided under the Water Damage, Other Liquids, Powder Or Molten Material Damage or Collapse Additional Coverages.

© Insurance Services Office, Inc., 2012

**(6)** The following applies only if Business Income and/or Extra Expense Coverage applies to the described premises and only if the suspension of "operations" satisfies all the terms and conditions of the applicable Business Income and/or Extra Expense Additional Coverage:

**(a)** If the loss which resulted in "fungi", wet rot or dry rot does not in itself necessitate a suspension of "operations", but such suspension is necessary due to loss or damage to property caused by "fungi", wet rot or dry rot, then our payment under the Business Income and/or Extra Expense Additional Coverages is limited to the amount of loss and/or expense sustained in a period of not more than 30 days. The days need not be consecutive.

**(b)** If a covered suspension of "operations" was caused by loss or damage other than "fungi", wet rot or dry rot, but remediation of "fungi", wet rot or dry rot prolongs the "period of restoration", we will pay for loss and/or expense sustained during the delay (regardless of when such a delay occurs during the "period of restoration"), but such coverage is limited to 30 days. The days need not be consecutive.

**6. Coverage Extensions**

In addition to the Limits of Insurance of Section **I** – Property, you may extend the insurance provided by this policy as provided below.

Except as otherwise provided, the following extensions apply to property located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises:

**a. Newly Acquired Or Constructed Property**

**(1) Buildings**

If this policy covers Buildings, you may extend that insurance to apply to:

**(a)** Your new buildings while being built on the described premises; and

**(b)** Buildings you acquire at premises other than the one described, intended for:

**(i)** Similar use as the building described in the Declarations; or

**(ii)** Use as a warehouse.

The most we will pay for loss or damage under this Extension is $250,000 at each building.

**(2) Business Personal Property**

If this policy covers Business Personal Property, you may extend that insurance to apply to:

**(a)** Business Personal Property, including such property that you newly acquire, at any location you acquire; or

**(b)** Business Personal Property, including such property that you newly acquire, located at your newly constructed or acquired buildings at the location described in the Declarations.

This Extension does not apply to personal property that you temporarily acquire in the course of installing or performing work on such property or your wholesale activities.

The most we will pay for loss or damage under this Extension is $100,000 at each building.

**(3) Period Of Coverage**

With respect to insurance provided under this Coverage Extension for Newly Acquired Or Constructed Property, coverage will end when any of the following first occurs:

**(a)** This policy expires;

**(b)** 30 days expire after you acquire the property or begin construction of that part of the building that would qualify as Covered Property; or

**(c)** You report values to us.

We will charge you additional premium for values reported from the date you acquire the property or begin construction of that part of the building that would qualify as Covered Property.

**b. Personal Property Off-premises**

You may extend the insurance provided by this policy to apply to your Covered Property, other than "money" and "securities", "valuable papers and records" or accounts receivable, while it is in the course of transit or at a premises you do not own, lease or operate. The most we will pay for loss or damage under this Extension is $10,000.

© Insurance Services Office, Inc., 2012

**c. Outdoor Property**

You may extend the insurance provided by this policy to apply to your outdoor fences, radio and television antennas (including satellite dishes), signs (other than signs attached to buildings), trees, shrubs and plants (other than trees, shrubs or plants which are part of a vegetated roof), including debris removal expense. Loss or damage must be caused by or result from any of the following causes of loss:

**(1)** Fire;

**(2)** Lightning;

**(3)** Explosion;

**(4)** Riot or Civil Commotion; or

**(5)** Aircraft.

The most we will pay for loss or damage under this Extension is $2,500, unless a higher Limit Of Insurance for Outdoor Property is shown in the Declarations, but not more than $1,000 for any one tree, shrub or plant.

Subject to all aforementioned terms and limitations of coverage, this Coverage Extension includes the expense of removing from the described premises the debris of trees, shrubs and plants which are the property of others, except in the situation in which you are a tenant and such property is owned by the landlord of the described premises.

**d. Personal Effects**

You may extend the insurance that applies to Business Personal Property to apply to personal effects owned by you, your officers, your partners or "members", your "managers" or your employees, including temporary or leased employees. This extension does not apply to:

**(1)** Tools or equipment used in your business; or

**(2)** Loss or damage by theft.

The most we will pay for loss or damage under this Extension is $2,500 at each described premises.

**e. Valuable Papers And Records**

**(1)** You may extend the insurance that applies to Business Personal Property to apply to direct physical loss or damage to "valuable papers and records" that you own, or that are in your care, custody or control, caused by or resulting from a Covered Cause of Loss. This Coverage Extension includes the cost to research, replace or restore the lost information on "valuable papers and records" for which duplicates do not exist.

**(2)** This Coverage Extension does not apply to:

**(a)** Property held as samples or for delivery after sale; and

**(b)** Property in storage away from the premises shown in the Declarations.

**(3)** The most we will pay under this Coverage Extension for loss or damage to "valuable papers and records" in any one occurrence at the described premises is $10,000, unless a higher Limit Of Insurance for "valuable papers and records" is shown in the Declarations.

For "valuable papers and records" not at the described premises, the most we will pay is $5,000.

**(4)** Loss or damage to "valuable papers and records" will be valued at the cost of restoration or replacement of the lost or damaged information. To the extent that the contents of the "valuable papers and records" are not restored, the "valuable papers and records" will be valued at the cost of replacement with blank materials of substantially identical type.

**(5)** Paragraph **B.** Exclusions in Section **I** – Property does not apply to this Coverage Extension except for:

**(a)** Paragraph **B.1.c.,** Governmental Action;

**(b)** Paragraph **B.1.d.,** Nuclear Hazard;

**(c)** Paragraph **B.1.f.,** War And Military Action;

© Insurance Services Office, Inc., 2012

**(d)** Paragraph **B.2.f.,** Dishonesty;

**(e)** Paragraph **B.2.g.,** False Pretense;

**(f)** Paragraph **B.2.m.(2),** Errors Or Omissions; and

**(g)** Paragraph **B.3.**

**f. Accounts Receivable**

**(1)** You may extend the insurance that applies to Business Personal Property to apply to accounts receivable. We will pay:

**(a)** All amounts due from your customers that you are unable to collect;

**(b)** Interest charges on any loan required to offset amounts you are unable to collect pending our payment of these amounts;

**(c)** Collection expenses in excess of your normal collection expenses that are made necessary by loss or damage; and

**(d)** Other reasonable expenses that you incur to reestablish your records of accounts receivable;

that result from direct physical loss or damage by any Covered Cause of Loss to your records of accounts receivable.

**(2)** The most we will pay under this Coverage Extension for loss or damage in any one occurrence at the described premises is $10,000, unless a higher Limit of Insurance for accounts receivable is shown in the Declarations.

For accounts receivable not at the described premises, the most we will pay is $5,000.

**(3)** Paragraph **B.** Exclusions in Section I – Property does not apply to this Coverage Extension except for:

**(a)** Paragraph **B.1.c.,** Governmental Action;

**(b)** Paragraph **B.1.d.,** Nuclear Hazard;

**(c)** Paragraph **B.1.f.,** War And Military Action;

**(d)** Paragraph **B.2.f.,** Dishonesty;

**(e)** Paragraph **B.2.g.,** False Pretense;

**(f)** Paragraph **B.3.;** and

**(g)** Paragraph **B.6.,** Accounts Receivable Exclusion.

**g. Business Personal Property Temporarily In Portable Storage Units**

**(1)** You may extend the insurance that applies to Business Personal Property to apply to such property while temporarily stored in a portable storage unit (including a detached trailer) located within 100 feet of the buildings or structures described in the Declarations or within 100 feet of the described premises, whichever distance is greater.

**(2)** The limitation under Paragraph **A.4.a.(5)** also applies to property in a portable storage unit.

**(3)** Coverage under this Extension:

**(a)** Will end 90 days after the Business Personal Property has been placed in the storage unit;

**(b)** Does not apply if the storage unit itself has been in use at the described premises for more than 90 consecutive days, even if the Business Personal Property has been stored there for 90 or fewer days as of the time of loss or damage.

**(4)** Under this Extension, the most we will pay for the total of all loss or damage to Business Personal Property is $10,000 (unless a higher limit is indicated in the Declarations for such Extension) regardless of the number of storage units.

**(5)** This Extension does not apply to loss or damage otherwise covered under this Coverage Form or any endorsement to this Coverage Form, and does not apply to loss or damage to the storage unit itself.

**B. Exclusions**

**1.** We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss. These exclusions apply whether or not the loss event results in widespread damage or affects a substantial area.

**a. Ordinance Or Law**

**(1)** The enforcement of or compliance with any ordinance or law:

**(a)** Regulating the construction, use or repair of any property; or

**(b)** Requiring the tearing down of any property, including the cost of removing its debris.

**(2)** This exclusion, Ordinance Or Law, applies whether the loss results from:

**(a)** An ordinance or law that is enforced even if the property has not been damaged; or

**(b)** The increased costs incurred to comply with an ordinance or law in the course of construction, repair, renovation, remodeling or demolition of property or removal of its debris, following a physical loss to that property.

**b. Earth Movement**

**(1)** Earthquake, including tremors and aftershocks and any earth sinking, rising or shifting related to such event;

**(2)** Landslide, including any earth sinking, rising or shifting related to such event;

**(3)** Mine subsidence, meaning subsidence of a man-made mine, whether or not mining activity has ceased;

**(4)** Earth sinking (other than sinkhole collapse), rising or shifting including soil conditions which cause settling, cracking or other disarrangement of foundations or other parts of realty. Soil conditions include contraction, expansion, freezing, thawing, erosion, improperly compacted soil and the action of water under the ground surface.

But if Earth Movement, as described in Paragraphs **(1)** through **(4)** above, results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

**(5)** Volcanic eruption, explosion or effusion. But if volcanic eruption, explosion or effusion results in fire, building glass breakage or volcanic action, we will pay for the loss or damage caused by that fire, building glass breakage or volcanic action.

Volcanic action means direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

**(a)** Airborne volcanic blast or airborne shock waves;

**(b)** Ash, dust or particulate matter; or

**(c)** Lava flow.

With respect to coverage for volcanic action as set forth in **5(a), (5)(b)** and **5(c),** all volcanic eruptions that occur within any 168-hour period will constitute a single occurrence.

Volcanic action does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss of or damage to Covered Property.

This exclusion applies regardless of whether any of the above, in Paragraphs **(1)** through **(5),** is caused by an act of nature or is otherwise caused.

**c. Governmental Action**

Seizure or destruction of property by order of governmental authority.

But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this policy.

**d. Nuclear Hazard**

Nuclear reaction or radiation, or radioactive contamination, however caused.

But if nuclear reaction or radiation, or radioactive contamination, results in fire, we will pay for the loss or damage caused by that fire.

**e. Utility Services**

The failure of power, communication, water or other utility service supplied to the described premises, however caused, if the failure:

**(1)** Originates away from the described premises; or

**(2)** Originates at the described premises, but only if such failure involves equipment used to supply the utility service to the described premises from a source away from the described premises.

Failure of any utility service includes lack of sufficient capacity and reduction in supply.

Loss or damage caused by a surge of power is also excluded, if the surge would not have occurred but for an event causing a failure of power.

© Insurance Services Office, Inc., 2012

But if the failure or surge of power, or the failure of communication, water or other utility service, results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

Communication services include but are not limited to service relating to Internet access or access to any electronic, cellular or satellite network.

This exclusion does not apply to loss or damage to "computer(s)" and "electronic data".

**f. War And Military Action**

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**g. Water**

**(1)** Flood, surface water, waves (including tidal wave and tsunami), tides, tidal water, overflow of any body of water, or spray from any of these, all whether or not driven by wind (including storm surge);

**(2)** Mudslide or mudflow;

**(3)** Water that backs up or overflows or is otherwise discharged from a sewer, drain, sump, sump pump or related equipment;

**(4)** Water under the ground surface pressing on, or flowing or seeping through:

**(a)** Foundations, walls, floors or paved surfaces;

**(b)** Basements, whether paved or not; or

**(c)** Doors, windows or other openings; or

**(5)** Waterborne material carried or otherwise moved by any of the water referred to in Paragraph **(1)**, **(3)** or **(4)**, or material carried or otherwise moved by mudslide or mudflow.

This exclusion applies regardless of whether any of the above, in Paragraphs **(1)** through **(5)**, is caused by an act of nature or is otherwise caused. An example of a situation to which this exclusion applies is the situation where a dam, levee, seawall or other boundary or containment system fails in whole or in part, for any reason, to contain the water.

But if any of the above, in Paragraphs **(1)** through **(5)**, results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage.

**h. Certain Computer-related Losses**

**(1)** The failure, malfunction or inadequacy of:

**(a)** Any of the following, whether belonging to any insured or to others:

**(i)** "Computer" hardware, including microprocessors or other electronic data processing equipment as may be described elsewhere in this policy;

**(ii)** "Computer" application software or other "electronic data" as may be described elsewhere in this policy;

**(iii)** "Computer" operating systems and related software;

**(iv)** "Computer" networks;

**(v)** Microprocessors ("computer" chips) not part of any "computer" system; or

**(vi)** Any other computerized or electronic equipment or components; or

**(b)** Any other products, and any services, data or functions that directly or indirectly use or rely upon, in any manner, any of the items listed in Paragraph **(a)** above;

due to the inability to correctly recognize, distinguish, interpret or accept one or more dates or times. An example is the inability of computer software to recognize the year 2000.

**(2)** Any advice, consultation, design, evaluation, inspection, installation, maintenance, repair, replacement or supervision provided or done by you or for you to determine, rectify or test for, any potential or actual problems described in Paragraph **(1)** above.

However, if excluded loss or damage, as described in Paragraph **(1)** above, results in a "specified cause of loss" under Section **I** – Property, we will pay only for the loss or damage caused by such "specified cause of loss".

We will not pay for repair, replacement or modification of any items in Paragraph **(1)(a)** or **(1)(b)** to correct any deficiencies or change any features.

**i. "Fungi", Wet Rot Or Dry Rot**

Presence, growth, proliferation, spread or any activity of "fungi", wet rot or dry rot.

But if "fungi", wet rot or dry rot results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

This exclusion does not apply:

**(1)** When "fungi", wet rot or dry rot results from fire or lightning; or

**(2)** To the extent that coverage is provided in the Limited Coverage For "Fungi", Wet Rot Or Dry Rot Additional Coverage, with respect to loss or damage by a cause of loss other than fire or lightning.

**j. Virus Or Bacteria**

**(1)** Any virus, bacterium or other microorganism that induces or is capable of inducing physical distress, illness or disease.

**(2)** However, the exclusion in Paragraph **(1)** does not apply to loss or damage caused by or resulting from "fungi", wet rot or dry rot. Such loss or damage is addressed in Exclusion **i.**

**(3)** With respect to any loss or damage subject to the exclusion in Paragraph **(1)**, such exclusion supersedes any exclusion relating to "pollutants".

**2.** We will not pay for loss or damage caused by or resulting from any of the following:

**a. Electrical Apparatus**

Artificially generated electrical, magnetic or electromagnetic energy that damages, disturbs, disrupts or otherwise interferes with any:

**(1)** Electrical or electronic wire, device, appliance, system or network; or

**(2)** Device, appliance, system or network utilizing cellular or satellite technology.

For the purpose of this exclusion, electrical, magnetic or electromagnetic energy includes but is not limited to:

**(1)** Electrical current, including arcing;

**(2)** Electrical charge produced or conducted by a magnetic or electromagnetic field;

**(3)** Pulse of electromagnetic energy; or

**(4)** Electromagnetic waves or microwaves.

But if fire results, we will pay for the loss or damage caused by fire.

We will pay for loss or damage to "computer(s)" due to artificially generated electrical, magnetic or electromagnetic energy if such loss or damage is caused by or results from:

**(1)** An occurrence that took place within 100 feet of the described premises; or

**(2)** Interruption of electric power supply, power surge, blackout or brownout if the cause of such occurrence took place within 100 feet of the described premises.

**b. Consequential Losses**

Delay, loss of use or loss of market.

**c. Smoke, Vapor, Gas**

Smoke, vapor or gas from agricultural smudging or industrial operations.

© Insurance Services Office, Inc., 2012    **BP 00 03 07 13**

**d. Steam Apparatus**

Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control. But if explosion of steam boilers, steam pipes, steam engines or steam turbines results in fire or combustion explosion, we will pay for the loss or damage caused by that fire or combustion explosion. We will also pay for loss or damage caused by or resulting from the explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

**e. Frozen Plumbing**

Water, other liquids, powder or molten material that leaks or flows from plumbing, heating, air conditioning or other equipment (except fire protective systems) caused by or resulting from freezing, unless:

**(1)** You do your best to maintain heat in the building or structure; or

**(2)** You drain the equipment and shut off the supply if the heat is not maintained.

**f. Dishonesty**

Dishonest or criminal acts (including theft) by you, anyone else with an interest in the property, or any of your or their partners, "members", officers, "managers", employees (including temporary or leased employees), directors, trustees or authorized representatives, whether acting alone or in collusion with each other or with any other party; or theft by any person to whom you entrust the property for any purpose, whether acting alone or in collusion with any other party.

This exclusion:

**(1)** Applies whether or not an act occurs during your normal hours of operation;

**(2)** Does not apply to acts of destruction by your employees (including temporary or leased employees) or authorized representatives; but theft by your employees (including temporary or leased employees) or authorized representatives is not covered.

With respect to accounts receivable and "valuable papers and records", this exclusion does not apply to carriers for hire.

This exclusion does not apply to coverage that is provided under the Employee Dishonesty Optional Coverage.

**g. False Pretense**

Voluntary parting with any property by you or anyone else to whom you have entrusted the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

**h. Exposed Property**

Rain, snow, ice or sleet to personal property in the open.

**i. Collapse**

**(1)** Collapse, including any of the following conditions of property or any part of the property:

**(a)** An abrupt falling down or caving in;

**(b)** Loss of structural integrity, including separation of parts of the property or property in danger of falling down or caving in; or

**(c)** Any cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion as such condition relates to Paragraph **i.(1)(a)** or **i.(1)(b).**

But if collapse results in a Covered Cause of Loss at the described premises, we will pay for the loss or damage caused by that Covered Cause of Loss.

**(2)** This Exclusion **i.** does not apply:

**(a)** To the extent that coverage is provided under the Additional Coverage – Collapse; or

**(b)** To collapse caused by one or more of the following:

**(i)** The "specified causes of loss";

**(ii)** Breakage of building glass;

**(iii)** Weight of rain that collects on a roof; or

**(iv)** Weight of people or personal property.

**j. Pollution**

We will not pay for loss or damage caused by or resulting from the discharge, dispersal, seepage, migration, release or escape of "pollutants" unless the discharge, dispersal, seepage, migration, release or escape is itself caused by any of the "specified causes of loss". But if the discharge, dispersal, seepage, migration, release or escape of "pollutants" results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

**k. Neglect**

Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss.

**l. Other Types Of Loss**

**(1)** Wear and tear;

**(2)** Rust or other corrosion, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

**(3)** Smog;

**(4)** Settling, cracking, shrinking or expansion;

**(5)** Nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents or other animals;

**(6)** Mechanical breakdown, including rupture or bursting caused by centrifugal force.

This exclusion does not apply with respect to the breakdown of "computer(s)";

**(7)** The following causes of loss to personal property:

**(a)** Dampness or dryness of atmosphere;

**(b)** Changes in or extremes of temperature; or

**(c)** Marring or scratching.

But if an excluded cause of loss that is listed in Paragraphs **(1)** through **(7)** above results in a "specified cause of loss" or building glass breakage, we will pay for the loss or damage caused by that "specified cause of loss" or building glass breakage.

**m. Errors Or Omissions**

Errors or omissions in:

**(1)** Programming, processing or storing data, as described under "electronic data" or in any "computer" operations; or

**(2)** Processing or copying "valuable papers and records".

However, we will pay for direct physical loss or damage caused by resulting fire or explosion if these causes of loss would be covered by this Coverage Form.

**n. Installation, Testing, Repair**

Errors or deficiency in design, installation, testing, maintenance, modification or repair of your "computer" system including "electronic data".

However, we will pay for direct physical loss or damage caused by resulting fire or explosion if these causes of loss would be covered by this Coverage Form.

**o. Electrical Disturbance**

Electrical or magnetic injury, disturbance or erasure of "electronic data", except as provided for under the Additional Coverages of Section **I** – Property.

However, we will pay for direct loss or damage caused by lightning.

**p. Continuous Or Repeated Seepage Or Leakage Of Water**

Continuous or repeated seepage or leakage of water, or the presence or condensation of humidity, moisture or vapor, that occurs over a period of 14 days or more.

**3.** We will not pay for loss or damage caused by or resulting from any of the following Paragraphs **a.** through **c.** But if an excluded cause of loss that is listed in Paragraphs **a.** through **c.** results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

**a. Weather Conditions**

Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in Paragraph **B.1.** above to produce the loss or damage.

**b. Acts Or Decisions**

Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

**c. Negligent Work**

Faulty, inadequate or defective:

**(1)** Planning, zoning, development, surveying, siting;

**(2)** Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

**(3)** Materials used in repair, construction, renovation or remodeling; or

**(4)** Maintenance;

of part or all of any property on or off the described premises.

© Insurance Services Office, Inc., 2012

4. **Additional Exclusion**

The following applies only to the property specified in this Additional Exclusion:

**Loss Or Damage To Products**

We will not pay for loss or damage to any merchandise, goods or other product caused by or resulting from error or omission by any person or entity (including those having possession under an arrangement where work or a portion of the work is outsourced) in any stage of the development, production or use of the product, including planning, testing, processing, packaging, installation, maintenance or repair. This exclusion applies to any effect that compromises the form, substance or quality of the product. But if such error or omission results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

5. **Business Income And Extra Expense Exclusions**

  **a.** We will not pay for:

    **(1)** Any Extra Expense, or increase of Business Income loss, caused by or resulting from:

      **(a)** Delay in rebuilding, repairing or replacing the property or resuming "operations", due to interference at the location of the rebuilding, repair or replacement by strikers or other persons; or

      **(b)** Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the suspension of "operations", we will cover such loss that affects your Business Income during the "period of restoration" and any extension of the "period of restoration" in accordance with the terms of the Extended Business Income Additional Coverage.

    **(2)** Any other consequential loss.

  **b.** With respect to this exclusion, suspension means:

    **(1)** The partial slowdown or complete cessation of your business activities; and

    **(2)** That a part or all of the described premises is rendered untenantable, if coverage for Business Income applies.

6. **Accounts Receivable Exclusion**

The following additional exclusion applies to the Accounts Receivable Coverage Extension:

We will not pay for:

  **a.** Loss or damage caused by or resulting from alteration, falsification, concealment or destruction of records of accounts receivable done to conceal the wrongful giving, taking or withholding of "money", "securities" or other property.

  This exclusion applies only to the extent of the wrongful giving, taking or withholding.

  **b.** Loss or damage caused by or resulting from bookkeeping, accounting or billing errors or omissions.

  **c.** Any loss or damage that requires any audit of records or any inventory computation to prove its factual existence.

C. **Limits Of Insurance**

1. The most we will pay for loss or damage in any one occurrence is the applicable Limits Of Insurance of Section **I** – Property shown in the Declarations.

2. The most we will pay for loss of or damage to outdoor signs attached to buildings is $1,000 per sign in any one occurrence.

3. The amounts of insurance applicable to the Coverage Extensions and the following Additional Coverages apply in accordance with the terms of such coverages and are in addition to the Limits of Insurance of Section **I** – Property:

  **a.** Fire Department Service Charge;

  **b.** Pollutant Clean-up And Removal;

  **c.** Increased Cost Of Construction;

  **d.** Business Income From Dependent Properties;

  **e.** Electronic Data; and

  **f.** Interruption Of Computer Operations.

4. **Building Limit – Automatic Increase**

  **a.** In accordance with Paragraph **C.4.b.,** the Limit of Insurance for Buildings will automatically increase by 8%, unless a different percentage of annual increase is shown in the Declarations.

© Insurance Services Office, Inc., 2012

**b.** The amount of increase is calculated as follows:

**(1)** Multiply the Building limit that applied on the most recent of the policy inception date, the policy anniversary date or any other policy change amending the Building limit by:

**(a)** The percentage of annual increase shown in the Declarations, expressed as a decimal (example: 7% is .07); or

**(b)** .08, if no percentage of annual increase is shown in the Declarations; and

**(2)** Multiply the number calculated in accordance with **b.(1)** by the number of days since the beginning of the current policy year, or the effective date of the most recent policy change amending the Building limit, divided by 365.

**Example**

If:

The applicable Building limit is $100,000. The annual percentage increase is 8%. The number of days since the beginning of the policy year (or last policy change) is 146.

The amount of increase is

$100,000 x .08 x 146 ÷ 365 = $3,200.

**5. Business Personal Property Limit – Seasonal Increase**

**a.** Subject to Paragraph **5.b.,** the Limit of Insurance for Business Personal Property is automatically increased by:

**(1)** The Business Personal Property – Seasonal Increase percentage shown in the Declarations; or

**(2)** 25% if no Business Personal Property – Seasonal Increase percentage is shown in the Declarations;

to provide for seasonal variances.

**b.** The increase described in Paragraph **5.a.** will apply only if the Limit Of Insurance shown for Business Personal Property in the Declarations is at least 100% of your average monthly values during the lesser of:

**(1)** The 12 months immediately preceding the date the loss or damage occurs; or

**(2)** The period of time you have been in business as of the date the loss or damage occurs.

**D. Deductibles**

**1.** We will not pay for loss or damage in any one occurrence until the amount of loss or damage exceeds the Deductible shown in the Declarations. We will then pay the amount of loss or damage in excess of the Deductible up to the applicable Limit of Insurance of Section **I** – Property.

**2.** Regardless of the amount of the Deductible, the most we will deduct from any loss or damage under all of the following Optional Coverages in any one occurrence is the Optional Coverage Deductible shown in the Declarations:

**a.** Money and Securities;

**b.** Employee Dishonesty;

**c.** Outdoor Signs; and

**d.** Forgery or Alteration.

But this Optional Coverage Deductible will not increase the Deductible shown in the Declarations. This Deductible will be used to satisfy the requirements of the Deductible in the Declarations.

**3.** No deductible applies to the following Additional Coverages:

**a.** Fire Department Service Charge;

**b.** Business Income;

**c.** Extra Expense;

**d.** Civil Authority; and

**e.** Fire Extinguisher Systems Recharge Expense.

**E. Property Loss Conditions**

**1. Abandonment**

There can be no abandonment of any property to us.

**2. Appraisal**

If we and you disagree on the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

© Insurance Services Office, Inc., 2012

If there is an appraisal, we will still retain our right to deny the claim.

**3. Duties In The Event Of Loss Or Damage**

  **a.** You must see that the following are done in the event of loss or damage to Covered Property:

    **(1)** Notify the police if a law may have been broken.

    **(2)** Give us prompt notice of the loss or damage. Include a description of the property involved.

    **(3)** As soon as possible, give us a description of how, when and where the loss or damage occurred.

    **(4)** Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limits of Insurance of Section **I** – Property. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

    **(5)** At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.

    **(6)** As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

    Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

    **(7)** Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

    **(8)** Cooperate with us in the investigation or settlement of the claim.

    **(9)** Resume all or part of your "operations" as quickly as possible.

  **b.** We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

**4. Legal Action Against Us**

No one may bring a legal action against us under this insurance unless:

  **a.** There has been full compliance with all of the terms of this insurance; and

  **b.** The action is brought within two years after the date on which the direct physical loss or damage occurred.

**5. Loss Payment**

In the event of loss or damage covered by this policy:

  **a.** At our option, we will either:

    **(1)** Pay the value of lost or damaged property;

    **(2)** Pay the cost of repairing or replacing the lost or damaged property;

    **(3)** Take all or any part of the property at an agreed or appraised value; or

    **(4)** Repair, rebuild or replace the property with other property of like kind and quality, subject to Paragraph **d.(1)(e)** below.

  **b.** We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

  **c.** We will not pay you more than your financial interest in the Covered Property.

  **d.** Except as provided in Paragraphs **(2)** through **(7)** below, we will determine the value of Covered Property as follows:

    **(1)** At replacement cost without deduction for depreciation, subject to the following:

      **(a)** If, at the time of loss, the Limit of Insurance on the lost or damaged property is 80% or more of the full replacement cost of the property immediately before the loss, we will pay the cost to repair or replace, after application of the deductible and without deduction for depreciation, but not more than the least of the following amounts:

        **(i)** The Limit of Insurance under Section **I** – Property that applies to the lost or damaged property;

**(ii)** The cost to replace, on the same premises, the lost or damaged property with other property:

   **i.** Of comparable material and quality; and

   **ii.** Used for the same purpose; or

**(iii)** The amount that you actually spend that is necessary to repair or replace the lost or damaged property.

If a building is rebuilt at a new premises, the cost is limited to the cost which would have been incurred had the building been built at the original premises.

**(b)** If, at the time of loss, the Limit of Insurance applicable to the lost or damaged property is less than 80% of the full replacement cost of the property immediately before the loss, we will pay the greater of the following amounts, but not more than the Limit of Insurance that applies to the property:

**(i)** The actual cash value of the lost or damaged property; or

**(ii)** A proportion of the cost to repair or replace the lost or damaged property, after application of the deductible and without deduction for depreciation. This proportion will equal the ratio of the applicable Limit of Insurance to 80% of the full replacement cost of the property.

**Example**

The full replacement cost of property which suffers a total loss is $100,000. The property is insured for $70,000. 80% of the full replacement cost of the property immediately before the loss is $80,000 ($100,000 x .80 = $80,000). A partial loss of $25,000 is sustained. The amount of recovery is determined as follows:

Amount of recovery

$70,000 ÷ $80,000 = .875

.875 x $25,000 = $21,875

**(c)** You may make a claim for loss or damage covered by this insurance on an actual cash value basis instead of on a replacement cost basis. In the event you elect to have loss or damage settled on an actual cash value basis, you may still make a claim on a replacement cost basis if you notify us of your intent to do so within 180 days after the loss or damage.

**(d)** We will not pay on a replacement cost basis for any loss or damage:

**(i)** Until the lost or damaged property is actually repaired or replaced; and

**(ii)** Unless the repair or replacement is made as soon as reasonably possible after the loss or damage.

However, if the cost to repair or replace the damaged building property is $2,500 or less, we will settle the loss according to the provisions of Paragraphs **d.(1)(a)** and **d.(1)(b)** above whether or not the actual repair or replacement is complete.

**(e)** The cost to repair, rebuild or replace does not include the increased cost attributable to enforcement of or compliance with any ordinance or law regulating the construction, use or repair of any property.

**(2)** If the Actual Cash Value – Buildings option applies, as shown in the Declarations, Paragraph **(1)** above does not apply to Buildings. Instead, we will determine the value of Buildings at actual cash value.

**(3)** The following property at actual cash value:

**(a)** Used or secondhand merchandise held in storage or for sale;

**(b)** Property of others. However, if an item(s) of personal property of others is subject to a written contract which governs your liability for loss or damage to that item(s), then valuation of that item(s) will be based on the amount for which you are liable under such contract, but not to exceed the lesser of the replacement cost of the property or the applicable Limit of Insurance;

   © Insurance Services Office, Inc., 2012   BP 00 03 07 13

**(c)** Household contents, except personal property in apartments or rooms furnished by you as landlord;

**(d)** Manuscripts; and

**(e)** Works of art, antiques or rare articles, including etchings, pictures, statuary, marble, bronzes, porcelain and bric-a-brac.

**(4)** Glass at the cost of replacement with safety glazing material if required by law.

**(5)** Tenants' improvements and betterments at:

**(a)** Replacement cost if you make repairs promptly.

**(b)** A proportion of your original cost if you do not make repairs promptly. We will determine the proportionate value as follows:

**(i)** Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

**(ii)** Divide the amount determined in **(i)** above by the number of days from the installation of improvements to the expiration of the lease.

If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

**(c)** Nothing if others pay for repairs or replacement.

**(6)** Applicable only to the Optional Coverages:

**(a)** "Money" at its face value; and

**(b)** "Securities" at their value at the close of business on the day the loss is discovered.

**(7)** Applicable only to accounts receivable:

**(a)** If you cannot accurately establish the amount of accounts receivable outstanding as of the time of loss or damage:

**(i)** We will determine the total of the average monthly amounts of accounts receivable for the 12 months immediately preceding the month in which the loss or damage occurs; and

**(ii)** We will adjust that total for any normal fluctuations in the amount of accounts receivable for the month in which the loss or damage occurred or for any demonstrated variance from the average for that month.

**(b)** The following will be deducted from the total amount of accounts receivable, however that amount is established:

**(i)** The amount of the accounts for which there is no loss or damage;

**(ii)** The amount of The accounts that you are able to reestablish or collect;

**(iii)** An amount to allow for probable bad debts that you are normally unable to collect; and

**(iv)** All unearned interest and service charges.

**e.** Our payment for loss of or damage to personal property of others will only be for the account of the owners of the property. We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

**f.** We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

**g.** We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss, provided you have complied with all of the terms of this policy, and:

**(1)** We have reached agreement with you on the amount of loss; or

**(2)** An appraisal award has been made.

**h.** A party wall is a wall that separates and is common to adjoining buildings that are owned by different parties. In settling covered losses involving a party wall, we will pay a proportion of the loss to the party wall based on your interest in the wall in proportion to the interest of the owner of the adjoining building. However, if you elect to repair or replace your building and the owner of the adjoining building elects not to repair or replace that building, we will pay you the full value of the loss to the party wall, subject to all applicable policy provisions including Limits of Insurance and all other provisions of this Loss Payment Condition. Our payment under the provisions of this paragraph does not alter any right of subrogation we may have against any entity, including the owner or insurer of the adjoining building, and does not alter the terms of the Transfer Of Rights Of Recovery Against Others To Us Condition in this policy.

**6. Recovered Property**

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, you may retain the property. But then you must return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limits of Insurance of Section **I** – Property.

**7. Resumption Of Operations**

We will reduce the amount of your:

**a.** Business Income loss, other than Extra Expense, to the extent you can resume your "operations", in whole or in part, by using damaged or undamaged property (including merchandise or stock) at the described premises or elsewhere.

**b.** Extra Expense loss to the extent you can return "operations" to normal and discontinue such Extra Expense.

**8. Vacancy**

**a. Description Of Terms**

**(1)** As used in this Vacancy Condition, the term building and the term vacant have the meanings set forth in Paragraphs **(a)** and **(b)** below:

**(a)** When this policy is issued to a tenant, and with respect to that tenant's interest in Covered Property, building means the unit or suite rented or leased to the tenant. Such building is vacant when it does not contain enough business personal property to conduct customary operations.

**(b)** When this policy is issued to the owner or general lessee of a building, building means the entire building. Such building is vacant unless at least 31% of its total square footage is:

**(i)** Rented to a lessee or sublessee and used by the lessee or sublessee to conduct its customary operations; and/or

**(ii)** Used by the building owner to conduct customary operations.

**(2)** Buildings under construction or renovation are not considered vacant.

**b. Vacancy Provisions**

If the building where loss or damage occurs has been vacant for more than 60 consecutive days before that loss or damage occurs:

**(1)** We will not pay for any loss or damage caused by any of the following even if they are Covered Causes of Loss:

**(a)** Vandalism;

**(b)** Sprinkler leakage, unless you have protected the system against freezing;

    **(c)** Building glass breakage;

    **(d)** Water damage;

    **(e)** Theft; or

    **(f)** Attempted theft.

**(2)** With respect to Covered Causes of Loss other than those listed in Paragraphs **(1)(a)** through **(1)(f)** above, we will reduce the amount we would otherwise pay for the loss or damage by 15%.

**F. Property General Conditions**

**1. Control Of Property**

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Form at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

**2. Mortgageholders**

**a.** The term "mortgageholder" includes trustee.

**b.** We will pay for covered loss of or damage to buildings or structures to each mortgageholder shown in the Declarations in their order of precedence, as interests may appear.

**c.** The mortgageholder has the right to receive loss payment even if the mortgageholder has started foreclosure or similar action on the building or structure.

**d.** If we deny your claim because of your acts or because you have failed to comply with the terms of this policy, the mortgageholder will still have the right to receive loss payment if the mortgageholder:

    **(1)** Pays any premium due under this policy at our request if you have failed to do so;

    **(2)** Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

    **(3)** Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgageholder.

All of the terms of this policy will then apply directly to the mortgageholder.

**e.** If we pay the mortgageholder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this policy:

    **(1)** The mortgageholder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

    **(2)** The mortgageholder's right to recover the full amount of the mortgageholder's claim will not be impaired.

At our option, we may pay to the mortgageholder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

**f.** If we cancel this policy, we will give written notice to the mortgageholder at least:

    **(1)** 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

    **(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

**g.** If we elect not to renew this policy, we will give written notice to the mortgageholder at least 10 days before the expiration date of this policy.

**3. No Benefit To Bailee**

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

**4. Policy Period, Coverage Territory**

Under Section **I** – Property:

**a.** We cover loss or damage commencing:

    **(1)** During the policy period shown in the Declarations; and

    **(2)** Within the coverage territory or, with respect to property in transit, while it is between points in the coverage territory.

**b.** The coverage territory is:

    **(1)** The United States of America (including its territories and possessions);

    **(2)** Puerto Rico; and

    **(3)** Canada.

**G. Optional Coverages**

If shown as applicable in the Declarations, the following Optional Coverages also apply. These coverages are subject to the terms and conditions applicable to property coverage in this policy, except as provided below:

**1. Outdoor Signs**

   **a.** We will pay for direct physical loss of or damage to all outdoor signs at the described premises:

      **(1)** Owned by you; or

      **(2)** Owned by others but in your care, custody or control.

   **b.** Paragraph **A.3.,** Covered Causes Of Loss and Paragraph **B.,** Exclusions in Section **I** – Property do not apply to this Optional Coverage, except for:

      **(1)** Paragraph **B.1.c.,** Governmental Action;

      **(2)** Paragraph **B.1.d.,** Nuclear Hazard; and

      **(3)** Paragraph **B.1.f.,** War And Military Action.

   **c.** We will not pay for loss or damage caused by or resulting from:

      **(1)** Wear and tear;

      **(2)** Hidden or latent defect;

      **(3)** Rust;

      **(4)** Corrosion; or

      **(5)** Mechanical breakdown.

   **d.** The most we will pay for loss or damage in any one occurrence is the Limit Of Insurance for Outdoor Signs shown in the Declarations.

   **e.** The provisions of this Optional Coverage supersede all other references to outdoor signs in this policy.

**2. Money And Securities**

   **a.** We will pay for loss of "money" and "securities" used in your business while at a bank or savings institution, within your living quarters or the living quarters of your partners or any employee (including a temporary or leased employee) having use and custody of the property, at the described premises, or in transit between any of these places, resulting directly from:

      **(1)** Theft, meaning any act of stealing;

      **(2)** Disappearance; or

      **(3)** Destruction.

   **b.** In addition to the Limitations and Exclusions applicable to Section **I** – Property, we will not pay for loss:

      **(1)** Resulting from accounting or arithmetical errors or omissions;

      **(2)** Due to the giving or surrendering of property in any exchange or purchase; or

      **(3)** Of property contained in any "money"-operated device unless the amount of "money" deposited in it is recorded by a continuous recording instrument in the device.

   **c.** The most we will pay for loss in any one occurrence is:

      **(1)** The limit shown in the Declarations for Inside the Premises for "money" and "securities" while:

         **(a)** In or on the described premises; or

         **(b)** Within a bank or savings institution; and

      **(2)** The limit shown in the Declarations for Outside the Premises for "money" and "securities" while anywhere else.

   **d.** All loss:

      **(1)** Caused by one or more persons; or

      **(2)** Involving a single act or series of related acts;

   is considered one occurrence.

   **e.** You must keep records of all "money" and "securities" so we can verify the amount of any loss or damage.

**3. Employee Dishonesty**

   **a.** We will pay for direct loss of or damage to Business Personal Property and "money" and "securities" resulting from dishonest acts committed by any of your employees acting alone or in collusion with other persons (except you or your partner) with the manifest intent to:

      **(1)** Cause you to sustain loss or damage; and also

      **(2)** Obtain financial benefit (other than salaries, commissions, fees, bonuses, promotions, awards, profit sharing, pensions or other employee benefits earned in the normal course of employment) for:

         **(a)** Any employee; or

         **(b)** Any other person or organization.

**b.** We will not pay for loss or damage:

**(1)** Resulting from any dishonest or criminal act that you or any of your partners or "members" commit whether acting alone or in collusion with other persons.

**(2)** Resulting from any dishonest act committed by any of your employees (except as provided in Paragraph **a.**), "managers" or directors:

**(a)** Whether acting alone or in collusion with other persons; or

**(b)** While performing services for you or otherwise.

**(3)** The only proof of which as to its existence or amount is:

**(a)** An inventory computation; or

**(b)** A profit and loss computation.

**(4)** Caused by an employee if the employee had also committed theft or any other dishonest act prior to the effective date of this policy and you or any of your partners, "members", "managers", officers, directors or trustees, not in collusion with the employee, learned of that theft or dishonest act prior to the policy period shown in the Declarations.

**c.** The most we will pay for loss or damage in any one occurrence is the Limit Of Insurance for Employee Dishonesty shown in the Declarations.

**d.** All loss or damage:

**(1)** Caused by one or more persons; or

**(2)** Involving a single act or series of acts;

is considered one occurrence.

**e.** If any loss is covered:

**(1)** Partly by this insurance; and

**(2)** Partly by any prior cancelled or terminated insurance that we or any affiliate had issued to you or any predecessor in interest;

the most we will pay is the larger of the amount recoverable under this insurance or the prior insurance.

We will pay only for loss or damage you sustain through acts committed or events occurring during the policy period. Regardless of the number of years this policy remains in force or the number of premiums paid, no Limit of Insurance cumulates from year to year or period to period.

**f.** This Optional Coverage is cancelled as to any employee immediately upon discovery by:

**(1)** You; or

**(2)** Any of your partners, "members", "managers", officers or directors not in collusion with the employee;

of any dishonest act committed by that employee before or after being hired by you.

**g.** We will pay only for covered loss or damage sustained during the policy period and discovered no later than one year from the end of the policy period.

**h.** If you (or any predecessor in interest) sustained loss or damage during the policy period of any prior insurance that you could have recovered under that insurance except that the time within which to discover loss or damage had expired, we will pay for it under this Optional Coverage, provided:

**(1)** This Optional Coverage became effective at the time of cancellation or termination of the prior insurance; and

**(2)** The loss or damage would have been covered by this Optional Coverage had it been in effect when the acts or events causing the loss or damage were committed or occurred.

**i.** The insurance under Paragraph **h.** above is part of, not in addition to, the Limit of Insurance applying to this Optional Coverage and is limited to the lesser of the amount recoverable under:

**(1)** This Optional Coverage as of its effective date; or

**(2)** The prior insurance had it remained in effect.

**j.** With respect to the Employee Dishonesty Optional Coverage in Paragraph **G.3.**, employee means:

**(1)** Any natural person:

**(a)** While in your service or for 30 days after termination of service;

**(b)** Who you compensate directly by salary, wages or commissions; and

**(c)** Who you have the right to direct and control while performing services for you;

**(2)** Any natural person who is furnished temporarily to you:

    **(a)** To substitute for a permanent employee, as defined in Paragraph **(1)** above, who is on leave; or

    **(b)** To meet seasonal or short-term workload conditions;

**(3)** Any natural person who is leased to you under a written agreement between you and a labor leasing firm, to perform duties related to the conduct of your business, but does not mean a temporary employee as defined in Paragraph **(2)** above;

**(4)** Any natural person who is a former employee, director, partner, member, manager, representative or trustee retained as a consultant while performing services for you; or

**(5)** Any natural person who is a guest student or intern pursuing studies or duties, excluding, however, any such person while having care and custody of property outside any building you occupy in conducting your business.

But employee does not mean:

**(1)** Any agent, broker, factor, commission merchant, consignee, independent contractor or representative of the same general character; or

**(2)** Any "manager", director or trustee except while performing acts coming within the usual duties of an employee.

**4. Equipment Breakdown Protection Coverage**

  **a.** We will pay for direct loss of or damage to Covered Property caused by or resulting from a mechanical breakdown or electrical failure to pressure, mechanical or electrical machinery and equipment.

Mechanical breakdown or electrical failure to pressure, mechanical or electrical machinery and equipment does not mean any:

**(1)** Malfunction including but not limited to adjustment, alignment, calibration, cleaning or modification;

**(2)** Leakage at any valve, fitting, shaft seal, gland packing, joint or connection;

**(3)** Damage to any vacuum tube, gas tube, or brush; or

**(4)** The functioning of any safety or protective device.

  **b.** Paragraphs **A.4.a.(1)** and **A.4.a.(2)**, Limitations, do not apply to this Optional Coverage.

  **c.** With respect to the coverage provided by this Optional Coverage, the following exclusions in Paragraph **B. Exclusions** do not apply:

**(1)** Paragraph **B.2.a.**, Electrical Apparatus;

**(2)** Paragraph **B.2.d.**, Steam Apparatus; and

**(3)** Paragraph **B.2.l.(6)**, Mechanical Breakdown.

  **d.** With respect to the coverage provided by this Optional Coverage, Paragraph **G.1.c.(5)** of the **Outdoor Signs Optional Coverage** does not apply.

  **e.** If a dollar deductible is shown in the Declarations for this Optional Coverage, we will first subtract the applicable deductible amount from any loss we would otherwise pay. We will then pay the amount of loss in excess of the applicable deductible up to the applicable limit for this coverage.

If no optional deductible is chosen for this Optional Coverage, the Property Deductible shown in the Declarations applies.

  **f.** With respect to Additional Coverages **5.f.** Business Income and **5.g.** Extra Expense, if the 72-hour time period in the definition of "period of restoration" (hereinafter referred to as time deductible) is amended for this Optional Coverage as shown in the Declarations, we will not pay for any Business Income loss that occurs during the consecutive number of hours shown as the time deductible in the Declarations immediately following a mechanical breakdown or electrical failure. If a time deductible is shown in days, each day shall mean 24 consecutive hours.

With respect to the coverage provided by this Optional Coverage, any time deductible shown in the Declarations for Equipment Breakdown Protection Coverage supersedes any time deductible otherwise applicable to the Business Income coverage provided by this policy.

  **g.** With respect to the coverage provided by this Optional Coverage, Paragraph **H. Property Definitions** is amended as follows:

**1.** "Computer" means:

    **a.** Programmable electronic equipment that is used to store, retrieve and process data; and

© Insurance Services Office, Inc., 2012

**b.** Associated peripheral equipment that provides communication, including input and output functions such as printing and auxiliary functions such as data transmission.

"Computer" includes those used to operate production-type machinery or equipment.

**h.** Whenever any covered pressure, mechanical or electrical machinery and equipment is found to be in, or exposed to, a dangerous condition, any of our representatives may suspend coverage provided by this Optional Coverage for loss from a mechanical breakdown or electrical failure to that pressure, mechanical or electrical machinery and equipment.

However, coverage provided by this Optional Coverage may be reinstated for loss from a mechanical breakdown or electrical failure to that pressure, mechanical or electrical machinery and equipment if the reasons for the suspension are found by any of our representatives to no longer exist.

We may suspend or reinstate this Optional coverage by mailing or delivering a written notification regarding the suspension or reinstatement to:

**(1)** Your last known address; or

**(2)** The address where the pressure, mechanical or electrical machinery and equipment is located.

This notification will indicate the effective date of the suspension or reinstatement.

If the coverage provided by this Optional Coverage is not reinstated, you will get a pro rata refund of premium. But the suspension will be effective even if we have not yet made or offered a refund.

**H. Property Definitions**

**1.** "Computer" means:

**a.** Programmable electronic equipment that is used to store, retrieve and process data; and

**b.** Associated peripheral equipment that provides communication, including input and output functions such as printing and auxiliary functions such as data transmission.

"Computer" does not include those used to operate production-type machinery or equipment.

**2.** "Counterfeit money" means an imitation of "money" that is intended to deceive and to be taken as genuine.

**3.** "Electronic data" means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a "computer" or device connected to it, which enable the "computer" or device to receive, process, store, retrieve or send data.

**4.** "Fungi" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

**5.** "Manager" means a person serving in a directorial capacity for a limited liability company.

**6.** "Member" means an owner of a limited liability company represented by its membership interest, who also may serve as a "manager".

**7.** "Money" means:

**a.** Currency, coins and bank notes in current use and having a face value; and

**b.** Traveler's checks, register checks and money orders held for sale to the public.

**8.** "Operations" means your business activities occurring at the described premises.

**9.** "Period of restoration":

**a.** Means the period of time that:

**(1)** Begins:

**(a)** 72 hours after the time of direct physical loss or damage for Business Income Coverage; or

**(b)** Immediately after the time of direct physical loss or damage for Extra Expense Coverage;

caused by or resulting from any Covered Cause of Loss at the described premises; and

**(2)** Ends on the earlier of:

    **(a)** The date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

    **(b)** The date when business is resumed at a new permanent location.

**b.** Does not include any increased period required due to the enforcement of or compliance with any ordinance or law that:

    **(1)** Regulates the construction, use or repair, or requires the tearing down of any property; or

    **(2)** Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

The expiration date of this policy will not cut short the "period of restoration".

**10.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**11.** "Securities" means negotiable and nonnegotiable instruments or contracts representing either "money" or other property and includes:

**a.** Tokens, tickets, revenue and other stamps (whether represented by actual stamps or unused value in a meter) in current use; and

**b.** Evidences of debt issued in connection with credit or charge cards, which cards are not issued by you;

but does not include "money".

**12.** "Specified causes of loss" means the following:

Fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire extinguishing equipment; sinkhole collapse; volcanic action; falling objects; weight of snow, ice or sleet; water damage.

**a.** Sinkhole collapse means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite. This cause of loss does not include:

    **(1)** The cost of filling sinkholes; or

    **(2)** Sinking or collapse of land into man-made underground cavities.

**b.** Falling objects does not include loss of or damage to:

    **(1)** Personal property in the open; or

    **(2)** The interior of a building or structure, or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object.

**c.** Water damage means:

    **(1)** Accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of any part of a system or appliance (other than a sump system including its related equipment and parts) containing water or steam; and

    **(2)** Accidental discharge or leakage of water or waterborne material as the direct result of the breaking apart or cracking of a water or sewer pipe that is located off the described premises and is part of a municipal potable water supply system or municipal sanitary sewer system, if the breakage or cracking is caused by wear and tear.

But water damage does not include loss or damage otherwise excluded under the terms of the Water Exclusion. Therefore, for example, there is no coverage in the situation in which discharge or leakage of water results from the breaking apart or cracking of a pipe which was caused by or related to weather-induced flooding, even if wear and tear contributed to the breakage or cracking. As another example, and also in accordance with the terms of the Water Exclusion, there is no coverage for loss or damage caused by or related to weather-induced flooding which follows or is exacerbated by pipe breakage or cracking attributable to wear and tear.

To the extent that accidental discharge or leakage of water falls within the criteria set forth in **c.(1)** or **c.(2)** of this definition of "specified causes of loss", such water is not subject to the provisions of the Water Exclusion which preclude coverage for surface water or water under the ground surface.

**13.** "Stock" means merchandise held in storage or for sale, raw materials and in-process or finished goods, including supplies used in their packing or shipping.

    © Insurance Services Office, Inc., 2012    

**14.** "Valuable papers and records" means inscribed, printed or written:

    **a.** Documents;

    **b.** Manuscripts; and

    **c.** Records;

including abstracts, books, deeds, drawings, films, maps or mortgages.

But "valuable papers and records" does not mean "money" or "securities".

## SECTION II – LIABILITY

### A. Coverages

  **1. Business Liability**

    **a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury", "property damage" or "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" or any offense and settle any claim or "suit" that may result. But:

      **(1)** The amount we will pay for damages is limited as described in Paragraph **D.** Liability And Medical Expenses Limits Of Insurance in Section **II** – Liability; and

      **(2)** Our right and duty to defend end when we have used up the applicable Limit of Insurance in the payment of judgments or settlements or medical expenses.

    No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Paragraph **f.** Coverage Extension – Supplementary Payments.

    **b.** This insurance applies:

      **(1)** To "bodily injury" and "property damage" only if:

        **(a)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

        **(b)** The "bodily injury" or "property damage" occurs during the policy period; and

        **(c)** Prior to the policy period, no insured listed under Paragraph **C.1.** Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known before the policy period.

      **(2)** To "personal and advertising injury" caused by an offense arising out of your business, but only if the offense was committed in the "coverage territory" during the policy period.

    **c.** "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph **C.1.** Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of "bodily injury" or "property damage" after the end of the policy period.

    **d.** "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **C.1.** Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

      **(1)** Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

      **(2)** Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

      **(3)** Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

    **e.** Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

**f. Coverage Extension – Supplementary Payments**

(1) We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

(a) All expenses we incur.

(b) Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which Business Liability Coverage for "bodily injury" applies. We do not have to furnish these bonds.

(c) The cost of bonds to release attachments, but only for bond amounts within our Limit of Insurance. We do not have to furnish these bonds.

(d) All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

(e) All court costs taxed against the insured in the "suit". However, these payments do not include attorneys' fees or attorneys' expenses taxed against the insured.

(f) Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the Limit of Insurance, we will not pay any prejudgment interest based on that period of time after the offer.

(g) All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within our Limit of Insurance.

These payments will not reduce the limit of liability.

(2) If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

(a) The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

(b) This insurance applies to such liability assumed by the insured;

(c) The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

(d) The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

(e) The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

(f) The indemnitee:

(i) Agrees in writing to:

  i. Cooperate with us in the investigation, settlement or defense of the "suit";

  ii. Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

  iii. Notify any other insurer whose coverage is available to the indemnitee; and

    **iv.** Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

  **(ii)** Provides us with written authorization to:

    **i.** Obtain records and other information related to the "suit"; and

    **ii.** Conduct and control the defense of the indemnitee in such "suit".

**(3)** So long as the conditions in Paragraph **(2)** are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph **B.1.b.(2)** Exclusions in Section **II** – Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the Limits of Insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when:

  **(a)** We have used up the applicable Limit of Insurance in the payment of judgments or settlements; or

  **(b)** The conditions set forth above, or the terms of the agreement described in Paragraph **(2)(f)** above, are no longer met.

**2. Medical Expenses**

  **a.** We will pay medical expenses as described below for "bodily injury" caused by an accident:

  **(1)** On premises you own or rent;

  **(2)** On ways next to premises you own or rent; or

  **(3)** Because of your operations;

  provided that:

    **(a)** The accident takes place in the "coverage territory" and during the policy period;

    **(b)** The expenses are incurred and reported to us within one year of the date of the accident; and

    **(c)** The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

  **b.** We will make these payments regardless of fault. These payments will not exceed the Limits of Insurance of Section **II** – Liability. We will pay reasonable expenses for:

  **(1)** First aid administered at the time of an accident;

  **(2)** Necessary medical, surgical, X-ray and dental services, including prosthetic devices; and

  **(3)** Necessary ambulance, hospital, professional nursing and funeral services.

**B. Exclusions**

  **1. Applicable To Business Liability Coverage**

  This insurance does not apply to:

  **a. Expected Or Intended Injury**

  "Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

  **b. Contractual Liability**

  "Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

  **(1)** That the insured would have in the absence of the contract or agreement; or

  **(2)** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorneys' fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

    **(a)** Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

© Insurance Services Office, Inc., 2012

**(b)** Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

**c. Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person;

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies even if the claims allege negligence or other wrongdoing in:

**(a)** The supervision, hiring, employment, training or monitoring of others by an insured; or

**(b)** Providing or failing to provide transportation with respect to any person that may be under the influence of alcohol;

if the "occurrence" which caused the "bodily injury" or "property damage", involved that which is described in Paragraph **(1)**, **(2)** or **(3)** above.

However, this exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages. For the purposes of this exclusion, permitting a person to bring alcoholic beverages on your premises, for consumption on your premises, whether or not a fee is charged or a license is required for such activity, is not by itself considered the business of selling, serving or furnishing alcoholic beverages.

**d. Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

**e. Employer's Liability**

"Bodily injury" to:

**(1)** An "employee" of the insured arising out of and in the course of:

**(a)** Employment by the insured; or

**(b)** Performing duties related to the conduct of the insured's business; or

**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

This exclusion applies whether the insured may be liable as an employer or in any other capacity and to any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

**f. Pollution**

**(1)** "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**(a)** At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

**(i)** "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests;

**(ii)** "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

**(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

© Insurance Services Office, Inc., 2012   BP 00 03 07 13

**(b)** At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

**(c)** Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

    **(i)** Any insured; or

    **(ii)** Any person or organization for whom you may be legally responsible;

**(d)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

    **(i)** "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

    **(ii)** "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

    **(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire"; or

**(e)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(b)** Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement or such claim or "suit" by or on behalf of a governmental authority.

**g. Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by an insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises you own or rent;

**(2)** A watercraft you do not own that is:

    **(a)** Less than 51 feet long; and

    **(b)** Not being used to carry persons or property for a charge;

**(3)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(4)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

**(5)** "Bodily injury" or "property damage" arising out of:

    **(a)** The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance or motor vehicle registration law where it is licensed or principally garaged; or

    **(b)** The operation of any of the following machinery or equipment:

        **(i)** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

        **(ii)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

**h. Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

**(1)** The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

**(2)** The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition or stunting activity.

**i. War**

"Bodily injury", "property damage" or "personal and advertising injury", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by government authority in hindering or defending against any of these.

**j. Professional Services**

"Bodily injury", "property damage" or "personal and advertising injury" caused by the rendering or failure to render any professional service. This includes but is not limited to:

**(1)** Legal, accounting or advertising services;

**(2)** Preparing, approving, or failing to prepare or approve maps, drawings, opinions, reports, surveys, change orders, designs or specifications;

**(3)** Supervisory, inspection or engineering services;

**(4)** Medical, surgical, dental, X-ray or nursing services treatment, advice or instruction;

**(5)** Any health or therapeutic service treatment, advice or instruction;

**(6)** Any service, treatment, advice or instruction for the purpose of appearance or skin enhancement, hair removal or replacement or personal grooming;

**(7)** Optometry or optical or hearing aid services including the prescribing, preparation, fitting, demonstration or distribution of ophthalmic lenses and similar products or hearing aid devices;

**(8)** Body piercing services; and

**(9)** Services in the practice of pharmacy.

This exclusion applies even if the claims allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by an insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved the rendering or failure to render of any professional service.

**k. Damage To Property**

"Property damage" to:

**(1)** Property you own, rent or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

**(2)** Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

**(3)** Property loaned to you;

**(4)** Personal property in the care, custody or control of the insured;

**(5)** That particular part of real property on which you or any contractor or subcontractor working directly or indirectly on your behalf is performing operations, if the "property damage" arises out of those operations; or

**(6)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs **(1), (3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of seven or fewer consecutive days. A separate Limit of Insurance applies to Damage To Premises Rented To You as described in Paragraph **D.** Liability And Medical Expenses Limits Of Insurance in Section **II** – Liability.

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs **(3), (4), (5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**l. Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**m. Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**n. Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)** A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

**(2)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**o. Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**(1)** "Your product";

**(2)** "Your work"; or

**(3)** "Impaired property";

if such product, work or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**p. Personal And Advertising Injury**

"Personal and advertising injury":

**(1)** Caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury";

**(2)** Arising out of oral or written publication, in any manner, of material, if done by or at the direction of the insured with knowledge of its falsity;

**(3)** Arising out of oral or written publication, in any manner, of material whose first publication took place before the beginning of the policy period;

**(4)** For which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement;

**(5)** Arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement";

**(6)** Arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement";

**(7)** Arising out of the wrong description of the price of goods, products or services stated in your "advertisement";

**(8)** Committed by an insured whose business is:

**(a)** Advertising, broadcasting, publishing or telecasting;

**(b)** Designing or determining content of web sites for others; or

**(c)** An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **14.a.**, **b.** and **c.** of "personal and advertising injury" under Paragraph **F.** Liability And Medical Expenses Definitions.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, by itself, is not considered the business of advertising, broadcasting, publishing or telecasting;

**(9)** Arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time;

**(10)** With respect to any loss, cost or expense arising out of any:

**(a)** Request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(b)** Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants";

**(11)** Arising out of an electronic chatroom or bulletin board the insured hosts, owns or over which the insured exercises control;

**(12)** Arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights. Under this exclusion, such other intellectual property rights do not include the use of another's advertising idea in your "advertisement".

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan;

**(13)** Arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatags, or any other similar tactics to mislead another's potential customers.

**q. Electronic Data**

Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

However, this exclusion does not apply to liability for damages because of "bodily injury".

© Insurance Services Office, Inc., 2012

As used in this exclusion, electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data.

**r. Criminal Acts**

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

**s. Recording And Distribution Of Material Or Information In Violation Of Law**

"Bodily injury", "property damage" or "personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transaction Act (FACTA); or

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

Exclusions **c., d., e., f., g., h., i., k., l., m., n.** and **o.** in Section **II** – Liability do not apply to damage by fire to premises while rented to you, or temporarily occupied by you with permission of the owner. A separate Damage To Premises Rented To You Limit of Insurance applies to this coverage as described in Paragraph **D.** Liability And Medical Expenses Limits of Insurance in Section **II** – Liability.

**2. Applicable To Medical Expenses Coverage**

We will not pay expenses for "bodily injury":

**a.** To any insured, except "volunteer workers".

**b.** To a person hired to do work for or on behalf of any insured or a tenant of any insured.

**c.** To a person injured on that part of premises you own or rent that the person normally occupies.

**d.** To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

**e.** To a person injured while practicing, instructing or participating in any physical exercises or games, sports or athletic contests.

**f.** Included within the "products-completed operations hazard".

**g.** Excluded under Business Liability Coverage.

**3. Applicable To Both Business Liability Coverage And Medical Expenses Coverage – Nuclear Energy Liability Exclusion**

This insurance does not apply:

**a.** Under Business Liability Coverage, to "bodily injury" or "property damage":

**(1)** With respect to which an insured under the policy is also an insured under a nuclear energy liability policy issued by the Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters or Nuclear Insurance Association of Canada, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

(2) Resulting from the "hazardous properties" of "nuclear material" and with respect to which:

   (a) Any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof; or

   (b) The insured is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

**b.** Under Medical Expenses Coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

**c.** Under Business Liability Coverage, to "bodily injury" or "property damage" resulting from the "hazardous properties" of the "nuclear material"; if:

(1) The "nuclear material":

   (a) Is at any "nuclear facility" owned by, or operated by or on behalf of, an insured; or

   (b) Has been discharged or dispersed therefrom;

(2) The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of by or on behalf of an insured; or

(3) The "bodily injury" or "property damage" arises out of the furnishing by an insured of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility"; but if such facility is located within the United States of America, its territories or possessions or Canada, this Exclusion **(3)** applies only to "property damage" to such "nuclear facility" and any property thereat.

**d.** As used in this exclusion:

(1) "By-product material" has the meaning given it in the Atomic Energy Act of 1954 or in any law amendatory thereof;

(2) "Hazardous properties" include radioactive, toxic or explosive properties;

(3) "Nuclear facility" means:

   (a) Any "nuclear reactor";

   (b) Any equipment or device designed or used for:

      (i) Separating the isotopes of uranium or plutonium;

      (ii) Processing or utilizing "spent fuel"; or

      (iii) Handling, processing or packaging "waste";

   (c) Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the insured at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

   (d) Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations;

(4) "Nuclear material" means "source material", "special nuclear material" or "by-product material";

(5) "Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material;

(6) "Property damage" includes all forms of radioactive contamination of property;

(7) "Source material" has the meaning given it in the Atomic Energy Act of 1954 or in any law amendatory thereof;

(8) "Special nuclear material" has the meaning given it in the Atomic Energy Act of 1954 or in any law amendatory thereof;

(9) "Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor";

© Insurance Services Office, Inc., 2012

**(10)** "Waste" means any waste material:

**(a)** Containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content; and

**(b)** Resulting from the operation by any person or organization of any "nuclear facility" included under Paragraphs **(a)** and **(b)** of the definition of "nuclear facility".

**C. Who Is An Insured**

**1.** If you are designated in the Declarations as:

**a.** An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

**b.** A partnership or joint venture, you are an insured. Your members, your partners and their spouses are also insureds, but only with respect to the conduct of your business.

**c.** A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

**d.** An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

**e.** A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

**2.** Each of the following is also an insured:

**a.** Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

**(1)** "Bodily injury" or "personal and advertising injury":

**(a)** To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), or to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

**(b)** To the spouse, child, parent, brother or sister of that co-"employee" as a consequence of Paragraph **(a)** above;

**(c)** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraph **(a)** or **(b);** or

**(d)** Arising out of his or her providing or failing to provide professional health care services.

**(2)** "Property damage" to property:

**(a)** Owned, occupied or used by;

**(b)** Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by;

you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

**b.** Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

**c.** Any person or organization having proper temporary custody of your property if you die, but only:

**(1)** With respect to liability arising out of the maintenance or use of that property; and

**(2)** Until your legal representative has been appointed.

**d.** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this policy.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

**D. Liability And Medical Expenses Limits Of Insurance**

**1.** The Limits of Insurance of Section II – Liability shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

**a.** Insureds;

**b.** Claims made or "suits" brought; or

**c.** Persons or organizations making claims or bringing "suits".

**2.** The most we will pay for the sum of all damages because of all:

**a.** "Bodily injury", "property damage" and medical expenses arising out of any one "occurrence"; and

**b.** "Personal and advertising injury" sustained by any one person or organization;

is the Liability and Medical Expenses limit shown in the Declarations. But the most we will pay for all medical expenses because of "bodily injury" sustained by any one person is the Medical Expenses limit shown in the Declarations.

**3.** The most we will pay under Business Liability Coverage for damages because of "property damage" to a premises while rented to you or in the case of fire while rented to you or temporarily occupied by you with permission of the owner is the applicable Damage To Premises Rented To You limit shown for that premises in the Declarations. For a premises temporarily occupied by you, the applicable limit will be the highest Damage To Premises Rented To You limit shown in the Declarations.

**4. Aggregate Limits**

The most we will pay for:

**a.** All "bodily injury" and "property damage" that is included in the "products-completed operations hazard" is twice the Liability and Medical Expenses limit.

**b.** All:

**(1)** "Bodily injury" and "property damage" except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard";

**(2)** Plus medical expenses;

**(3)** Plus all "personal and advertising injury" caused by offenses committed;

is twice the Liability and Medical Expenses limit.

Subject to Paragraph **a.** or **b.** above, whichever applies, the Damage To Premises Rented To You limit is the most we will pay for damages because of "property damage" to any one premises, while rented to you, or in the case of fire, while rented to you or temporarily occupied by you with permission of the owner.

The Limits of Insurance of Section II – Liability apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

**E. Liability And Medical Expenses General Conditions**

**1. Bankruptcy**

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this policy.

© Insurance Services Office, Inc., 2012

**2. Duties In The Event Of Occurrence, Offense, Claim Or Suit**

**a.** You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

**(1)** How, when and where the "occurrence" or offense took place;

**(2)** The names and addresses of any injured persons and witnesses; and

**(3)** The nature and location of any injury or damage arising out of the "occurrence" or offense.

**b.** If a claim is made or "suit" is brought against any insured, you must:

**(1)** Immediately record the specifics of the claim or "suit" and the date received; and

**(2)** Notify us as soon as practicable.

You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

**c.** You and any other involved insured must:

**(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

**(2)** Authorize us to obtain records and other information;

**(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

**(4)** Assist us, upon our request, in the enforcement of any right against any person or organization that may be liable to the insured because of injury or damage to which this insurance may also apply.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

**3. Legal Action Against Us**

No person or organization has a right under this policy:

**a.** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

**b.** To sue us on this policy unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this policy or that are in excess of the applicable Limit of Insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**4. Separation Of Insureds**

Except with respect to the Limits of Insurance of Section II – Liability, and any rights or duties specifically assigned in this policy to the first Named Insured, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom claim is made or "suit" is brought.

**F. Liability And Medical Expenses Definitions**

**1.** "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

**a.** Notices that are published include material placed on the Internet or on similar electronic means of communication; and

**b.** Regarding web sites, only that part of a web site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

**2.** "Auto" means:

**a.** A land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment; or

**b.** Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance or motor vehicle registration law where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

**3.** "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

**4.** "Coverage territory" means:

**a.** The United States of America (including its territories and possessions), Puerto Rico and Canada;

**b.** International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in Paragraph **a.** above; or

**c.** All other parts of the world if the injury or damage arises out of:

**(1)** Goods or products made or sold by you in the territory described in Paragraph **a.** above;

**(2)** The activities of a person whose home is in the territory described in Paragraph **a.** above, but is away for a short time on your business; or

**(3)** "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication;

provided the insured's responsibility to pay damages is determined in a "suit" on the merits in the territory described in Paragraph **a.** above or in a settlement we agree to.

**5.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**6.** "Executive officer" means a person holding any of the officer positions created by your charter, constitution, bylaws or any other similar governing document.

**7.** "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

**8.** "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

**a.** It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

**b.** You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by:

**(1)** The repair, replacement, adjustment or removal of "your product" or "your work"; or

**(2)** Your fulfilling the terms of the contract or agreement.

**9.** "Insured contract" means:

**a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

**b.** A sidetrack agreement;

**c.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

**d.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

**e.** An elevator maintenance agreement;

**f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph **f.** does not include that part of any contract or agreement:

**(1)** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, roadbeds, tunnel, underpass or crossing;

**(2)** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

**(a)** Preparing, approving or failing to prepare or approve maps, drawings, opinions, reports, surveys, change orders, designs or specifications; or

**(b)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

**(3)** Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in Paragraph **(2)** above and supervisory, inspection or engineering services.

**10.** "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

© Insurance Services Office, Inc., 2012

BP 00 03 07 13

11. "Loading or unloading" means the handling of property:

    **a.** After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

    **b.** While it is in or on an aircraft, watercraft or "auto"; or

    **c.** While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

12. "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

    **a.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

    **b.** Vehicles maintained for use solely on or next to premises you own or rent;

    **c.** Vehicles that travel on crawler treads;

    **d.** Vehicles, whether self-propelled or not, on which are permanently mounted:

        **(1)** Power cranes, shovels, loaders, diggers or drills; or

        **(2)** Road construction or resurfacing equipment such as graders, scrapers or rollers;

    **e.** Vehicles not described in Paragraph **a., b., c.** or **d.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

        **(1)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

        **(2)** Cherry pickers and similar devices used to raise or lower workers;

    **f.** Vehicles not described in Paragraph **a., b., c.** or **d.** above maintained primarily for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

    **(1)** Equipment designed primarily for:

        **(a)** Snow removal;

        **(b)** Road maintenance, but not construction or resurfacing; or

        **(c)** Street cleaning;

    **(2)** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

    **(3)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

However, "mobile equipment" does not include land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance or motor vehicle registration law where they are licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law or motor vehicle registration law are considered "autos".

13. "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

14. "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

    **a.** False arrest, detention or imprisonment;

    **b.** Malicious prosecution;

    **c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

    **d.** Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

    **e.** Oral or written publication, in any manner, of material that violates a person's right of privacy;

**f.** The use of another's advertising idea in your "advertisement"; or

**g.** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

**15.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**16.** "Products-completed operations hazard":

**a.** Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

**(1)** Products that are still in your physical possession; or

**(2)** Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

**(a)** When all of the work called for in your contract has been completed.

**(b)** When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

**(c)** When that part of the work done at the job site has been put to its intended use by any other person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

The "bodily injury" or "property damage" must occur away from premises you own or rent, unless your business includes the selling, handling or distribution of "your product" for consumption on premises you own or rent.

**b.** Does not include "bodily injury" or "property damage" arising out of:

**(1)** The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured; or

**(2)** The existence of tools, uninstalled equipment or abandoned or unused materials.

**17.** "Property damage" means:

**a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

**b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, electronic data is not tangible property.

As used in this definition, electronic data means information, facts or programs stored as, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**18.** "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage", or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

**a.** An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

**b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

**19.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**20.** "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

**21.** "Your product":

**a.** Means:

**(1)** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

**(a)** You;

**(b)** Others trading under your name; or

© Insurance Services Office, Inc., 2012

**(c)** A person or organization whose business or assets you have acquired; and

**(2)** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

**b.** Includes:

**(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

**(2)** The providing of or failure to provide warnings or instructions.

**c.** Does not include vending machines or other property rented to or located for the use of others but not sold.

**22.** "Your work":

**a.** Means:

**(1)** Work or operations performed by you or on your behalf; and

**(2)** Materials, parts or equipment furnished in connection with such work or operations.

**b.** Includes:

**(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

**(2)** The providing of or failure to provide warnings or instructions.

## SECTION III – COMMON POLICY CONDITIONS (APPLICABLE TO SECTION I – PROPERTY AND SECTION II – LIABILITY)

### A. Cancellation

**1.** The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

**2.** We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

**a.** Five days before the effective date of cancellation if any one of the following conditions exists at any building that is Covered Property in this policy:

**(1)** The building has been vacant or unoccupied 60 or more consecutive days. This does not apply to:

**(a)** Seasonal unoccupancy; or

**(b)** Buildings in the course of construction, renovation or addition.

Buildings with 65% or more of the rental units or floor area vacant or unoccupied are considered unoccupied under this provision.

**(2)** After damage by a Covered Cause of Loss, permanent repairs to the building:

**(a)** Have not started; and

**(b)** Have not been contracted for;

within 30 days of initial payment of loss.

**(3)** The building has:

**(a)** An outstanding order to vacate;

**(b)** An outstanding demolition order; or

**(c)** Been declared unsafe by governmental authority.

**(4)** Fixed and salvageable items have been or are being removed from the building and are not being replaced. This does not apply to such removal that is necessary or incidental to any renovation or remodeling.

**(5)** Failure to:

**(a)** Furnish necessary heat, water, sewer service or electricity for 30 consecutive days or more, except during a period of seasonal unoccupancy; or

**(b)** Pay property taxes that are owing and have been outstanding for more than one year following the date due, except that this provision will not apply where you are in a bona fide dispute with the taxing authority regarding payment of such taxes.

**b.** 10 days before the effective date of cancellation if we cancel for nonpayment of premium.

**c.** 30 days before the effective date of cancellation if we cancel for any other reason.

**3.** We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

**4.** Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

**5.** If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

**6.** If notice is mailed, proof of mailing will be sufficient proof of notice.

**B. Changes**

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

**C. Concealment, Misrepresentation Or Fraud**

This policy is void in any case of fraud by you as it relates to this policy at any time. It is also void if you or any other insured, at any time, intentionally conceals or misrepresents a material fact concerning:

**1.** This policy;

**2.** The Covered Property;

**3.** Your interest in the Covered Property; or

**4.** A claim under this policy.

**D. Examination Of Your Books And Records**

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

**E. Inspections And Surveys**

**1.** We have the right to:

  **a.** Make inspections and surveys at any time;

  **b.** Give you reports on the conditions we find; and

  **c.** Recommend changes.

**2.** We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

  **a.** Are safe and healthful; or

  **b.** Comply with laws, regulations, codes or standards.

**3.** Paragraphs **1.** and **2.** of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

**4.** Paragraph **2.** of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

**F. Insurance Under Two Or More Coverages**

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

**G. Liberalization**

If we adopt any revision that would broaden the coverage under this policy without additional premium within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this policy.

**H. Other Insurance**

**1.** If there is other insurance covering the same loss or damage, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance of Section **I** – Property.

**2.** Business Liability Coverage is excess over:

  **a.** Any other insurance that insures for direct physical loss or damage; or

  **b.** Any other primary insurance available to you covering liability for damages arising out of the premises or operations for which you have been added as an additional insured.

**3.** When this insurance is excess, we will have no duty under Business Liability Coverage to defend any claim or "suit" that any other insurer has a duty to defend. If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

**I. Premiums**

**1.** The first Named Insured shown in the Declarations:

  **a.** Is responsible for the payment of all premiums; and

  **b.** Will be the payee for any return premiums we pay.

**2.** The premium shown in the Declarations was computed based on rates in effect at the time the policy was issued. On each renewal, continuation or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.

© Insurance Services Office, Inc., 2012

**3.** With our consent, you may continue this policy in force by paying a continuation premium for each successive one-year period. The premium must be:

  **a.** Paid to us prior to the anniversary date; and

  **b.** Determined in accordance with Paragraph **2.** above.

  Our forms then in effect will apply. If you do not pay the continuation premium, this policy will expire on the first anniversary date that we have not received the premium.

**4.** Undeclared exposures or change in your business operation, acquisition or use of locations may occur during the policy period that are not shown in the Declarations. If so, we may require an additional premium. That premium will be determined in accordance with our rates and rules then in effect.

**J. Premium Audit**

**1.** This policy is subject to audit if a premium designated as an advance premium is shown in the Declarations. We will compute the final premium due when we determine your actual exposures.

**2.** Premium shown in this policy as advance premium is a deposit premium only. At the close of each audit period, we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**3.** The first Named Insured must keep records of the information we need for premium computation and send us copies at such times as we may request.

**K. Transfer Of Rights Of Recovery Against Others To Us**

**1.** Applicable to Businessowners Property Coverage:

  If any person or organization to or for whom we make payment under this policy has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

  **a.** Prior to a loss to your Covered Property.

  **b.** After a loss to your Covered Property only if, at time of loss, that party is one of the following:

    **(1)** Someone insured by this insurance;

    **(2)** A business firm:

      **(a)** Owned or controlled by you; or

      **(b)** That owns or controls you; or

    **(3)** Your tenant.

  You may also accept the usual bills of lading or shipping receipts limiting the liability of carriers.

  This will not restrict your insurance.

**2.** Applicable to Businessowners Liability Coverage:

  If the insured has rights to recover all or part of any payment we have made under this policy, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them. This condition does not apply to Medical Expenses Coverage.

**L. Transfer Of Your Rights And Duties Under This Policy**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual Named Insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

**BUSINESSOWNERS**
**BP 01 11 11 13**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# MISSOURI CHANGES

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

**A. Section I – Property** is amended as follows:

1. The following exclusion and related provisions are added to Paragraph **B.2. Exclusions:**

   **a.** We will not pay for loss or damage arising out of any act an insured commits or conspires to commit with the intent to cause a loss.

   In the event of such loss, no insured is entitled to coverage, even insureds who did not commit or conspire to commit the act causing the loss.

   **b.** However, this exclusion will not apply to deny coverage to an innocent coinsured who did not cooperate in or contribute to the creation of the loss, provided the loss is otherwise covered under this policy and the loss arose out of domestic violence. Such coverage will be provided only if the innocent coinsured files a police report and completes a sworn affidavit indicating both:

   **(1)** The cause of the loss; and

   **(2)** A pledge to cooperate in any criminal prosecution of the person committing the act causing the loss.

   **c.** If we pay a claim pursuant to Paragraph **A.1.b.,** our payment to the innocent coinsured will be limited to that insured's ownership interest in the property as reduced by any payment to a mortgagee or other secured interest; however, we shall not be required to make any subsequent payment for any loss for which the innocent coinsured has received payment. In no event will we pay more than the Limit of Insurance.

2. Paragraph **A.5. Additional Coverages** is amended as follows:

   The following is added to Paragraph **a.(1) Debris Removal** and Paragraph **h. Pollutant Cleanup And Removal** and relates only to the requirement to report expenses to us within 180 days of the specified occurrence:

   If you fail to report the expenses to us within the 180-day time frame, such failure will not invalidate a claim under this coverage unless such failure operates to prejudice our rights.

3. Paragraph **E. Property Loss Conditions** is amended as follows:

   **a.** Paragraph **2. Appraisal** is replaced by the following:

   **2. Appraisal**

   If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser and notify the other of the appraiser selected within 20 days of the written demand for appraisal. The two appraisers will select an umpire. If they cannot agree upon an umpire within 15 days, then, upon your or our request, an umpire shall be selected by a judge of a court of record in the state and county (or city if the city is not within a county) in which the property covered is located. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. The umpire shall make an award within 30 days after the umpire receives the appraisers' submissions of their differences. A decision agreed to by any two will be binding. Each party will:

   **a.** Pay its chosen appraiser; and

    **b.** Bear the other expenses of the appraisal and umpire equally.

    If there is an appraisal, we will still retain our right to deny the claim.

**b.** Paragraph **4. Legal Action Against Us** is replaced by the following:

    **4. Legal Action Against Us**

    No one may bring a legal action against us under this insurance unless:

    **a.** There has been full compliance with all of the terms of this insurance; and

    **b.** The action is brought within 10 years after the date on which the direct physical loss or damage occurred.

**c.** Subparagraphs **5.a.** and **5.b. Loss Payment** are replaced by the following:

    **a.** In the event of partial loss or damage to Covered Property that is caused by or results from fire, and is covered by this policy, at your option, we will either:

        **(1)** Pay you an amount of money equal to the damage done; or

        **(2)** Repair the damage, so that the property is in as good a condition as before the fire.

    But we will not pay more than the Limit of Insurance.

    **b.** In the event of any loss or damage covered by this policy, we will give you notice, within 15 working days after we receive a properly executed proof of loss, that we:

        **(1)** Accept your claim;

        **(2)** Deny your claim; or

        **(3)** Need more time to determine whether your claim should be accepted or denied.

    If we deny your claim, such notice will be in writing, and will state any policy provision, condition or exclusion used as a basis for the denial.

    If we need more time to determine whether your claim should be accepted or denied, the written notice will state the reason(s) why more time is needed.

If we have not completed our investigation, we will notify you again in writing, within 45 days after the date the initial notice is sent as provided in **b.(3)**, and thereafter every 45 days. The written notice shall state why more time is needed to investigate your claim.

    **d.** The following is added to Paragraph **5. Loss Payment** Property Loss Condition:

    When the Replacement Cost Coverage applies, the following is added with respect to such coverage, and relates only to the requirement to notify us of your intent to submit an additional claim (for the difference between actual cash value and replacement cost) to us within 180 days after the loss or damage occurs:

    If you fail to notify us of your intent to submit the additional claim to us within the 180-day time frame, such failure will not invalidate that claim, unless such failure operates to prejudice our rights.

**B. Section II – Liability** is amended as follows:

Subparagraph **A.2.a.(3)(b) Medical Expenses** is replaced by the following:

        **(b)** The expenses are incurred and reported within one year of the date of the accident. However, expenses reported to us after one year of the date of the accident will not be denied solely because of the late submission, unless such late submission operates to prejudice our rights; and

**C. Section III – Common Policy Conditions** is amended as follows:

    **1.** Paragraph **A.2. Cancellation** is replaced by the following:

    **2.** We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation, stating the actual reason for cancellation, at least:

        **a.** 10 days before the effective date of cancellation if we cancel for nonpayment of premium.

© Insurance Services Office, Inc., 2013

    **b.** 30 days before the effective date of cancellation if cancellation is for one or more of the following reasons:

        **(1)** Fraud or material misrepresentation affecting this policy or a claim filed under this policy or a violation of any of the terms or conditions of this policy;

        **(2)** Changes in conditions after the effective date of this policy which have materially increased the risk assumed;

        **(3)** We become insolvent; or

        **(4)** We involuntarily lose reinsurance for this policy.

    **c.** 60 days before the effective date of cancellation if we cancel for any other reason.

**2.** Paragraph **A.5. Cancellation** is replaced by the following:

    **5.** If this policy is cancelled, we will send the first Named Insured any premium refund due. The cancellation will be effective even if we have not made or offered a refund. The following provisions govern calculation of return premium:

        **a.** We will compute return premium pro rata and round to the next higher whole dollar when this policy is:

            **(1)** Cancelled by us or at our request;

            **(2)** Cancelled because you no longer have a financial or insurable interest in the property or business operation that is the subject of this insurance;

            **(3)** Cancelled but rewritten with us or in our company group; or

            **(4)** Cancelled after the first year, if it is a prepaid policy written for a term of more than one year.

        **b.** When this policy is cancelled at the request of the first Named Insured (except when Paragraph **a.(2)**, **a.(3)** or **a.(4)** applies), we will return 90% of the pro rata unearned premium, rounded to the next higher whole dollar. However, when such cancellation takes place during the first year of a multiyear prepaid policy, we will return the full annual premium for the subsequent years.

The refund will be less than 90% of the pro rata unearned premium if the refund of such amount would reduce the premium retained by us to an amount less than the minimum premium for this policy.

**3.** Paragraph **H. Other Insurance** is replaced by the following:

    **H. Other Insurance**

    We shall not be liable for a greater proportion of any loss than the amount hereby insured shall bear to the whole insurance covering the property against the peril involved, whether collectible or not.

**4.** The following is added to Paragraph **K. Transfer Of Rights Of Recovery Against Others To Us:**

If we pay an innocent coinsured for loss arising out of an act of domestic violence by another insured, the rights of the innocent coinsured to recover damages from the abuser are transferred to us to the extent of our payment. Following the loss, the innocent coinsured may not waive such rights to recover against the abuser.

**5.** Paragraph **L. Transfer Of Your Rights And Duties Under This Policy** is replaced by the following:

    **L. Transfer By Beneficiary Deed**

    If you convey real property insured under this policy to a person (known as a grantee beneficiary) designated under a beneficiary deed, which has been properly recorded prior to your death, that person will have your rights and duties with respect to the insured real property, but only for the period from the date of your death until the first of the following occurs:

        **1.** A period of 30 days from the date of your death;

        **2.** The date that alternative coverage is obtained on your property; or

        **3.** The end of the policy period as shown in the Declarations.

**M. Transfer By Other Means Following Death**

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties, but only with respect to that property. Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual Named Insured.

6. The following paragraph is added and supersedes any provision to the contrary:

**N. Nonrenewal**

1. We may elect not to renew this policy by mailing or delivering to the first Named Insured, at the last mailing address known to us, written notice of nonrenewal, stating the actual reason for nonrenewal, at least 60 days prior to the effective date of the nonrenewal.

2. If notice is mailed, proof of mailing will be sufficient proof of notice.

D. The following is added to the Businessowners Coverage Form:

**Missouri Property And Casualty Insurance Guaranty Association Coverage Limitations**

1. Subject to the provisions of the Missouri Property and Casualty Insurance Guaranty Association Act (to be referred to as the Act), if we are a member of the Missouri Property and Casualty Insurance Guaranty Association (to be referred to as the Association), the Association will pay claims covered under the Act if we become insolvent.

2. The Act contains various exclusions, conditions and limitations that govern a claimant's eligibility to collect payment from the Association and affect the amount of any payment. The following limitations apply, subject to all other provisions of the Act:

a. Claims covered by the Association do not include a claim by or against an insured of an insolvent insurer, if the insured has a net worth of more than $25 million on the later of the end of the insured's most recent fiscal year or the December 31st of the year next preceding the date the insurer becomes insolvent, provided that an insured's net worth on such date shall be deemed to include the aggregate net worth of the insured and all of its affiliates as calculated on a consolidated basis.

b. Payments made by the Association for covered claims will include only that amount of each claim which is less than $300,000.

However, the Association will not:

(1) Pay an amount in excess of the applicable Limit of Insurance of the policy from which a claim arises; or

(2) Return to an insured any unearned premium in excess of $25,000.

These limitations have no effect on the coverage we will provide under this policy.

BUSINESSOWNERS
BP 01 54 01 18

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ILLINOIS CHANGES

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM
INFORMATION SECURITY PROTECTION ENDORSEMENT

**A.** The following is added to the Businessowners Coverage Form:

**1.** If this Policy covers the following in **a.** and **b.,** then Paragraphs **2.** and **3.** apply:

**a.** Real property used principally for residential purposes up to and including a four family dwelling; or

**b.** Household or personal property that is usual or incidental to the occupancy of any premises used for residential purposes.

**2.** The second paragraph of Paragraph **E.2. Appraisal** Property Loss Condition in **Section I – Property** is replaced by the following:

**a.** Each party will pay its own appraiser and bear the other expenses of the appraisal and umpire equally, except as provided in **b.** below.

**b.** We will pay your appraiser's fee and the umpire's appraisal fee, if the following conditions exist:

**(1)** You demanded the appraisal; and

**(2)** The full amount of loss, as set by your appraiser, is agreed to by our appraiser or by the umpire.

**3.** Paragraph **C. Concealment, Misrepresentation Or Fraud** in **Section III – Common Policy Conditions** is replaced by the following:

**C. Concealment, Misrepresentation Or Fraud**

**1.** This Policy is void if you or any insured commit fraud or conceal or misrepresent a fact in the process leading to the issuance of this insurance, and such fraud, concealment or misrepresentation is stated in the Policy or endorsement or in the written application for this Policy and:

**a.** Was made with actual intent to deceive; or

**b.** Materially affected either our decision to provide this insurance or the hazard we assumed.

However, this condition will not serve as a reason to void this Policy after the Policy has been in effect for one year or one policy term, whichever is less.

**2.** We do not provide coverage under this Policy to you or any other insured who, at any time subsequent to the issuance of this insurance, commit fraud or intentionally conceal or misrepresent a material fact relating to:

**a.** This Policy;

**b.** The Covered Property;

**c.** Your interest in the Covered Property; or

**d.** A claim under this Policy.

**3.** Notwithstanding the limitations stated in **C.1.** above, we may cancel this Policy in accordance with the terms of Paragraph **A.** Cancellation in Section **III** – Common Policy Conditions.

**B. Section I – Property** is amended as follows:

**1.** Paragraph **B.2.a. Electrical Apparatus** is replaced by the following:

**a. Electrical Apparatus**

Artificially generated electrical current, including electric arcing, that disturbs electrical devices, appliances or wires.

But if artificially generated electrical current results in fire, we will pay for the loss or damage caused by fire.

We will pay for loss or damage to "computer(s)" due to artificially generated electrical current if such loss or damage is caused by or results from:

**(1)** An occurrence that took place within 100 feet of the described premises; or

© Insurance Services Office, Inc., 2017

**(2)** Interruption of electric power supply, power surge, blackout or brownout if the cause of such occurrence took place within 100 feet of the described premises.

**2.** The following exclusion is added to Paragraph **B.2. Exclusions:**

**a.** We will not pay for loss or damage arising out of any act committed:

**(1)** By or at the direction of any insured; and

**(2)** With the intent to cause a loss.

**b.** However, this exclusion will not apply to deny payment to an innocent co-insured who did not cooperate in or contribute to the creation of the loss if:

**(1)** The loss arose out of a pattern of criminal domestic violence; and

**(2)** The perpetrator of the loss is criminally prosecuted for the act causing the loss.

**c.** If we pay a claim pursuant to Paragraph **B.2.b.,** our payment to the insured is limited to that insured's insurable interest in the property less any payments we first made to a mortgagee or other party with a legal secured interest in the property. In no event will we pay more than the Limit of Insurance.

**3.** The following is added to Paragraph **E.4. Legal Action Against Us** Property Loss Condition:

The two-year period for legal action against us is extended by the number of days between the date the proof of loss is filed with us and the date we deny the claim in whole or in part.

**C. Section II – Liability** is amended as follows:

The term "spouse" is replaced by the following:

Spouse or party to a civil union recognized under Illinois law.

**D. Section III – Common Policy Conditions** is amended as follows:

**1.** The Paragraph **A. Cancellation** Common Policy Condition is replaced by the following:

**A. Cancellation**

**1.** The first Named Insured shown in the Declarations may cancel this Policy by mailing to us advance written notice of cancellation.

**2.** If this Policy has been in effect for 60 days or less, except as provided in Paragraphs **8.** and **9.** below, we may cancel this Policy by mailing written notice of cancellation at least:

**a.** 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

**b.** 30 days before the effective date of cancellation if we cancel for any other reason.

**3.** If this Policy has been in effect for more than 60 days, except as provided in Paragraphs **8.** and **9.** below, we may cancel this Policy only for one or more of the following reasons:

**a.** Nonpayment of premium;

**b.** The Policy was obtained through a material misrepresentation;

**c.** You have violated any of the terms and conditions of the Policy;

**d.** The risk originally accepted has measurably increased;

**e.** Certification to the Director of Insurance of the loss of reinsurance by the insurer which provided coverage to us for all or a substantial part of the underlying risk insured; or

**f.** A determination by the Director of Insurance that the continuation of the Policy could place us in violation of the insurance laws of this State.

If we cancel this Policy based on one or more of the above reasons except for nonpayment of premium, we will mail written notice at least 60 days before the effective date of cancellation. When cancellation is for nonpayment of premium, we will mail written notice at least 10 days before the effective date of cancellation.

**4.** We will mail our notice to you, together with our reason for cancellation, at your last mailing address known to us. Proof of mailing will be sufficient proof of notice.

5. Notification of cancellation will also be sent to your broker, if known, or agent of record, if known, and to the mortgagee or lienholder listed on the Policy.

6. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

7. If this Policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

8. **Real Property Other Than Residential Properties Occupied By Four Families Or Less**

   The following applies only if this Policy covers real property other than residential property occupied by four families or less:

   If any one or more of the following conditions exists at any building that is Covered Property in this Policy, we may cancel this Policy by mailing to you written notice of cancellation, by both certified and regular mail, if:

   a. After a fire loss, permanent repairs to the building have not started within 60 days of satisfactory adjustment of loss, unless the delay is due to a labor dispute or weather conditions.

   b. The building has been unoccupied 60 or more consecutive days. This does not apply to:

      (1) Seasonal unoccupancy; or

      (2) Buildings under repair, construction or reconstruction, if properly secured against unauthorized entry.

   c. The building has:

      (1) An outstanding order to vacate;

      (2) An outstanding demolition order; or

      (3) Been declared unsafe in accordance with the law.

   d. Heat, water, sewer service or public lighting have not been connected to the building for 30 consecutive days or more.

The Policy will terminate 10 days following receipt of the written notice by the Named Insured(s).

9. **Residential Properties Occupied By Four Families Or Less**

   The following applies if this Policy covers residential properties occupied by four families or less:

   If this Policy has been in effect for 60 days, or if this is a renewal policy, we may only cancel this Policy for one or more of the following reasons:

   a. Nonpayment of premium;

   b. The Policy was obtained by misrepresentation or fraud; or

   c. Any act that measurably increases the risk originally accepted.

   If we cancel this Policy based on one or more of the above reasons except for nonpayment of premium, we will mail written notice at least 30 days before the effective date of cancellation. When cancellation is for nonpayment of premium, we will mail written notice at least 10 days before the effective date of cancellation.

2. Paragraph **H.1. Other Insurance** is replaced by the following:

   **H. Other Insurance**

   1. You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Coverage Form. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Coverage Form bears to the Limits of Insurance of all insurance covering on the same basis.

   2. If there is other insurance covering the same loss or damage, other than that described in **1.** above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance of Section **I – Property**.

3. The following paragraph is added to the **Common Policy Conditions:**

   **M. Nonrenewal**

   1. If we decide not to renew or continue this Policy, we will mail you written notice, stating the reason for nonrenewal. Proof of mailing will be sufficient proof of notice.

   2. Except as provided in Paragraph **6.** below, we will mail you notice of nonrenewal at least 60 days before the end of the policy period.

   3. If we offer to renew or continue and you do not accept, this Policy will terminate at the end of the current policy period. Failure to pay the required renewal or continuation premium when due shall mean that you have not accepted our offer.

   4. If we fail to mail proper written notice of nonrenewal and you obtain other insurance, this Policy will end on the effective date of that insurance.

   5. The following provision applies to policies other than those described in Paragraph **6.:**

      Notification of nonrenewal will also be sent to your broker, if known, or agent of record, if known, and the mortgagee or lienholder listed on the Policy.

   6. The following provision applies only if this Policy covers residential properties occupied by four families or less:

      a. If this Policy has been issued to you and in effect with us for five or more years, we may not fail to renew this Policy unless:

         (1) The Policy was obtained by misrepresentation or fraud and we mail you notice of nonrenewal at least 30 days before the end of the policy period as provided in **1.** above;

         (2) The risk originally accepted has measurably increased and we mail you notice of nonrenewal at least 30 days before the end of the policy period as provided in **1.** above; or

         (3) You received 60 days' notice of our intent not to renew as provided in **1.** above.

      b. If this Policy has been issued to you and in effect with us for less than five years, we may not fail to renew this Policy unless you received 30 days' notice as provided in **1.** above.

      c. Notification of nonrenewal will also be sent to your broker, if known, or agent of record, if known, and to the last known mortgagee or lienholder.

      d. The nonrenewal shall not become effective until at least 30 days from the proof of mailing date of the notice to you.

E. The following changes apply only to Information Security Protection Endorsement **BP 15 07** if it is attached to this Policy:

   1. Paragraph **(2)** of Insuring Agreement **d. Security Breach Liability** is replaced by the following:

      (2) We will pay for "defense expenses" as a result of a "claim" in the form of a "regulatory proceeding" first made against the insured during the "policy period" or during the applicable Extended Reporting Period, in response to a "wrongful act" or a series of "interrelated wrongful acts" covered under Paragraph **d.(1).**

   2. The following is added to the **Defense And Settlement** Provision under Paragraph **E.:**

      3. If we initially defend an insured or pay for an insured's defense but later determine that the claim(s) is (are) not covered under this insurance, we will have the right to reimbursement for the defense costs we have incurred.

         The right to reimbursement for the defense costs under this provision will only apply to defense costs we have incurred after we notify you in writing that there may not be coverage, and that we are reserving our rights to terminate the defense and seek reimbursement for defense costs.

   3. The following is added to Exclusion **m.** under Paragraph **I.:**

      However, Paragraphs **(1)**, **(2)** and **(3)** shall not apply to loss resulting from a "hostile fire" if, and to the extent, loss resulting from any "claim" is based upon, attributable to or arising out of heat, smoke or fumes.

© Insurance Services Office, Inc., 2017

BP 01 54 01 18

**4.** Paragraph **2. Supplemental Extended Reporting Period** under Paragraph **N. Extended Reporting Periods** is replaced by the following:

**2. Supplemental Extended Reporting Period**

**a.** You will have the right to purchase a Supplemental Extended Reporting Period from us if:

**(1)** This Endorsement is cancelled or nonrenewed for any reason; or

**(2)** We renew or replace this Endorsement with insurance that:

**(a)** Has a Retroactive Date later than the date shown in the Schedule of this Endorsement for either Insuring Agreement **d.** Security Breach Liability or **g.** Web Site Publishing Liability. However, the Supplemental Extended Reporting Period will only be provided for the insuring agreement for which our renewal or replacement endorsement has a Retroactive Date later than the date shown in the Schedule of this Endorsement; or

**(b)** Does not apply to "wrongful acts" on a claims-made basis for either Insuring Agreement **d.** Security Breach Liability or **g.** Web Site Publishing Liability. However, the Supplemental Extended Reporting Period will only be provided for the insuring agreement for which our renewal or replacement endorsement does not apply to "wrongful acts" on a claims-made basis.

**b.** A Supplemental Extended Reporting Period, as specified in Paragraph **a.**, lasts one year and is available only for an additional premium.

**c.** The Supplemental Extended Reporting Period starts with the end of the Basic Extended Reporting Period set forth in Paragraph **1.** It does not extend the "policy period" or change the scope of the coverage provided. It applies only to "claims" to which the following applies:

**(1)** The "claim" is first made and reported to us during the Supplemental Extended Reporting Period; and

**(2)** The "claim" arose out of either a "wrongful act" or the first of a series of "interrelated wrongful acts" which occurred on or after the Retroactive Date, if any, shown in the Schedule and before the end of the "policy period".

**d.** You must give us a written request for the Supplemental Extended Reporting Period within 30 days after the end of the "policy period" or the effective date of cancellation, whichever comes first.

**e.** The Supplemental Extended Reporting Period will not go into effect unless you pay the additional premium in full within 30 days of tendering your request for the Supplemental Extended Reporting Period to us. Once in effect, the Supplemental Extended Reporting Period may not be cancelled.

**f.** We will determine the additional premium in accordance with our rules and rates. In doing so, we may take into account the following:

**(1)** The exposures insured;

**(2)** Previous types and amounts of insurance;

**(3)** Limit of Insurance available under this Endorsement for future payment of damages; and

**(4)** Other related factors.

The additional premium may not exceed 200% of the annual premium for this Endorsement. The premium for the Supplemental Extended Reporting Period will be deemed fully earned as of the date it is purchased.

**5.** Paragraph **H. Other Insurance** under Paragraph **O.** is replaced by the following:

**H. Other Insurance**

If any "loss" resulting from any "claim" is insured by any other valid policy, we shall not be liable under this Endorsement for a greater proportion of such "loss" than the Information Security Protection Aggregate Limit Of Insurance stated in the Schedule bears to the total applicable limit of liability of all valid and collectible insurance against such "loss", unless such other insurance is purchased specifically to apply in excess of the Information Security Protection Aggregate Limit Of Insurance stated in the Schedule of this Endorsement.

6. The definition of "defense expenses" in Paragraph **V.** is replaced by the following:

   5. "Defense expenses" means payments allocated to a specific "claim" we investigate, settle or defend, for its investigation, settlement or defense, including:

      **a.** Fees and salaries of attorneys and paralegals we retain.

      **b.** Fees of attorneys an insured retains when, by our mutual agreement or court order (or when required by administrative hearing or proceeding), an insured is given the right to retain defense counsel to defend against a "claim".

      **c.** All other litigation or administrative hearing expenses, including fees or expenses of expert witnesses hired either by us or by the defense attorney retained by an insured.

      **d.** Reasonable expenses incurred by an insured at our request to assist us in the investigation or defense of the "claim", including actual loss of earnings up to $250 a day because of time off from work.

      **e.** Costs taxed against an insured in the "suit".

   "Defense expenses" does not include salaries and expenses of our "employees" or an insured's "employees" (other than those described in Paragraph **d.** above).

7. Paragraph **d.** of the definition of "loss" in Paragraph **V.** is replaced by the following:

   **d.** With respect to Insuring Agreements **d.** Security Breach Liability and **g.** Web Site Publishing Liability:

   Compensatory damages, settlement amounts and costs awarded pursuant to judgments or settlements.

   "Loss" does not include:

   **(1)** Civil or criminal fines or penalties imposed by law;

   **(2)** Punitive or exemplary damages;

   **(3)** The multiplied portion of multiplied damages;

   **(4)** Taxes;

   **(5)** Royalties;

   **(6)** The amount of any disgorged profits; or

   **(7)** Matters that are uninsurable pursuant to law.

**BUSINESSOWNERS**
**BP 01 57 10 08**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# MISSOURI CHANGES – POLLUTION EXCLUSION

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

In this policy, any exclusion, limitation or other provision relating to "pollutants", or any amendment to or replacement of such exclusions, limitations or other provisions, applies whether or not the irritant or contaminant has any function in your business, operations, premises, site or location.

Case 1:20-cv-01620-RLY-TAB   Document 2005-BT-0060159   Page 108 of 285 PageID #: 140   Filed: 5/14/2020 2:19 PM
Clerk
Marion County, Indiana

EXHIBIT
B

Marion Superior Court, Civil Division 6

**EMC INSURANCE**

```
EMCASCO INSURANCE COMPANY                    PRIOR POLICY: 5W4-85-44

        B U S I N E S S O W N E R S   D E C L A R A T I O N S

                                    *---------------------------*
POLICY PERIOD: FROM 08/01/19  TO  08/01/20   *      POLICY NUMBER      *
                                    * 5 W 4 - 8 5 - 4 4---20 *
                                    *---------------------------*
     N A M E D   I N S U R E D :         P R O D U C E R :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
MHG HOTELS, LLC                      UNITED INSURANCE AGENCIES
1220 BROOKVILLE WAY                  1019 W JACKSON ST
INDIANAPOLIS IN 46239-1048           MUNCIE IN 47305-1556



                                     AGENT: BT 1155
     DIRECT BILL                     AGENT PHONE: (765)284-4443
                                     CLAIM REPORTING: (888)362-2255
                                     SERVICING CARRIER: (513)221-6010
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
THIS POLICY RENEWAL IS OFFERED CONTINGENT UPON THE RECEIPT OF PAYMENT
WHICH IS DUE ON 10/01/19.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
  INSURED IS:CORPORATION   |   Business Desc: HOTELS
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
In Return for the Payment of the Premium, & Subject to all the Terms of This
Policy, We Agree with You to Provide the Insurance as Stated in this Policy.
----------------------------------------------------------------------

P R O P E R T Y - Businessowners Coverage Form
  Refer to SECTION I-PROPERTY in the Businessowners Coverage Form and Any
  Schedule or Endorsements Attached.

L I A B I L I T Y   &   M E D I C A L   P A Y M E N T S
Except for Damage to Premises Rented to You, Each Paid Claim for the
Following Coverages Reduces the Amount of Insurance We Provide During
the Policy Period.  Refer To SECTION II-LIABILITY in the Businessowners
Coverage Form, the Following Schedule and Any Attached Endorsements.

   Limits of Insurance
     Liability and Medical Expenses (Each Occurrence)      $ 1,000,000
     Medical Expenses (Per Person)                         $    10,000
     Other Than Products/Completed Operations Aggregate    $ 2,000,000
     Products/Completed Operations Aggregate               $ 2,000,000
     Damage to Premises Rented to You (Any One Premises)   $   500,000




DATE OF ISSUE: 08/15/19   (BPP)                        (CONTINUED)
FORM: BP7000A ED. 07-17    BPP   05/03/19    115     CC     5W48544  2001
```



PAGE NO: 2
```
EMCASCO INSURANCE COMPANY                  POLICY NO: 5W4-85-44---20
MHG HOTELS LLC               EFF DATE: 08/01/19   EXP DATE: 08/01/20

            B U S I N E S S O W N E R S   D E C L A R A T I O N S
-----------------------------------------------------------------------



 P R O P E R T Y   L I A B I L I T Y   &   M E D I C A L   P A Y M E N T S
    The following Optional Coverages/Endorsements (and/or applicable limits)
    modifies insurance provided under Section I - Property and/or Section II
    Liability of the Businessowners Coverage Form.

    Expanded Businessowners Enhancement Endorsement        See BP7200
    Motel- A $500 Per Occurrence Liability Deductible Applies  See BP0710
       Liability for Guests Property-Per Occurrence       $     25,000
                          Per Guest                       $      1,000
       Liability for Guests Property in Safe Deposit Box -   See BP0711
                          Per Occurrence                  $      5,000
    ----------------------------------------------------------------
                           *Businessowners Premium  $   243963.00
                           ------------------------------------------



    ----------------------------------------------------------------
    FORMS APPLICABLE:
    BP0003(07/13), BP0118(11/14)*, BP0119(01/06)*, BP0135(11/17),
    BP0204(01/06)*, BP0312(01/10)*, BP0412(04/17), BP0417(01/10),
    BP0430(07/13), BP0446(07/13), BP0456(07/13), BP0457(07/13),
    BP0489(01/10), BP0523(01/15), BP0542(01/15), BP0577(01/06),
    BP0710(01/06), BP0711(01/06), BP1071(02/08), BP1203(01/10),
    BP1405(07/13), BP1445(12/10), BP1504(05/14), BP1526(01/14),
    BP7001.2A(01/19)*, BP7001.3A(01/10), BP7001A(01/10)*, BP7003(07/13),
    BP7199(01/19)*, BP7200(01/19)*, BP7337(07/13), BP7486(01/19)*,
    BP8055(06/09)*, BP8078(01/19)*, IL7004(01/19)*, IL7028(05/15),
    IL7130A(04/01)*, IL7131A(04/01)*, IL7137(01/18), IL7338(05/15),
    IL8044(06/15)*, IL8357(01/17), IL8383.2A(01/15), IL8384A(01/08),
    IL8576(10/17)*, IL8720(08/15)*

    REFER TO PRIOR DISTRIBUTION(S) FOR ANY FORMS NOT ATTACHED
    ----------------------------------------------------------------
```

```
 DATE OF ISSUE: 08/15/19    (BPP)
 FORM: BP7000A ED. 07-17        05/03/19    115        CC        5W48544  2001
```



```
EMCASCO INSURANCE COMPANY                    POLICY NUMBER: 5W4-85-44---20

MHG HOTELS, LLC                    EFF DATE: 08/01/19   EXP DATE: 08/01/20

                   B U S I N E S S O W N E R S    P O L I C Y
                          D E C L A R A T I O N S
==============================================================================
                          ENDORSEMENT SCHEDULE

              EDITION
   FORM        DATE    DESCRIPTION/ADDITIONAL INFORMATION              PREMIUM
--------------------------------------------------------------------------------
 BP0003       07-13   BUSINESSOWNERS COVERAGE FORM
*BP0118       11-14   TEXAS CHANGES
*BP0119       01-06   TX CHANGES CONDITIONS REQUIR NOTICE
 BP0135       11-17   INDIANA CHANGES
*BP0204       01-06   TX CHANGES AMENDMENT OF CANCEL PROV
                         NAME OF ENTITY: X
                         MAILING ADDRESS: X
                         NUMBER OF DAYS NOTICE: 30
*BP0312       01-10   WINDSTORM OR HAIL PERCENTAGE
 BP0412       04-17   LIMITATION OF CVRGE DESIG PREMISES
                         PREMISES:
                           ANY LOCATION OR PROJECT LISTED
                           UNDER THE POLICY 5W48544
 BP0417       01-10   EMPLOYMENT RELATED PRACTICES EXCL
 BP0430       07-13   PROTECTIVE SAFEGUARDS
 BP0446       07-13   ORDINANCE OR LAW COVERAGE
 BP0456       07-13   UTILITY SERVICES-DIRECT DAMAGE
 BP0457       07-13   UTILITY SERVICES-TIME ELEMENT
 BP0489       01-10   LIQUOR LIABILITY COVERAGE
                         LIQUOR LIABILITY AGGREGATE LIMIT
                           $ 2,000,000
                         EACH COMMON CAUSE LIMIT
                           $ 1,000,000
 BP0523       01-15   CAP/LOSSES/CERTIFD ACTS OF TERRORISM
 BP0542       01-15   EXCL OF PUNITIVE DAMAGES FOR TERRORI
 BP0577       01-06   FUNGI OR BACTERIA EXCLUSION (LIAB)
 BP0710       01-06   MOTELS
 BP0711       01-06   MOTEL-LIAB FOR GUESTS PROPERTY-SAFE
 BP1071       02-08   IN CHANGES - POLLUTION EXCLUSION
 BP1203       01-10   LOSS PAYABLE PROVISIONS
 BP1405       07-13   AI-GRANTOR OF FRANCHISE
                         NAME OF PERSON(S) OR ORGANIZATION(S)      $      28
                           TBD
                         NAME OF PERSON(S) OR ORGANIZATION(S)      $      28
                           CHOICE HOTELS INTERNATIONAL,
                           INC
                         NAME OF PERSON(S) OR ORGANIZATION(S)      $      28
                           MARRIOTT INTERNATIONAL, INC
                           AND ITS AFFILIATES AND
                           SUBSIDIARIES, C/O CERTFOCUS
 BP1445       12-10   IN CHANGES-WORKERS' COMP EXCLUSION
 BP1504       05-14   EXCL-ACCESS/DISCLOSURE OF CONFIDENT
 BP1526       01-14   IN-LIMITATIONS ON COVERAGE ROOF SURF
*BP7001.2A    01-19   BOP SCHEDULE-MISC PROP POL LEVEL COV
 BP7001.3A    01-10   BOP SCHEDULE-SEC II-LIAB AND MED PAY
*BP7001A      01-10   BOP AUTOMATED SCHEDULE


 DATE OF ISSUE: 08/15/19                               (CONTINUED)
 FORM: IL7131A (ED. 04-01)            115       CC       5W48544  2001
```



```
PAGE NO: 2
EMCASCO INSURANCE COMPANY                      POLICY NUMBER: 5W4-85-44---20

MHG HOTELS, LLC                    EFF DATE: 08/01/19   EXP DATE: 08/01/20

                    B U S I N E S S O W N E R S   P O L I C Y
                          D E C L A R A T I O N S
==============================================================================
                           ENDORSEMENT SCHEDULE

               EDITION
   FORM        DATE     DESCRIPTION/ADDITIONAL INFORMATION              PREMIUM
----------------------------------------------------------------------------
 BP7003        07-13  BOP QUICK REFERENCE
*BP7199        01-19  TEXAS CHANGES
*BP7200        01-19  EXPANDED BUSINESSOWNERS EXT END
 BP7337        07-13  AUTOMATIC AI-WHEN REQUIRED BY WRITTE
*BP7486        01-19  EQUIPMENT BREAKDOWN ENDORSEMENT
*BP8055        06-09  TX ASBESTOS NOTICE
*BP8078        01-19  POLICYHOLDER NOTICE
*IL7004        01-19  MUTUAL POLICY PROVISIONS
 IL7028        05-15  ASBESTOS EXCLUSION
*IL7130A       04-01  NAMED INSURED ENDORSEMENT
*IL7131A       04-01  COMM'L POLICY ENDORSEMENT SCHEDULE
 IL7137        01-18  EXCL MIXED DUST PNEUMOCONIOSIS
 IL7338        05-15  NOTICE OF CANC PROV BY US DESIGNATED
                          NAME OF ENTITY:
                           MARRIOTT INTERNATIONAL, INC.
                           AND ITS AFFILIATEX AND
                           PO BOX 140528
                           KANSAS CITY, MO 6X114
                          MAILING ADDRESS:
                           SUBSIDIARIES
                           C/O CERTFOCUS      X
                          NUMBER OF DAYS NOTICE:  30
*IL8044        06-15  IMPORTANT NOTICE - TEXAS COMPLIANCE
 IL8357        01-17  INDIANA COAL MINE SUBSIDENCE COVERAG
 IL8383.2A     01-15  DISCL PURSUANT TERRSM RISK INS. ACT          $    3924
 IL8384A       01-08  TERRORISM NOTICE
*IL8576        10-17  MEDICARE IMPT NOTICE TO POLICYHOLDER
*IL8720        08-15  POLICYHOLDER NOTICE
```

```
 DATE OF ISSUE: 08/15/19
 FORM: IL7131A (ED. 04-01)              115      CC      5W48544  2001
```



```
EMCASCO INSURANCE COMPANY                  POLICY NUMBER: 5W4-85-44---20
MHG HOTELS, LLC                 EFF DATE: 08/01/19   EXP DATE: 08/01/20



                      T E R R O R I S M   N O T I C E


   This insurance may include coverage for certified acts of terrorism
   as defined in the Terrorism Risk Insurance Act, as amended.

   Attached you will find a disclosure, which identifies the specific
   charge for certified acts of terrorism.



     YOU MAY HAVE THE OPTION TO REJECT THIS TERRORISM COVERAGE
     ---------------------------------------------------------

      For additional information, please contact your agent
```

```
DATE OF ISSUE: 08/15/19
FORM: IL8384A (01-08)              115       CC        5W48544  2001
```



```
EMCASCO INSURANCE COMPANY                    POLICY NUMBER: 5W4-85-44---20
MHG HOTELS, LLC                  EFF DATE: 08/01/19    EXP DATE: 08/01/20
```

**THIS DISCLOSURE IS ATTACHED TO YOUR POLICY IN RESPONSE TO THE DISCLOSURE REQUIREMENTS OF THE TERRORISM RISK INSURANCE ACT. THIS DISLOSURE DOES NOT GRANT ANY COVERAGE OR CHANGE THE TERMS AND CONDITIONS OF ANY COVERAGE UNDER THE POLICY.**

```
                D I S C L O S U R E   P U R S U A N T   T O
        T E R R O R I S M   R I S K   I N S U R A N C E   A C T
-----------------------------------------------------------------------
                            S C H E D U L E
        Terrorism Premium (Certified Acts)  $3924.00
-----------------------------------------------------------------------
```

**A. Disclosure Of Premium:**
In accordance with the federal Terrorism Risk Insurance Act, we are required to provide you with a notice disclosing the portion of your premium, if any, attributable to coverage for terrorism acts certified under the Terrorism Risk Insurance Act. The portion of your premium attributable to such coverage is shown in the Schedule of this disclosure or in the policy Declarations.

**B. Disclosure Of Federal Participation In Payment Of Terrorism Losses:**
The United States Government, Department of the Treasury, will pay a share of terrorism losses insured under the federal program. For losses occurring in 2015, the federal share equals 85% of that portion of the amount of such insured losses that exceeds the applicable insurer retention. Beginning on January 1, 2016, the federal share will decrease by one percentage point per calendar year until equal to 80% of that portion of the amount of such insured losses that exceeds the applicable insurer retention. However, if aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year, the Treasury shall not make any payment for any portion of the amount of such losses that exceeds $100 billion.

**C. Cap On Insurer Participation In Payment Of Terrorism Losses:**
If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

**The following statement is required to be part of the disclosure notice in MISSOURI:**
The premium above is for certain losses resulting from certified acts of terrorism as covered pursuant to coverage provisions, limitations and exclusions in this policy. You should read the definition in your policy carefully, but generally speaking, "certified" acts of terrorism are acts that exceed $5 million in aggregate losses to the insurance industry and which are subsequently declared by the U.S. Secretary of the Treasury as a certified terrorist act under the Terrorism Risk Insurance Act. Some losses resulting from certified acts of terrorism are not covered. Read your policy and endorsements carefully.

Includes copyrighted material of ISO Properties, Inc. with its permission

```
DATE OF ISSUE: 08/15/19
FORM: IL8383.2A(01-15)              115        CC        5W48544  2001
```



```
EMCASCO INSURANCE COMPANY

        N A M E D   I N S U R E D   E N D O R S E M E N T

                              *------------------------*
POLICY PERIOD:  FROM  08/01/19  TO  08/01/20   *    POLICY NUMBER    *
                              * 5 W 4 - 8 5 - 4 4---20 *
                              *------------------------*
    N A M E D   I N S U R E D :          P R O D U C E R :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
MHG HOTELS, LLC                    UNITED INSURANCE AGENCIES
1220 BROOKVILLE WAY                1019 W JACKSON ST
INDIANAPOLIS IN 46239-1048         MUNCIE IN 47305-1556


                                   AGENT: BT 1155
    DIRECT BILL                    AGENT PHONE: (765)284-4443
                                   CLAIM REPORTING: (888)362-2255
                                   SERVICING CARRIER: (513)221-6010
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

  T H I S   E N D O R S E M E N T   C H A N G E S   T H E   P O L I C Y.
        P L E A S E   R E A D   I T   C A R E F U L L Y.

     -------------------------------------------------------------------

          *---------------------------------------------------*
          * ENDORSEMENT EFFECTIVE DATES: 08/01/19 TO 08/01/20 *
          *---------------------------------------------------*
          IT IS HEREBY AGREED AND UNDERSTOOD THAT THE NAMED INSURED
                   IS AMENDED TO READ AS FOLLOWS:

        1ST NAMED INSURED:
        MHG HOTELS, LLC

        NO. 02:
        JALI LLC

        NO. 03:
        HOTELS OF SPEEDWAY, LLC

        NO. 04:
        HOTELS OF DEERFIELD LLC

        NO. 05:
        MOTELS OF NOBLESVILLE, LLP

        NO. 06:
        MOTELS OF AVON, LLP

        NO. 07:
        MOTELS OF FISHERS, LLP

        NO. 08:
        MOTELS OF INDIANAPOLIS, LLP




PLACE OF ISSUE: BLUE ASH, OH
DATE OF ISSUE: 08/15/19                                    (CONTINUED)
FORM: IL7130A (ED. 04-01)            115      CC      5W48544  2001
```



PAGE  2
```
EMCASCO INSURANCE COMPANY                      POLICY NO: 5W4-85-44---20
MHG HOTELS, LLC                   EFF DATE: 08/01/19   EXP DATE: 08/01/20
```

              N A M E D   I N S U R E D   E N D O R S E M E N T
                        C O N T I N U E D
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

        NO. 09:
        NATVER LLP

        NO. 10:
        MOTELS OF SEYMOUR, LLP

        NO. 11:
        SRI-RAM, INC

        NO. 12:
        SIVA, INC

        NO. 13:
        HIREN, LLP

        NO. 14:
        IDM, LLC

        NO. 15:
        MOTELS OF NOBLESVILLE II, LLP

        NO. 16:
        NEAL LODGING, LLC

        NO. 17:
        MOTELS OF NORTH AURORA LLP

        NO. 18:
        RANJAN, LLC

        NO. 19:
        MOTELS OF BLOOMINGTON LLC

        NO. 20:
        RAVI, LLC

        NO. 21:
        HOTELS OF STAFFORD LLP

        NO. 22:
        APPLETREE HOSPITALITY LLC

        NO. 23:
        EMERALD HOTELS INVESTMENTS LLC

        NO. 24:
        GOURLEY PIKE LODGING, LLC

        NO. 25:
        HOTELS OF DEERFIELD BEACH, LLC


```
PLACE OF ISSUE: BLUE ASH, OH
DATE OF ISSUE: 08/15/19                                      (CONTINUED)
FORM: IL7130A (ED. 04-01)              115      CC        5W48544  2001
```



PAGE  3

```
EMCASCO INSURANCE COMPANY                     POLICY NO: 5W4-85-44---20
MHG HOTELS, LLC                   EFF DATE: 08/01/19   EXP DATE: 08/01/20

              N A M E D   I N S U R E D   E N D O R S E M E N T
                        C O N T I N U E D
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -


        NO. 26:
        MOTELS OF SUGAR LAND LLP
```



```
EMCASCO INSURANCE COMPANY                    POLICY NO: 5W4-85-44---20
MHG HOTELS LLC                    EFF DATE: 08/01/19   EXP DATE: 08/01/20

            B U S I N E S S O W N E R S   S C H E D U L E
               S E C T I O N   I   P R O P E R T Y
------------------------------------------------------------------------
LOC 001
17960 FOUNDATION DR
NOBLESVILLE, IN
46060-2463

Deductibles: Property-$5,000

For Inspection Contact: See Agent on Dec Page


------------------------------------------------------------------------
              COVERAGE(S) AT LOCATION SHOWN ABOVE

BUILDING NUMBER 001

Description:                        Occupancy:
 3 STORY FRAME BLDG IN              FAIRFIELD INN NOBLESVILLE
PROTECTION CLASS  03

Protective Safeguards: P1, P2, P5, P9
                    SPRINKLERED


                       Limit of   Spec*     Optional Coverages/
            Coverage   Insurance  Ints         Endorsements
------------------------------------------------------------------------
|BUILDING                 |$  5,259,045|  |Replacement Cost
|                         |            |  |Automatic Increase-08%
|                         |            |  |
|BUSINESS PERSONAL PROPERTY|$    599,698|  |Replacement Cost
|                         |            |  |Utility Services - Direct Damage
|                         |            |  |   Providing Water,Communication
|                         |            |  |   And Power Supply Services
|                         |            |  |   Including Overhead Transmission
|                         |            |  |   Lines
|                         |            |  |   Limit of Insurance $50,000
|                         |            |  |
|ORDINANCE OR LAW         |$    400,000|  |Demolition Cost and Increased
|                         |            |  |   Cost of Construction
|                         |            |  |
|UTILITY SERVICES -       |$     50,000|  |Providing-Water Supply, Waste-
|TIME ELEMENT             |            |  |   Water Removal, Communication
|                         |            |  |   Supply and/or Power Supply
|                         |            |  |   Including Overhead Transmission
|                         |            |  |   Lines
|                         |            |  |
|BUSINESS INCOME-EXTENDED |360 DAYS    |  |
|PERIOD OF INDEMNITY      |            |  |
|                         |            |  |
========================================================================




DATE OF ISSUE: 08/15/19   (BPP)                          (CONTINUED)
FORM: BP7001A ED. 01-10    BPP  05/03/19     115      CC      5W48544  2001
```



```
PAGE NO: 2
EMCASCO INSURANCE COMPANY                      POLICY NO: 5W4-85-44---20
MHG HOTELS LLC                    EFF DATE: 08/01/19   EXP DATE: 08/01/20

               B U S I N E S S O W N E R S   S C H E D U L E
                 S E C T I O N   I   P R O P E R T Y
-----------------------------------------------------------------------------



LOC 002
8229 E US HIGHWAY 36
AVON, IN
46123-7963

Deductibles: Property-$5,000

For Inspection Contact: See Agent on Dec Page

-----------------------------------------------------------------------------
                   COVERAGE(S) AT LOCATION SHOWN ABOVE

BUILDING NUMBER 001

Description:                         Occupancy:
 3 STORY FRAME BLDG IN               COMFORT INN AVON
PROTECTION CLASS  03

Protective Safeguards: P1, P2, P5, P9
                  SPRINKLERED

                          Limit of   Spec*    Optional Coverages/
          Coverage        Insurance  Ints        Endorsements
-----------------------------------------------------------------------------
|BUILDING               |$  4,396,219|    |Replacement Cost
|                       |            |    |Automatic Increase-08%
|                       |            |    |
|BUSINESS PERSONAL PROPERTY|$   558,509|  |Replacement Cost
|                       |            |    |Utility Services - Direct Damage
|                       |            |    | Providing Water,Communication
|                       |            |    | And Power Supply Services
|                       |            |    | Including Overhead Transmission
|                       |            |    | Lines
|                       |            |    | Limit of Insurance $50,000
|                       |            |    |
|ORDINANCE OR LAW       |$    400,000|    |Demolition Cost and Increased
|                       |            |    | Cost of Construction
|                       |            |    |
|UTILITY SERVICES -     |$     50,000|    |Providing-Water Supply, Waste-
|TIME ELEMENT           |            |    | Water Removal, Communication
|                       |            |    | Supply and/or Power Supply
|                       |            |    | Including Overhead Transmission
|                       |            |    | Lines
|                       |            |    |
|BUSINESS INCOME-EXTENDED |360 DAYS  |    |
|PERIOD OF INDEMNITY    |            |    |
|                       |            |    |
=============================================================================



DATE OF ISSUE: 08/15/19   (BPP)                           (CONTINUED)
FORM: BP7001A ED. 01-10    BPP   05/03/19     115      CC      5W48544  2001
```



```
PAGE NO:  3
EMCASCO INSURANCE COMPANY                    POLICY NO: 5W4-85-44---20
MHG HOTELS LLC                    EFF DATE: 08/01/19   EXP DATE: 08/01/20

                    B U S I N E S S O W N E R S   S C H E D U L E
                       S E C T I O N   I   P R O P E R T Y
------------------------------------------------------------------------



LOC 003
9760 CROSSPOINT BLVD
INDIANAPOLIS, IN
46256-3344

Deductibles: Property-$5,000

For Inspection Contact: See Agent on Dec Page


------------------------------------------------------------------------
                  COVERAGE(S) AT LOCATION SHOWN ABOVE

BUILDING NUMBER 001

Description:                       Occupancy:
 3 STORY FRAME BLDG IN             COMFORT SUITES FISHERS
PROTECTION CLASS  02

Protective Safeguards: P1, P2, P5, P9
                       SPRINKLERED

                           Limit of   Spec*    Optional Coverages/
          Coverage         Insurance  Ints       Endorsements
------------------------------------------------------------------------
|BUILDING                 |$  5,802,521|   |Replacement Cost
|                         |            |   |Automatic Increase-08%
|                         |            |   |
|BUSINESS PERSONAL PROPERTY|$   440,720|   |Replacement Cost
|                         |            |   |Utility Services - Direct Damage
|                         |            |   | Providing Water,Communication
|                         |            |   | And Power Supply Services
|                         |            |   | Including Overhead Transmission
|                         |            |   | Lines
|                         |            |   | Limit of Insurance $50,000
|                         |            |   |
|ORDINANCE OR LAW         |$   400,000|   |Demolition Cost and Increased
|                         |            |   | Cost of Construction
|                         |            |   |
|UTILITY SERVICES -       |$    50,000|   |Providing-Water Supply, Waste-
|TIME ELEMENT             |            |   | Water Removal, Communication
|                         |            |   | Supply and/or Power Supply
|                         |            |   | Including Overhead Transmission
|                         |            |   | Lines
|                         |            |   |
|BUSINESS INCOME-EXTENDED |360 DAYS    |   |
|PERIOD OF INDEMNITY      |            |   |
|                         |            |   |
========================================================================



DATE OF ISSUE: 08/15/19   (BPP)                            (CONTINUED)
FORM: BP7001A ED. 01-10   BPP  05/03/19      115      CC      5W48544  2001
```



```
PAGE NO:  4
EMCASCO INSURANCE COMPANY                 POLICY NO: 5W4-85-44---20
MHG HOTELS LLC                  EFF DATE: 08/01/19   EXP DATE: 08/01/20

           B U S I N E S S O W N E R S   S C H E D U L E
             S E C T I O N   I   P R O P E R T Y
-----------------------------------------------------------------------



LOC 004
4125 KILDEER DR
INDIANAPOLIS, IN
46237-3200

Deductibles: Property-$5,000

For Inspection Contact: See Agent on Dec Page

-----------------------------------------------------------------------
           COVERAGE(S) AT LOCATION SHOWN ABOVE

BUILDING NUMBER 001

Description:                      Occupancy:
 4 STORY FRAME BLDG IN            COMFORT SUITES SOUTHPORT
PROTECTION CLASS  02

Protective Safeguards: P1, P2, P5, P9
                SPRINKLERED

                         Limit of  Spec*   Optional Coverages/
          Coverage       Insurance  Ints      Endorsements
-----------------------------------------------------------------------
|BUILDING               |$  6,586,719|   |Replacement Cost
|                       |            |   |Automatic Increase-08%
|                       |            |   |
|BUSINESS PERSONAL PROPERTY|$   689,785|   |Replacement Cost
|                       |            |   |Utility Services - Direct Damage
|                       |            |   | Providing Water,Communication
|                       |            |   | And Power Supply Services
|                       |            |   | Including Overhead Transmission
|                       |            |   | Lines
|                       |            |   | Limit of Insurance $50,000
|                       |            |   |
|ORDINANCE OR LAW       |$    400,000|   |Demolition Cost and Increased
|                       |            |   | Cost of Construction
|                       |            |   |
|UTILITY SERVICES -     |$     50,000|   |Providing-Water Supply, Waste-
|TIME ELEMENT           |            |   | Water Removal, Communication
|                       |            |   | Supply and/or Power Supply
|                       |            |   | Including Overhead Transmission
|                       |            |   | Lines
|                       |            |   |
|BUSINESS INCOME-EXTENDED|360 DAYS   |   |
|PERIOD OF INDEMNITY    |            |   |
|                       |            |   |
=======================================================================



DATE OF ISSUE: 08/15/19   (BPP)                       (CONTINUED)
FORM: BP7001A ED. 01-10    BPP   05/03/19    115      CC     5W48544  2001
```



```
PAGE NO:  5
EMCASCO INSURANCE COMPANY                    POLICY NO: 5W4-85-44---20
MHG HOTELS LLC                  EFF DATE: 08/01/19   EXP DATE: 08/01/20

                B U S I N E S S O W N E R S   S C H E D U L E
                  S E C T I O N   I   P R O P E R T Y
----------------------------------------------------------------------


LOC 005
119 ANGELINA WAY
AVON, IN
46123-3806

Deductibles: Property-$5,000

For Inspection Contact: See Agent on Dec Page

----------------------------------------------------------------------
                  COVERAGE(S) AT LOCATION SHOWN ABOVE

BUILDING NUMBER 001

Description:                     Occupancy:
 4 STORY FRAME BLDG IN           FAIRFIELD INN AVON
PROTECTION CLASS  03

Protective Safeguards: P2, P5, P9
                SPRINKLERED

                         Limit of   Spec*   Optional Coverages/
          Coverage      Insurance    Ints       Endorsements
----------------------------------------------------------------------
|BUILDING             |$  6,652,964|   |Replacement Cost
|                     |            |   |Automatic Increase-08%
|                     |            |   |
|BUSINESS PERSONAL PROPERTY|$   955,087|   |Replacement Cost
|                     |            |   |Utility Services - Direct Damage
|                     |            |   | Providing Water,Communication
|                     |            |   | And Power Supply Services
|                     |            |   | Including Overhead Transmission
|                     |            |   | Lines
|                     |            |   | Limit of Insurance $50,000
|                     |            |   |
|ORDINANCE OR LAW     |$    400,000|   |Demolition Cost and Increased
|                     |            |   | Cost of Construction
|                     |            |   |
|UTILITY SERVICES -   |$     50,000|   |Providing-Water Supply, Waste-
|TIME ELEMENT         |            |   | Water Removal, Communication
|                     |            |   | Supply and/or Power Supply
|                     |            |   | Including Overhead Transmission
|                     |            |   | Lines
|                     |            |   |
|BUSINESS INCOME-EXTENDED |360 DAYS|   |
|PERIOD OF INDEMNITY  |            |   |
|                     |            |   |
======================================================================



DATE OF ISSUE: 08/15/19   (BPP)                            (CONTINUED)
FORM: BP7001A ED. 01-10    BPP   05/03/19     115      CC    5W48544  2001
```



```
PAGE NO:  6
EMCASCO INSURANCE COMPANY                   POLICY NO: 5W4-85-44---20
MHG HOTELS LLC                   EFF DATE: 08/01/19   EXP DATE: 08/01/20

            B U S I N E S S O W N E R S   S C H E D U L E
             S E C T I O N   I   P R O P E R T Y
--------------------------------------------------------------------------



LOC 006
327 N SANDY CREEK DR
SEYMOUR, IN
47274-9684

Deductibles: Property-$5,000

For Inspection Contact: See Agent on Dec Page

--------------------------------------------------------------------------
              COVERAGE(S) AT LOCATION SHOWN ABOVE

BUILDING NUMBER 001

Description:                      Occupancy:
 4 STORY FRAME BLDG IN            FAIRFIELD INN SEYMOUR
PROTECTION CLASS 10W

Protective Safeguards: P1, P2, P5, P9
                 SPRINKLERED

                          Limit of   Spec*   Optional Coverages/
         Coverage         Insurance  Ints        Endorsements
--------------------------------------------------------------------------
|BUILDING               |$  5,898,507|     |Replacement Cost
|                       |           |     |Automatic Increase-08%
|                       |           |     |
|BUSINESS PERSONAL PROPERTY|$  829,865|   |Replacement Cost
|                       |           |     |Utility Services - Direct Damage
|                       |           |     |  Providing Water,Communication
|                       |           |     |  And Power Supply Services
|                       |           |     |  Including Overhead Transmission
|                       |           |     |  Lines
|                       |           |     |  Limit of Insurance $50,000
|                       |           |     |
|ORDINANCE OR LAW       |$   400,000|     |Demolition Cost and Increased
|                       |           |     |  Cost of Construction
|                       |           |     |
|UTILITY SERVICES -     |$    50,000|     |Providing-Water Supply, Waste-
|TIME ELEMENT           |           |     |  Water Removal, Communication
|                       |           |     |  Supply and/or Power Supply
|                       |           |     |  Including Overhead Transmission
|                       |           |     |  Lines
|                       |           |     |
|BUSINESS INCOME-EXTENDED|360 DAYS  |     |
|PERIOD OF INDEMNITY    |           |     |
|                       |           |     |
==========================================================================



DATE OF ISSUE: 08/15/19   (BPP)                        (CONTINUED)
FORM: BP7001A ED. 01-10    BPP   05/03/19    115      CC     5W48544  2001
```



PAGE NO:  7
```
EMCASCO INSURANCE COMPANY                    POLICY NO: 5W4-85-44---20
MHG HOTELS LLC                   EFF DATE: 08/01/19   EXP DATE: 08/01/20

                B U S I N E S S O W N E R S   S C H E D U L E
                S E C T I O N   I   P R O P E R T Y
------------------------------------------------------------------------



LOC 007
4502 S HARDING ST
INDIANAPOLIS, IN
46217-9552

Deductibles: Property-$5,000

For Inspection Contact: See Agent on Dec Page

------------------------------------------------------------------------
                 COVERAGE(S) AT LOCATION SHOWN ABOVE

BUILDING NUMBER 001

Description:                     Occupancy:
 2 STORY FRAME BLDG IN            QUALITY INN INDIANAPOLIS
PROTECTION CLASS  02

Protective Safeguards: P2, P5, P9
                        central stat
```

|                         | Limit of    | Spec* | Optional Coverages/            |
| Coverage                | Insurance   | Ints  | Endorsements                   |
|-------------------------|-------------|-------|--------------------------------|
| BUILDING                | $ 4,926,797 |       | Replacement Cost               |
|                         |             |       | Automatic Increase-08%         |
| BUSINESS PERSONAL PROPERTY | $ 494,842 |       | Replacement Cost               |
|                         |             |       | Utility Services – Direct Damage |
|                         |             |       |  Providing Water,Communication |
|                         |             |       |  And Power Supply Services     |
|                         |             |       |  Including Overhead Transmission |
|                         |             |       |  Lines                         |
|                         |             |       |  Limit of Insurance $50,000    |
| ORDINANCE OR LAW        | $ 400,000   |       | Demolition Cost and Increased  |
|                         |             |       |  Cost of Construction          |
| UTILITY SERVICES –      | $ 50,000    |       | Providing-Water Supply, Waste- |
| TIME ELEMENT            |             |       |  Water Removal, Communication  |
|                         |             |       |  Supply and/or Power Supply    |
|                         |             |       |  Including Overhead Transmission |
|                         |             |       |  Lines                         |
| BUSINESS INCOME-EXTENDED | 360 DAYS   |       |                                |
| PERIOD OF INDEMNITY     |             |       |                                |

```
========================================================================



DATE OF ISSUE: 08/15/19   (BPP)                              (CONTINUED)
FORM: BP7001A ED. 01-10    BPP   05/03/19     115      CC     5W48544  2001
```



```
PAGE NO:  8
```
```
EMCASCO INSURANCE COMPANY                    POLICY NO: 5W4-85-44---20
MHG HOTELS LLC                   EFF DATE: 08/01/19   EXP DATE: 08/01/20

               B U S I N E S S O W N E R S   S C H E D U L E
                 S E C T I O N   I   P R O P E R T Y
-----------------------------------------------------------------------------



LOC 008
17070 DRAGONFLY DR
NOBLESVILLE, IN
46060-3638

Deductibles: Property-$5,000

For Inspection Contact: See Agent on Dec Page

-----------------------------------------------------------------------------
                    COVERAGE(S) AT LOCATION SHOWN ABOVE

BUILDING NUMBER 001

Description:                          Occupancy:
 2 STORY FRAME BLDG IN                Quality Inn Noblesville
PROTECTION CLASS  03

Protective Safeguards: P1, P2, P5, P9
                    SPRINKLERED

                            Limit of  Spec*    Optional Coverages/
            Coverage        Insurance  Ints        Endorsements
-----------------------------------------------------------------------------
|BUILDING                 |$  4,396,219|   |Replacement Cost
|                         |            |   |Automatic Increase-08%
|                         |            |   |
|BUSINESS PERSONAL PROPERTY|$    433,018|  |Replacement Cost
|                         |            |   |Utility Services - Direct Damage
|                         |            |   | Providing Water,Communication
|                         |            |   | And Power Supply Services
|                         |            |   | Including Overhead Transmission
|                         |            |   | Lines
|                         |            |   | Limit of Insurance $50,000
|                         |            |   |
|ORDINANCE OR LAW         |$    400,000|   |Demolition Cost and Increased
|                         |            |   | Cost of Construction
|                         |            |   |
|UTILITY SERVICES -       |$     50,000|   |Providing-Water Supply, Waste-
|TIME ELEMENT             |            |   | Water Removal, Communication
|                         |            |   | Supply and/or Power Supply
|                         |            |   | Including Overhead Transmission
|                         |            |   | Lines
|                         |            |   |
|BUSINESS INCOME-EXTENDED |360 DAYS    |   |
|PERIOD OF INDEMNITY      |            |   |
|                         |            |   |
=============================================================================



DATE OF ISSUE: 08/15/19   (BPP)                           (CONTINUED)
FORM: BP7001A ED. 01-10    BPP   05/03/19     115        CC      5W48544  2001
```



```
PAGE NO:   9
EMCASCO INSURANCE COMPANY                    POLICY NO: 5W4-85-44---20
MHG HOTELS LLC                   EFF DATE: 08/01/19   EXP DATE: 08/01/20

            B U S I N E S S O W N E R S    S C H E D U L E
             S E C T I O N   I   P R O P E R T Y
-----------------------------------------------------------------------------



LOC 009
1220 BROOKVILLE WAY
INDIANAPOLIS, IN
46239-1048

Deductibles: Property-$5,000

For Inspection Contact: See Agent on Dec Page

-----------------------------------------------------------------------------
              COVERAGE(S) AT LOCATION SHOWN ABOVE

BUILDING NUMBER 001

Description:                      Occupancy:
 1 STORY NONCOMB BLDG             CORPORATE OFFICE BUILDING
IN PROTECTION CLASS  02

Protective Safeguards: P2, P9
                   central stat


                          Limit of  Spec*    Optional Coverages/
            Coverage      Insurance  Ints        Endorsements
-----------------------------------------------------------------------------
|BUILDING               |$ 1,227,916|05|Replacement Cost
|                       |           |  |Automatic Increase-08%
|                       |           |  |
|BUSINESS PERSONAL PROPERTY|$  289,179|06|Replacement Cost
|                       |           |  |Utility Services - Direct Damage
|                       |           |  | Providing Water,Communication
|                       |           |  | And Power Supply Services
|                       |           |  | Including Overhead Transmission
|                       |           |  | Lines
|                       |           |  | Limit of Insurance $50,000
|                       |           |  |
|ORDINANCE OR LAW       |$   400,000|  |Demolition Cost and Increased
|                       |           |  | Cost of Construction
|                       |           |  |
|UTILITY SERVICES -     |$    50,000|  |Providing-Water Supply, Waste-
|TIME ELEMENT           |           |  | Water Removal, Communication
|                       |           |  | Supply and/or Power Supply
|                       |           |  | Including Overhead Transmission
|                       |           |  | Lines
|                       |           |  |
|BUSINESS INCOME-EXTENDED|360 DAYS  |  |
|PERIOD OF INDEMNITY    |           |  |
|                       |           |  |
=============================================================================



DATE OF ISSUE: 08/15/19   (BPP)                        (CONTINUED)
FORM: BP7001A ED. 01-10    BPP  05/03/19    115      CC      5W48544  2001
```



```
PAGE NO: 10
EMCASCO INSURANCE COMPANY                  POLICY NO: 5W4-85-44---20
MHG HOTELS LLC                    EFF DATE: 08/01/19   EXP DATE: 08/01/20

          B U S I N E S S O W N E R S   S C H E D U L E
             S E C T I O N   I   P R O P E R T Y
--------------------------------------------------------------------------



LOC 010
17863 FOUNDATION DR
NOBLESVILLE, IN
46060-2408

Deductibles: Property-$5,000

For Inspection Contact: See Agent on Dec Page


--------------------------------------------------------------------------
          COVERAGE(S) AT LOCATION SHOWN ABOVE

BUILDING NUMBER 001

Description:                    Occupancy:
 4 STORY FRAME BLDG IN          COURTYARD BY MARRIOTT
PROTECTION CLASS  03

Protective Safeguards: P1, P2, P5, P9
                  SPRINKLERED
```

| Coverage | Limit of Insurance | Spec* Ints | Optional Coverages/ Endorsements |
|---|---|---|---|
| BUILDING | $ 9,865,506 | | Replacement Cost<br>Automatic Increase-08% |
| BUSINESS PERSONAL PROPERTY | $ 1,028,747 | | Replacement Cost<br>Utility Services - Direct Damage<br>  Providing Water,Communication<br>  And Power Supply Services<br>  Including Overhead Transmission<br>  Lines<br>  Limit of Insurance $50,000 |
| ORDINANCE OR LAW | $ 400,000 | | Demolition Cost and Increased<br>  Cost of Construction |
| UTILITY SERVICES - TIME ELEMENT | $ 50,000 | | Providing-Water Supply, Waste-<br>  Water Removal, Communication<br>  Supply and/or Power Supply<br>  Including Overhead Transmission<br>  Lines |
| BUSINESS INCOME-EXTENDED PERIOD OF INDEMNITY | 360 DAYS | | |

```
DATE OF ISSUE: 08/15/19   (BPP)                        (CONTINUED)
FORM: BP7001A ED. 01-10    BPP   05/03/19    115    CC    5W48544  2001
```



```
PAGE NO: 11
EMCASCO INSURANCE COMPANY                    POLICY NO: 5W4-85-44---20
MHG HOTELS LLC                      EFF DATE: 08/01/19    EXP DATE: 08/01/20

              B U S I N E S S O W N E R S   S C H E D U L E
                 S E C T I O N   I   P R O P E R T Y
-----------------------------------------------------------------------------


LOC 011
160 TAPAWINGO DR
WEST LAFAYETTE, IN
47906-3299

Deductibles: Property-$5,000

For Inspection Contact: See Agent on Dec Page

-----------------------------------------------------------------------------
             COVERAGE(S) AT LOCATION SHOWN ABOVE

BUILDING NUMBER 001

Description:                      Occupancy:
 4 STORY FRAME BLDG IN            HAMPTON INN & SUITES
PROTECTION CLASS  03

Protective Safeguards: P1, P2, P5, P9
                 SPRINKLERED

                           Limit of  Spec*    Optional Coverages/
            Coverage       Insurance Ints        Endorsements
-----------------------------------------------------------------------------
|BUILDING               |$ 10,470,964|  |Replacement Cost
|                       |            |  |Automatic Increase-08%
|                       |            |  |
|BUSINESS PERSONAL PROPERTY|$  1,061,208|  |Replacement Cost
|                       |            |  |Utility Services - Direct Damage
|                       |            |  |  Providing Water,Communication
|                       |            |  |  And Power Supply Services
|                       |            |  |  Including Overhead Transmission
|                       |            |  |  Lines
|                       |            |  |  Limit of Insurance $50,000
|                       |            |  |
|ORDINANCE OR LAW       |$    400,000|  |Demolition Cost and Increased
|                       |            |  |  Cost of Construction
|                       |            |  |
|UTILITY SERVICES -     |$     50,000|  |Providing-Water Supply, Waste-
|TIME ELEMENT           |            |  |  Water Removal, Communication
|                       |            |  |  Supply and/or Power Supply
|                       |            |  |  Including Overhead Transmission
|                       |            |  |  Lines
|                       |            |  |
|BUSINESS INCOME-EXTENDED |360 DAYS  |  |
|PERIOD OF INDEMNITY    |            |  |
|                       |            |  |
=============================================================================



DATE OF ISSUE: 08/15/19   (BPP)                          (CONTINUED)
FORM: BP7001A ED. 01-10    BPP   05/03/19    115      CC      5W48544  2001
```



```
PAGE NO: 12
EMCASCO INSURANCE COMPANY                    POLICY NO: 5W4-85-44---20
MHG HOTELS LLC                    EFF DATE: 08/01/19   EXP DATE: 08/01/20

              B U S I N E S S O W N E R S    S C H E D U L E
                S E C T I O N   I   P R O P E R T Y
------------------------------------------------------------------------


LOC 012
1410 N WALNUT ST
BLOOMINGTON, IN
47404-2403

Deductibles: Property-$5,000

For Inspection Contact: See Agent on Dec Page

------------------------------------------------------------------------
              COVERAGE(S) AT LOCATION SHOWN ABOVE

BUILDING NUMBER 001

Description:                      Occupancy:
 3 STORY FRAME BLDG IN            HOME2 SUITES BLOOMINGTON
PROTECTION CLASS  02

Protective Safeguards: P1, P2, P5

                        Limit of  Spec*    Optional Coverages/
          Coverage      Insurance Ints       Endorsements
------------------------------------------------------------------------
|BUILDING               |$ 10,190,757|  |Replacement Cost
|                       |            |  |Automatic Increase-08%
|                       |            |  |
|BUSINESS PERSONAL PROPERTY|$  1,560,600|  |Replacement Cost
|                       |            |  |Utility Services - Direct Damage
|                       |            |  |  Providing Water,Communication
|                       |            |  |  And Power Supply Services
|                       |            |  |  Including Overhead Transmission
|                       |            |  |  Lines
|                       |            |  |  Limit of Insurance $50,000
|                       |            |  |
|ORDINANCE OR LAW       |$    400,000|  |Demolition Cost and Increased
|                       |            |  |  Cost of Construction
|                       |            |  |
|UTILITY SERVICES -     |$     50,000|  |Providing-Water Supply, Waste-
|TIME ELEMENT           |            |  |  Water Removal, Communication
|                       |            |  |  Supply and/or Power Supply
|                       |            |  |  Including Overhead Transmission
|                       |            |  |  Lines
|                       |            |  |
|BUSINESS INCOME-EXTENDED |360 DAYS  |  |
|PERIOD OF INDEMNITY    |            |  |
|                       |            |  |
========================================================================


DATE OF ISSUE: 08/15/19   (BPP)                        (CONTINUED)
FORM: BP7001A ED. 01-10    BPP  05/03/19    115      CC    5W48544  2001
```



```
PAGE NO: 13
EMCASCO INSURANCE COMPANY              POLICY NO: 5W4-85-44---20
MHG HOTELS LLC               EFF DATE: 08/01/19   EXP DATE: 08/01/20

               B U S I N E S S O W N E R S   S C H E D U L E
                  S E C T I O N   I   P R O P E R T Y
---------------------------------------------------------------------



LOC 013
9090 WESLEYAN RD
INDIANAPOLIS, IN
46268-3110

Deductibles: Property-$5,000

For Inspection Contact: See Agent on Dec Page

---------------------------------------------------------------------
               COVERAGE(S) AT LOCATION SHOWN ABOVE

BUILDING NUMBER 001

Description:                        Occupancy:
 3 STORY MAS NONCOMB                Comfort Inn & Suites
BLDG IN PROT CLASS  01

Protective Safeguards: P1, P2, P5, P9
                       Burglar Alarm
```

| Coverage | Limit of Insurance | Spec* Ints | Optional Coverages/ Endorsements |
|---|---|---|---|
| BUILDING | $ 7,933,054 | | Replacement Cost |
| | | | Utility Services - Direct Damage |
| | | | Providing Water,Communication, |
| | | | Power Supply Services Including |
| | | | Overhead Transmission Lines |
| | | | Limit of Insurance $50,000 |
| | | | Limitations on Coverage for |
| | | | Roof Surfacing |
| | | | Actual Cash Value |
| | | | Automatic Increase-08% |
| BUSINESS PERSONAL PROPERTY | $ 1,020,000 | 04 | Replacement Cost |
| | | | Utility Services - Direct Damage |
| | | | Providing Water,Communication |
| | | | And Power Supply Services |
| | | | Including Overhead Transmission |
| | | | Lines |
| | | | Limit of Insurance $50,000 |
| ORDINANCE OR LAW | $ 400,000 | | Demolition Cost and Increased |
| | | | Cost of Construction |
| BUSINESS INCOME-EXTENDED PERIOD OF INDEMNITY | 360 DAYS | | |

```
DATE OF ISSUE: 08/15/19   (BPP)                           (CONTINUED)
FORM: BP7001A ED. 01-10    BPP  05/03/19     115      CC      5W48544  2001
```



```
PAGE NO: 14
EMCASCO INSURANCE COMPANY              POLICY NO: 5W4-85-44---20
MHG HOTELS LLC              EFF DATE: 08/01/19   EXP DATE: 08/01/20

          B U S I N E S S O W N E R S   S C H E D U L E
             S E C T I O N   I   P R O P E R T Y
--------------------------------------------------------------------



|                          |              |  |
====================================================================
LOC 014
6315 CRAWFORDSVILLE RD
SPEEDWAY, IN
46224-3501

Deductibles: Property-$5,000

For Inspection Contact: See Agent on Dec Page

--------------------------------------------------------------------
          COVERAGE(S) AT LOCATION SHOWN ABOVE

BUILDING NUMBER 001

Description:                    Occupancy:
 4 STORY FRAME BLDG IN          HOTELS OF SPEEDWAY, LLC
PROTECTION CLASS  03

Protective Safeguards: P1, P2, P5, P9
                 Burglar Alarm
```

| Coverage | Limit of Insurance | Spec* Ints | Optional Coverages/ Endorsements |
|---|---|---|---|
| BUILDING | $ 7,350,000 | 02 | Replacement Cost |
| | | | Automatic Increase-08% |
| BUSINESS PERSONAL PROPERTY | $ 1,530,000 | 01 | Replacement Cost |
| | | 03 | Utility Services - Direct Damage Providing Water,Communication And Power Supply Services Including Overhead Transmission Lines Limit of Insurance $50,000 |
| ORDINANCE OR LAW | $ 400,000 | | Demolition Cost and Increased Cost of Construction |
| UTILITY SERVICES - TIME ELEMENT | $ 50,000 | | Providing-Water Supply, Waste-Water Removal, Communication Supply and/or Power Supply Including Overhead Transmission Lines |
| BUSINESS INCOME-EXTENDED PERIOD OF INDEMNITY | 360 DAYS | | |

```
DATE OF ISSUE: 08/15/19   (BPP)                    (CONTINUED)
FORM: BP7001A ED. 01-10    BPP   05/03/19    115      CC      5W48544  2001
```



```
PAGE NO: 15
EMCASCO INSURANCE COMPANY              POLICY NO: 5W4-85-44---20
MHG HOTELS LLC            EFF DATE: 08/01/19   EXP DATE: 08/01/20

          B U S I N E S S O W N E R S    S C H E D U L E
            S E C T I O N   I   P R O P E R T Y
-------------------------------------------------------------------------



|                        |           |  |
=========================================================================
LOC 015
13434 SOUTHWEST FWY
SUGAR LAND, TX
77478-3521

Deductibles: Property-$5,000              Windstorm or Hail-01%


For Inspection Contact: sanjay patel   317-507-3097  Agt: N

-------------------------------------------------------------------------
            COVERAGE(S) AT LOCATION SHOWN ABOVE

BUILDING NUMBER 001

Description:                      Occupancy:
 4 STORY FRAME BLDG IN            MOTEL - SPRINGHILL SUITES BY
PROTECTION CLASS  02              MARRIOT

Protective Safeguards: P1, P5

                        Limit of  Spec*    Optional Coverages/
         Coverage       Insurance Ints        Endorsements
-------------------------------------------------------------------------
|BUILDING               |$  6,500,000|07|Replacement Cost
|                       |            |  |Automatic Increase-08%
|                       |            |  |
|BUSINESS PERSONAL PROPERTY|$   969,411|  |Replacement Cost
|                       |            |  |
|ORDINANCE OR LAW       |$   400,000|  |Demolition Cost and Increased
|                       |            |  |  Cost of Construction
|                       |            |  |
|UTILITY SERVICES -     |$    50,000|  |Providing-Water Supply, Waste-
|TIME ELEMENT           |            |  |  Water Removal, Communication
|                       |            |  |  Supply and/or Power Supply
|                       |            |  |  Including Overhead Transmission
|                       |            |  |  Lines
|                       |            |  |
|BUSINESS INCOME-EXTENDED |360 DAYS |  |
|PERIOD OF INDEMNITY    |            |  |
|                       |            |  |
=========================================================================
              Special Interests




DATE OF ISSUE: 08/15/19  (BPP)                        (CONTINUED)
FORM: BP7001A ED. 01-10   BPP  05/03/19    115      CC      5W48544  2001
```



PAGE NO: 16

```
EMCASCO INSURANCE COMPANY                    POLICY NO: 5W4-85-44---20
MHG HOTELS LLC                     EFF DATE: 08/01/19   EXP DATE: 08/01/20

              B U S I N E S S O W N E R S   S C H E D U L E
                 S E C T I O N   I   P R O P E R T Y
-----------------------------------------------------------------------------


        01  LOSS PAYEE
              MARRIOTT INTERNATIONAL, INC.
              AND ITS AFFILIATES AND
              SUBSIDIARIES  C/O CERTFOCUS
              PO BOX 140528
              KANSAS CITY, MO 64114-8528
              Paragraph A of the Loss Payable Provision Applies


        02  MORTGAGEE
              Horizon Bank ISAOA ATIMA
              PO BOX 3252
              RESTON, VA 20195-1252


        03  LOSS PAYEE
              Horizon Bank ISAOA ATIMA
              PO BOX 3252
              RESTON, VA 20195-1252
              Paragraph A of the Loss Payable Provision Applies


        04  LENDERS LOSS PAYABLE
              ASCENTIUM CAPITAL LLC ISAOA
              PO BOX 979059
              MIAMI, FL 33197-9059
              Paragraph B of the Loss Payable Provision Applies


        05  MORTGAGEE
              HORIZON BANK
              302 N ALABAMA ST
              INDIANAPOLIS, IN 46204-2103


        06  LENDERS LOSS PAYABLE
              HORIZON BANK
              302 N ALABAMA ST
              INDIANAPOLIS, IN 46204-2103
              Paragraph B of the Loss Payable Provision Applies




DATE OF ISSUE: 08/15/19   (BPP)                        (CONTINUED)
FORM: BP7001A ED. 01-10    BPP  05/03/19     115       CC      5W48544  2001
```



```
PAGE NO: 17
EMCASCO INSURANCE COMPANY              POLICY NO: 5W4-85-44---20
MHG HOTELS LLC              EFF DATE: 08/01/19   EXP DATE: 08/01/20

               B U S I N E S S O W N E R S   S C H E D U L E
               S E C T I O N   I   P R O P E R T Y
------------------------------------------------------------------------


          07   MORTGAGEE
               NEW FIRST NATIONAL BANK
               50 SUGAR CREEK CENTER BLVD
               STE 100
               SUGAR LAND, TX 77478
```



```
PAGE NO: 18
-----------------------------------------------------------------------------
EMCASCO INSURANCE COMPANY                    POLICY NO: 5W4-85-44---20
MHG HOTELS LLC                     EFF DATE: 08/01/19   EXP DATE: 08/01/20

              B U S I N E S S O W N E R S    S C H E D U L E
                    MISCELLANEOUS  P R O P E R T Y
                    POLICY LEVEL COVERAGES
-----------------------------------------------------------------------------



             Coverage                            Limits of Insurance
-----------------------------------------------------------------------------
  EQUIPMENT BREAKDOWN                                See BP7486
-----------------------------------------------------------------------------
```

```
 INCLUDES COPYRIGHTED MATERIAL OF ISO PROPERTIES, INC. WITH ITS PERMISSION
 DATE OF ISSUE: 08/15/19    (BPP)
 FORM: BP7001.2A ED. 01-19        05/03/19     115      CC      5W48544  2001
```



PAGE NO: 19

```
EMCASCO INSURANCE COMPANY                    POLICY NO: 5W4-85-44---20
MHG HOTELS LLC                    EFF DATE: 08/01/19   EXP DATE: 08/01/20

              B U S I N E S S O W N E R S   S C H E D U L E
            S E C T I O N   I I   L I A B I L I T Y   A N D
                 M E D I C A L   P A Y M E N T S
--------------------------------------------------------------------------

      Classification/Exposure Basis     Exposure    Rate      Premium
-------------------------------------------------------------------------
                                       |          |         |          |
Location 001                           |          |         |          |
 Swimming Pool(s)-Number of:   1       |          |         |          |
                                       |          |         |          |
 Building 001                          |          |         |          |
  69161-Hotels - 3 Stories or Less-L |$  1,377,010| 1.382   | $    1,903|
   imited Cooking Restaurant           |          |         |          |
   Exposure Basis:                     |          |         |          |
    Sales                              |          |         |          |
                                       |          |         |          |
Location 002                           |          |         |          |
 Swimming Pool(s)-Number of:   1       |          |         |          |
                                       |          |         |          |
 Building 001                          |          |         |          |
  69161-Hotels - 3 Stories or Less-L |$  1,170,000| 1.664   | $    1,947|
   imited Cooking Restaurant           |          |         |          |
   Exposure Basis:                     |          |         |          |
    Sales                              |          |         |          |
                                       |          |         |          |
Location 003                           |          |         |          |
 Swimming Pool(s)-Number of:   1       |          |         |          |
                                       |          |         |          |
 Building 001                          |          |         |          |
  69161-Hotels - 3 Stories or Less-L |$  1,025,591| 1.405   | $    1,441|
   imited Cooking Restaurant           |          |         |          |
   Exposure Basis:                     |          |         |          |
    Sales                              |          |         |          |
                                       |          |         |          |
Location 004                           |          |         |          |
 Swimming Pool(s)-Number of:   1       |          |         |          |
                                       |          |         |          |
 Building 001                          |          |         |          |
  85309-Hotels - 4 or 5 Stories, Ful-|$  1,440,000| 2.288   | $    3,294|
   ly Sprinklered-W/Limited Cooking    |          |         |          |
   Exposure Basis:                     |          |         |          |
    Sales                              |          |         |          |
                                       |          |         |          |
Location 005                           |          |         |          |
 Swimming Pool(s)-Number of:   1       |          |         |          |
                                       |          |         |          |
 Building 001                          |          |         |          |
  85309-Hotels - 4 or 5 Stories, Ful-|$  2,160,000| 1.914   | $    4,134|
   ly Sprinklered-W/Limited Cooking    |          |         |          |
   Exposure Basis:                     |          |         |          |
    Sales                              |          |         |          |
                                       |          |         |          |

DATE OF ISSUE: 08/15/19   (BPP)                          (CONTINUED)
FORM: BP7001.3A ED. 01-10  BPP  05/03/19      115         CC      5W48544  2001
```



PAGE NO: 20

```
EMCASCO INSURANCE COMPANY                POLICY NO: 5W4-85-44---20
MHG HOTELS LLC                  EFF DATE: 08/01/19   EXP DATE: 08/01/20
```

                    B U S I N E S S O W N E R S   S C H E D U L E
                 S E C T I O N   I I   L I A B I L I T Y   A N D
                       M E D I C A L   P A Y M E N T S

```
Location 006                       |           |       |    |
 Swimming Pool(s)-Number of:   1    |           |       |    |
                                    |           |       |    |
 Building 001                       |           |       |    |
 85309-Hotels - 4 or 5 Stories, Ful-|$ 1,890,000| 2.557 | $    4,833 |
   ly Sprinklered-W/Limited Cooking |           |       |    |
   Exposure Basis:                  |           |       |    |
    Sales                           |           |       |    |
                                    |           |       |    |
Location 007                        |           |       |    |
                                    |           |       |    |
 Building 001                       |           |       |    |
 69161-Hotels - 3 Stories or Less-L |$   801,900| 1.937 | $    1,553 |
   imited Cooking Restaurant        |           |       |    |
   Exposure Basis:                  |           |       |    |
    Sales                           |           |       |    |
                                    |           |       |    |
Location 008                        |           |       |    |
 Swimming Pool(s)-Number of:   1    |           |       |    |
                                    |           |       |    |
 Building 001                       |           |       |    |
 69161-Hotels - 3 Stories or Less-L |$   765,000| 1.314 | $    1,005 |
   imited Cooking Restaurant        |           |       |    |
   Exposure Basis:                  |           |       |    |
    Sales                           |           |       |    |
                                    |           |       |    |
Location 009                        |           |       |    |
                                    |           |       |    |
 Building 001                       |           |       |    |
 63671-Offices - Bookkeeping Servic-|$   289,179| 0.058 | $      167 |
   es                               |           |       |    |
   Exposure Basis:                  |           |       |    |
    Limit of Insurance              |           |       |    |
                                    |           |       |    |
Location 010                        |           |       |    |
 Swimming Pool(s)-Number of:   1    |           |       |    |
 Liquor Liability - Annual Gross    |           |       | $      250 |
  Liquor Sales $    25,000          |           |       |    |
                                    |           |       |    |
 Building 001                       |           |       |    |
 85309-Hotels - 4 or 5 Stories, Ful-|$ 2,250,000| 1.589 | $    3,576 |
   ly Sprinklered-W/Limited Cooking |           |       |    |
   Exposure Basis:                  |           |       |    |
    Sales                           |           |       |    |
                                    |           |       |    |
Location 011                        |           |       |    |
                                    |           |       |    |
```

```
DATE OF ISSUE: 08/15/19   (BPP)                          (CONTINUED)
FORM: BP7001.3A ED. 01-10  BPP  05/03/19    115      CC      5W48544  2001
```



PAGE NO: 21

```
EMCASCO INSURANCE COMPANY            POLICY NO: 5W4-85-44---20
MHG HOTELS LLC            EFF DATE: 08/01/19   EXP DATE: 08/01/20

              B U S I N E S S O W N E R S   S C H E D U L E
              S E C T I O N   I I   L I A B I L I T Y   A N D
                    M E D I C A L   P A Y M E N T S


   Building 001                    |          |       |       |
   85309-Hotels - 4 or 5 Stories, Ful-|$  2,250,000| 2.272 | $    5,113 |
    ly Sprinklered-W/Limited Cooking|          |       |       |
    Exposure Basis:               |          |       |       |
     Sales                        |          |       |       |
                                  |          |       |       |
 Location 012                     |          |       |       |
  Swimming Pool(s)-Number of:   1 |          |       |       |
                                  |          |       |       |
   Building 001                   |          |       |       |
   69161-Hotels - 3 Stories or Less-L |$  1,440,000| 1.574 | $    2,266 |
    imited Cooking Restaurant     |          |       |       |
    Exposure Basis:               |          |       |       |
     Sales                        |          |       |       |
                                  |          |       |       |
 Location 013                     |          |       |       |
  Swimming Pool(s)-Number of:   1 |          |       |       |
                                  |          |       |       |
   Building 001                   |          |       |       |
   69161-Hotels - 3 Stories or Less-L |$  1,170,000| 2.126 | $    2,488 |
    imited Cooking Restaurant     |          |       |       |
    Exposure Basis:               |          |       |       |
     Sales                        |          |       |       |
                                  |          |       |       |
 Location 014                     |          |       |       |
   Liquor Liability - Annual Gross|          |       | $      258 |
    Liquor Sales $   100,000      |          |       |       |
                                  |          |       |       |
   Building 001                   |          |       |       |
   85309-Hotels - 4 or 5 Stories, Ful-|$  3,150,000| 1.823 | $    5,743 |
    ly Sprinklered-W/Limited Cooking|          |       |       |
    Exposure Basis:               |          |       |       |
     Sales                        |          |       |       |
                                  |          |       |       |
 Location 015                     |          |       |       |
   Liquor Liability - Annual Gross|          |       | $       64 |
    Liquor Sales $    25,000      |          |       |       |
                                  |          |       |       |
   Building 001                   |          |       |       |
   85309-Hotels - 4 or 5 Stories, Ful-|$  2,335,000| 2.434 | $    5,683 |
    ly Sprinklered-W/Limited Cooking|          |       |       |
    Exposure Basis:               |          |       |       |
     Sales                        |          |       |       |
 ----------------------------------------------------------------------
```

INCLUDES COPYRIGHTED MATERIAL OF ISO PROPERTIES, INC. WITH ITS PERMISSION
DATE OF ISSUE: 08/15/19    (BPP)
FORM: BP7001.3A ED. 01-10      05/03/19      115       CC      5W48544  2001



```
EMCASCO INSURANCE COMPANY                POLICY NO: 5W4-85-44---20
MHG HOTELS, LLC                          TRANSACTION: RENEWAL-01
                                         PRIOR POL: 5W4-85-44


                    TRANSACTION INFORMATION
                    -----------------------


POLICY TERM: 08/01/2019 TO 08/01/2020    TRANS DATE: 08/01/2019
ACCOUNT NAME: MHG HOTELS LLC             CO/BR/AGENT: B/T/1155
ACCOUNT MAILING STATE: IN                PROGRAM:
FINANCING: N                             BILLING METHOD: D (CDB)
SIC: 7011                                PROFIT SHARE: Y
 Hotels and Motels
NAICS: 721110
 Hotels (except Casino Hotels) and Motels
ACCOUNT ORIGINAL EFF DATE: 08/01/2016    TYPE OF POLICY: N/A
ACCOUNT FEIN: 562396957

                                         TRANS PREMIUM:   243,963.00

POLICY ID: AG      COMMISSION: 15.0%     PREMIUM:         243,963.00

--------------------------------------------------------------------
 ACCOUNT DOMICILE STATE: IN
--------------------------------------------------------------------
```

```
 DATE OF ISSUE: 08/15/19   (BPP)
      BOP      BPP          05/03/19      115       CC      5W48544  2001
```

BUSINESSOWNERS
BP 00 03 07 13

# BUSINESSOWNERS COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this Coverage Form, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the company providing this insurance.

In Section **II** – Liability, the word "insured" means any person or organization qualifying as such under Paragraph **C.** Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Paragraph **H.** Property Definitions in Section **I** – Property and Paragraph **F.** Liability And Medical Expenses Definitions in Section **II** – Liability.

## SECTION I – PROPERTY

### A. Coverage

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

**1. Covered Property**

Covered Property includes Buildings as described under Paragraph **a.** below, Business Personal Property as described under Paragraph **b.** below, or both, depending on whether a Limit Of Insurance is shown in the Declarations for that type of property. Regardless of whether coverage is shown in the Declarations for Buildings, Business Personal Property, or both, there is no coverage for property described under Paragraph **2.** Property Not Covered.

**a.** Buildings, meaning the buildings and structures at the premises described in the Declarations, including:

**(1)** Completed additions;

**(2)** Fixtures, including outdoor fixtures;

**(3)** Permanently installed:

**(a)** Machinery; and

**(b)** Equipment;

**(4)** Your personal property in apartments, rooms or common areas furnished by you as landlord;

**(5)** Personal property owned by you that is used to maintain or service the buildings or structures or the premises, including:

**(a)** Fire extinguishing equipment;

**(b)** Outdoor furniture;

**(c)** Floor coverings; and

**(d)** Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering;

**(6)** If not covered by other insurance:

**(a)** Additions under construction, alterations and repairs to the buildings or structures;

**(b)** Materials, equipment, supplies and temporary structures, on or within 100 feet of the described premises, used for making additions, alterations or repairs to the buildings or structures.

**b.** Business Personal Property located in or on the buildings or structures at the described premises or in the open (or in a vehicle) within 100 feet of the buildings or structures or within 100 feet of the premises described in the Declarations, whichever distance is greater, including:

**(1)** Property you own that is used in your business;

**(2)** Property of others that is in your care, custody or control, except as otherwise provided in Loss Payment Property Loss Condition Paragraph **E.5.d.(3)(b);**

**(3)** Tenant's improvements and betterments. Improvements and betterments are fixtures, alterations, installations or additions:

**(a)** Made a part of the building or structure you occupy but do not own; and

**(b)** You acquired or made at your expense but cannot legally remove;

**(4)** Leased personal property which you have a contractual responsibility to insure, unless otherwise provided for under Paragraph **1.b.(2);** and

© Insurance Services Office, Inc., 2012

**(5)** Exterior building glass, if you are a tenant and no Limit Of Insurance is shown in the Declarations for Building property. The glass must be owned by you or in your care, custody or control.

**2. Property Not Covered**

Covered Property does not include:

**a.** Aircraft, automobiles, motortrucks and other vehicles subject to motor vehicle registration;

**b.** "Money" or "securities" except as provided in the:

**(1)** Money And Securities Optional Coverage; or

**(2)** Employee Dishonesty Optional Coverage;

**c.** Contraband, or property in the course of illegal transportation or trade;

**d.** Land (including land on which the property is located), water, growing crops or lawns (other than lawns which are part of a vegetated roof);

**e.** Outdoor fences, radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers, signs (other than signs attached to buildings), trees, shrubs or plants (other than trees, shrubs or plants which are part of a vegetated roof), all except as provided in the:

**(1)** Outdoor Property Coverage Extension; or

**(2)** Outdoor Signs Optional Coverage;

**f.** Watercraft (including motors, equipment and accessories) while afloat;

**g.** Accounts, bills, food stamps, other evidences of debt, accounts receivable or "valuable papers and records"; except as otherwise provided in this policy;

**h.** "Computer(s)" which are permanently installed or designed to be permanently installed in any aircraft, watercraft, motortruck or other vehicle subject to motor vehicle registration. This paragraph does not apply to "computer(s)" while held as "stock";

**i.** "Electronic data", except as provided under Additional Coverages – Electronic Data. This Paragraph **i.** does not apply to your "stock" of prepackaged software or to "electronic data" which is integrated in and operates or controls the building's elevator, lighting, heating, ventilation, air conditioning or security system; or

**j.** Animals, unless owned by others and boarded by you, or if owned by you, only as "stock" while inside of buildings.

**3. Covered Causes Of Loss**

Direct physical loss unless the loss is excluded or limited under Section **I** – Property.

**4. Limitations**

**a.** We will not pay for loss of or damage to:

**(1)** Steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment. But we will pay for loss of or damage to such equipment caused by or resulting from an explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

**(2)** Hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment, other than an explosion.

**(3)** Property that is missing, where the only evidence of the loss or damage is a shortage disclosed on taking inventory, or other instances where there is no physical evidence to show what happened to the property. This limitation does not apply to the Optional Coverage for Money and Securities.

**(4)** Property that has been transferred to a person or to a place outside the described premises on the basis of unauthorized instructions.

**(5)** The interior of any building or structure, or to personal property in the building or structure, caused by or resulting from rain, snow, sleet, ice, sand or dust, whether driven by wind or not, unless:

**(a)** The building or structure first sustains damage by a Covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand or dust enters; or

© Insurance Services Office, Inc., 2012        BP 00 03 07 13

**(b)** The loss or damage is caused by or results from thawing of snow, sleet or ice on the building or structure.

**(6)** Lawns, trees, shrubs or plants which are part of a vegetated roof, caused by or resulting from:

**(a)** Dampness or dryness of atmosphere or of soil supporting the vegetation;

**(b)** Changes in or extremes of temperature;

**(c)** Disease;

**(d)** Frost or hail; or

**(e)** Rain, snow, ice or sleet.

**b.** We will not pay for loss of or damage to the following types of property unless caused by the "specified causes of loss" or building glass breakage:

**(1)** Animals, and then only if they are killed or their destruction is made necessary.

**(2)** Fragile articles such as glassware, statuary, marble, chinaware and porcelain, if broken. This restriction does not apply to:

**(a)** Glass that is part of the exterior or interior of a building or structure;

**(b)** Containers of property held for sale; or

**(c)** Photographic or scientific instrument lenses.

**c.** For loss or damage by theft, the following types of property are covered only up to the limits shown (unless a higher Limit Of Insurance is shown in the Declarations):

**(1)** $2,500 for furs, fur garments and garments trimmed with fur.

**(2)** $2,500 for jewelry, watches, watch movements, jewels, pearls, precious and semiprecious stones, bullion, gold, silver, platinum and other precious alloys or metals. This limit does not apply to jewelry and watches worth $100 or less per item.

**(3)** $2,500 for patterns, dies, molds and forms.

**5. Additional Coverages**

**a. Debris Removal**

**(1)** Subject to Paragraphs **(2), (3)** and **(4),** we will pay your expense to remove debris of Covered Property and other debris that is on the described premises, when such debris is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

**(2)** Debris Removal does not apply to costs to:

**(a)** Remove debris of property of yours that is not insured under this policy, or property in your possession that is not Covered Property;

**(b)** Remove debris of property owned by or leased to the landlord of the building where your described premises are located, unless you have a contractual responsibility to insure such property and it is insured under this policy;

**(c)** Remove any property that is Property Not Covered, including property addressed under the Outdoor Property Coverage Extension;

**(d)** Remove property of others of a type that would not be Covered Property under this policy;

**(e)** Remove deposits of mud or earth from the grounds of the described premises;

**(f)** Extract "pollutants" from land or water; or

**(g)** Remove, restore or replace polluted land or water.

**(3)** Subject to the exceptions in Paragraph **(4),** the following provisions apply:

**(a)** The most that we will pay for the total of direct physical loss or damage plus debris removal expense is the Limit of Insurance applicable to the Covered Property that has sustained loss or damage.

**(b)** Subject to Paragraph **(3)(a)** above, the amount we will pay for debris removal expense is limited to 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage. However, if no Covered Property has sustained direct physical loss or damage, the most we will pay for removal of debris of other property (if such removal is covered under this Additional Coverage) is $5,000 at each location.

**(4)** We will pay up to an additional $25,000 for debris removal expense, for each location, in any one occurrence of physical loss or damage to Covered Property, if one or both of the following circumstances apply:

**(a)** The total of the actual debris removal expense plus the amount we pay for direct physical loss or damage exceeds the Limit of Insurance on the Covered Property that has sustained loss or damage.

**(b)** The actual debris removal expense exceeds 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

Therefore, if Paragraphs **(4)(a)** and/or **(4)(b)** apply, our total payment for direct physical loss or damage and debris removal expense may reach but will never exceed the Limit of Insurance on the Covered Property that has sustained loss or damage, plus $25,000.

**(5)** **Examples**

**Example 1**

| | |
|---|---|
| Limit of Insurance | $ 90,000 |
| Amount of Deductible | $   500 |
| Amount of Loss | $ 50,000 |
| Amount of Loss Payable | $ 49,500 |
| | ($50,000 – $500) |
| Debris Removal Expense | $ 10,000 |
| Debris Removal Expense Payable | $ 10,000 |
| ($10,000 is 20% of $50,000) | |

The debris removal expense is less than 25% of the sum of the loss payable plus the deductible. The sum of the loss payable and the debris removal expense ($49,500 + $10,000 = $59,500) is less than the Limit of Insurance. Therefore, the full amount of debris removal expense is payable in accordance with the terms of Paragraph **(3)**.

**Example 2**

| | |
|---|---|
| Limit of Insurance | $ 90,000 |
| Amount of Deductible | $   500 |
| Amount of Loss | $ 80,000 |
| Amount of Loss Payable | $ 79,500 |
| | ($80,000 – $500) |
| Debris Removal Expense | $ 40,000 |
| Debris Removal Expense Payable | |
| Basic Amount | $ 10,500 |
| Additional Amount | $ 25,000 |

The basic amount payable for debris removal expense under the terms of Paragraph **(3)** is calculated as follows: $80,000 ($79,500 + $500) x .25 = $20,000; capped at $10,500. The cap applies because the sum of the loss payable ($79,500) and the basic amount payable for debris removal expense ($10,500) cannot exceed the Limit of Insurance ($90,000).

The additional amount payable for debris removal expense is provided in accordance with the terms of Paragraph **(4)**, because the debris removal expense ($40,000) exceeds 25% of the loss payable plus the deductible ($40,000 is 50% of $80,000), and because the sum of the loss payable and debris removal expense ($79,500 + $40,000 = $119,500) would exceed the Limit of Insurance ($90,000). The additional amount of covered debris removal expense is $25,000, the maximum payable under Paragraph **(4)**. Thus, the total payable for debris removal expense in this example is $35,500; $4,500 of the debris removal expense is not covered.

© Insurance Services Office, Inc., 2012

**b. Preservation Of Property**

If it is necessary to move Covered Property from the described premises to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss or damage to that property:

**(1)** While it is being moved or while temporarily stored at another location; and

**(2)** Only if the loss or damage occurs within 30 days after the property is first moved.

**c. Fire Department Service Charge**

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $2,500 for service at each premises described in the Declarations, unless a different limit is shown in the Declarations. Such limit is the most we will pay regardless of the number of responding fire departments or fire units, and regardless of the number or type of services performed.

This Additional Coverage applies to your liability for fire department service charges:

**(1)** Assumed by contract or agreement prior to loss; or

**(2)** Required by local ordinance.

**d. Collapse**

The coverage provided under this Additional Coverage – Collapse applies only to an abrupt collapse as described and limited in Paragraphs **d.(1)** through **d.(7)**.

**(1)** For the purpose of this Additional Coverage – Collapse, abrupt collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its intended purpose.

**(2)** We will pay for direct physical loss or damage to Covered Property, caused by abrupt collapse of a building or any part of a building that is insured under this policy or that contains Covered Property insured under this policy, if such collapse is caused by one or more of the following:

**(a)** Building decay that is hidden from view, unless the presence of such decay is known to an insured prior to collapse;

**(b)** Insect or vermin damage that is hidden from view, unless the presence of such damage is known to an insured prior to collapse;

**(c)** Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs during the course of the construction, remodeling or renovation.

**(d)** Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs after the construction, remodeling or renovation is complete, but only if the collapse is caused in part by:

**(i)** A cause of loss listed in Paragraph **(2)(a)** or **(2)(b)**;

**(ii)** One or more of the "specified causes of loss";

**(iii)** Breakage of building glass;

**(iv)** Weight of people or personal property; or

**(v)** Weight of rain that collects on a roof.

**(3)** This Additional Coverage – Collapse does **not** apply to:

**(a)** A building or any part of a building that is in danger of falling down or caving in;

**(b)** A part of a building that is standing, even if it has separated from another part of the building; or

**(c)** A building that is standing or any part of a building that is standing, even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

**(4)** With respect to the following property:

**(a)** Awnings;

**(b)** Gutters and downspouts;

**(c)** Yard fixtures;

**(d)** Outdoor swimming pools;

**(e)** Piers, wharves and docks;

**(f)** Beach or diving platforms or appurtenances;

**(g)** Retaining walls; and

**(h)** Walks, roadways and other paved surfaces;

if an abrupt collapse is caused by a cause of loss listed in Paragraphs **(2)(a)** through **(2)(d)**, we will pay for loss or damage to that property only if such loss or damage is a direct result of the abrupt collapse of a building insured under this policy and the property is Covered Property under this policy.

**(5)** If personal property abruptly falls down or caves in and such collapse is **not** the result of abrupt collapse of a building, we will pay for loss or damage to Covered Property caused by such collapse of personal property only if:

**(a)** The collapse of personal property was caused by a cause of loss listed in Paragraphs **(2)(a)** through **(2)(d)** of this Additional Coverage;

**(b)** The personal property which collapses is inside a building; and

**(c)** The property which collapses is not of a kind listed in Paragraph **(4)**, regardless of whether that kind of property is considered to be personal property or real property.

The coverage stated in this Paragraph **(5)** does not apply to personal property if marring and/or scratching is the only damage to that personal property caused by the collapse.

**(6)** This Additional Coverage – Collapse does not apply to personal property that has not abruptly fallen down or caved in, even if the personal property shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

**(7)** This Additional Coverage – Collapse will not increase the Limits of Insurance provided in this policy.

**(8)** The term Covered Cause of Loss includes the Additional Coverage – Collapse as described and limited in Paragraphs **d.(1)** through **d.(7).**

**e. Water Damage, Other Liquids, Powder Or Molten Material Damage**

If loss or damage caused by or resulting from covered water or other liquid, powder or molten material occurs, we will also pay the cost to tear out and replace any part of the building or structure to repair damage to the system or appliance from which the water or other substance escapes.

We will not pay the cost to repair any defect that caused the loss or damage, but we will pay the cost to repair or replace damaged parts of fire extinguishing equipment if the damage:

**(1)** Results in discharge of any substance from an automatic fire protection system; or

**(2)** Is directly caused by freezing.

**f. Business Income**

**(1) Business Income**

**(a)** We will pay for the actual loss of Business Income you sustain due to the necessary suspension of your "operations" during the "period of restoration". The suspension must be caused by direct physical loss of or damage to property at the described premises. The loss or damage must be caused by or result from a Covered Cause of Loss. With respect to loss of or damage to personal property in the open or personal property in a vehicle, the described premises include the area within 100 feet of such premises.

With respect to the requirements set forth in the preceding paragraph, if you occupy only part of a building, your premises mean:

**(i)** The portion of the building which you rent, lease or occupy;

**(ii)** The area within 100 feet of the building or within 100 feet of the premises described in the Declarations, whichever distance is greater (with respect to loss of or damage to personal property in the open or personal property in a vehicle); and

**(iii)** Any area within the building or at the described premises, if that area services, or is used to gain access to, the portion of the building which you rent, lease or occupy.

© Insurance Services Office, Inc., 2012

**(b)** We will only pay for loss of Business Income that you sustain during the "period of restoration" and that occurs within 12 consecutive months after the date of direct physical loss or damage. We will only pay for ordinary payroll expenses for 60 days following the date of direct physical loss or damage, unless a greater number of days is shown in the Declarations.

**(c)** Business Income means the:

   **(i)** Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred if no physical loss or damage had occurred, but not including any Net Income that would likely have been earned as a result of an increase in the volume of business due to favorable business conditions caused by the impact of the Covered Cause of Loss on customers or on other businesses; and

   **(ii)** Continuing normal operating expenses incurred, including payroll.

**(d)** Ordinary payroll expenses:

   **(i)** Means payroll expenses for all your employees except:

      **i.** Officers;

      **ii.** Executives;

      **iii.** Department Managers;

      **iv.** Employees under contract; and

      **v.** Additional Exemptions shown in the Declarations as:

         ● Job Classifications; or

         ● Employees.

   **(ii)** Include:

      **i.** Payroll;

      **ii.** Employee benefits, if directly related to payroll;

      **iii.** FICA payments you pay;

      **iv.** Union dues you pay; and

      **v.** Workers' compensation premiums.

**(2) Extended Business Income**

**(a)** If the necessary suspension of your "operations" produces a Business Income loss payable under this policy, we will pay for the actual loss of Business Income you incur during the period that:

   **(i)** Begins on the date property except finished stock is actually repaired, rebuilt or replaced and "operations" are resumed; and

   **(ii)** Ends on the earlier of:

      **i.** The date you could restore your "operations", with reasonable speed, to the level which would generate the Business Income amount that would have existed if no direct physical loss or damage had occurred; or

      **ii.** 60 consecutive days after the date determined in Paragraph **(a)(i)** above, unless a greater number of consecutive days is shown in the Declarations.

   However, Extended Business Income does not apply to loss of Business Income incurred as a result of unfavorable business conditions caused by the impact of the Covered Cause of Loss in the area where the described premises are located.

**(b)** Loss of Business Income must be caused by direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss.

**(3)** With respect to the coverage provided in this Additional Coverage, suspension means:

**(a)** The partial slowdown or complete cessation of your business activities; or

**(b)** That a part or all of the described premises is rendered untenantable, if coverage for Business Income applies.

**(4)** This Additional Coverage is not subject to the Limits of Insurance of Section **I** – Property.

**g. Extra Expense**

**(1)** We will pay necessary Extra Expense you incur during the "period of restoration" that you would not have incurred if there had been no direct physical loss or damage to property at the described premises. The loss or damage must be caused by or result from a Covered Cause of Loss. With respect to loss of or damage to personal property in the open or personal property in a vehicle, the described premises include the area within 100 feet of such premises.

With respect to the requirements set forth in the preceding paragraph, if you occupy only part of a building, your premises mean:

**(a)** The portion of the building which you rent, lease or occupy;

**(b)** The area within 100 feet of the building or within 100 feet of the premises described in the Declarations, whichever distance is greater (with respect to loss of or damage to personal property in the open or personal property in a vehicle); and

**(c)** Any area within the building or at the described premises, if that area services, or is used to gain access to, the portion of the building which you rent, lease or occupy.

**(2)** Extra Expense means expense incurred:

**(a)** To avoid or minimize the suspension of business and to continue "operations":

**(i)** At the described premises; or

**(ii)** At replacement premises or at temporary locations, including relocation expenses, and costs to equip and operate the replacement or temporary locations.

**(b)** To minimize the suspension of business if you cannot continue "operations".

**(c)** To:

**(i)** Repair or replace any property; or

**(ii)** Research, replace or restore the lost information on damaged "valuable papers and records";

to the extent it reduces the amount of loss that otherwise would have been payable under this Additional Coverage or Additional Coverage **f.** Business Income.

**(3)** With respect to the coverage provided in this Additional Coverage, suspension means:

**(a)** The partial slowdown or complete cessation of your business activities; or

**(b)** That a part or all of the described premises is rendered untenantable, if coverage for Business Income applies.

**(4)** We will only pay for Extra Expense that occurs within 12 consecutive months after the date of direct physical loss or damage. This Additional Coverage is not subject to the Limits of Insurance of Section **I** – Property.

**h. Pollutant Clean-up And Removal**

We will pay your expense to extract "pollutants" from land or water at the described premises if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants". But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

The most we will pay for each location under this Additional Coverage is $10,000 for the sum of all such expenses arising out of Covered Causes of Loss occurring during each separate 12-month period of this policy.

© Insurance Services Office, Inc., 2012

**i. Civil Authority**

When a Covered Cause of Loss causes damage to property other than property at the described premises, we will pay for the actual loss of Business Income you sustain and necessary Extra Expense caused by action of civil authority that prohibits access to the described premises, provided that both of the following apply:

**(1)** Access to the area immediately surrounding the damaged property is prohibited by civil authority as a result of the damage, and the described premises are within that area but are not more than one mile from the damaged property; and

**(2)** The action of civil authority is taken in response to dangerous physical conditions resulting from the damage or continuation of the Covered Cause of Loss that caused the damage, or the action is taken to enable a civil authority to have unimpeded access to the damaged property.

Civil Authority Coverage for Business Income will begin 72 hours after the time of the first action of civil authority that prohibits access to the described premises and will apply for a period of up to four consecutive weeks from the date on which such coverage began.

Civil Authority Coverage for necessary Extra Expense will begin immediately after the time of the first action of civil authority that prohibits access to the described premises and will end:

**(1)** Four consecutive weeks after the date of that action; or

**(2)** When your Civil Authority Coverage for Business Income ends;

whichever is later.

The definitions of Business Income and Extra Expense contained in the Business Income and Extra Expense Additional Coverages also apply to this Civil Authority Additional Coverage. The Civil Authority Additional Coverage is not subject to the Limits of Insurance of Section **I** – Property.

**j. Money Orders And "Counterfeit Money"**

We will pay for loss resulting directly from your having accepted in good faith, in exchange for merchandise, "money" or services:

**(1)** Money orders issued by any post office, express company or bank that are not paid upon presentation; or

**(2)** "Counterfeit money" that is acquired during the regular course of business.

The most we will pay for any loss under this Additional Coverage is $1,000.

**k. Forgery Or Alteration**

**(1)** We will pay for loss resulting directly from forgery or alteration of any check, draft, promissory note, bill of exchange or similar written promise of payment in "money" that you or your agent has issued, or that was issued by someone who impersonates you or your agent.

**(2)** If you are sued for refusing to pay the check, draft, promissory note, bill of exchange or similar written promise of payment in "money", on the basis that it has been forged or altered, and you have our written consent to defend against the suit, we will pay for any reasonable legal expenses that you incur in that defense.

**(3)** For the purpose of this coverage, check includes a substitute check as defined in the Check Clearing for the 21st Century Act and will be treated the same as the original it replaced.

**(4)** The most we will pay for any loss, including legal expenses, under this Additional Coverage is $2,500, unless a higher Limit Of Insurance is shown in the Declarations.

**l. Increased Cost Of Construction**

**(1)** This Additional Coverage applies only to buildings insured on a replacement cost basis.

**(2)** In the event of damage by a Covered Cause of Loss to a building that is Covered Property, we will pay the increased costs incurred to comply with the minimum standards of an ordinance or law in the course of repair, rebuilding or replacement of damaged parts of that property, subject to the limitations stated in Paragraphs **(3)** through **(9)** of this Additional Coverage.

**(3)** The ordinance or law referred to in Paragraph **(2)** of this Additional Coverage is an ordinance or law that regulates the construction or repair of buildings or establishes zoning or land use requirements at the described premises and is in force at the time of loss.

**(4)** Under this Additional Coverage, we will not pay any costs due to an ordinance or law that:

**(a)** You were required to comply with before the loss, even when the building was undamaged; and

**(b)** You failed to comply with.

**(5)** Under this Additional Coverage, we will not pay for:

**(a)** The enforcement of or compliance with any ordinance or law which requires demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungi", wet rot or dry rot; or

**(b)** Any costs associated with the enforcement of or compliance with an ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungi", wet rot or dry rot.

**(6)** The most we will pay under this Additional Coverage, for each described building insured under Section **I** – Property, is $10,000. If a damaged building(s) is covered under a blanket Limit of Insurance which applies to more than one building or item of property, then the most we will pay under this Additional Coverage, for each damaged building, is $10,000.

The amount payable under this Additional Coverage is additional insurance.

**(7)** With respect to this Additional Coverage:

**(a)** We will not pay for the Increased Cost of Construction:

**(i)** Until the property is actually repaired or replaced, at the same or another premises; and

**(ii)** Unless the repair or replacement is made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

**(b)** If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay for the Increased Cost of Construction is the increased cost of construction at the same premises.

**(c)** If the ordinance or law requires relocation to another premises, the most we will pay for the Increased Cost of Construction is the increased cost of construction at the new premises.

**(8)** This Additional Coverage is not subject to the terms of the Ordinance Or Law Exclusion, to the extent that such exclusion would conflict with the provisions of this Additional Coverage.

**(9)** The costs addressed in the Loss Payment Property Loss Condition in Section **I** – Property do not include the increased cost attributable to enforcement of or compliance with an ordinance or law. The amount payable under this Additional Coverage, as stated in Paragraph **(6)** of this Additional Coverage, is not subject to such limitation.

**m. Business Income From Dependent Properties**

**(1)** We will pay for the actual loss of Business Income you sustain due to physical loss or damage at the premises of a dependent property or secondary dependent property caused by or resulting from any Covered Cause of Loss.

© Insurance Services Office, Inc., 2012

However, this Additional Coverage does not apply when the only loss at the premises of a dependent property or secondary dependent property is loss or damage to "electronic data", including destruction or corruption of "electronic data". If the dependent property or secondary dependent property sustains loss or damage to "electronic data" and other property, coverage under this Additional Coverage will not continue once the other property is repaired, rebuilt or replaced.

The most we will pay under this Additional Coverage is $5,000 unless a higher Limit Of Insurance is indicated in the Declarations.

**(2)** We will reduce the amount of your Business Income loss, other than Extra Expense, to the extent you can resume "operations", in whole or in part, by using any other available:

    **(a)** Source of materials; or

    **(b)** Outlet for your products.

**(3)** If you do not resume "operations", or do not resume "operations" as quickly as possible, we will pay based on the length of time it would have taken to resume "operations" as quickly as possible.

**(4)** Dependent property means property owned by others whom you depend on to:

    **(a)** Deliver materials or services to you, or to others for your account. But services does not mean water supply services, wastewater removal services, communication supply services or power supply services;

    **(b)** Accept your products or services;

    **(c)** Manufacture your products for delivery to your customers under contract for sale; or

    **(d)** Attract customers to your business.

The dependent property must be located in the coverage territory of this policy.

**(5)** Secondary dependent property means an entity which is not owned or operated by a dependent property and which:

    **(a)** Delivers materials or services to a dependent property, which in turn are used by the dependent property in providing materials or services to you; or

    **(b)** Accepts materials or services from a dependent property, which in turn accepts your materials or services.

A road, bridge, tunnel, waterway, airfield, pipeline or any other similar area or structure is not a secondary dependent property.

Any property which delivers any of the following services is not a secondary dependent property with respect to such services:

    **(i)** Water supply services;

    **(ii)** Wastewater removal services;

    **(iii)** Communication supply services; or

    **(iv)** Power supply services.

The secondary dependent property must be located in the coverage territory of this policy.

**(6)** The coverage period for Business Income under this Additional Coverage:

    **(a)** Begins 72 hours after the time of direct physical loss or damage caused by or resulting from any Covered Cause of Loss at the premises of the dependent property or secondary dependent property; and

    **(b)** Ends on the date when the property at the premises of the dependent property or secondary dependent property should be repaired, rebuilt or replaced with reasonable speed and similar quality.

**(7)** The Business Income coverage period, as stated in Paragraph **(6),** does not include any increased period required due to the enforcement of or compliance with any ordinance or law that:

    **(a)** Regulates the construction, use or repair, or requires the tearing down of any property; or

    **(b)** Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

The expiration date of this policy will not reduce the Business Income coverage period.

**(8)** The definition of Business Income contained in the Business Income Additional Coverage also applies to this Business Income From Dependent Properties Additional Coverage.

**n. Glass Expenses**

**(1)** We will pay for expenses incurred to put up temporary plates or board up openings if repair or replacement of damaged glass is delayed.

**(2)** We will pay for expenses incurred to remove or replace obstructions when repairing or replacing glass that is part of a building. This does not include removing or replacing window displays.

**o. Fire Extinguisher Systems Recharge Expense**

**(1)** We will pay:

**(a)** The cost of recharging or replacing, whichever is less, your fire extinguishers and fire extinguishing systems (including hydrostatic testing if needed) if they are discharged on or within 100 feet of the described premises; and

**(b)** For loss or damage to Covered Property if such loss or damage is the result of an accidental discharge of chemicals from a fire extinguisher or a fire extinguishing system.

**(2)** No coverage will apply if the fire extinguishing system is discharged during installation or testing.

**(3)** The most we will pay under this Additional Coverage is $5,000 in any one occurrence.

**p. Electronic Data**

**(1)** Subject to the provisions of this Additional Coverage, we will pay for the cost to replace or restore "electronic data" which has been destroyed or corrupted by a Covered Cause of Loss. To the extent that "electronic data" is not replaced or restored, the loss will be valued at the cost of replacement of the media on which the "electronic data" was stored, with blank media of substantially identical type.

**(2)** The Covered Causes of Loss applicable to Business Personal Property include a computer virus, harmful code or similar instruction introduced into or enacted on a computer system (including "electronic data") or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for loss or damage caused by or resulting from manipulation of a computer system (including "electronic data") by any employee, including a temporary or leased employee, or by an entity retained by you, or for you, to inspect, design, install, modify, maintain, repair or replace that system.

**(3)** The most we will pay under this Additional Coverage – Electronic Data for all loss or damage sustained in any one policy year, regardless of the number of occurrences of loss or damage or the number of premises, locations or computer systems involved, is $10,000, unless a higher Limit Of Insurance is shown in the Declarations. If loss payment on the first occurrence does not exhaust this amount, then the balance is available for subsequent loss or damage sustained in, but not after, that policy year. With respect to an occurrence which begins in one policy year and continues or results in additional loss or damage in a subsequent policy year(s), all loss or damage is deemed to be sustained in the policy year in which the occurrence began.

**(4)** This Additional Coverage does not apply to your "stock" of prepackaged software, or to "electronic data" which is integrated in and operates or controls a building's elevator, lighting, heating, ventilation, air conditioning or security system.

**q. Interruption Of Computer Operations**

**(1)** Subject to all provisions of this Additional Coverage, you may extend the insurance that applies to Business Income and Extra Expense to apply to a suspension of "operations" caused by an interruption in computer operations due to destruction or corruption of "electronic data" due to a Covered Cause of Loss.

**(2)** With respect to the coverage provided under this Additional Coverage, the Covered Causes of Loss are subject to the following:

**(a)** Coverage under this Additional Coverage – Interruption Of Computer Operations is limited to the "specified causes of loss" and Collapse.

**(b)** If the Businessowners Coverage Form is endorsed to add a Covered Cause of Loss, the additional Covered Cause of Loss does not apply to the coverage provided under this Additional Coverage.

**(c)** The Covered Causes of Loss include a computer virus, harmful code or similar instruction introduced into or enacted on a computer system (including "electronic data") or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for an interruption related to manipulation of a computer system (including "electronic data") by any employee, including a temporary or leased employee, or by an entity retained by you, or for you, to inspect, design, install, modify, maintain, repair or replace that system.

**(3)** The most we will pay under this Additional Coverage – Interruption Of Computer Operations for all loss sustained and expense incurred in any one policy year, regardless of the number of interruptions or the number of premises, locations or computer systems involved, is $10,000 unless a higher Limit Of Insurance is shown in the Declarations. If loss payment relating to the first interruption does not exhaust this amount, then the balance is available for loss or expense sustained or incurred as a result of subsequent interruptions in that policy year. A balance remaining at the end of a policy year does not increase the amount of insurance in the next policy year. With respect to any interruption which begins in one policy year and continues or results in additional loss or expense in a subsequent policy year(s), all loss and expense is deemed to be sustained or incurred in the policy year in which the interruption began.

**(4)** This Additional Coverage – Interruption Of Computer Operations does not apply to loss sustained or expense incurred after the end of the "period of restoration", even if the amount of insurance stated in **(3)** above has not been exhausted.

**(5)** Coverage for Business Income does not apply when a suspension of "operations" is caused by destruction or corruption of "electronic data", or any loss or damage to "electronic data", except as provided under Paragraphs **(1)** through **(4)** of this Additional Coverage.

**(6)** Coverage for Extra Expense does not apply when action is taken to avoid or minimize a suspension of "operations" caused by destruction or corruption of "electronic data", or any loss or damage to "electronic data", except as provided under Paragraphs **(1)** through **(4)** of this Additional Coverage.

**(7)** This Additional Coverage does not apply when loss or damage to "electronic data" involves only "electronic data" which is integrated in and operates or controls a building's elevator, lighting, heating, ventilation, air conditioning or security system.

**r. Limited Coverage For "Fungi", Wet Rot Or Dry Rot**

**(1)** The coverage described in Paragraphs **r.(2)** and **r.(6)** only applies when the "fungi", wet rot or dry rot is the result of a "specified cause of loss" other than fire or lightning that occurs during the policy period and only if all reasonable means were used to save and preserve the property from further damage at the time and after that occurrence.

This Additional Coverage does not apply to lawns, trees, shrubs or plants which are part of a vegetated roof.

**(2)** We will pay for loss or damage by "fungi", wet rot or dry rot. As used in this Limited Coverage, the term loss or damage means:

**(a)** Direct physical loss or damage to Covered Property caused by "fungi", wet rot or dry rot, including the cost of removal of the "fungi", wet rot or dry rot;

**(b)** The cost to tear out and replace any part of the building or other property as needed to gain access to the "fungi", wet rot or dry rot; and

**(c)** The cost of testing performed after removal, repair, replacement or restoration of the damaged property is completed, provided there is a reason to believe that "fungi", wet rot or dry rot is present.

**(3)** The coverage described under this Limited Coverage is limited to $15,000. Regardless of the number of claims, this limit is the most we will pay for the total of all loss or damage arising out of all occurrences of "specified causes of loss" (other than fire or lightning) which take place in a 12-month period (starting with the beginning of the present annual policy period). With respect to a particular occurrence of loss which results in "fungi", wet rot or dry rot, we will not pay more than the total of $15,000 even if the "fungi", wet rot or dry rot continues to be present or active, or recurs, in a later policy period.

**(4)** The coverage provided under this Limited Coverage does not increase the applicable Limit of Insurance on any Covered Property. If a particular occurrence results in loss or damage by "fungi", wet rot or dry rot, and other loss or damage, we will not pay more, for the total of all loss or damage, than the applicable Limit of Insurance on the affected Covered Property.

If there is covered loss or damage to Covered Property, not caused by "fungi", wet rot or dry rot, loss payment will not be limited by the terms of this Limited Coverage, except to the extent that "fungi", wet rot or dry rot causes an increase in the loss. Any such increase in the loss will be subject to the terms of this Limited Coverage.

**(5)** The terms of this Limited Coverage do not increase or reduce the coverage provided under the Water Damage, Other Liquids, Powder Or Molten Material Damage or Collapse Additional Coverages.

© Insurance Services Office, Inc., 2012

**(6)** The following applies only if Business Income and/or Extra Expense Coverage applies to the described premises and only if the suspension of "operations" satisfies all the terms and conditions of the applicable Business Income and/or Extra Expense Additional Coverage:

**(a)** If the loss which resulted in "fungi", wet rot or dry rot does not in itself necessitate a suspension of "operations", but such suspension is necessary due to loss or damage to property caused by "fungi", wet rot or dry rot, then our payment under the Business Income and/or Extra Expense Additional Coverages is limited to the amount of loss and/or expense sustained in a period of not more than 30 days. The days need not be consecutive.

**(b)** If a covered suspension of "operations" was caused by loss or damage other than "fungi", wet rot or dry rot, but remediation of "fungi", wet rot or dry rot prolongs the "period of restoration", we will pay for loss and/or expense sustained during the delay (regardless of when such a delay occurs during the "period of restoration"), but such coverage is limited to 30 days. The days need not be consecutive.

**6. Coverage Extensions**

In addition to the Limits of Insurance of Section **I** – Property, you may extend the insurance provided by this policy as provided below.

Except as otherwise provided, the following extensions apply to property located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises:

**a. Newly Acquired Or Constructed Property**

**(1) Buildings**

If this policy covers Buildings, you may extend that insurance to apply to:

**(a)** Your new buildings while being built on the described premises; and

**(b)** Buildings you acquire at premises other than the one described, intended for:

**(i)** Similar use as the building described in the Declarations; or

**(ii)** Use as a warehouse.

The most we will pay for loss or damage under this Extension is $250,000 at each building.

**(2) Business Personal Property**

If this policy covers Business Personal Property, you may extend that insurance to apply to:

**(a)** Business Personal Property, including such property that you newly acquire, at any location you acquire; or

**(b)** Business Personal Property, including such property that you newly acquire, located at your newly constructed or acquired buildings at the location described in the Declarations.

This Extension does not apply to personal property that you temporarily acquire in the course of installing or performing work on such property or your wholesale activities.

The most we will pay for loss or damage under this Extension is $100,000 at each building.

**(3) Period Of Coverage**

With respect to insurance provided under this Coverage Extension for Newly Acquired Or Constructed Property, coverage will end when any of the following first occurs:

**(a)** This policy expires;

**(b)** 30 days expire after you acquire the property or begin construction of that part of the building that would qualify as Covered Property; or

**(c)** You report values to us.

We will charge you additional premium for values reported from the date you acquire the property or begin construction of that part of the building that would qualify as Covered Property.

**b. Personal Property Off-premises**

You may extend the insurance provided by this policy to apply to your Covered Property, other than "money" and "securities", "valuable papers and records" or accounts receivable, while it is in the course of transit or at a premises you do not own, lease or operate. The most we will pay for loss or damage under this Extension is $10,000.

**c. Outdoor Property**

You may extend the insurance provided by this policy to apply to your outdoor fences, radio and television antennas (including satellite dishes), signs (other than signs attached to buildings), trees, shrubs and plants (other than trees, shrubs or plants which are part of a vegetated roof), including debris removal expense. Loss or damage must be caused by or result from any of the following causes of loss:

**(1)** Fire;

**(2)** Lightning;

**(3)** Explosion;

**(4)** Riot or Civil Commotion; or

**(5)** Aircraft.

The most we will pay for loss or damage under this Extension is $2,500, unless a higher Limit Of Insurance for Outdoor Property is shown in the Declarations, but not more than $1,000 for any one tree, shrub or plant.

Subject to all aforementioned terms and limitations of coverage, this Coverage Extension includes the expense of removing from the described premises the debris of trees, shrubs and plants which are the property of others, except in the situation in which you are a tenant and such property is owned by the landlord of the described premises.

**d. Personal Effects**

You may extend the insurance that applies to Business Personal Property to apply to personal effects owned by you, your officers, your partners or "members", your "managers" or your employees, including temporary or leased employees. This extension does not apply to:

**(1)** Tools or equipment used in your business; or

**(2)** Loss or damage by theft.

The most we will pay for loss or damage under this Extension is $2,500 at each described premises.

**e. Valuable Papers And Records**

**(1)** You may extend the insurance that applies to Business Personal Property to apply to direct physical loss or damage to "valuable papers and records" that you own, or that are in your care, custody or control, caused by or resulting from a Covered Cause of Loss. This Coverage Extension includes the cost to research, replace or restore the lost information on "valuable papers and records" for which duplicates do not exist.

**(2)** This Coverage Extension does not apply to:

**(a)** Property held as samples or for delivery after sale; and

**(b)** Property in storage away from the premises shown in the Declarations.

**(3)** The most we will pay under this Coverage Extension for loss or damage to "valuable papers and records" in any one occurrence at the described premises is $10,000, unless a higher Limit Of Insurance for "valuable papers and records" is shown in the Declarations.

For "valuable papers and records" not at the described premises, the most we will pay is $5,000.

**(4)** Loss or damage to "valuable papers and records" will be valued at the cost of restoration or replacement of the lost or damaged information. To the extent that the contents of the "valuable papers and records" are not restored, the "valuable papers and records" will be valued at the cost of replacement with blank materials of substantially identical type.

**(5)** Paragraph **B.** Exclusions in Section **I** – Property does not apply to this Coverage Extension except for:

**(a)** Paragraph **B.1.c.,** Governmental Action;

**(b)** Paragraph **B.1.d.,** Nuclear Hazard;

**(c)** Paragraph **B.1.f.,** War And Military Action;

**(d)** Paragraph **B.2.f.,** Dishonesty;

**(e)** Paragraph **B.2.g.,** False Pretense;

**(f)** Paragraph **B.2.m.(2),** Errors Or Omissions; and

**(g)** Paragraph **B.3.**

**f. Accounts Receivable**

**(1)** You may extend the insurance that applies to Business Personal Property to apply to accounts receivable. We will pay:

   **(a)** All amounts due from your customers that you are unable to collect;

   **(b)** Interest charges on any loan required to offset amounts you are unable to collect pending our payment of these amounts;

   **(c)** Collection expenses in excess of your normal collection expenses that are made necessary by loss or damage; and

   **(d)** Other reasonable expenses that you incur to reestablish your records of accounts receivable;

that result from direct physical loss or damage by any Covered Cause of Loss to your records of accounts receivable.

**(2)** The most we will pay under this Coverage Extension for loss or damage in any one occurrence at the described premises is $10,000, unless a higher Limit of Insurance for accounts receivable is shown in the Declarations.

For accounts receivable not at the described premises, the most we will pay is $5,000.

**(3)** Paragraph **B.** Exclusions in Section **I** – Property does not apply to this Coverage Extension except for:

   **(a)** Paragraph **B.1.c.,** Governmental Action;

   **(b)** Paragraph **B.1.d.,** Nuclear Hazard;

   **(c)** Paragraph **B.1.f.,** War And Military Action;

   **(d)** Paragraph **B.2.f.,** Dishonesty;

   **(e)** Paragraph **B.2.g.,** False Pretense;

   **(f)** Paragraph **B.3.;** and

   **(g)** Paragraph **B.6.,** Accounts Receivable Exclusion.

**g. Business Personal Property Temporarily In Portable Storage Units**

**(1)** You may extend the insurance that applies to Business Personal Property to apply to such property while temporarily stored in a portable storage unit (including a detached trailer) located within 100 feet of the buildings or structures described in the Declarations or within 100 feet of the described premises, whichever distance is greater.

**(2)** The limitation under Paragraph **A.4.a.(5)** also applies to property in a portable storage unit.

**(3)** Coverage under this Extension:

   **(a)** Will end 90 days after the Business Personal Property has been placed in the storage unit;

   **(b)** Does not apply if the storage unit itself has been in use at the described premises for more than 90 consecutive days, even if the Business Personal Property has been stored there for 90 or fewer days as of the time of loss or damage.

**(4)** Under this Extension, the most we will pay for the total of all loss or damage to Business Personal Property is $10,000 (unless a higher limit is indicated in the Declarations for such Extension) regardless of the number of storage units.

**(5)** This Extension does not apply to loss or damage otherwise covered under this Coverage Form or any endorsement to this Coverage Form, and does not apply to loss or damage to the storage unit itself.

**B. Exclusions**

**1.** We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss. These exclusions apply whether or not the loss event results in widespread damage or affects a substantial area.

**a. Ordinance Or Law**

**(1)** The enforcement of or compliance with any ordinance or law:

   **(a)** Regulating the construction, use or repair of any property; or

**(b)** Requiring the tearing down of any property, including the cost of removing its debris.

**(2)** This exclusion, Ordinance Or Law, applies whether the loss results from:

**(a)** An ordinance or law that is enforced even if the property has not been damaged; or

**(b)** The increased costs incurred to comply with an ordinance or law in the course of construction, repair, renovation, remodeling or demolition of property or removal of its debris, following a physical loss to that property.

**b. Earth Movement**

**(1)** Earthquake, including tremors and aftershocks and any earth sinking, rising or shifting related to such event;

**(2)** Landslide, including any earth sinking, rising or shifting related to such event;

**(3)** Mine subsidence, meaning subsidence of a man-made mine, whether or not mining activity has ceased;

**(4)** Earth sinking (other than sinkhole collapse), rising or shifting including soil conditions which cause settling, cracking or other disarrangement of foundations or other parts of realty. Soil conditions include contraction, expansion, freezing, thawing, erosion, improperly compacted soil and the action of water under the ground surface.

But if Earth Movement, as described in Paragraphs **(1)** through **(4)** above, results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

**(5)** Volcanic eruption, explosion or effusion. But if volcanic eruption, explosion or effusion results in fire, building glass breakage or volcanic action, we will pay for the loss or damage caused by that fire, building glass breakage or volcanic action.

Volcanic action means direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

**(a)** Airborne volcanic blast or airborne shock waves;

**(b)** Ash, dust or particulate matter; or

**(c)** Lava flow.

With respect to coverage for volcanic action as set forth in **5(a), (5)(b)** and **5(c),** all volcanic eruptions that occur within any 168-hour period will constitute a single occurrence.

Volcanic action does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss of or damage to Covered Property.

This exclusion applies regardless of whether any of the above, in Paragraphs **(1)** through **(5),** is caused by an act of nature or is otherwise caused.

**c. Governmental Action**

Seizure or destruction of property by order of governmental authority.

But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this policy.

**d. Nuclear Hazard**

Nuclear reaction or radiation, or radioactive contamination, however caused.

But if nuclear reaction or radiation, or radioactive contamination, results in fire, we will pay for the loss or damage caused by that fire.

**e. Utility Services**

The failure of power, communication, water or other utility service supplied to the described premises, however caused, if the failure:

**(1)** Originates away from the described premises; or

**(2)** Originates at the described premises, but only if such failure involves equipment used to supply the utility service to the described premises from a source away from the described premises.

Failure of any utility service includes lack of sufficient capacity and reduction in supply.

Loss or damage caused by a surge of power is also excluded, if the surge would not have occurred but for an event causing a failure of power.

But if the failure or surge of power, or the failure of communication, water or other utility service, results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

Communication services include but are not limited to service relating to Internet access or access to any electronic, cellular or satellite network.

This exclusion does not apply to loss or damage to "computer(s)" and "electronic data".

**f. War And Military Action**

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**g. Water**

**(1)** Flood, surface water, waves (including tidal wave and tsunami), tides, tidal water, overflow of any body of water, or spray from any of these, all whether or not driven by wind (including storm surge);

**(2)** Mudslide or mudflow;

**(3)** Water that backs up or overflows or is otherwise discharged from a sewer, drain, sump, sump pump or related equipment;

**(4)** Water under the ground surface pressing on, or flowing or seeping through:

**(a)** Foundations, walls, floors or paved surfaces;

**(b)** Basements, whether paved or not; or

**(c)** Doors, windows or other openings; or

**(5)** Waterborne material carried or otherwise moved by any of the water referred to in Paragraph **(1)**, **(3)** or **(4)**, or material carried or otherwise moved by mudslide or mudflow.

This exclusion applies regardless of whether any of the above, in Paragraphs **(1)** through **(5)**, is caused by an act of nature or is otherwise caused. An example of a situation to which this exclusion applies is the situation where a dam, levee, seawall or other boundary or containment system fails in whole or in part, for any reason, to contain the water.

But if any of the above, in Paragraphs **(1)** through **(5)**, results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage.

**h. Certain Computer-related Losses**

**(1)** The failure, malfunction or inadequacy of:

**(a)** Any of the following, whether belonging to any insured or to others:

**(i)** "Computer" hardware, including microprocessors or other electronic data processing equipment as may be described elsewhere in this policy;

**(ii)** "Computer" application software or other "electronic data" as may be described elsewhere in this policy;

**(iii)** "Computer" operating systems and related software;

**(iv)** "Computer" networks;

**(v)** Microprocessors ("computer" chips) not part of any "computer" system; or

**(vi)** Any other computerized or electronic equipment or components; or

**(b)** Any other products, and any services, data or functions that directly or indirectly use or rely upon, in any manner, any of the items listed in Paragraph **(a)** above;

due to the inability to correctly recognize, distinguish, interpret or accept one or more dates or times. An example is the inability of computer software to recognize the year 2000.

© Insurance Services Office, Inc., 2012

**(2)** Any advice, consultation, design, evaluation, inspection, installation, maintenance, repair, replacement or supervision provided or done by you or for you to determine, rectify or test for, any potential or actual problems described in Paragraph **(1)** above.

However, if excluded loss or damage, as described in Paragraph **(1)** above, results in a "specified cause of loss" under Section **I** – Property, we will pay only for the loss or damage caused by such "specified cause of loss".

We will not pay for repair, replacement or modification of any items in Paragraph **(1)(a)** or **(1)(b)** to correct any deficiencies or change any features.

**i. "Fungi", Wet Rot Or Dry Rot**

Presence, growth, proliferation, spread or any activity of "fungi", wet rot or dry rot.

But if "fungi", wet rot or dry rot results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

This exclusion does not apply:

**(1)** When "fungi", wet rot or dry rot results from fire or lightning; or

**(2)** To the extent that coverage is provided in the Limited Coverage For "Fungi", Wet Rot Or Dry Rot Additional Coverage, with respect to loss or damage by a cause of loss other than fire or lightning.

**j. Virus Or Bacteria**

**(1)** Any virus, bacterium or other microorganism that induces or is capable of inducing physical distress, illness or disease.

**(2)** However, the exclusion in Paragraph **(1)** does not apply to loss or damage caused by or resulting from "fungi", wet rot or dry rot. Such loss or damage is addressed in Exclusion **i.**

**(3)** With respect to any loss or damage subject to the exclusion in Paragraph **(1),** such exclusion supersedes any exclusion relating to "pollutants".

**2.** We will not pay for loss or damage caused by or resulting from any of the following:

**a. Electrical Apparatus**

Artificially generated electrical, magnetic or electromagnetic energy that damages, disturbs, disrupts or otherwise interferes with any:

**(1)** Electrical or electronic wire, device, appliance, system or network; or

**(2)** Device, appliance, system or network utilizing cellular or satellite technology.

For the purpose of this exclusion, electrical, magnetic or electromagnetic energy includes but is not limited to:

**(1)** Electrical current, including arcing;

**(2)** Electrical charge produced or conducted by a magnetic or electromagnetic field;

**(3)** Pulse of electromagnetic energy; or

**(4)** Electromagnetic waves or microwaves.

But if fire results, we will pay for the loss or damage caused by fire.

We will pay for loss or damage to "computer(s)" due to artificially generated electrical, magnetic or electromagnetic energy if such loss or damage is caused by or results from:

**(1)** An occurrence that took place within 100 feet of the described premises; or

**(2)** Interruption of electric power supply, power surge, blackout or brownout if the cause of such occurrence took place within 100 feet of the described premises.

**b. Consequential Losses**

Delay, loss of use or loss of market.

**c. Smoke, Vapor, Gas**

Smoke, vapor or gas from agricultural smudging or industrial operations.

© Insurance Services Office, Inc., 2012  BP 00 03 07 13

**d. Steam Apparatus**

Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control. But if explosion of steam boilers, steam pipes, steam engines or steam turbines results in fire or combustion explosion, we will pay for the loss or damage caused by that fire or combustion explosion. We will also pay for loss or damage caused by or resulting from the explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

**e. Frozen Plumbing**

Water, other liquids, powder or molten material that leaks or flows from plumbing, heating, air conditioning or other equipment (except fire protective systems) caused by or resulting from freezing, unless:

**(1)** You do your best to maintain heat in the building or structure; or

**(2)** You drain the equipment and shut off the supply if the heat is not maintained.

**f. Dishonesty**

Dishonest or criminal acts (including theft) by you, anyone else with an interest in the property, or any of your or their partners, "members", officers, "managers", employees (including temporary or leased employees), directors, trustees or authorized representatives, whether acting alone or in collusion with each other or with any other party; or theft by any person to whom you entrust the property for any purpose, whether acting alone or in collusion with any other party.

This exclusion:

**(1)** Applies whether or not an act occurs during your normal hours of operation;

**(2)** Does not apply to acts of destruction by your employees (including temporary or leased employees) or authorized representatives; but theft by your employees (including temporary or leased employees) or authorized representatives is not covered.

With respect to accounts receivable and "valuable papers and records", this exclusion does not apply to carriers for hire.

This exclusion does not apply to coverage that is provided under the Employee Dishonesty Optional Coverage.

**g. False Pretense**

Voluntary parting with any property by you or anyone else to whom you have entrusted the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

**h. Exposed Property**

Rain, snow, ice or sleet to personal property in the open.

**i. Collapse**

**(1)** Collapse, including any of the following conditions of property or any part of the property:

**(a)** An abrupt falling down or caving in;

**(b)** Loss of structural integrity, including separation of parts of the property or property in danger of falling down or caving in; or

**(c)** Any cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion as such condition relates to Paragraph **i.(1)(a)** or **i.(1)(b).**

But if collapse results in a Covered Cause of Loss at the described premises, we will pay for the loss or damage caused by that Covered Cause of Loss.

**(2)** This Exclusion **i.** does not apply:

**(a)** To the extent that coverage is provided under the Additional Coverage – Collapse; or

**(b)** To collapse caused by one or more of the following:

**(i)** The "specified causes of loss";

**(ii)** Breakage of building glass;

**(iii)** Weight of rain that collects on a roof; or

**(iv)** Weight of people or personal property.

**j. Pollution**

We will not pay for loss or damage caused by or resulting from the discharge, dispersal, seepage, migration, release or escape of "pollutants" unless the discharge, dispersal, seepage, migration, release or escape is itself caused by any of the "specified causes of loss". But if the discharge, dispersal, seepage, migration, release or escape of "pollutants" results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

**k. Neglect**

Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss.

**l. Other Types Of Loss**

**(1)** Wear and tear;

**(2)** Rust or other corrosion, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

**(3)** Smog;

**(4)** Settling, cracking, shrinking or expansion;

**(5)** Nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents or other animals;

**(6)** Mechanical breakdown, including rupture or bursting caused by centrifugal force.

This exclusion does not apply with respect to the breakdown of "computer(s)";

**(7)** The following causes of loss to personal property:

**(a)** Dampness or dryness of atmosphere;

**(b)** Changes in or extremes of temperature; or

**(c)** Marring or scratching.

But if an excluded cause of loss that is listed in Paragraphs **(1)** through **(7)** above results in a "specified cause of loss" or building glass breakage, we will pay for the loss or damage caused by that "specified cause of loss" or building glass breakage.

**m. Errors Or Omissions**

Errors or omissions in:

**(1)** Programming, processing or storing data, as described under "electronic data" or in any "computer" operations; or

**(2)** Processing or copying "valuable papers and records".

However, we will pay for direct physical loss or damage caused by resulting fire or explosion if these causes of loss would be covered by this Coverage Form.

**n. Installation, Testing, Repair**

Errors or deficiency in design, installation, testing, maintenance, modification or repair of your "computer" system including "electronic data".

However, we will pay for direct physical loss or damage caused by resulting fire or explosion if these causes of loss would be covered by this Coverage Form.

**o. Electrical Disturbance**

Electrical or magnetic injury, disturbance or erasure of "electronic data", except as provided for under the Additional Coverages of Section **I** – Property.

However, we will pay for direct loss or damage caused by lightning.

**p. Continuous Or Repeated Seepage Or Leakage Of Water**

Continuous or repeated seepage or leakage of water, or the presence or condensation of humidity, moisture or vapor, that occurs over a period of 14 days or more.

**3.** We will not pay for loss or damage caused by or resulting from any of the following Paragraphs **a.** through **c.** But if an excluded cause of loss that is listed in Paragraphs **a.** through **c.** results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

**a. Weather Conditions**

Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in Paragraph **B.1.** above to produce the loss or damage.

**b. Acts Or Decisions**

Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

**c. Negligent Work**

Faulty, inadequate or defective:

**(1)** Planning, zoning, development, surveying, siting;

**(2)** Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

**(3)** Materials used in repair, construction, renovation or remodeling; or

**(4)** Maintenance;

of part or all of any property on or off the described premises.

© Insurance Services Office, Inc., 2012

**4. Additional Exclusion**

The following applies only to the property specified in this Additional Exclusion:

**Loss Or Damage To Products**

We will not pay for loss or damage to any merchandise, goods or other product caused by or resulting from error or omission by any person or entity (including those having possession under an arrangement where work or a portion of the work is outsourced) in any stage of the development, production or use of the product, including planning, testing, processing, packaging, installation, maintenance or repair. This exclusion applies to any effect that compromises the form, substance or quality of the product. But if such error or omission results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

**5. Business Income And Extra Expense Exclusions**

**a.** We will not pay for:

**(1)** Any Extra Expense, or increase of Business Income loss, caused by or resulting from:

**(a)** Delay in rebuilding, repairing or replacing the property or resuming "operations", due to interference at the location of the rebuilding, repair or replacement by strikers or other persons; or

**(b)** Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the suspension of "operations", we will cover such loss that affects your Business Income during the "period of restoration" and any extension of the "period of restoration" in accordance with the terms of the Extended Business Income Additional Coverage.

**(2)** Any other consequential loss.

**b.** With respect to this exclusion, suspension means:

**(1)** The partial slowdown or complete cessation of your business activities; and

**(2)** That a part or all of the described premises is rendered untenantable, if coverage for Business Income applies.

**6. Accounts Receivable Exclusion**

The following additional exclusion applies to the Accounts Receivable Coverage Extension:

We will not pay for:

**a.** Loss or damage caused by or resulting from alteration, falsification, concealment or destruction of records of accounts receivable done to conceal the wrongful giving, taking or withholding of "money", "securities" or other property.

This exclusion applies only to the extent of the wrongful giving, taking or withholding.

**b.** Loss or damage caused by or resulting from bookkeeping, accounting or billing errors or omissions.

**c.** Any loss or damage that requires any audit of records or any inventory computation to prove its factual existence.

**C. Limits Of Insurance**

**1.** The most we will pay for loss or damage in any one occurrence is the applicable Limits Of Insurance of Section I – Property shown in the Declarations.

**2.** The most we will pay for loss of or damage to outdoor signs attached to buildings is $1,000 per sign in any one occurrence.

**3.** The amounts of insurance applicable to the Coverage Extensions and the following Additional Coverages apply in accordance with the terms of such coverages and are in addition to the Limits of Insurance of Section I – Property:

**a.** Fire Department Service Charge;

**b.** Pollutant Clean-up And Removal;

**c.** Increased Cost Of Construction;

**d.** Business Income From Dependent Properties;

**e.** Electronic Data; and

**f.** Interruption Of Computer Operations.

**4. Building Limit – Automatic Increase**

**a.** In accordance with Paragraph **C.4.b.,** the Limit of Insurance for Buildings will automatically increase by 8%, unless a different percentage of annual increase is shown in the Declarations.

**b.** The amount of increase is calculated as follows:

**(1)** Multiply the Building limit that applied on the most recent of the policy inception date, the policy anniversary date or any other policy change amending the Building limit by:

**(a)** The percentage of annual increase shown in the Declarations, expressed as a decimal (example: 7% is .07); or

**(b)** .08, if no percentage of annual increase is shown in the Declarations; and

**(2)** Multiply the number calculated in accordance with **b.(1)** by the number of days since the beginning of the current policy year, or the effective date of the most recent policy change amending the Building limit, divided by 365.

**Example**

If:

The applicable Building limit is $100,000. The annual percentage increase is 8%. The number of days since the beginning of the policy year (or last policy change) is 146.

The amount of increase is

$100,000 x .08 x 146 ÷ 365 = $3,200.

**5. Business Personal Property Limit – Seasonal Increase**

**a.** Subject to Paragraph **5.b.,** the Limit of Insurance for Business Personal Property is automatically increased by:

**(1)** The Business Personal Property – Seasonal Increase percentage shown in the Declarations; or

**(2)** 25% if no Business Personal Property – Seasonal Increase percentage is shown in the Declarations;

to provide for seasonal variances.

**b.** The increase described in Paragraph **5.a.** will apply only if the Limit Of Insurance shown for Business Personal Property in the Declarations is at least 100% of your average monthly values during the lesser of:

**(1)** The 12 months immediately preceding the date the loss or damage occurs; or

**(2)** The period of time you have been in business as of the date the loss or damage occurs.

**D. Deductibles**

**1.** We will not pay for loss or damage in any one occurrence until the amount of loss or damage exceeds the Deductible shown in the Declarations. We will then pay the amount of loss or damage in excess of the Deductible up to the applicable Limit of Insurance of Section **I** – Property.

**2.** Regardless of the amount of the Deductible, the most we will deduct from any loss or damage under all of the following Optional Coverages in any one occurrence is the Optional Coverage Deductible shown in the Declarations:

**a.** Money and Securities;

**b.** Employee Dishonesty;

**c.** Outdoor Signs; and

**d.** Forgery or Alteration.

But this Optional Coverage Deductible will not increase the Deductible shown in the Declarations. This Deductible will be used to satisfy the requirements of the Deductible in the Declarations.

**3.** No deductible applies to the following Additional Coverages:

**a.** Fire Department Service Charge;

**b.** Business Income;

**c.** Extra Expense;

**d.** Civil Authority; and

**e.** Fire Extinguisher Systems Recharge Expense.

**E. Property Loss Conditions**

**1. Abandonment**

There can be no abandonment of any property to us.

**2. Appraisal**

If we and you disagree on the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

 © Insurance Services Office, Inc., 2012

If there is an appraisal, we will still retain our right to deny the claim.

**3. Duties In The Event Of Loss Or Damage**

  **a.** You must see that the following are done in the event of loss or damage to Covered Property:

    **(1)** Notify the police if a law may have been broken.

    **(2)** Give us prompt notice of the loss or damage. Include a description of the property involved.

    **(3)** As soon as possible, give us a description of how, when and where the loss or damage occurred.

    **(4)** Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limits of Insurance of Section **I** – Property. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

    **(5)** At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.

    **(6)** As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

    Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

    **(7)** Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

    **(8)** Cooperate with us in the investigation or settlement of the claim.

    **(9)** Resume all or part of your "operations" as quickly as possible.

  **b.** We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

**4. Legal Action Against Us**

No one may bring a legal action against us under this insurance unless:

  **a.** There has been full compliance with all of the terms of this insurance; and

  **b.** The action is brought within two years after the date on which the direct physical loss or damage occurred.

**5. Loss Payment**

In the event of loss or damage covered by this policy:

  **a.** At our option, we will either:

    **(1)** Pay the value of lost or damaged property;

    **(2)** Pay the cost of repairing or replacing the lost or damaged property;

    **(3)** Take all or any part of the property at an agreed or appraised value; or

    **(4)** Repair, rebuild or replace the property with other property of like kind and quality, subject to Paragraph **d.(1)(e)** below.

  **b.** We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

  **c.** We will not pay you more than your financial interest in the Covered Property.

  **d.** Except as provided in Paragraphs **(2)** through **(7)** below, we will determine the value of Covered Property as follows:

    **(1)** At replacement cost without deduction for depreciation, subject to the following:

      **(a)** If, at the time of loss, the Limit of Insurance on the lost or damaged property is 80% or more of the full replacement cost of the property immediately before the loss, we will pay the cost to repair or replace, after application of the deductible and without deduction for depreciation, but not more than the least of the following amounts:

        **(i)** The Limit of Insurance under Section **I** – Property that applies to the lost or damaged property;

**(ii)** The cost to replace, on the same premises, the lost or damaged property with other property:

    **i.** Of comparable material and quality; and

    **ii.** Used for the same purpose; or

**(iii)** The amount that you actually spend that is necessary to repair or replace the lost or damaged property.

If a building is rebuilt at a new premises, the cost is limited to the cost which would have been incurred had the building been built at the original premises.

**(b)** If, at the time of loss, the Limit of Insurance applicable to the lost or damaged property is less than 80% of the full replacement cost of the property immediately before the loss, we will pay the greater of the following amounts, but not more than the Limit of Insurance that applies to the property:

**(i)** The actual cash value of the lost or damaged property; or

**(ii)** A proportion of the cost to repair or replace the lost or damaged property, after application of the deductible and without deduction for depreciation. This proportion will equal the ratio of the applicable Limit of Insurance to 80% of the full replacement cost of the property.

**Example**

The full replacement cost of property which suffers a total loss is $100,000. The property is insured for $70,000. 80% of the full replacement cost of the property immediately before the loss is $80,000 ($100,000 x .80 = $80,000). A partial loss of $25,000 is sustained. The amount of recovery is determined as follows:

Amount of recovery

$70,000 ÷ $80,000 = .875

.875 x $25,000 = $21,875

**(c)** You may make a claim for loss or damage covered by this insurance on an actual cash value basis instead of on a replacement cost basis. In the event you elect to have loss or damage settled on an actual cash value basis, you may still make a claim on a replacement cost basis if you notify us of your intent to do so within 180 days after the loss or damage.

**(d)** We will not pay on a replacement cost basis for any loss or damage:

**(i)** Until the lost or damaged property is actually repaired or replaced; and

**(ii)** Unless the repair or replacement is made as soon as reasonably possible after the loss or damage.

However, if the cost to repair or replace the damaged building property is $2,500 or less, we will settle the loss according to the provisions of Paragraphs **d.(1)(a)** and **d.(1)(b)** above whether or not the actual repair or replacement is complete.

**(e)** The cost to repair, rebuild or replace does not include the increased cost attributable to enforcement of or compliance with any ordinance or law regulating the construction, use or repair of any property.

**(2)** If the Actual Cash Value – Buildings option applies, as shown in the Declarations, Paragraph **(1)** above does not apply to Buildings. Instead, we will determine the value of Buildings at actual cash value.

**(3)** The following property at actual cash value:

**(a)** Used or secondhand merchandise held in storage or for sale;

**(b)** Property of others. However, if an item(s) of personal property of others is subject to a written contract which governs your liability for loss or damage to that item(s), then valuation of that item(s) will be based on the amount for which you are liable under such contract, but not to exceed the lesser of the replacement cost of the property or the applicable Limit of Insurance;

© Insurance Services Office, Inc., 2012

**(c)** Household contents, except personal property in apartments or rooms furnished by you as landlord;

**(d)** Manuscripts; and

**(e)** Works of art, antiques or rare articles, including etchings, pictures, statuary, marble, bronzes, porcelain and bric-a-brac.

**(4)** Glass at the cost of replacement with safety glazing material if required by law.

**(5)** Tenants' improvements and betterments at:

**(a)** Replacement cost if you make repairs promptly.

**(b)** A proportion of your original cost if you do not make repairs promptly. We will determine the proportionate value as follows:

**(i)** Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

**(ii)** Divide the amount determined in **(i)** above by the number of days from the installation of improvements to the expiration of the lease.

If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

**(c)** Nothing if others pay for repairs or replacement.

**(6)** Applicable only to the Optional Coverages:

**(a)** "Money" at its face value; and

**(b)** "Securities" at their value at the close of business on the day the loss is discovered.

**(7)** Applicable only to accounts receivable:

**(a)** If you cannot accurately establish the amount of accounts receivable outstanding as of the time of loss or damage:

**(i)** We will determine the total of the average monthly amounts of accounts receivable for the 12 months immediately preceding the month in which the loss or damage occurs; and

**(ii)** We will adjust that total for any normal fluctuations in the amount of accounts receivable for the month in which the loss or damage occurred or for any demonstrated variance from the average for that month.

**(b)** The following will be deducted from the total amount of accounts receivable, however that amount is established:

**(i)** The amount of the accounts for which there is no loss or damage;

**(ii)** The amount of the accounts that you are able to reestablish or collect;

**(iii)** An amount to allow for probable bad debts that you are normally unable to collect; and

**(iv)** All unearned interest and service charges.

**e.** Our payment for loss of or damage to personal property of others will only be for the account of the owners of the property. We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

**f.** We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

**g.** We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss, provided you have complied with all of the terms of this policy, and:

**(1)** We have reached agreement with you on the amount of loss; or

**(2)** An appraisal award has been made.

**h.** A party wall is a wall that separates and is common to adjoining buildings that are owned by different parties. In settling covered losses involving a party wall, we will pay a proportion of the loss to the party wall based on your interest in the wall in proportion to the interest of the owner of the adjoining building. However, if you elect to repair or replace your building and the owner of the adjoining building elects not to repair or replace that building, we will pay you the full value of the loss to the party wall, subject to all applicable policy provisions including Limits of Insurance and all other provisions of this Loss Payment Condition. Our payment under the provisions of this paragraph does not alter any right of subrogation we may have against any entity, including the owner or insurer of the adjoining building, and does not alter the terms of the Transfer Of Rights Of Recovery Against Others To Us Condition in this policy.

**6. Recovered Property**

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, you may retain the property. But then you must return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limits of Insurance of Section **I** – Property.

**7. Resumption Of Operations**

We will reduce the amount of your:

**a.** Business Income loss, other than Extra Expense, to the extent you can resume your "operations", in whole or in part, by using damaged or undamaged property (including merchandise or stock) at the described premises or elsewhere.

**b.** Extra Expense loss to the extent you can return "operations" to normal and discontinue such Extra Expense.

**8. Vacancy**

**a. Description Of Terms**

**(1)** As used in this Vacancy Condition, the term building and the term vacant have the meanings set forth in Paragraphs **(a)** and **(b)** below:

**(a)** When this policy is issued to a tenant, and with respect to that tenant's interest in Covered Property, building means the unit or suite rented or leased to the tenant. Such building is vacant when it does not contain enough business personal property to conduct customary operations.

**(b)** When this policy is issued to the owner or general lessee of a building, building means the entire building. Such building is vacant unless at least 31% of its total square footage is:

**(i)** Rented to a lessee or sublessee and used by the lessee or sublessee to conduct its customary operations; and/or

**(ii)** Used by the building owner to conduct customary operations.

**(2)** Buildings under construction or renovation are not considered vacant.

**b. Vacancy Provisions**

If the building where loss or damage occurs has been vacant for more than 60 consecutive days before that loss or damage occurs:

**(1)** We will not pay for any loss or damage caused by any of the following even if they are Covered Causes of Loss:

**(a)** Vandalism;

**(b)** Sprinkler leakage, unless you have protected the system against freezing;

    (c) Building glass breakage;

    (d) Water damage;

    (e) Theft; or

    (f) Attempted theft.

**(2)** With respect to Covered Causes of Loss other than those listed in Paragraphs **(1)(a)** through **(1)(f)** above, we will reduce the amount we would otherwise pay for the loss or damage by 15%.

**F. Property General Conditions**

**1. Control Of Property**

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Form at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

**2. Mortgageholders**

**a.** The term "mortgageholder" includes trustee.

**b.** We will pay for covered loss of or damage to buildings or structures to each mortgageholder shown in the Declarations in their order of precedence, as interests may appear.

**c.** The mortgageholder has the right to receive loss payment even if the mortgageholder has started foreclosure or similar action on the building or structure.

**d.** If we deny your claim because of your acts or because you have failed to comply with the terms of this policy, the mortgageholder will still have the right to receive loss payment if the mortgageholder:

    **(1)** Pays any premium due under this policy at our request if you have failed to do so;

    **(2)** Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

    **(3)** Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgageholder.

All of the terms of this policy will then apply directly to the mortgageholder.

**e.** If we pay the mortgageholder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this policy:

    **(1)** The mortgageholder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

    **(2)** The mortgageholder's right to recover the full amount of the mortgageholder's claim will not be impaired.

At our option, we may pay to the mortgageholder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

**f.** If we cancel this policy, we will give written notice to the mortgageholder at least:

    **(1)** 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

    **(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

**g.** If we elect not to renew this policy, we will give written notice to the mortgageholder at least 10 days before the expiration date of this policy.

**3. No Benefit To Bailee**

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

**4. Policy Period, Coverage Territory**

Under Section **I** – Property:

**a.** We cover loss or damage commencing:

    **(1)** During the policy period shown in the Declarations; and

    **(2)** Within the coverage territory or, with respect to property in transit, while it is between points in the coverage territory.

**b.** The coverage territory is:

    **(1)** The United States of America (including its territories and possessions);

    **(2)** Puerto Rico; and

    **(3)** Canada.

**G. Optional Coverages**

If shown as applicable in the Declarations, the following Optional Coverages also apply. These coverages are subject to the terms and conditions applicable to property coverage in this policy, except as provided below:

**1. Outdoor Signs**

  **a.** We will pay for direct physical loss of or damage to all outdoor signs at the described premises:

    **(1)** Owned by you; or

    **(2)** Owned by others but in your care, custody or control.

  **b.** Paragraph **A.3.,** Covered Causes Of Loss and Paragraph **B.,** Exclusions in Section **I** – Property do not apply to this Optional Coverage, except for:

    **(1)** Paragraph **B.1.c.,** Governmental Action;

    **(2)** Paragraph **B.1.d.,** Nuclear Hazard; and

    **(3)** Paragraph **B.1.f.,** War And Military Action.

  **c.** We will not pay for loss or damage caused by or resulting from:

    **(1)** Wear and tear;

    **(2)** Hidden or latent defect;

    **(3)** Rust;

    **(4)** Corrosion; or

    **(5)** Mechanical breakdown.

  **d.** The most we will pay for loss or damage in any one occurrence is the Limit Of Insurance for Outdoor Signs shown in the Declarations.

  **e.** The provisions of this Optional Coverage supersede all other references to outdoor signs in this policy.

**2. Money And Securities**

  **a.** We will pay for loss of "money" and "securities" used in your business while at a bank or savings institution, within your living quarters or the living quarters of your partners or any employee (including a temporary or leased employee) having use and custody of the property, at the described premises, or in transit between any of these places, resulting directly from:

    **(1)** Theft, meaning any act of stealing;

    **(2)** Disappearance; or

    **(3)** Destruction.

  **b.** In addition to the Limitations and Exclusions applicable to Section **I** – Property, we will not pay for loss:

    **(1)** Resulting from accounting or arithmetical errors or omissions;

    **(2)** Due to the giving or surrendering of property in any exchange or purchase; or

    **(3)** Of property contained in any "money"-operated device unless the amount of "money" deposited in it is recorded by a continuous recording instrument in the device.

  **c.** The most we will pay for loss in any one occurrence is:

    **(1)** The limit shown in the Declarations for Inside the Premises for "money" and "securities" while:

      **(a)** In or on the described premises; or

      **(b)** Within a bank or savings institution; and

    **(2)** The limit shown in the Declarations for Outside the Premises for "money" and "securities" while anywhere else.

  **d.** All loss:

    **(1)** Caused by one or more persons; or

    **(2)** Involving a single act or series of related acts;

  is considered one occurrence.

  **e.** You must keep records of all "money" and "securities" so we can verify the amount of any loss or damage.

**3. Employee Dishonesty**

  **a.** We will pay for direct loss of or damage to Business Personal Property and "money" and "securities" resulting from dishonest acts committed by any of your employees acting alone or in collusion with other persons (except you or your partner) with the manifest intent to:

    **(1)** Cause you to sustain loss or damage; and also

    **(2)** Obtain financial benefit (other than salaries, commissions, fees, bonuses, promotions, awards, profit sharing, pensions or other employee benefits earned in the normal course of employment) for:

      **(a)** Any employee; or

      **(b)** Any other person or organization.

**b.** We will not pay for loss or damage:

  **(1)** Resulting from any dishonest or criminal act that you or any of your partners or "members" commit whether acting alone or in collusion with other persons.

  **(2)** Resulting from any dishonest act committed by any of your employees (except as provided in Paragraph **a.**), "managers" or directors:

   **(a)** Whether acting alone or in collusion with other persons; or

   **(b)** While performing services for you or otherwise.

  **(3)** The only proof of which as to its existence or amount is:

   **(a)** An inventory computation; or

   **(b)** A profit and loss computation.

  **(4)** Caused by an employee if the employee had also committed theft or any other dishonest act prior to the effective date of this policy and you or any of your partners, "members", "managers", officers, directors or trustees, not in collusion with the employee, learned of that theft or dishonest act prior to the policy period shown in the Declarations.

**c.** The most we will pay for loss or damage in any one occurrence is the Limit Of Insurance for Employee Dishonesty shown in the Declarations.

**d.** All loss or damage:

  **(1)** Caused by one or more persons; or

  **(2)** Involving a single act or series of acts;

  is considered one occurrence.

**e.** If any loss is covered:

  **(1)** Partly by this insurance; and

  **(2)** Partly by any prior cancelled or terminated insurance that we or any affiliate had issued to you or any predecessor in interest;

  the most we will pay is the larger of the amount recoverable under this insurance or the prior insurance.

  We will pay only for loss or damage you sustain through acts committed or events occurring during the policy period. Regardless of the number of years this policy remains in force or the number of premiums paid, no Limit of Insurance cumulates from year to year or period to period.

**f.** This Optional Coverage is cancelled as to any employee immediately upon discovery by:

  **(1)** You; or

  **(2)** Any of your partners, "members", "managers", officers or directors not in collusion with the employee;

  of any dishonest act committed by that employee before or after being hired by you.

**g.** We will pay only for covered loss or damage sustained during the policy period and discovered no later than one year from the end of the policy period.

**h.** If you (or any predecessor in interest) sustained loss or damage during the policy period of any prior insurance that you could have recovered under that insurance except that the time within which to discover loss or damage had expired, we will pay for it under this Optional Coverage, provided:

  **(1)** This Optional Coverage became effective at the time of cancellation or termination of the prior insurance; and

  **(2)** The loss or damage would have been covered by this Optional Coverage had it been in effect when the acts or events causing the loss or damage were committed or occurred.

**i.** The insurance under Paragraph **h.** above is part of, not in addition to, the Limit of Insurance applying to this Optional Coverage and is limited to the lesser of the amount recoverable under:

  **(1)** This Optional Coverage as of its effective date; or

  **(2)** The prior insurance had it remained in effect.

**j.** With respect to the Employee Dishonesty Optional Coverage in Paragraph **G.3.**, employee means:

  **(1)** Any natural person:

   **(a)** While in your service or for 30 days after termination of service;

   **(b)** Who you compensate directly by salary, wages or commissions; and

   **(c)** Who you have the right to direct and control while performing services for you;

**(2)** Any natural person who is furnished temporarily to you:

   **(a)** To substitute for a permanent employee, as defined in Paragraph **(1)** above, who is on leave; or

   **(b)** To meet seasonal or short-term workload conditions;

**(3)** Any natural person who is leased to you under a written agreement between you and a labor leasing firm, to perform duties related to the conduct of your business, but does not mean a temporary employee as defined in Paragraph **(2)** above;

**(4)** Any natural person who is a former employee, director, partner, member, manager, representative or trustee retained as a consultant while performing services for you; or

**(5)** Any natural person who is a guest student or intern pursuing studies or duties, excluding, however, any such person while having care and custody of property outside any building you occupy in conducting your business.

But employee does not mean:

**(1)** Any agent, broker, factor, commission merchant, consignee, independent contractor or representative of the same general character; or

**(2)** Any "manager", director or trustee except while performing acts coming within the usual duties of an employee.

**4. Equipment Breakdown Protection Coverage**

**a.** We will pay for direct loss of or damage to Covered Property caused by or resulting from a mechanical breakdown or electrical failure to pressure, mechanical or electrical machinery and equipment.

Mechanical breakdown or electrical failure to pressure, mechanical or electrical machinery and equipment does not mean any:

**(1)** Malfunction including but not limited to adjustment, alignment, calibration, cleaning or modification;

**(2)** Leakage at any valve, fitting, shaft seal, gland packing, joint or connection;

**(3)** Damage to any vacuum tube, gas tube, or brush; or

**(4)** The functioning of any safety or protective device.

**b.** Paragraphs **A.4.a.(1)** and **A.4.a.(2),** Limitations, do not apply to this Optional Coverage.

**c.** With respect to the coverage provided by this Optional Coverage, the following exclusions in Paragraph **B. Exclusions** do not apply:

   **(1)** Paragraph **B.2.a.,** Electrical Apparatus;

   **(2)** Paragraph **B.2.d.,** Steam Apparatus; and

   **(3)** Paragraph **B.2.l.(6),** Mechanical Breakdown.

**d.** With respect to the coverage provided by this Optional Coverage, Paragraph **G.1.c.(5)** of the **Outdoor Signs Optional Coverage** does not apply.

**e.** If a dollar deductible is shown in the Declarations for this Optional Coverage, we will first subtract the applicable deductible amount from any loss we would otherwise pay. We will then pay the amount of loss in excess of the applicable deductible up to the applicable limit for this coverage.

If no optional deductible is chosen for this Optional Coverage, the Property Deductible shown in the Declarations applies.

**f.** With respect to Additional Coverages **5.f.** Business Income and **5.g.** Extra Expense, if the 72-hour time period in the definition of "period of restoration" (hereinafter referred to as time deductible) is amended for this Optional Coverage as shown in the Declarations, we will not pay for any Business Income loss that occurs during the consecutive number of hours shown as the time deductible in the Declarations immediately following a mechanical breakdown or electrical failure. If a time deductible is shown in days, each day shall mean 24 consecutive hours.

With respect to the coverage provided by this Optional Coverage, any time deductible shown in the Declarations for Equipment Breakdown Protection Coverage supersedes any time deductible otherwise applicable to the Business Income coverage provided by this policy.

**g.** With respect to the coverage provided by this Optional Coverage, Paragraph **H. Property Definitions** is amended as follows:

   **1.** "Computer" means:

      **a.** Programmable electronic equipment that is used to store, retrieve and process data; and

© Insurance Services Office, Inc., 2012

    **b.** Associated peripheral equipment that provides communication, including input and output functions such as printing and auxiliary functions such as data transmission.

"Computer" includes those used to operate production-type machinery or equipment.

**h.** Whenever any covered pressure, mechanical or electrical machinery and equipment is found to be in, or exposed to, a dangerous condition, any of our representatives may suspend coverage provided by this Optional Coverage for loss from a mechanical breakdown or electrical failure to that pressure, mechanical or electrical machinery and equipment.

However, coverage provided by this Optional Coverage may be reinstated for loss from a mechanical breakdown or electrical failure to that pressure, mechanical or electrical machinery and equipment if the reasons for the suspension are found by any of our representatives to no longer exist.

We may suspend or reinstate this Optional coverage by mailing or delivering a written notification regarding the suspension or reinstatement to:

**(1)** Your last known address; or

**(2)** The address where the pressure, mechanical or electrical machinery and equipment is located.

This notification will indicate the effective date of the suspension or reinstatement.

If the coverage provided by this Optional Coverage is not reinstated, you will get a pro rata refund of premium. But the suspension will be effective even if we have not yet made or offered a refund.

**H. Property Definitions**

  **1.** "Computer" means:

    **a.** Programmable electronic equipment that is used to store, retrieve and process data; and

    **b.** Associated peripheral equipment that provides communication, including input and output functions such as printing and auxiliary functions such as data transmission.

"Computer" does not include those used to operate production-type machinery or equipment.

**2.** "Counterfeit money" means an imitation of "money" that is intended to deceive and to be taken as genuine.

**3.** "Electronic data" means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a "computer" or device connected to it, which enable the "computer" or device to receive, process, store, retrieve or send data.

**4.** "Fungi" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

**5.** "Manager" means a person serving in a directorial capacity for a limited liability company.

**6.** "Member" means an owner of a limited liability company represented by its membership interest, who also may serve as a "manager".

**7.** "Money" means:

    **a.** Currency, coins and bank notes in current use and having a face value; and

    **b.** Traveler's checks, register checks and money orders held for sale to the public.

**8.** "Operations" means your business activities occurring at the described premises.

**9.** "Period of restoration":

    **a.** Means the period of time that:

      **(1)** Begins:

        **(a)** 72 hours after the time of direct physical loss or damage for Business Income Coverage; or

        **(b)** Immediately after the time of direct physical loss or damage for Extra Expense Coverage;

        caused by or resulting from any Covered Cause of Loss at the described premises; and

**(2)** Ends on the earlier of:

    **(a)** The date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

    **(b)** The date when business is resumed at a new permanent location.

**b.** Does not include any increased period required due to the enforcement of or compliance with any ordinance or law that:

    **(1)** Regulates the construction, use or repair, or requires the tearing down of any property; or

    **(2)** Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

The expiration date of this policy will not cut short the "period of restoration".

**10.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**11.** "Securities" means negotiable and nonnegotiable instruments or contracts representing either "money" or other property and includes:

**a.** Tokens, tickets, revenue and other stamps (whether represented by actual stamps or unused value in a meter) in current use; and

**b.** Evidences of debt issued in connection with credit or charge cards, which cards are not issued by you;

but does not include "money".

**12.** "Specified causes of loss" means the following:

Fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire extinguishing equipment; sinkhole collapse; volcanic action; falling objects; weight of snow, ice or sleet; water damage.

**a.** Sinkhole collapse means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite. This cause of loss does not include:

    **(1)** The cost of filling sinkholes; or

    **(2)** Sinking or collapse of land into man-made underground cavities.

**b.** Falling objects does not include loss of or damage to:

    **(1)** Personal property in the open; or

    **(2)** The interior of a building or structure, or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object.

**c.** Water damage means:

    **(1)** Accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of any part of a system or appliance (other than a sump system including its related equipment and parts) containing water or steam; and

    **(2)** Accidental discharge or leakage of water or waterborne material as the direct result of the breaking apart or cracking of a water or sewer pipe that is located off the described premises and is part of a municipal potable water supply system or municipal sanitary sewer system, if the breakage or cracking is caused by wear and tear.

But water damage does not include loss or damage otherwise excluded under the terms of the Water Exclusion. Therefore, for example, there is no coverage in the situation in which discharge or leakage of water results from the breaking apart or cracking of a pipe which was caused by or related to weather-induced flooding, even if wear and tear contributed to the breakage or cracking. As another example, and also in accordance with the terms of the Water Exclusion, there is no coverage for loss or damage caused by or related to weather-induced flooding which follows or is exacerbated by pipe breakage or cracking attributable to wear and tear.

To the extent that accidental discharge or leakage of water falls within the criteria set forth in **c.(1)** or **c.(2)** of this definition of "specified causes of loss", such water is not subject to the provisions of the Water Exclusion which preclude coverage for surface water or water under the ground surface.

**13.** "Stock" means merchandise held in storage or for sale, raw materials and in-process or finished goods, including supplies used in their packing or shipping.

© Insurance Services Office, Inc., 2012

14. "Valuable papers and records" means inscribed, printed or written:

   **a.** Documents;

   **b.** Manuscripts; and

   **c.** Records;

   including abstracts, books, deeds, drawings, films, maps or mortgages.

   But "valuable papers and records" does not mean "money" or "securities".

## SECTION II – LIABILITY

## A. Coverages

### 1. Business Liability

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury", "property damage" or "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" or any offense and settle any claim or "suit" that may result. But:

   **(1)** The amount we will pay for damages is limited as described in Paragraph **D.** Liability And Medical Expenses Limits Of Insurance in Section **II** – Liability; and

   **(2)** Our right and duty to defend end when we have used up the applicable Limit of Insurance in the payment of judgments or settlements or medical expenses.

   No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Paragraph **f.** Coverage Extension – Supplementary Payments.

**b.** This insurance applies:

   **(1)** To "bodily injury" and "property damage" only if:

   **(a)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

   **(b)** The "bodily injury" or "property damage" occurs during the policy period; and

   **(c)** Prior to the policy period, no insured listed under Paragraph **C.1.** Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known before the policy period.

   **(2)** To "personal and advertising injury" caused by an offense arising out of your business, but only if the offense was committed in the "coverage territory" during the policy period.

**c.** "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph **C.1.** Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of "bodily injury" or "property damage" after the end of the policy period.

**d.** "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **C.1.** Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

   **(1)** Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

   **(2)** Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

   **(3)** Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

**e.** Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

**f. Coverage Extension – Supplementary Payments**

**(1)** We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

**(a)** All expenses we incur.

**(b)** Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which Business Liability Coverage for "bodily injury" applies. We do not have to furnish these bonds.

**(c)** The cost of bonds to release attachments, but only for bond amounts within our Limit of Insurance. We do not have to furnish these bonds.

**(d)** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

**(e)** All court costs taxed against the insured in the "suit". However, these payments do not include attorneys' fees or attorneys' expenses taxed against the insured.

**(f)** Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the Limit of Insurance, we will not pay any prejudgment interest based on that period of time after the offer.

**(g)** All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within our Limit of Insurance.

These payments will not reduce the limit of liability.

**(2)** If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

**(a)** The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

**(b)** This insurance applies to such liability assumed by the insured;

**(c)** The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

**(d)** The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

**(e)** The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

**(f)** The indemnitee:

**(i)** Agrees in writing to:

**i.** Cooperate with us in the investigation, settlement or defense of the "suit";

**ii.** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

**iii.** Notify any other insurer whose coverage is available to the indemnitee; and

**iv.** Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

**(ii)** Provides us with written authorization to:

**i.** Obtain records and other information related to the "suit"; and

**ii.** Conduct and control the defense of the indemnitee in such "suit".

**(3)** So long as the conditions in Paragraph **(2)** are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph **B.1.b.(2)** Exclusions in Section **II** – Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the Limits of Insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when:

**(a)** We have used up the applicable Limit of Insurance in the payment of judgments or settlements; or

**(b)** The conditions set forth above, or the terms of the agreement described in Paragraph **(2)(f)** above, are no longer met.

**2. Medical Expenses**

**a.** We will pay medical expenses as described below for "bodily injury" caused by an accident:

**(1)** On premises you own or rent;

**(2)** On ways next to premises you own or rent; or

**(3)** Because of your operations;

provided that:

**(a)** The accident takes place in the "coverage territory" and during the policy period;

**(b)** The expenses are incurred and reported to us within one year of the date of the accident; and

**(c)** The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

**b.** We will make these payments regardless of fault. These payments will not exceed the Limits of Insurance of Section **II** – Liability. We will pay reasonable expenses for:

**(1)** First aid administered at the time of an accident;

**(2)** Necessary medical, surgical, X-ray and dental services, including prosthetic devices; and

**(3)** Necessary ambulance, hospital, professional nursing and funeral services.

**B. Exclusions**

**1. Applicable To Business Liability Coverage**

This insurance does not apply to:

**a. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

**b. Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

**(1)** That the insured would have in the absence of the contract or agreement; or

**(2)** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorneys' fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

**(a)** Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

**(b)** Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

**c. Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person;

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies even if the claims allege negligence or other wrongdoing in:

**(a)** The supervision, hiring, employment, training or monitoring of others by an insured; or

**(b)** Providing or failing to provide transportation with respect to any person that may be under the influence of alcohol;

if the "occurrence" which caused the "bodily injury" or "property damage", involved that which is described in Paragraph **(1)**, **(2)** or **(3)** above.

However, this exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages. For the purposes of this exclusion, permitting a person to bring alcoholic beverages on your premises, for consumption on your premises, whether or not a fee is charged or a license is required for such activity, is not by itself considered the business of selling, serving or furnishing alcoholic beverages.

**d. Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

**e. Employer's Liability**

"Bodily injury" to:

**(1)** An "employee" of the insured arising out of and in the course of:

**(a)** Employment by the insured; or

**(b)** Performing duties related to the conduct of the insured's business; or

**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

This exclusion applies whether the insured may be liable as an employer or in any other capacity and to any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

**f. Pollution**

**(1)** "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**(a)** At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

**(i)** "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests;

**(ii)** "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

**(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

**(b)** At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

**(c)** Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

**(i)** Any insured; or

**(ii)** Any person or organization for whom you may be legally responsible;

**(d)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

**(i)** "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

**(ii)** "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

**(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire"; or

**(e)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(b)** Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement or such claim or "suit" by or on behalf of a governmental authority.

**g. Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by an insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises you own or rent;

**(2)** A watercraft you do not own that is:

    **(a)** Less than 51 feet long; and

    **(b)** Not being used to carry persons or property for a charge;

**(3)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(4)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

**(5)** "Bodily injury" or "property damage" arising out of:

    **(a)** The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance or motor vehicle registration law where it is licensed or principally garaged; or

    **(b)** The operation of any of the following machinery or equipment:

        **(i)** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

        **(ii)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

**h. Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

**(1)** The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

**(2)** The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition or stunting activity.

**i. War**

"Bodily injury", "property damage" or "personal and advertising injury", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by government authority in hindering or defending against any of these.

**j. Professional Services**

"Bodily injury", "property damage" or "personal and advertising injury" caused by the rendering or failure to render any professional service. This includes but is not limited to:

**(1)** Legal, accounting or advertising services;

**(2)** Preparing, approving, or failing to prepare or approve maps, drawings, opinions, reports, surveys, change orders, designs or specifications;

**(3)** Supervisory, inspection or engineering services;

**(4)** Medical, surgical, dental, X-ray or nursing services treatment, advice or instruction;

**(5)** Any health or therapeutic service treatment, advice or instruction;

**(6)** Any service, treatment, advice or instruction for the purpose of appearance or skin enhancement, hair removal or replacement or personal grooming;

© Insurance Services Office, Inc., 2012

**(7)** Optometry or optical or hearing aid services including the prescribing, preparation, fitting, demonstration or distribution of ophthalmic lenses and similar products or hearing aid devices;

**(8)** Body piercing services; and

**(9)** Services in the practice of pharmacy.

This exclusion applies even if the claims allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by an insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved the rendering or failure to render of any professional service.

**k. Damage To Property**

"Property damage" to:

**(1)** Property you own, rent or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

**(2)** Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

**(3)** Property loaned to you;

**(4)** Personal property in the care, custody or control of the insured;

**(5)** That particular part of real property on which you or any contractor or subcontractor working directly or indirectly on your behalf is performing operations, if the "property damage" arises out of those operations; or

**(6)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs **(1)**, **(3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of seven or fewer consecutive days. A separate Limit of Insurance applies to Damage To Premises Rented To You as described in Paragraph **D.** Liability And Medical Expenses Limits Of Insurance in Section **II** – Liability.

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs **(3)**, **(4)**, **(5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**l. Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**m. Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**n. Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)** A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

**(2)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**o. Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**(1)** "Your product";

**(2)** "Your work"; or

**(3)** "Impaired property";

if such product, work or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**p. Personal And Advertising Injury**

"Personal and advertising injury":

**(1)** Caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury";

**(2)** Arising out of oral or written publication, in any manner, of material, if done by or at the direction of the insured with knowledge of its falsity;

**(3)** Arising out of oral or written publication, in any manner, of material whose first publication took place before the beginning of the policy period;

**(4)** For which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement;

**(5)** Arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement";

**(6)** Arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement";

**(7)** Arising out of the wrong description of the price of goods, products or services stated in your "advertisement";

**(8)** Committed by an insured whose business is:

**(a)** Advertising, broadcasting, publishing or telecasting;

**(b)** Designing or determining content of web sites for others; or

**(c)** An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **14.a., b.** and **c.** of "personal and advertising injury" under Paragraph **F.** Liability And Medical Expenses Definitions.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, by itself, is not considered the business of advertising, broadcasting, publishing or telecasting;

**(9)** Arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time;

**(10)** With respect to any loss, cost or expense arising out of any:

**(a)** Request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(b)** Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants";

**(11)** Arising out of an electronic chatroom or bulletin board the insured hosts, owns or over which the insured exercises control;

**(12)** Arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights. Under this exclusion, such other intellectual property rights do not include the use of another's advertising idea in your "advertisement".

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan;

**(13)** Arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatags, or any other similar tactics to mislead another's potential customers.

**q. Electronic Data**

Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

However, this exclusion does not apply to liability for damages because of "bodily injury".

© Insurance Services Office, Inc., 2012

As used in this exclusion, electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data.

**r. Criminal Acts**

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

**s. Recording And Distribution Of Material Or Information In Violation Of Law**

"Bodily injury", "property damage" or "personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transaction Act (FACTA); or

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

Exclusions **c., d., e., f., g., h., i., k., l., m., n.** and **o.** in Section **II** – Liability do not apply to damage by fire to premises while rented to you, or temporarily occupied by you with permission of the owner. A separate Damage To Premises Rented To You Limit of Insurance applies to this coverage as described in Paragraph **D.** Liability And Medical Expenses Limits of Insurance in Section **II** – Liability.

**2. Applicable To Medical Expenses Coverage**

We will not pay expenses for "bodily injury":

**a.** To any insured, except "volunteer workers".

**b.** To a person hired to do work for or on behalf of any insured or a tenant of any insured.

**c.** To a person injured on that part of premises you own or rent that the person normally occupies.

**d.** To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

**e.** To a person injured while practicing, instructing or participating in any physical exercises or games, sports or athletic contests.

**f.** Included within the "products-completed operations hazard".

**g.** Excluded under Business Liability Coverage.

**3. Applicable To Both Business Liability Coverage And Medical Expenses Coverage – Nuclear Energy Liability Exclusion**

This insurance does not apply:

**a.** Under Business Liability Coverage, to "bodily injury" or "property damage":

**(1)** With respect to which an insured under the policy is also an insured under a nuclear energy liability policy issued by the Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters or Nuclear Insurance Association of Canada, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

**(2)** Resulting from the "hazardous properties" of "nuclear material" and with respect to which:

    **(a)** Any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof; or

    **(b)** The insured is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

**b.** Under Medical Expenses Coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

**c.** Under Business Liability Coverage, to "bodily injury" or "property damage" resulting from the "hazardous properties" of the "nuclear material"; if:

**(1)** The "nuclear material":

    **(a)** Is at any "nuclear facility" owned by, or operated by or on behalf of, an insured; or

    **(b)** Has been discharged or dispersed therefrom;

**(2)** The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of by or on behalf of an insured; or

**(3)** The "bodily injury" or "property damage" arises out of the furnishing by an insured of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility"; but if such facility is located within the United States of America, its territories or possessions or Canada, this Exclusion **(3)** applies only to "property damage" to such "nuclear facility" and any property thereat.

**d.** As used in this exclusion:

**(1)** "By-product material" has the meaning given it in the Atomic Energy Act of 1954 or in any law amendatory thereof;

**(2)** "Hazardous properties" include radioactive, toxic or explosive properties;

**(3)** "Nuclear facility" means:

    **(a)** Any "nuclear reactor";

    **(b)** Any equipment or device designed or used for:

        **(i)** Separating the isotopes of uranium or plutonium;

        **(ii)** Processing or utilizing "spent fuel"; or

        **(iii)** Handling, processing or packaging "waste";

    **(c)** Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the insured at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

    **(d)** Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations;

**(4)** "Nuclear material" means "source material", "special nuclear material" or "by-product material";

**(5)** "Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material;

**(6)** "Property damage" includes all forms of radioactive contamination of property;

**(7)** "Source material" has the meaning given it in the Atomic Energy Act of 1954 or in any law amendatory thereof;

**(8)** "Special nuclear material" has the meaning given it in the Atomic Energy Act of 1954 or in any law amendatory thereof;

**(9)** "Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor";

**(10)** "Waste" means any waste material:

**(a)** Containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content; and

**(b)** Resulting from the operation by any person or organization of any "nuclear facility" included under Paragraphs **(a)** and **(b)** of the definition of "nuclear facility".

**C. Who Is An Insured**

**1.** If you are designated in the Declarations as:

**a.** An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

**b.** A partnership or joint venture, you are an insured. Your members, your partners and their spouses are also insureds, but only with respect to the conduct of your business.

**c.** A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

**d.** An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

**e.** A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

**2.** Each of the following is also an insured:

**a.** Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

**(1)** "Bodily injury" or "personal and advertising injury":

**(a)** To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), or to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

**(b)** To the spouse, child, parent, brother or sister of that co-"employee" as a consequence of Paragraph **(a)** above;

**(c)** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraph **(a)** or **(b);** or

**(d)** Arising out of his or her providing or failing to provide professional health care services.

**(2)** "Property damage" to property:

**(a)** Owned, occupied or used by;

**(b)** Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by;

you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

**b.** Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

**c.** Any person or organization having proper temporary custody of your property if you die, but only:

**(1)** With respect to liability arising out of the maintenance or use of that property; and

**(2)** Until your legal representative has been appointed.

**d.** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this policy.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

**D. Liability And Medical Expenses Limits Of Insurance**

**1.** The Limits of Insurance of Section **II** – Liability shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

**a.** Insureds;

**b.** Claims made or "suits" brought; or

**c.** Persons or organizations making claims or bringing "suits".

**2.** The most we will pay for the sum of all damages because of all:

**a.** "Bodily injury", "property damage" and medical expenses arising out of any one "occurrence"; and

**b.** "Personal and advertising injury" sustained by any one person or organization;

is the Liability and Medical Expenses limit shown in the Declarations. But the most we will pay for all medical expenses because of "bodily injury" sustained by any one person is the Medical Expenses limit shown in the Declarations.

**3.** The most we will pay under Business Liability Coverage for damages because of "property damage" to a premises while rented to you or in the case of fire while rented to you or temporarily occupied by you with permission of the owner is the applicable Damage To Premises Rented To You limit shown for that premises in the Declarations. For a premises temporarily occupied by you, the applicable limit will be the highest Damage To Premises Rented To You limit shown in the Declarations.

**4. Aggregate Limits**

The most we will pay for:

**a.** All "bodily injury" and "property damage" that is included in the "products-completed operations hazard" is twice the Liability and Medical Expenses limit.

**b.** All:

**(1)** "Bodily injury" and "property damage" except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard";

**(2)** Plus medical expenses;

**(3)** Plus all "personal and advertising injury" caused by offenses committed;

is twice the Liability and Medical Expenses limit.

Subject to Paragraph **a.** or **b.** above, whichever applies, the Damage To Premises Rented To You limit is the most we will pay for damages because of "property damage" to any one premises, while rented to you, or in the case of fire, while rented to you or temporarily occupied by you with permission of the owner.

The Limits of Insurance of Section **II** – Liability apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

**E. Liability And Medical Expenses General Conditions**

**1. Bankruptcy**

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this policy.

**2. Duties In The Event Of Occurrence, Offense, Claim Or Suit**

**a.** You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

**(1)** How, when and where the "occurrence" or offense took place;

**(2)** The names and addresses of any injured persons and witnesses; and

**(3)** The nature and location of any injury or damage arising out of the "occurrence" or offense.

**b.** If a claim is made or "suit" is brought against any insured, you must:

**(1)** Immediately record the specifics of the claim or "suit" and the date received; and

**(2)** Notify us as soon as practicable.

You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

**c.** You and any other involved insured must:

**(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

**(2)** Authorize us to obtain records and other information;

**(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

**(4)** Assist us, upon our request, in the enforcement of any right against any person or organization that may be liable to the insured because of injury or damage to which this insurance may also apply.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

**3. Legal Action Against Us**

No person or organization has a right under this policy:

**a.** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

**b.** To sue us on this policy unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this policy or that are in excess of the applicable Limit of Insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**4. Separation Of Insureds**

Except with respect to the Limits of Insurance of Section **II** – Liability, and any rights or duties specifically assigned in this policy to the first Named Insured, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom claim is made or "suit" is brought.

**F. Liability And Medical Expenses Definitions**

**1.** "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

**a.** Notices that are published include material placed on the Internet or on similar electronic means of communication; and

**b.** Regarding web sites, only that part of a web site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

**2.** "Auto" means:

**a.** A land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment; or

**b.** Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance or motor vehicle registration law where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

**3.** "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

**4.** "Coverage territory" means:

**a.** The United States of America (including its territories and possessions), Puerto Rico and Canada;

**b.** International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in Paragraph **a.** above; or

**c.** All other parts of the world if the injury or damage arises out of:

   **(1)** Goods or products made or sold by you in the territory described in Paragraph **a.** above;

   **(2)** The activities of a person whose home is in the territory described in Paragraph **a.** above, but is away for a short time on your business; or

   **(3)** "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication;

provided the insured's responsibility to pay damages is determined in a "suit" on the merits in the territory described in Paragraph **a.** above or in a settlement we agree to.

**5.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**6.** "Executive officer" means a person holding any of the officer positions created by your charter, constitution, bylaws or any other similar governing document.

**7.** "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

**8.** "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

   **a.** It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

   **b.** You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by:

   **(1)** The repair, replacement, adjustment or removal of "your product" or "your work"; or

   **(2)** Your fulfilling the terms of the contract or agreement.

**9.** "Insured contract" means:

   **a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

**b.** A sidetrack agreement;

**c.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

**d.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

**e.** An elevator maintenance agreement;

**f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph **f.** does not include that part of any contract or agreement:

   **(1)** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, roadbeds, tunnel, underpass or crossing;

   **(2)** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

      **(a)** Preparing, approving or failing to prepare or approve maps, drawings, opinions, reports, surveys, change orders, designs or specifications; or

      **(b)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

   **(3)** Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in Paragraph **(2)** above and supervisory, inspection or engineering services.

**10.** "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

11. "Loading or unloading" means the handling of property:

   a. After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

   b. While it is in or on an aircraft, watercraft or "auto"; or

   c. While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

   but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

12. "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

   a. Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

   b. Vehicles maintained for use solely on or next to premises you own or rent;

   c. Vehicles that travel on crawler treads;

   d. Vehicles, whether self-propelled or not, on which are permanently mounted:

      (1) Power cranes, shovels, loaders, diggers or drills; or

      (2) Road construction or resurfacing equipment such as graders, scrapers or rollers;

   e. Vehicles not described in Paragraph **a., b., c.** or **d.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

      (1) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

      (2) Cherry pickers and similar devices used to raise or lower workers;

   f. Vehicles not described in Paragraph **a., b., c.** or **d.** above maintained primarily for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

   (1) Equipment designed primarily for:

      (a) Snow removal;

      (b) Road maintenance, but not construction or resurfacing; or

      (c) Street cleaning;

   (2) Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

   (3) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

However, "mobile equipment" does not include land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance or motor vehicle registration law where they are licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law or motor vehicle registration law are considered "autos".

13. "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

14. "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

   a. False arrest, detention or imprisonment;

   b. Malicious prosecution;

   c. The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

   d. Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

   e. Oral or written publication, in any manner, of material that violates a person's right of privacy;

**f.** The use of another's advertising idea in your "advertisement"; or

**g.** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

**15.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**16.** "Products-completed operations hazard":

**a.** Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

**(1)** Products that are still in your physical possession; or

**(2)** Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

**(a)** When all of the work called for in your contract has been completed.

**(b)** When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

**(c)** When that part of the work done at the job site has been put to its intended use by any other person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

The "bodily injury" or "property damage" must occur away from premises you own or rent, unless your business includes the selling, handling or distribution of "your product" for consumption on premises you own or rent.

**b.** Does not include "bodily injury" or "property damage" arising out of:

**(1)** The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured; or

**(2)** The existence of tools, uninstalled equipment or abandoned or unused materials.

**17.** "Property damage" means:

**a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

**b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, electronic data is not tangible property.

As used in this definition, electronic data means information, facts or programs stored as, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**18.** "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage", or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

**a.** An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

**b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

**19.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**20.** "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

**21.** "Your product":

**a.** Means:

**(1)** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

**(a)** You;

**(b)** Others trading under your name; or

© Insurance Services Office, Inc., 2012

**(c)** A person or organization whose business or assets you have acquired; and

**(2)** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

**b.** Includes:

**(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

**(2)** The providing of or failure to provide warnings or instructions.

**c.** Does not include vending machines or other property rented to or located for the use of others but not sold.

**22.** "Your work":

**a.** Means:

**(1)** Work or operations performed by you or on your behalf; and

**(2)** Materials, parts or equipment furnished in connection with such work or operations.

**b.** Includes:

**(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

**(2)** The providing of or failure to provide warnings or instructions.

## SECTION III – COMMON POLICY CONDITIONS (APPLICABLE TO SECTION I – PROPERTY AND SECTION II – LIABILITY)

### A. Cancellation

**1.** The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

**2.** We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

**a.** Five days before the effective date of cancellation if any one of the following conditions exists at any building that is Covered Property in this policy:

**(1)** The building has been vacant or unoccupied 60 or more consecutive days. This does not apply to:

**(a)** Seasonal unoccupancy; or

**(b)** Buildings in the course of construction, renovation or addition.

Buildings with 65% or more of the rental units or floor area vacant or unoccupied are considered unoccupied under this provision.

**(2)** After damage by a Covered Cause of Loss, permanent repairs to the building:

**(a)** Have not started; and

**(b)** Have not been contracted for;

within 30 days of initial payment of loss.

**(3)** The building has:

**(a)** An outstanding order to vacate;

**(b)** An outstanding demolition order; or

**(c)** Been declared unsafe by governmental authority.

**(4)** Fixed and salvageable items have been or are being removed from the building and are not being replaced. This does not apply to such removal that is necessary or incidental to any renovation or remodeling.

**(5)** Failure to:

**(a)** Furnish necessary heat, water, sewer service or electricity for 30 consecutive days or more, except during a period of seasonal unoccupancy; or

**(b)** Pay property taxes that are owing and have been outstanding for more than one year following the date due, except that this provision will not apply where you are in a bona fide dispute with the taxing authority regarding payment of such taxes.

**b.** 10 days before the effective date of cancellation if we cancel for nonpayment of premium.

**c.** 30 days before the effective date of cancellation if we cancel for any other reason.

**3.** We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

**4.** Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

**5.** If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

**6.** If notice is mailed, proof of mailing will be sufficient proof of notice.

**B. Changes**

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

**C. Concealment, Misrepresentation Or Fraud**

This policy is void in any case of fraud by you as it relates to this policy at any time. It is also void if you or any other insured, at any time, intentionally conceals or misrepresents a material fact concerning:

**1.** This policy;

**2.** The Covered Property;

**3.** Your interest in the Covered Property; or

**4.** A claim under this policy.

**D. Examination Of Your Books And Records**

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

**E. Inspections And Surveys**

**1.** We have the right to:

**a.** Make inspections and surveys at any time;

**b.** Give you reports on the conditions we find; and

**c.** Recommend changes.

**2.** We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

**a.** Are safe and healthful; or

**b.** Comply with laws, regulations, codes or standards.

**3.** Paragraphs **1.** and **2.** of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

**4.** Paragraph **2.** of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

**F. Insurance Under Two Or More Coverages**

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

**G. Liberalization**

If we adopt any revision that would broaden the coverage under this policy without additional premium within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this policy.

**H. Other Insurance**

**1.** If there is other insurance covering the same loss or damage, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance of Section **I** – Property.

**2.** Business Liability Coverage is excess over:

**a.** Any other insurance that insures for direct physical loss or damage; or

**b.** Any other primary insurance available to you covering liability for damages arising out of the premises or operations for which you have been added as an additional insured.

**3.** When this insurance is excess, we will have no duty under Business Liability Coverage to defend any claim or "suit" that any other insurer has a duty to defend. If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

**I. Premiums**

**1.** The first Named Insured shown in the Declarations:

**a.** Is responsible for the payment of all premiums; and

**b.** Will be the payee for any return premiums we pay.

**2.** The premium shown in the Declarations was computed based on rates in effect at the time the policy was issued. On each renewal, continuation or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.

© Insurance Services Office, Inc., 2012

BP 00 03 07 13

**3.** With our consent, you may continue this policy in force by paying a continuation premium for each successive one-year period. The premium must be:

    **a.** Paid to us prior to the anniversary date; and

    **b.** Determined in accordance with Paragraph **2.** above.

Our forms then in effect will apply. If you do not pay the continuation premium, this policy will expire on the first anniversary date that we have not received the premium.

**4.** Undeclared exposures or change in your business operation, acquisition or use of locations may occur during the policy period that are not shown in the Declarations. If so, we may require an additional premium. That premium will be determined in accordance with our rates and rules then in effect.

**J. Premium Audit**

**1.** This policy is subject to audit if a premium designated as an advance premium is shown in the Declarations. We will compute the final premium due when we determine your actual exposures.

**2.** Premium shown in this policy as advance premium is a deposit premium only. At the close of each audit period, we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**3.** The first Named Insured must keep records of the information we need for premium computation and send us copies at such times as we may request.

**K. Transfer Of Rights Of Recovery Against Others To Us**

**1.** Applicable to Businessowners Property Coverage:

If any person or organization to or for whom we make payment under this policy has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

    **a.** Prior to a loss to your Covered Property.

    **b.** After a loss to your Covered Property only if, at time of loss, that party is one of the following:

        **(1)** Someone insured by this insurance;

        **(2)** A business firm:

            **(a)** Owned or controlled by you; or

            **(b)** That owns or controls you; or

        **(3)** Your tenant.

You may also accept the usual bills of lading or shipping receipts limiting the liability of carriers.

This will not restrict your insurance.

**2.** Applicable to Businessowners Liability Coverage:

If the insured has rights to recover all or part of any payment we have made under this policy, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them. This condition does not apply to Medical Expenses Coverage.

**L. Transfer Of Your Rights And Duties Under This Policy**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual Named Insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

© Insurance Services Office, Inc., 2012

BUSINESSOWNERS
BP 01 18 11 14

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# TEXAS CHANGES

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

**A. Section I – Property** is amended as follows:

1. Paragraph **B. Exclusions** is amended as follows:

   a. Paragraph **2.l.(4)** is replaced by the following:

      (4) Settling, cracking, shrinking, expansion or contraction;

   b. The following is added to Paragraph **2.l. Other Types Of Loss:**

      (8) Release, discharge or dispersal of contaminants or pollutants.

2. Paragraph **E.2. Appraisal** Property Loss Condition is replaced by the following:

   **2. Appraisal**

      a. If we and you disagree on the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser and notify the other of the appraiser selected within 20 days of such demand. The two appraisers will select an umpire. If they cannot agree within 15 days upon such umpire, either may request that selection be made by a judge of a court having jurisdiction. Each appraiser will state separately the amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding as to the amount of loss. Each party will:

         (1) Pay its chosen appraiser; and

         (2) Bear the other expenses of the appraisal and umpire equally.

      b. If there is an appraisal:

         (1) You will retain your right to bring a legal action against us, subject to the provisions of Paragraph **E.4.** Legal Action Against Us Property Loss Condition; and

         (2) We will still retain our right to deny the claim.

3. Paragraph **E.3. Duties In The Event Of Loss Or Damage** Property Loss Condition is amended as follows:

   a. Paragraph **a.(2)** is replaced by the following:

      (2) Give us prompt notice of the loss or damage. Include a description of the property involved. However, with respect to loss or damage in the state of Texas caused by windstorm or hail in the catastrophe area as defined by the Texas Insurance Code, any claim must be filed with us not later than one year after the date of the loss or damage that is the subject of the claim, except that a claim may be filed after the first anniversary of the date of the loss or damage for good cause shown by the person filing the claim.

   b. Paragraph **a.(7)** is replaced by the following:

      (7) Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 91 days after our request. We will supply you with the necessary forms.

4. Paragraph **E.4. Legal Action Against Us** Property Loss Condition is replaced by the following, except as provided in **7.** below:

   **4. Legal Action Against Us**

      a. Except as provided in Paragraph **b.,** no one may bring a legal action against us under this insurance unless:

         (1) There has been full compliance with all of the terms of this insurance; and

         (2) The action is brought within two years and one day from the date the cause of action first accrues. A cause of action accrues on the date of the initial breach of our contractual duties as alleged in the action.

**b.** With respect to loss or damage in the state of Texas caused by windstorm or hail in the catastrophe area as defined by the Texas Insurance Code, no one may bring a legal action against us under this insurance, unless:

  **(1)** There has been full compliance with all of the terms of this insurance; and

  **(2)** The action is brought within the earlier of the following:

    **(a)** Two years and one day from the date we accept or reject the claim; or

    **(b)** Three years and one day from the date of the loss or damage that is the subject of the claim.

This Paragraph **4.** does not apply to Paragraph **E.3. Legal Action Against Us** Liability And Medical Expenses General Condition in **Section II – Liability.**

**5.** Paragraph **E.5. Loss Payment** Property Loss Condition is amended as follows:

  **a.** Paragraph **5.d.(1)(b)** is replaced by the following:

    **(b)** If, at the time of the loss, the Limit of Insurance applicable to the lost or damaged property is less than 80% of the full replacement cost of the property immediately before the loss, we will pay the greater of the following amounts, but not more than the Limit of Insurance that applies to the property:

      **(i)** The actual cash value of the lost or damaged property; or

      **(ii)** A proportion of the cost to repair or replace the lost or damaged property, after application of the deductible and without deduction for depreciation. This proportion will equal the ratio of the applicable Limit of Insurance to 80% of the full replacement cost of the property immediately before the loss.

  **b.** The following is added:

    **Section 862.053. Policy A Liquidated Demand**

    A fire insurance policy, in case of total loss by fire of property insured, shall be held and considered to be a liquidated demand against the company for the full amount of such policy. The provisions of this Article shall not apply to personal property.

**c.** Under Paragraph **E.5. Loss Payment,** the provisions pertaining to notice of our intentions and the time period for payment of claims are replaced by the following:

  **(1) Claims Handling**

    **(a)** Within 15 days after we receive written notice of claim, we will:

      **(i)** Acknowledge receipt of the claim. If we do not acknowledge receipt of the claim in writing, we will keep a record of the date, method and content of the acknowledgment;

      **(ii)** Begin any investigation of the claim; and

      **(iii)** Request a signed, sworn proof of loss, specify the information you must provide and supply you with the necessary forms. We may request more information at a later date, if during the investigation of the claim such additional information is necessary.

    **(b)** We will notify you in writing as to whether:

      **(i)** The claim or part of the claim will be paid;

      **(ii)** The claim or part of the claim has been denied, and inform you of the reasons for denial;

      **(iii)** More information is necessary; or

      **(iv)** We need additional time to reach a decision. If we need additional time, we will inform you of the reasons for such need.

    We will provide notification, as described in **(b)(i)** through **(b)(iv)** above within:

      **(i)** 15 business days after we receive the signed, sworn proof of loss and all information we requested; or

      **(ii)** 30 days after we receive the signed, sworn proof of loss and all information we requested, if we have reason to believe the loss resulted from arson.

    If we notified you that we need additional time to reach a decision, we must then either approve or deny the claim within 45 days of such notice.

  © Insurance Services Office, Inc., 2014  BP 01 18 11 14

**(2)** We will pay for covered loss or damage within five business days after:

   **(a)** We have notified you that payment of the claim or part of the claim will be made and have reached agreement with you on the amount of loss; or

   **(b)** An appraisal award has been made.

   However, if payment of the claim or part of the claim is conditioned on your compliance with any terms of this policy, we will make payment within five business days after the date you have complied with such terms.

**(3) Catastrophe Claims**

   If a claim results from a weather-related catastrophe or a major natural disaster, the claim handling and claim payment deadlines described in **c.(1)** and **c.(2)** above are extended for an additional 15 days.

   Catastrophe or Major Natural Disaster means a weather-related event which:

   **(a)** Is declared a disaster under the Texas Disaster Act of 1975; or

   **(b)** Is determined to be a catastrophe by the Texas Department of Insurance.

**(4)** The term "business day", as used in the Loss Payment Property Loss Condition, means a day other than Saturday, Sunday or a holiday recognized by the state of Texas.

**6.** The following is added to Paragraph **F. Property General Conditions:**

   **5. Loss To Real Property**

   The amount of insurance applicable to loss to real property by fire will be reduced by the amount of such loss. As repairs are made, the amount reduced will be reinstated to the extent of the value of the repairs. The reinstatement will not increase the specified Limits of Insurance.

   No other loss insured against in Section **I –** Property will reduce the specified Limits of Insurance.

**7.** Paragraphs **F.2.d.** and **F.2.f.** of the **Mortgageholders** Property General Condition are replaced by the following:

   **d.** If we deny your claim because of your acts or because you have failed to comply with the terms of this policy, the mortgageholder will still have the right to receive loss payment if the mortgageholder:

     **(1)** Pays any premium due under this policy at our request if you have failed to do so;

     **(2)** Submits a signed, sworn proof of loss within 91 days after receiving notice from us of your failure to do so; and

     **(3)** Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgageholder.

   All of the terms of this policy will then apply directly to the mortgageholder.

   **f.** If this policy is cancelled, we will give the mortgageholder named in the Declarations written notice of cancellation.

   If we cancel this policy, we will notify the mortgageholder at least:

     **(1)** 14 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

     **(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

   If you cancel the policy, we will give the mortgageholder notice of cancellation to be effective on the date stated in the notice. The date of cancellation cannot be before the 10th day after the date we mail the notice.

**8.** Paragraph **H. Property Definitions** is amended as follows:

   Paragraph **9.b.** is replaced by the following:

   **b.** "Period of restoration" does not include any increased period required due to the enforcement of or compliance with any ordinance or law that regulates the construction, use or repair, or requires the tearing down of any property.

   The expiration date of this policy will not cut short the "period of restoration".

**B. Section II – Liability** is amended as follows:

1. The following is added to Paragraph **E.2. Duties In The Event Of Occurrence, Offense, Claim Or Suit** Liability And Medical Expenses General Condition and similar conditions in any endorsement attached to this policy:

   We will notify the first Named Insured in writing of:

   a. An initial offer to settle a claim made or "suit" brought against the insured under this coverage. The notice will be given not later than the 10th day after the date on which the offer is made.

   b. Any settlement of a claim made or "suit" brought against the insured under this coverage. The notice will be given not later than the 30th day after the date of the settlement.

2. The following provision applies:

   With regard to liability for "bodily injury", "property damage" and "personal and advertising injury", unless we are prejudiced by the insured's or your failure to comply with the requirement, no provision of this policy requiring you or any insured to give notice of "occurrence", claim or "suit" or to forward demands, notices, summonses or legal papers in connection with a claim or "suit" will bar coverage under this policy.

**C. Section III – Common Policy Conditions** is amended as follows:

1. Paragraph **2.** under **A. Cancellation** is replaced by the following:

   2. We may cancel this policy:

   a. By mailing or delivering to the first Named Insured written notice of cancellation, stating the reason for cancellation, at least 10 days before the effective date of cancellation.

   b. For the following reasons, if this policy does not provide coverage to a governmental unit, as defined under 28 TEX. ADMIN. CODE, Section 5.7001 or on one- and two-family dwellings:

   (1) If this policy has been in effect for 60 days or less, we may cancel for any reason except that, under the provisions of the Texas Insurance Code, we may not cancel this policy solely because the policyholder is an elected official; or

   (2) If this policy has been in effect for more than 60 days, or if it is a renewal or continuation of a policy issued by us, we may cancel only for one or more of the following reasons:

   (a) Fraud in obtaining coverage;

   (b) Failure to pay premiums when due;

   (c) An increase in hazard within the control of the insured which would produce an increase in rate;

   (d) Loss of our reinsurance covering all or part of the risk covered by the policy; or

   (e) If we have been placed in supervision, conservatorship or receivership and the cancellation is approved or directed by the supervisor, conservator or receiver.

   c. For the following reasons, if this policy provides coverage to a governmental unit, as defined under 28 TEX. ADMIN. CODE, Section 5.7001 or on one- and two-family dwellings:

   (1) If this policy has been in effect for less than 90 days, we may cancel this policy for any reason.

   (2) If this policy has been in effect for 90 days or more, or if it is a renewal or continuation of a policy issued by us, we may cancel this policy only for the following reasons:

   (a) If the first Named Insured does not pay the premium or any portion of the premium when due;

   (b) If the Texas Department of Insurance determines that continuation of this policy would result in violation of the Texas Insurance Code or any other law governing the business of insurance in Texas;

   (c) If the Named Insured submits a fraudulent claim; or

   (d) If there is an increase in the hazard within the control of the Named Insured which would produce an increase in rate.

© Insurance Services Office, Inc., 2014

**2.** The following paragraph is added and supersedes any provision to the contrary:

**M. Nonrenewal**

**1.** We may elect not to renew this policy except that, under the provisions of the Texas Insurance Code, we may not refuse to renew this policy solely because the policyholder is an elected official.

**2.** If we elect not to renew this policy, we may do so by mailing or delivering to the first Named Insured, at the last mailing address known to us, written notice of nonrenewal, stating the reason for nonrenewal, at least 60 days before the expiration date. If notice is mailed or delivered less than 60 days before the expiration date, this policy will remain in effect until the 61st day after the date on which the notice is mailed or delivered. Earned premium for any period of coverage that extends beyond the expiration date will be computed pro rata based on the previous year's premium.

**3.** If notice is mailed, proof of mailing will be sufficient proof of notice.

**4.** The transfer of a policyholder between admitted companies within the same insurance group is not considered a refusal to renew.

**3.** Paragraph **3.** under **I. Premiums** does not apply.

**BUSINESSOWNERS**
**BP 01 19 01 06**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# TEXAS CHANGES – CONDITIONS REQUIRING NOTICE

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

**A.** The following provision applies to the coverage provided under **Section II – Liability:**

With regard to liability for "bodily injury", "property damage" and "personal and advertising injury", unless we are prejudiced by the insured's or your failure to comply with the requirement, no provision of this policy requiring you or any insured to give notice of "occurrence", claim or "suit", or forward demands, notices, summonses or legal papers in connection with a claim or "suit", will bar coverage under this policy.

**B.** Paragraph **B.1.r.** is replaced by the following:

**r. Criminal Or Fraudulent Acts**

"Personal and advertising injury" arising out of the willful violation of a penal statute or ordinance committed by or with the consent of the insured.

BUSINESSOWNERS
BP 01 35 11 17

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# INDIANA CHANGES

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

**A. Section II – Liability** is amended as follows:

1. The following is added to Paragraph **E.2. Duties In The Event Of Occurrence, Offense, Claim Or Suit** Liability And Medical Expenses General Condition:

   **e.** Notice given by or on behalf of the insured to any of our authorized agents in Indiana, with particulars sufficient to identify the insured, shall be considered to be notice to us.

**B. Section III – Common Policy Conditions** is amended as follows:

1. Paragraph **A.2. Cancellation** is replaced by the following:

   **2. Cancellation Of Policies In Effect**

   **a. 90 Days Or Less**

   If this policy has been in effect for 90 days or less, we may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   **(1)** 10 days before the effective date of cancellation if we cancel for nonpayment of premium;

   **(2)** 20 days before the effective date of cancellation if you have perpetrated a fraud or material misrepresentation on us; or

   **(3)** 30 days before the effective date of cancellation if we cancel for any other reason.

   **b. More Than 90 Days**

   If this policy has been in effect for more than 90 days, or is a renewal of a policy we issued, we may cancel this policy, only for one or more of the reasons listed below, by mailing or delivering to the first Named Insured written notice of cancellation at least:

   **(1)** 10 days before the effective date of cancellation if we cancel for nonpayment of premium;

   **(2)** 20 days before the effective date of cancellation if you have perpetrated a fraud or material misrepresentation on us; or

   **(3)** 45 days before the effective date of cancellation if:

   **(a)** There has been a substantial change in the scale of risk covered by this policy;

   **(b)** Reinsurance of the risk associated with this policy has been cancelled; or

   **(c)** You have failed to comply with reasonable safety recommendations.

2. Paragraph **C. Concealment, Misrepresentation Or Fraud** is replaced by the following:

   **C. Concealment, Misrepresentation Or Fraud**

   We will not pay for any loss or damage in any case of:

   **1.** Concealment or misrepresentation of a material fact; or

   **2.** Fraud

   committed by an insured at any time and relating to a claim under this policy.

3. Paragraph **2.** does not apply when a claim is made by an "innocent coinsured" for coverage for property loss or damage, provided:

   **a.** The property loss or damage occurs to the primary residence of the "innocent coinsured" as covered under the policy; and

   **b.** The "final settlement" for the property loss or damage is at least 60% of available insurance proceeds under the policy.

© Insurance Services Office, Inc., 2017

4. The following is added and supersedes any provision to the contrary:

   a. Any payment made pursuant to Paragraph 3. will be for:

      (1) The actual cost of repair or replacement of the property that is the subject of the claim if the actual cost of repair or replacement is less than or equal to the maximum limit of coverage under the policy; or

      (2) The maximum limit of coverage under the policy if the actual cost of repair or replacement of the property that is the subject of the claim is greater than the maximum limit of coverage under the policy.

   b. Any payment made pursuant to Paragraph 3. is limited to the following:

      (1) An "innocent coinsured's" ownership interest in the property, less any payments we make to a mortgagee or other lienholder with a secured interest in the property.

      (2) We will not pay another coinsured for any part of the loss or damage for which we have already paid to an "innocent coinsured".

      (3) We will not pay an amount that is greater than the amount an "innocent coinsured" is entitled to under a decree of dissolution of marriage between the "innocent coinsured" and an individual described in Paragraphs 5.a.(1) or (2).

5. As used in this endorsement, "innocent coinsured" is an insured who:

   a. Did not have knowledge of, cooperate in, or intentionally contribute to a property loss or damage that was caused or arranged by another individual who:

      Is an insured and:

      (1) Died in connection with the circumstances that caused the property loss or damage; or

      (2) Has been charged with a crime based on a court finding that there is probable cause to believe that the individual committed the crime in connection with the circumstances that caused the property loss or damage;

   b. Signs a sworn affidavit attesting that they did not have knowledge of, cooperate in, or intentionally contribute to the property loss or damage; and

   c. Cooperates in the investigation and resolution of the claim for the property loss or damage, any police investigation related to the property loss or damage, and any criminal prosecution of the individual that caused or arranged the property loss or damage.

6. As used in this endorsement, "final settlement" is a determination:

   a. Of the amount owed by us to an "innocent coinsured" under the policy for property loss or damage to the "innocent coinsured's" primary residence; and

   b. Made by:

      (1) Acceptance of a proof of loss by us;

      (2) Execution of a release by the "innocent coinsured";

      (3) Acceptance of an arbitration award by the "innocent coinsured" and us; or

      (4) Judgment of a court of competent jurisdiction.

   However, "final settlement" does not apply to loss or damage related to contents, personal property, or another loss that is not covered under this policy.

7. Paragraph **K.1. Transfer Of Rights Of Recovery Against Others To Us** is replaced by the following:

   1. Applicable to Businessowners Property Coverage:

      If any person or organization to or for whom we make payment under this policy has rights to recover damages from another, those rights are transferred to us to the extent of our payment. Our right to recover damages from another may be enforced even if the person or organization to or for whom we make payment has not been fully compensated for damages.

© Insurance Services Office, Inc., 2017

The person or organization to or for whom we make payment must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

**a.** Prior to a loss to your Covered Property.

**b.** After a loss to your Covered Property only if, at time of loss, that party is one of the following:

   **(1)** Someone insured by this insurance;

   **(2)** A business firm:

     **(a)** Owned or controlled by you; or

     **(b)** That owns or controls you; or

   **(3)** Your tenant.

You may also accept the usual bills of lading or shipping receipts limiting the liability of carriers.

This will not restrict your insurance.

**8.** The following paragraph is added and supersedes any provision to the contrary.

**M. Nonrenewal**

   **1.** If we elect not to renew this policy, we will mail or deliver to the first Named Insured written notice of nonrenewal at least 45 days before:

     **a.** The expiration date of this policy, if the policy is written for a term of one year or less; or

     **b.** The anniversary date of this policy, if the policy is written for a term of more than one year.

   **2.** We will mail or deliver our notice to the first Named Insured's last mailing address known to us. If notice is mailed, proof of mailing will be sufficient proof of notice.

 © Insurance Services Office, Inc., 2017

POLICY NUMBER:                                    **BUSINESSOWNERS**
                                                   **BP 02 04 01 06**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# TEXAS CHANGES – AMENDMENT OF CANCELLATION PROVISIONS OR COVERAGE CHANGE

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

In the event of cancellation or material change that reduces or restricts the insurance afforded by this Policy, we agree to mail prior written notice of cancellation or material change to:

**SCHEDULE**

| |
|---|
| **A.  Name:** |
| **B.  Address:** |
| **C.  Number Of Days Advance Notice:** |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

POLICY NUMBER:                                                    **BUSINESSOWNERS**
                                                                 **BP 03 12 01 10**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# WINDSTORM OR HAIL PERCENTAGE DEDUCTIBLES

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

**SCHEDULE**

| Premises Number | Windstorm Or Hail Deductible Percentage (Enter 1%, 2% Or 5%) |
|---|---|
| | % |
| | % |
| | % |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | |

The following provisions apply to **Section I – Property:**

The Windstorm or Hail Deductible, as shown in the Schedule and set forth in this endorsement, applies to covered loss or damage caused directly or indirectly by Windstorm or Hail. This Deductible applies to each occurrence of Windstorm or Hail.

With respect to Covered Property at a premises identified in the Schedule, no other deductible applies to Windstorm or Hail.

Nothing in this endorsement implies or affords coverage for any loss or damage that is excluded under the terms of the Water Exclusion or any other exclusion in this policy. If this policy is endorsed to cover Flood under the Flood Coverage Endorsement (or if you have a flood insurance policy), a separate Flood Deductible applies to loss or damage attributable to Flood, in accordance with the terms of that endorsement or policy.

**WINDSTORM OR HAIL DEDUCTIBLE CALCULATION**

In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to 1%, 2% or 5% (as shown in the Schedule) of the Limit(s) of Insurance applicable to the property that has sustained loss or damage. This Deductible is calculated separately for, and applies separately to:

1. Each building that sustains loss or damage;
2. The personal property at each building at which there is loss or damage to personal property;

3. Personal property in the open.

If there is damage to both a building and personal property in that building, separate deductibles apply to the building and to the personal property.

We will not pay for loss or damage until the amount of loss or damage exceeds the Deductible. We will then pay the amount of loss or damage in excess of the Deductible, up to the applicable Limit(s) of Insurance.

When property is covered under the Coverage Extension for Newly Acquired Or Constructed Property: In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to a percentage of the value(s) of the property at the time of loss. The applicable percentage for Newly Acquired Or Constructed Property is the highest percentage shown in the Schedule for any described premises.

**EXAMPLE – APPLICATION OF DEDUCTIBLE**

The amounts of loss to the damaged property are $60,000 (building) and $40,000 (personal property in building).

The actual Limits of Insurance on the damaged property are $80,000 on the building and $64,000 on the personal property.

The Deductible is 2%.

**BUILDING**

Step **(1):** $80,000 X 2% = $1,600

Step **(2):** $60,000 – $1,600 = $58,400

**PERSONAL PROPERTY**

Step **(1):** $64,000 X 2% = $1,280

Step **(2):** $40,000 – $1,280 = $38,720

The most we will pay is $97,120 ($58,400 + $38,720). The portion of the total loss that is not covered due to the application of the Deductible is $2,880 ($1,600 + $1,280).

POLICY NUMBER:

<div align="right">

**BUSINESSOWNERS**
**BP 04 12 04 17**

</div>

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# LIMITATION OF COVERAGE TO DESIGNATED PREMISES, PROJECT OR OPERATION

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

<div align="center">

**SCHEDULE**

</div>

| |
|---|
| **A.  Premises:** |
| |
| **B.  Project Or Operation:** |
| |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

**Section II – Liability** is amended as follows:

**A.** Paragraph **A.1.b.(1)** is replaced by the following:

  **(1)** To "bodily injury" and "property damage" caused by an "occurrence" that takes place in the "coverage territory" only if:

  **(a)** The "bodily injury" or "property damage":

    **(i)** Occurs on the premises shown in the Schedule or the grounds and structures appurtenant to those premises; or

    **(ii)** Arises out of the project or operation shown in the Schedule;

  **(b)** The "bodily injury" or "property damage" occurs during the policy period; and

  **(c)** Prior to the policy period, no insured listed under Paragraph **C.1.** Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known before the policy period.

**B.** Paragraph **A.1.b.(2)** is replaced by the following:

  **(2)** To "personal and advertising injury" caused by an offense committed in the "coverage territory" but only if:

  **(a)** The offense arises out of your business:

    **(i)** Performed on the premises shown in the Schedule; or

**(ii)** In connection with the project or operation shown in the Schedule; and

**(b)** The offense was committed during the policy period.

However, with respect to Paragraph **A.1.b.(2)(a)(i),** if the "personal and advertising injury" is caused by:

**(a)** False arrest, detention or imprisonment; or

**(b)** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

then such offense must arise out of your business performed on the premises shown in the Schedule and the offense must have been committed on the premises shown in the Schedule or the grounds and structures appurtenant to those premises.

**C.** Paragraph **A.2.a. Medical Expenses** is replaced by the following:

**a.** We will pay medical expenses as described below for "bodily injury" caused by an accident that takes place in the "coverage territory" if the "bodily injury":

**(1)** Occurs on the premises shown in the Schedule or the grounds and structures appurtenant to those premises; or

**(2)** Arises out of the project or operation shown in the Schedule;

provided that:

**(a)** The accident takes place during the policy period;

**(b)** The expenses are incurred and reported to us within one year of the date of the accident; and

**(c)** The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

  © Insurance Services Office, Inc., 2016  BP 04 12 04 17

**BUSINESSOWNERS**
**BP 04 17 01 10**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EMPLOYMENT-RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

The following exclusion is added to Paragraph **B.1. Exclusions – Applicable To Business Liability Coverage** in **Section II** – **Liability:**

This insurance does not apply to "bodily injury" or "personal and advertising injury" to:

**(1)** A person arising out of any:

**(a)** Refusal to employ that person;

**(b)** Termination of that person's employment; or

**(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" or "personal and advertising injury" to that person at whom any of the employment-related practices described in Paragraph **(a)**, **(b)** or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the injury-causing event described in Paragraph **(a)**, **(b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(2)** Whether the insured may be liable as an employer or in any other capacity; and

**(3)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

 © Insurance Services Office, Inc., 2009  ☐

POLICY NUMBER:                                                   **BUSINESSOWNERS**
                                                                **BP 04 30 07 13**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# PROTECTIVE SAFEGUARDS

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

**SCHEDULE**

| Premises Number | Building Number | Protective Safeguards Symbols Applicable | Description Of "P-9" If Applicable |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** The following is added to the **Property General Conditions** in **Section I – Property:**

**Protective Safeguards**

1. As a condition of this insurance, you are required to maintain the protective devices or services listed in the Schedule above.

2. The protective safeguards to which this endorsement applies are identified by the following symbols:

   **a. "P-1" Automatic Sprinkler System,** including related supervisory services.

   Automatic Sprinkler System means:

   **(1)** Any automatic fire protective or extinguishing system, including connected:

   **(a)** Sprinklers and discharge nozzles;

   **(b)** Ducts, pipes, valves and fittings;

   **(c)** Tanks, their component parts and supports; and

   **(d)** Pumps and private fire protection mains.

   **(2)** When supplied from an automatic fire protective system:

   **(a)** Nonautomatic fire protective systems; and

   **(b)** Hydrants, standpipes and outlets.

   **b. "P-2" Automatic Fire Alarm,** protecting the entire building, that is:

   **(1)** Connected to a central station; or

   **(2)** Reporting to a public or private fire alarm station.

   **c. "P-3" Security Service,** with a recording system or watch clock, making hourly rounds covering the entire building, when the premises are not in actual operation.

   **d. "P-4" Service Contract,** with a privately owned fire department providing fire protection service to the described premises.

   **e. "P-5" Automatic Commercial Cooking Exhaust And Extinguishing System,** installed on cooking appliances and having the following components:

   **(1)** Hood;

    **(2)** Grease removal device;

    **(3)** Duct system; and

    **(4)** Wet chemical fire extinguishing equipment.

  **f.** **"P-9",** the protective system described in the Schedule.

**B.** The following is added to Paragraph **B. Exclusions** in **Section I – Property:**

We will not pay for loss or damages caused by or resulting from fire if, prior to the fire, you:

  **1.** Knew of any suspension or impairment in any protective safeguard listed in the Schedule above and failed to notify us of that fact; or

  **2.** Failed to maintain any protective safeguard listed in the Schedule above, and over which you had control, in complete working order.

If part of an Automatic Sprinkler System or Automatic Commercial Cooking Exhaust And Extinguishing System is shut off due to breakage, leakage, freezing conditions or opening of sprinkler heads, notification to us will not be necessary if you can restore full protection within 48 hours.

 © Insurance Services Office, Inc., 2012 **BP 04 30 07 13**

POLICY NUMBER:                                                          **BUSINESSOWNERS**
                                                                       **BP 04 46 07 13**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ORDINANCE OR LAW COVERAGE

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

**SCHEDULE**

| Premises Number | Building Number | Coverage 1 (Check if applies) | Coverage 2 Limit Of Insurance | Coverage 3 Limit Of Insurance | Coverages 2 And 3 Combined Limit Of Insurance* |
|---|---|---|---|---|---|
| | | ☐ | $ | $ | $ |
| | | ☐ | $ | $ | $ |
| | | ☐ | $ | $ | $ |
| **Business Income And Extra Expense Optional Coverage** (Enter Yes or No): | | | | | |
| **Number Of Hours' Waiting Period For Period Of Restoration Applicable To Business Income And Extra Expense Optional Coverage:** | | | | | |
| *Do **not** enter a Combined Limit of Insurance if individual Limits of Insurance are selected for Coverages **2** and **3**, or if one of these Coverages is not applicable. | | | | | |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | | | | |

**Section I – Property** is amended as follows:

**A.** Each Coverage – Coverage **1**, Coverage **2** and Coverage **3** – is provided under this endorsement only if that Coverage(s) is chosen by entry in the above Schedule and then only with respect to the building identified for the Coverage(s) in the Schedule.

**B. Application Of Coverage(s)**

The Coverage(s) provided by this endorsement applies only if both **B.1.** and **B.2.** are satisfied and are then subject to the qualifications set forth in **B.3.**

  **1.** The ordinance or law:

   **a.** Regulates the demolition, construction or repair of buildings, or establishes zoning or land use requirements at the described premises; and

   **b.** Is in force at the time of loss.

But coverage under this endorsement applies only in response to the minimum requirements of the ordinance or law. Losses and costs incurred in complying with recommended actions or standards that exceed actual requirements are not covered under this endorsement.

  **2.** The building sustains direct physical damage:

   **a.** That is covered under this policy and as a result of such damage, you are required to comply with the ordinance or law; or

   **b.** That is covered under this policy and direct physical damage that is not covered under this policy, and as a result of the building damage in its entirety, you are required to comply with the ordinance or law.

   **c.** But if the damage is not covered under this policy, and such damage is the subject of the ordinance or law, then there is no coverage under this endorsement even if the building has also sustained covered direct physical damage.

**3.** In the situation described in **B.2.b.** above, we will not pay the full amount of loss otherwise payable under the terms of Coverages **1, 2** and/or **3** of this endorsement. Instead, we will pay a proportion of such loss, meaning the proportion that the covered direct physical damage bears to the total direct physical damage.

(Section **H.** of this endorsement provides an example of this procedure.)

However, if the covered direct physical damage alone would have resulted in a requirement to comply with the ordinance or law, then we will pay the full amount of loss otherwise payable under terms of Coverages **1, 2** and/or **3** of this endorsement.

**C.** We will not pay under Coverage **1, 2** or **3** of this endorsement for:

**1.** Enforcement of or compliance with any ordinance or law which requires the demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungi", wet rot or dry rot; or

**2.** The costs associated with the enforcement of or compliance with any ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungi", wet rot or dry rot.

**D. Coverage**

**1. Coverage 1 – Coverage For Loss To The Undamaged Portion Of The Building**

With respect to the building that has sustained covered direct physical damage, we will pay under Coverage **1** for the loss in value of the undamaged portion of the building as a consequence of a requirement to comply with an ordinance or law that requires demolition of undamaged parts of the same building. Coverage **1** is included within the Limit Of Insurance shown in the Declarations as applicable to the covered building. Coverage **1** does not increase the Limit of Insurance.

**2. Coverage 2 – Demolition Cost Coverage**

With respect to the building that has sustained covered direct physical damage, we will pay the cost to demolish and clear the site of undamaged parts of the same building, as a consequence of a requirement to comply with an ordinance or law that requires demolition of such undamaged property.

Paragraph **E.5.d. Loss Payment** Property Loss Condition does not apply to **Demolition Cost Coverage.**

**3. Coverage 3 – Increased Cost Of Construction Coverage**

With respect to the building that has sustained covered direct physical damage, we will pay the increased cost to:

**a.** Repair or reconstruct damaged portions of that building; and/or

**b.** Reconstruct or remodel undamaged portions of that building, whether or not demolition is required;

when the increased cost is a consequence of a requirement to comply with the minimum standards of the ordinance or law.

However:

**a.** This coverage applies only if the restored or remodeled property is intended for similar occupancy as the current property, unless such occupancy is not permitted by zoning or land use ordinance or law.

**b.** We will not pay for the increased cost of construction if the building is not repaired, reconstructed or remodeled.

Paragraph **E.5.d. Loss Payment** Property Loss Condition does not apply to the **Increased Cost Of Construction Coverage.**

© Insurance Services Office, Inc., 2012

BP 04 46 07 13

**E. Loss Payment**

1. All following loss payment Provisions **E.2.** through **E.5.** are subject to the apportionment procedure set forth in Section **B.3.** of this endorsement:

2. When there is a loss in value of an undamaged portion of a building to which Coverage **1** applies, the loss payment for that building, including damaged and undamaged portions, will be determined as follows:

   a. If the property is repaired or replaced on the same or another premises, we will not pay more than the lesser of:

      (1) The amount you actually spend to repair, rebuild or reconstruct the building, but not for more than the amount it would cost to restore the building on the same premises and to the same height, floor area, style and comparable quality of the original property insured; or

      (2) The Limit Of Insurance shown in the Declarations as applicable to the covered building.

   b. If the property is **not** repaired or replaced, we will not pay more than the lesser of:

      (1) The actual cash value of the building at the time of loss; or

      (2) The Limit Of Insurance shown in the Declarations as applicable to the covered building.

3. Unless Paragraph **E.5.** applies, loss payment under Coverage **2** – Demolition Cost Coverage will be determined as follows:

   We will not pay more than the lesser of the following:

   a. The amount you actually spend to demolish and clear the site of the described premises; or

   b. The applicable Limit Of Insurance shown for Coverage **2** in the Schedule above.

4. Unless Paragraph **E.5.** applies, loss payment under Coverage **3** – Increased Cost Of Construction Coverage will be determined as follows:

   a. We will not pay under Coverage **3**:

      (1) Until the property is actually repaired or replaced, at the same or another premises; and

      (2) Unless the repair or replacement is made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

   b. If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay under Coverage **3** is the lesser of:

      (1) The increased cost of construction at the same premises; or

      (2) The applicable Limit Of Insurance shown for Coverage **3** in the Schedule above.

   c. If the ordinance or law requires relocation to another premises, the most we will pay under Coverage **3** is the lesser of:

      (1) The increased cost of construction at the new premises; or

      (2) The applicable Limit Of Insurance shown for Coverage **3** in the Schedule above.

5. If a Combined Limit Of Insurance is shown for Coverages **2** and **3** in the Schedule above, Paragraphs **E.2.** and **E.3.** of this endorsement do not apply with respect to the building property that is subject to the Combined Limit, and the following loss payment provisions apply instead:

   The most we will pay, for the total of all covered losses for Demolition Cost and Increased Cost Of Construction, is the Combined Limit Of Insurance shown for Coverages **2** and **3** in the Schedule above. Subject to this Combined Limit of Insurance, the following loss payment provisions apply:

   a. For Demolition Cost, we will not pay more than the amount you actually spend to demolish and clear the site of the described premises.

   b. With respect to the Increased Cost Of Construction:

      (1) We will not pay for the increased cost of construction:

         (a) Until the property is actually repaired or replaced, at the same or another premises; and

         (b) Unless the repair or replacement is made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

© Insurance Services Office, Inc., 2012

**(2)** If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay for the increased cost of construction is the increased cost of construction at the same premises.

**(3)** If the ordinance or law requires relocation to another premises, the most we will pay for the increased cost of construction is the increased cost of construction at the new premises.

**F.** The terms of this endorsement apply separately to each building to which this endorsement applies.

**G.** Under this endorsement, we will not pay for loss due to any ordinance or law that:

**1.** You were required to comply with before the loss, even if the building was undamaged; and

**2.** You failed to comply with.

**H.** Example of Proportionate Loss Payment for Ordinance or Law Coverage Losses (procedure as set forth in Section **B.3.** of this endorsement).

Assume:

- Wind is a Covered Cause of Loss. Flood is an excluded Cause of Loss;
- The building has a value of $200,000;
- Total direct physical damage to building: $100,000;
- The ordinance or law in this jurisdiction is enforced when building damage equals or exceeds 50% of the building's value;
- Portion of direct physical damage that is covered (caused by wind): $30,000;
- Portion of direct physical damage that is not covered (caused by flood): $70,000; and
- Loss under Ordinance or Law Coverage **3** of this endorsement: $60,000.

Step **1:** Determine the proportion that the covered direct physical damage bears to the total direct physical damage.

$30,000 divided by $100,000 = .30

Step **2:** Apply that proportion to the Ordinance or Law loss.

$60,000 x .30 = $18,000

In this example, the most we will pay under this endorsement for the Coverage **3** loss is $18,000, subject to the applicable Limit of Insurance and any other applicable provisions.

**NOTE:** The same procedure applies to losses under Coverages **1** and **2** of this endorsement.

**I.** If shown as applicable in the Schedule of this endorsement, the following applies:

**Business Income And Extra Expense Optional Coverage**

**1.** If a Covered Cause of Loss occurs to property at the premises described in the Declarations, coverage is extended to include the amount of actual and necessary loss you sustain during the increased period of suspension of your "operations" caused by or resulting from a requirement to comply with any ordinance or law that:

**a.** Regulates the construction or repair of any property;

**b.** Requires the tearing down of parts of any property not damaged by a Covered Cause of Loss; and

**c.** Is in force at the time of loss.

However, coverage is not extended under this endorsement to include loss caused by or resulting from the enforcement of or compliance with any ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

**2.** Paragraph **H.9. Period Of Restoration** Definition is replaced by the following:

**9.** "Period of restoration" means the period of time that:

**a.** Begins:

**(1)** 72 hours after the time of direct physical loss or damage caused by or resulting from any Covered Cause of Loss at the described premises, unless a lesser number of hours is shown in the Schedule of this endorsement; or

**(2)** Immediately after the time of the direct physical loss or damage for Extra Expense Coverage caused by or resulting from any Covered Cause of Loss at the described premises; and

**b.** Ends on the earlier of:

**(1)** The date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

© Insurance Services Office, Inc., 2012

**(2)** The date when business is resumed at a new permanent location.

"Period of restoration" includes any increased period required to repair or reconstruct the property to comply with the minimum standards of any ordinance or law, in force at the time of loss, that regulates the construction or repair, or requires the tearing down of any property.

The expiration date of this policy will not cut short the "period of restoration".

POLICY NUMBER:

**BUSINESSOWNERS**
**BP 04 56 07 13**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# UTILITY SERVICES – DIRECT DAMAGE

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

**SCHEDULE**

| Premises Number | Building Number | Utility Services Limit Of Insurance | Water Supply Property ("X" If Applies) | Communication Supply Property | Power Supply Property |
|---|---|---|---|---|---|
| | | | | **Overhead Transmission Lines Enter Either "Included" Or "Not Included" (If Applicable)** | |
| | | $ | | | |
| **Covered Property:** | | | | | |
| | | $ | | | |
| **Covered Property:** | | | | | |
| | | $ | | | |
| **Covered Property:** | | | | | |
| | | $ | | | |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | | | | |

The coverage provided by this endorsement is subject to the provisions of Section **I** – Property, including Paragraph **D.** Deductibles, except as provided below.

**A.** The following is added to Paragraph **A. Coverage:**

We will pay for loss of or damage to Covered Property described in the Schedule, caused by the interruption of service to the described premises. The interruption must result from direct physical loss or damage by a Covered Cause of Loss to the property described in Paragraph **C.** of this endorsement if such property is indicated by an "X" in the Schedule.

**B. Exception**

Coverage under this endorsement for loss or damage to Covered Property does not apply to loss or damage to "electronic data", including destruction or corruption of "electronic data".

**C. Utility Services**

**1.** Water Supply Property, meaning the following types of property supplying water to the described premises:

**a.** Pumping stations; and

**b.** Water mains.

© Insurance Services Office, Inc., 2012

2. Communication Supply Property, meaning property supplying communication services, including telephone, radio, microwave or television services to the described premises, such as:

   a. Communication transmission lines, including optic fiber transmission lines;

   b. Coaxial cables; and

   c. Microwave radio relays except satellites.

   It does not include overhead transmission lines unless indicated in the Schedule.

3. Power Supply Property, meaning the following types of property supplying electricity, steam or gas to the described premises:

   a. Utility generating plants;

   b. Switching stations;

   c. Substations;

   d. Transformers; and

   e. Transmission lines.

   It does not include overhead transmission lines unless indicated in the Schedule.

D. As used in this endorsement, the term transmission lines includes all lines which serve to transmit communication service or power, including lines which may be identified as distribution lines.

E. Paragraph **C. Limits Of Insurance** is replaced by the following:

   **C. Limits Of Insurance**

   If a Utility Services Limit Of Insurance is shown in the Schedule, such limit is part of, not in addition to, the Limit Of Insurance stated in the Declarations as applicable to the Covered Property.

   If no Limit of Insurance is shown for Utility Services, coverage under this endorsement is subject to the applicable Limit Of Insurance on the Covered Property as shown in the Declarations. But this Utility Services endorsement does not increase the applicable Limit of Insurance.

© Insurance Services Office, Inc., 2012    **BP 04 56 07 13**

POLICY NUMBER:                                                                          **BUSINESSOWNERS**
**BP 04 57 07 13**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# UTILITY SERVICES – TIME ELEMENT

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

### SCHEDULE

| Premises Number | Building Number | Utility Services Limit Of Insurance | Water Supply Property ("X" If Applies) | Waste-water Removal Property | Communication Supply Property | Power Supply Property |
|---|---|---|---|---|---|---|
| | | | | | Overhead Transmission Lines Enter Either "Included" Or "Not Included" (If Applicable) | |
| | | $ | | | | |
| | | $ | | | | |
| | | $ | | | | |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | | | | | |

The coverage provided by this endorsement is subject to the provisions of Section **I** – Property, except as provided below.

**A.** The following is added to Paragraph **A. Coverage:**

We will pay for loss of Business Income or Extra Expense at the described premises caused by the interruption of service to the described premises. The interruption must result from direct physical loss or damage by a Covered Cause of Loss to the property described in Paragraph **C.** of this endorsement if such property is indicated by an "X" in the Schedule.

**B. Exception**

Coverage under this endorsement does not apply to Business Income loss or Extra Expense related to interruption in utility service which causes loss or damage to "electronic data", including destruction or corruption of "electronic data".

**C. Utility Services**

1. Water Supply Property, meaning the following types of property supplying water to the described premises:

   **a.** Pumping stations; and

   **b.** Water mains.

2. Wastewater Removal Property, meaning a utility system for removing wastewater and sewage from the described premises, other than a system designed primarily for draining storm water. The utility property includes sewer mains, pumping stations and similar equipment for moving the effluent to a holding, treatment or disposal facility, and includes such facilities.

   Coverage under this endorsement does not apply to interruption in service caused by or resulting from a discharge of water or sewage due to heavy rainfall or flooding.

**BP 04 57 07 13**                          © Insurance Services Office, Inc., 2012                          **Page 1 of 2**

3. Communication Supply Property, meaning property supplying communication services, including telephone, radio, microwave or television services to the described premises, such as:

   a. Communication transmission lines, including optic fiber transmission lines;

   b. Coaxial cables; and

   c. Microwave radio relays except satellites.

   It does not include overhead transmission lines unless indicated in the Schedule.

4. Power Supply Property, meaning the following types of property supplying electricity, steam or gas to the described premises:

   a. Utility generating plants;

   b. Switching stations;

   c. Substations;

   d. Transformers; and

   e. Transmission lines.

   It does not include overhead transmission lines unless indicated in the Schedule.

D. As used in this endorsement, the term transmission lines includes all lines which serve to transmit communication service or power, including lines which may be identified as distribution lines.

E. Paragraph **C. Limits Of Insurance** is replaced by the following:

   **C. Limits Of Insurance**

   The most we will pay for loss or damage in any one occurrence is the Limit Of Insurance shown in the Schedule as applicable to the Covered Property.

© Insurance Services Office, Inc., 2012
**BP 04 57 07 13**

POLICY NUMBER:                                                **BUSINESSOWNERS**
                                                             **BP 04 89 01 10**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# LIQUOR LIABILITY COVERAGE

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

**SCHEDULE**

| | |
|---|---|
| **A.   Liquor Liability Aggregate Limit:**<br>        $ | |
| **B.   Each Common Cause Limit:**<br>        $ | |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**Section II – Liability** is amended as follows:

**A.** The insurance provided under Paragraph **A.1. Business Liability** also applies to all "bodily injury" or "property damage" arising out of the selling, serving or furnishing of alcoholic beverages.

**B.** For the insurance provided by this endorsement only, Paragraph **B. Exclusions** is amended as follows:

  **1.** Paragraph **1. Applicable To Business Liability Coverages,** other than Exclusions **a. Expected Or Intended Injury, d. Workers' Compensation And Similar Laws** and **e. Employer's Liability,** does not apply.

  **2.** The following exclusions are added:

  This insurance does not apply to:

  **a.** "Bodily injury" or "property damage" arising out of any alcoholic beverage sold, served or furnished while any required license is not in effect.

  **b.** "Bodily injury" or "property damage" arising out of "your product". This exclusion does not apply to "bodily injury" or "property damage" for which the insured or the insured's indemnities may be held liable by reason of:

    **(1)** Causing or contributing to the intoxication of any person;

    **(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

    **(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

  **c.** Any "bodily injury" or "property damage" with respect to which other insurance is afforded, or would be afforded but for the exhaustion of the Limits of Insurance.

  This exclusion does not apply if the other insurance responds to liability for "bodily injury" or "property damage" imposed on the insured by reason of the selling, serving or furnishing of any alcoholic beverage.

**C.** The following are added to Paragraph **D. Liability And Medical Expenses Limits Of Insurance:**

  **D.   Liability And Medical Expenses Limits Of Insurance**

    **5.** The Liquor Liability Aggregate Limit shown in the Schedule of this endorsement is the most we will pay for all "bodily injury" and "property damage" as the result of the selling, serving or furnishing of alcoholic beverages.

**6.** Subject to the Liquor Liability Aggregate Limit, the Each Common Cause Limit shown in the Schedule of this endorsement is the most we will pay for all "bodily injury" and "property damage" sustained by one or more persons or organizations as the result of the selling, serving or furnishing of alcoholic beverages to any one person.

Neither the Liability And Medical Expenses Limit of Insurance shown in the Declarations nor its aggregate limits apply to damages arising out of the selling, serving or furnishing of alcoholic beverages.

© Insurance Services Office, Inc., 2009
**BP 04 89 01 10**   □

BUSINESSOWNERS
BP 05 23 01 15

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

The following provisions are added to the Businessowners Policy and apply to Property and Liability Coverages:

**A. CAP ON CERTIFIED TERRORISM LOSSES**

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

1. The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

2. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

**B.** The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for loss or injury or damage that is otherwise excluded under this Policy.

BUSINESSOWNERS
BP 05 42 01 15

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION OF PUNITIVE DAMAGES RELATED TO A CERTIFIED ACT OF TERRORISM

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

The following provisions are added to the Businessowners Liability Coverage Form **BP 00 06** and **Section II – Liability** of the Businessowners Coverage Form **BP 00 03:**

**A.** The following exclusion is added:

This insurance does not apply to:

**TERRORISM PUNITIVE DAMAGES**

Damages arising, directly or indirectly, out of a "certified act of terrorism" that are awarded as punitive damages.

**B.** The following definition is added:

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

**1.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

**2.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**C.** The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for injury or damage that is otherwise excluded under this Policy.

© Insurance Services Office, Inc., 2015

BUSINESSOWNERS
BP 05 77 01 06

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# FUNGI OR BACTERIA EXCLUSION (LIABILITY)

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

The following provisions are added to **Section II – Liability:**

**A.** The following exclusion is added to Paragraph **B.1., Exclusions – Applicable To Business Liability Coverage:**

    **t. Fungi Or Bacteria**

    **(1)** "Bodily injury", "property damage" or "personal and advertising injury" which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

    **(2)** Any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

    This exclusion does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for bodily consumption.

**B.** The following definition is added Paragraph **F. Liability And Medical Expenses Definitions:**

    **1.** "Fungi" means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or by-products produced or released by fungi.

 © ISO Properties, Inc.,  2004

**BUSINESSOWNERS**
**BP 07 10 01 06**

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# MOTELS

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Businessowners Coverage Form apply, unless modified by this endorsement.

**A.** Paragraph **A.1.b.(2)** of **Section I – Property** is replaced by the following:

**(2)** Property of others that is in your care, custody or control, excluding property belonging to guests staying at your motel, except as otherwise provided in Loss Payment Property Loss Condition **E.5.d.(3)(b);**

**B.** The following is added to Paragraph **A.1.b.** of **Section I – Property:**

**(6)** Your personal property in motel rooms furnished by you as a motel operator.

**C.** The following is added to Paragraph **A.5. Additional Coverages** of **Section I – Property:**

**s.  Lock Replacement**

We will pay the necessary expenses you incur to replace locks for motel rooms resulting from theft or copying of keys or any other legitimate security concern. The most we will pay under this Additional Coverage during each policy period is $2,500.

This insurance does not apply to loss caused by:

**(1)** Vandalism; or

**(2)** Wear and Tear.

Lock replacement coverage is not subject to a deductible.

**D.** Our obligation under this coverage applies only to the amount of damages in excess of any deductible amount stated in the Declarations as applicable to this coverage.

**E.** The following is added to Paragraph **A. Coverages** of **Section II – Liability:**

**3.  Liability For Guests' Property**

**a.** We will pay those sums that you become legally obligated to pay as damages because of loss or destruction of, or damage to property belonging to your motel guests while the property is on your premises or in your possession. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Paragraph **D** – Liability And Medical Expenses Limits Of Insurance in Section **II** – Liability; and

**(2)** Our right and duty to defend end when we have used up the applicable Limit of Insurance in the payment of judgments or settlements or medical expenses.

**b.** This insurance applies to damages resulting from the loss or destruction of, or damage to property belonging to motel guests only if the loss or destruction of, or damage to property took place in the "coverage territory" during the policy period.

**c.** This coverage does not apply to the following property:

**(1)** Samples or articles held for sale;

**(2)** Vehicles, including equipment, accessories or any property contained in or on a vehicle; and

**(3)** Property belonging to your guests while the property is in a "safe deposit box" on your premises.

**F.** The following is added to Paragraph **B. Exclusions** of **Section II – Liability:**

**4. Applicable To Liability For Guests' Property**

This insurance does not apply to:

**a.** Liability excluded under Business Liability Coverage.

However, with respect to the coverage provided for damage to Guests' Property, Exclusion **B.1.k.(4)** of **Section II – Liability** does not apply;

**b.** Dishonest acts committed by you, your partners, members or managers;

**c.** Destruction of or damage to property resulting from the spilling, upsetting or leaking of any food or liquid;

**d.** Loss or destruction of or damage to property resulting from seizure or destruction of the property by order of governmental authority; and

**e.** Liability incurred from your release of any other person or organization from legal liability.

**G.** The following is added to Paragraph **D. Liability And Medical Expenses Limits Of Insurance** of **Section II – Liability:**

**5. Liability For Guests' Property Limits Of Insurance**

**a.** The most we will pay for all damages because of loss or destruction of or damage to property belonging to your guests in any one "occurrence", regardless of the number of guests, is $25,000 unless a higher amount is shown in the Declarations.

**b.** Subject to the applicable limit stated above in **5.a.,** the most we will pay for all damages because of loss or destruction of or damage to property belonging to any one guest is $1,000, unless a higher amount is shown in the Declarations.

All loss, destruction or damage involving a single act or series of related acts whether caused by one or more persons is considered one "occurrence".

**H.** For coverage provided under this endorsement the following definition is added to **Section II – Liability:**

**23.** "Safe Deposit Box" means a box or safe used for safe storage of valuables. The box or safe must be in an area inaccessible to the public whereby the valuables are turned over to the custody of a motel representative. "Safe deposit box" does not include any safe or storage facility in motel units occupied by guests.

© ISO Properties, Inc.,  2004

BUSINESSOWNERS
BP 07 11 01 06

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# MOTEL – LIABILITY FOR GUESTS' PROPERTY IN SAFE DEPOSIT BOXES

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Businessowners Coverage Form are amended as follows:

**A.** The following is added to Paragraph **A. Coverages** of **Section II – Liability:**

   **3. Liability For Guests' Property In "Safe Deposit Boxes"**

     **a.** We will pay those sums that you become legally obligated to pay as damages because of loss or destruction of or damage to property belonging to your motel guests while the property is in a "safe deposit box" on your premises. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

       **(1)** The amount we will pay for damages is limited as described in Paragraph **D** – Liability And Medical Expenses Limits Of Insurance in Section **II** – Liability; and

       **(2)** Our right and duty to defend end when we have used up the applicable Limit of Insurance in the payment of judgments or settlements or medical expenses.

       Our obligation under this coverage applies only to the amount of damages in excess of any deductible amount stated in the Declarations as applicable to this coverage.

     **b.** This insurance applies to damages resulting from the loss or destruction of or damage to property belonging to your motel guests only if the loss or destruction of or damage to property took place in the "coverage territory" during the policy period.

**B.** The following are added to Paragraph **B. Exclusions** of **Section II – Liability:**

   **4. Applicable to Liability For Guests' Property In "Safe Deposit Boxes"**

     This insurance does not apply to:

     **a.** Liability excluded under Business Liability Coverage.

      However, with respect to the coverage provided for damage to Guests' Property, Exclusion **B.1.k.(4)** of Section **II** – Liability does not apply.

     **b.** Dishonest acts committed by you, your partners, members or managers;

     **c.** Destruction of or damage to property resulting from fire;

     **d.** Loss or destruction of or damage to property resulting from seizure or destruction of the property by order of governmental authority; and

     **e.** Liability incurred from your release of any other person or organization from legal liability.

**C.** The following is added to Paragraph **D. Liability And Medical Expenses Limits Of Insurance** of **Section II – Liability:**

   **5. Liability For Guests' Property In "Safe Deposit Boxes" Limit Of Insurance**

     The most we will pay for all damages because of loss or destruction of or damage to property belonging to your motel guests while the property is in a "safe deposit box" on your premises in any one "occurrence", regardless of the number of guests, is the Liability For Guests' Property In "Safe Deposit Boxes" Limit of Insurance shown in the Declarations.

© ISO Properties, Inc., 2004

**D.** For coverage provided under this endorsement the following definition is added to **Section II – Liability:**

**23.** "Safe Deposit Box" means a box or safe used for safe storage of valuables. The box or safe must be in an area inaccessible to the public whereby the valuables are turned over to the custody of a motel representative. "Safe deposit box" does not include any safe or storage facility in motel units occupied by guests.

© ISO Properties, Inc., 2004

**BP 07 11 01 06**   ☐

**BUSINESSOWNERS**
**BP 10 71 02 08**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# INDIANA CHANGES – POLLUTION EXCLUSION

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

The following paragraph is added to the Businessowners Coverage Form:

**PROVISIONS RELATING TO POLLUTANTS**

In this Policy, any exclusion, limitation, or other provision relating to pollutants ("pollutants"), or any amendment to or replacement of such exclusions, limitations or other provisions, applies whether or not the irritant or contaminant has any function in your business, operations, premises, site or location.

POLICY NUMBER:                                                                    **BUSINESSOWNERS**
                                                                                  **BP 12 03 01 10**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# LOSS PAYABLE CLAUSES

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

**SCHEDULE**

| Premises Number: | Building Number: | Applicable Clause<br>(Indicate Paragraph A, B, C or D): |
|---|---|---|
| **Description Of Property:**<br><br>**Loss Payee Name:**<br><br>**Loss Payee Address:** | | |
| Premises Number: | Building Number: | Applicable Clause<br>(Indicate Paragraph A, B, C or D): |
| **Description Of Property:**<br><br>**Loss Payee Name:**<br><br>**Loss Payee Address:** | | |
| Premises Number: | Building Number: | Applicable Clause<br>(Indicate Paragraph A, B, C or D): |
| **Description Of Property:**<br><br>**Loss Payee Name:**<br><br>**Loss Payee Address:** | | |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | |

Nothing in this endorsement increases the applicable Limit of Insurance. We will not pay any Loss Payee more than their financial interest in the Covered Property, and we will not pay more than the applicable Limit of Insurance on the Covered Property.

The following is added to the **Loss Payment** Property Loss Condition in **Section I – Property,** as shown in the Declarations or in the Schedule:

**A. Loss Payable Clause**

For Covered Property in which both you and a Loss Payee shown in the Schedule or in the Declarations have an insurable interest, we will:

**1.** Adjust losses with you; and

    **2.** Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

**B. Lender's Loss Payable Clause**

    **1.** The Loss Payee shown in the Schedule or in the Declarations is a creditor, including a mortgageholder or trustee, whose interest in that Covered Property is established by such written instruments as:

        **a.** Warehouse receipts;

        **b.** A contract for deed;

        **c.** Bills of lading;

        **d.** Financing statements; or

        **e.** Mortgages, deeds of trust, or security agreements.

    **2.** For Covered Property in which both you and a Loss Payee have an insurable interest:

        **a.** We will pay for covered loss or damage to each Loss Payee in their order of precedence, as interests may appear.

        **b.** The Loss Payee has the right to receive loss payment even if the Loss Payee has started foreclosure for similar action on the Covered Property.

        **c.** If we deny your claim because of your acts or because you have failed to comply with the terms of this policy, the Loss Payee will still have the right to receive loss payment if the Loss Payee:

            **(1)** Pays any premium due under this policy at our request if you have failed to do so;

            **(2)** Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

            **(3)** Has notified us of any change in ownership, occupancy or substantial change in risk known to the Loss Payee.

        All of the terms of **Section I – Property** will then apply directly to the Loss Payee.

        **d.** If we pay the Loss Payee for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this policy:

            **(1)** The Loss Payee's rights will be transferred to us to the extent of the amount we pay; and

            **(2)** The Loss Payee's right to recover the full amount of the Loss Payee's claim will not be impaired.

            At our option, we may pay to the Loss Payee the whole principal on the debt plus any accrued interest. In this event, you will pay your remaining debt to us.

    **3.** If we cancel this policy, we will give written notice to the Loss Payee at least:

        **a.** 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

        **b.** 30 days before the effective date of cancellation if we cancel for any other reason.

    **4.** If we do not renew this policy, we will give written notice to the Loss Payee at least 10 days before the expiration date of this policy.

**C. Contract Of Sale Clause**

    **1.** The Loss Payee shown in the Schedule or in the Declarations is a person or organization you have entered a contract with for the sale of Covered Property.

    **2.** For Covered Property in which both you and the Loss Payee have an insurable interest, we will:

        **a.** Adjust losses with you; and

        **b.** Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

    **3.** The following is added to Paragraph **H. Other Insurance** in **Section III – Common Policy Conditions:**

        For Covered Property that is the subject of a contract of sale, the word "you" includes the Loss Payee.

**D. Building Owner Loss Payable Clause**

    **1.** The Loss Payee shown in the Schedule or in the Declarations is the owner of the described building, in which you are a tenant.

    **2.** We will adjust losses to the described building with the Loss Payee. Any loss payment made to the Loss Payee will satisfy your claims against us for the owner's property.

    **3.** We will adjust losses to tenant's improvements and betterments with you, unless the lease provides otherwise.

© Insurance Services Office, Inc., 2009
**BP 12 03 01 10**   ◻

POLICY NUMBER:

**BUSINESSOWNERS**
**BP 14 05 07 13**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – GRANTOR OF FRANCHISE

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

**SCHEDULE**

| Name Of Person(s) Or Organization(s): |
| --- |
|  |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

**Section II – Liability** is amended as follows:

**A.** The following is added to Paragraph **C. Who Is An Insured:**

Any person(s) or organization(s) shown in the Schedule is also an additional insured, but only with respect to their liability as a grantor of a franchise to you.

However:

**1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following is added to Paragraph **D. Liability And Medical Expenses Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement; or

**2.** Available under the applicable Limits Of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits Of Insurance shown in the Declarations.

**BUSINESSOWNERS**
**BP 14 45 12 10**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# INDIANA CHANGES –
# WORKERS' COMPENSATION EXCLUSION

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

The following is added to Paragraph **B.1.d. Workers' Compensation And Similar Laws** Exclusion:

This exclusion also applies to any obligation of the insured under the Indiana Workers' Compensation statutes arising out of the failure of the insured to exact from a contractor (or subcontractor if the insured is a contractor) a certificate from the workers' compensation board showing that the contractor (or subcontractor) has complied with the applicable workers' compensation insurance requirements.

 © Insurance Services Office, Inc., 2010

BUSINESSOWNERS
BP 15 04 05 14

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL INFORMATION AND DATA-RELATED LIABILITY – WITH LIMITED BODILY INJURY EXCEPTION

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

**A.** Exclusion **B.1.q.** of **Section II – Liability** is replaced by the following:

This insurance does not apply to:

**q. Access Or Disclosure Of Confidential Or Personal Information And Data-related Liability**

**(1)** Damages, other than damages because of "personal and advertising injury", arising out of any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information; or

**(2)** Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of that which is described in Paragraph **(1)** or **(2)** above.

However, unless Paragraph **(1)** above applies, this exclusion does not apply to damages because of "bodily injury".

As used in this exclusion, electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data.

     © Insurance Services Office, Inc., 2013

**B.** The following is added to Paragraph **B.1.p. Personal And Advertising Injury** Exclusion of **Section II – Liability:**

This insurance does not apply to:

**p. Personal And Advertising Injury**

"Personal and advertising injury":

Arising out of any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of any access to or disclosure of any person's or organization's confidential or personal information.

© Insurance Services Office, Inc., 2013

**BP 15 04 05 14**

POLICY NUMBER:                                                                  **BUSINESSOWNERS**
                                                                                **BP 15 26 01 14**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# INDIANA ACTUAL CASH VALUE FOR ROOF SURFACING

This endorsement modifies insurance provided under the following:

   BUSINESSOWNERS COVERAGE FORM

**SCHEDULE**

| Premises Number | Building Number | Indicate Applicability (Paragraph A. and/or Paragraph B.) |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | |

**A.** The following provision applies to **Section I – Property** with respect to the building(s) identified in the Schedule as being subject to this Paragraph **A.:**

The following is added to Paragraph **E.5.d.(3)** of the **Loss Payment** Property Loss Condition:

   **(f)** Roof surfacing.

**B.** For the purpose of this endorsement, roof surfacing refers to the shingles, tiles, cladding, metal or synthetic sheeting or similar materials covering the roof and includes all materials used in securing the roof surface and all materials applied to or under the roof surface for moisture protection, as well as roof flashing.

**QUICK REFERENCE**

# BUSINESSOWNERS POLICY

### READ YOUR POLICY CAREFULLY

| | | Beginning on Page |
|---|---|---|
| **BUSINESSOWNERS COVERAGE FORM – SECTION I – PROPERTY** | | |
| **A.** | Coverage | |
| | **1.** Covered Property | 1 |
| | **2.** Property Not Covered | 2 |
| | **3.** Covered Causes of Loss | 2 |
| | **4.** Limitations | 2 |
| | **5.** Additional Coverages | 3 |
| | **6.** Coverage Extensions | 14 |
| **B.** | Exclusions | 17 |
| **C.** | Limits of Insurance | 23 |
| **D.** | Deductibles | 23 |
| **E.** | Property Loss Conditions | |
| | **1.** Abandonment | 24 |
| | **2.** Appraisal | 24 |
| | **3.** Duties in the Event of Loss or Damage | 24 |
| | **4.** Legal Action Against Us | 24 |
| | **5.** Loss Payment | 24 |
| | **6.** Recovered Property | 27 |
| | **7.** Resumption of Operations | 27 |
| | **8.** Vacancy | 27 |
| **F.** | Property General Conditions | |
| | **1.** Control of Property | 28 |
| | **2.** Mortgage Holders | 28 |
| | **3.** No Benefit to Bailee | 28 |
| | **4.** Policy Period, Coverage Territory | 28 |
| **G.** | Optional Coverages | |
| | **1.** Outdoor Signs | 29 |
| | **2.** Money and Securities | 29 |
| | **3.** Employee Dishonesty | 29 |
| | **4.** Equipment Breakdown Protection Coverage | 31 |
| **H.** | Property Definitions | |
| | **1.** "Computer" | 32 |
| | **2.** "Counterfeit" | 32 |
| | **3.** "Electronic Data" | 32 |
| | **4.** "Fungi" | 32 |
| | **5.** "Manager" | 32 |
| | **6.** "Member" | 32 |
| | **7.** "Money" | 32 |
| | **8.** "Operations" | 32 |
| | **9.** "Period of Restoration" | 32 |
| | **10.** "Pollutants" | 33 |
| | **11.** "Securities" | 33 |
| | **12.** "Specified Causes of Loss" | 33 |
| | **13.** "Stock" | 33 |
| | **14.** "Valuable Papers and Records" | 33 |

**BUSINESSOWNERS COVERAGE FORM – SECTION II – LIABILITY**

Beginning on Page

- **A.** Coverages
  - **1.** Business Liability — 34
  - **2.** Medical Expenses — 36
- **B.** Exclusions
  - **1.** Applicable to Business Liability Coverage — 36
  - **2.** Applicable to Medical Expenses Coverage — 42
  - **3.** Applicable to both Business Liability Coverage and Medical Expenses Coverage – Nuclear Energy Liability Exclusion — 42
- **C.** Who Is An Insured — 44
- **D.** Liability and Medical Expenses Limits of Insurance — 45
- **E.** Liability and Medical Expenses General Conditions
  - **1.** Bankruptcy — 45
  - **2.** Duties in the Event of Occurrence, Offense, Claim or Suit — 46
  - **3.** Legal Action Against Us — 46
  - **4.** Separation of Insureds — 46
- **F.** Liability and Medical Expenses Definitions
  - **1.** "Advertisement" — 46
  - **2.** "Auto" — 46
  - **3.** "Bodily Injury" — 46
  - **4.** "Coverage Territory" — 46
  - **5.** "Employee" — 47
  - **6.** "Executive Officer" — 47
  - **7.** "Hostile Fire" — 47
  - **8.** "Impaired Property" — 47
  - **9.** "Insured Contract" — 47
  - **10.** "Leased Worker" — 47
  - **11.** "Loading or Unloading" — 48
  - **12.** "Mobile Equipment" — 48
  - **13.** "Occurrence" — 48
  - **14.** "Personal and Advertising Injury" — 48
  - **15.** "Pollutants" — 48
  - **16.** "Products – Completed Operations Hazard" — 49
  - **17.** "Property Damage" — 49
  - **18.** "Suit" — 49
  - **19.** "Temporary Worker" — 49
  - **20.** "Volunteer Worker" — 49
  - **21.** "Your Product" — 49
  - **22.** "Your Work" — 50

**BUSINESSOWNERS COVERAGE FORM – SECTION III – COMMON POLICY CONDITIONS**

- **A.** Cancellation — 50
- **B.** Changes — 51
- **C.** Concealment, Misrepresentation or Fraud — 51
- **D.** Examination of Your Books and Records — 51
- **E.** Inspections and Surveys — 51
- **F.** Insurance Under Two or More Coverages — 51
- **G.** Liberalization — 51
- **H.** Other Insurance — 51
- **I.** Premiums — 51
- **J.** Premium Audit — 52
- **K.** Transfer of Rights of Recovery Against Others To Us — 52
- **L.** Transfer of Your Rights and Duties Under This Policy — 52

**BUSINESSOWNERS**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# TEXAS CHANGES

This endorsement modifies insurance provided under the following:

EQUIPMENT BREAKDOWN COVERAGE (Including Electronic Circuitry Impairment)

**A.** The following coverages are added:

1. Defense

   If a claim or "suit" is brought against you alleging that you are liable for damage to property of another in your care, custody or control that was directly caused by an "accident" or "electronic circuitry impairment" to "covered equipment" we will either:

   **a.** Settle the claim or "suit"; or

   **b.** Defend you against the claim or "suit" but keep for ourselves the right to settle it at any point.

2. Supplementary Payments

   We will pay, with respect to any claim or "suit" we defend:

   **a.** All expenses we incur;

   **b.** The cost of bonds to release attachments, but only for bond amounts within the Limit of Insurance. We do not have to furnish these bonds;

   **c.** All reasonable expenses incurred by you at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $100 a day because of time off from work;

   **d.** All costs taxed against you in any "suit" we defend;

   **e.** Pre-judgment interest awarded against you on that part of the judgment we pay. If we make an offer to pay the applicable Limit of Insurance, we will not pay any pre-judgment interest based on that period of time after the offer; and

   **f.** All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the Limit of Insurance shown in the Declarations.

   These payments will not reduce the Limit of Insurance.

**B.** As respects Equipment Breakdown Coverage only, the following are added:

1. Bankruptcy

   The bankruptcy or insolvency of you or your estate will not relieve us of an obligation under this coverage section.

2. Legal Action Against Us

   No one may bring a legal action against us under this Equipment Breakdown coverage unless:

   **a.** There has been full compliance with all the terms of this Equipment Breakdown coverage; and

   **b.** The action is brought within 2 years and 1 day from the date that cause of action first accrues. A cause of action accrues on the date of the initial breach of our contractual duties as alleged in the action; or

   **c.** We agree in writing that you have an obligation to pay for damage to Covered Property of others or until the amount of that obligation has been determined by final judgment or arbitration award.  No one has the right under this policy to bring us into an action to determine your liability.

**C.** With respect to Equipment Breakdown Coverage only, the following Definition is added:

   "Suit" means a civil proceeding and includes:

1. An arbitration proceeding in which damages are claimed and to which you must submit or do submit with our consent; or

2. Any other alternative dispute resolution proceeding in which damages are claimed and to which you submit with our consent.

 Includes copyrighted material of ISO Properties, Inc. with its permission.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXPANDED BUSINESSOWNERS EXTENSION ENDORSEMENT

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

**SECTION I – PROPERTY**

With respect to coverage provided by this endorsement, the provisions of the Businessowners Coverage Form apply, unless modified by this endorsement. The coverage provided by this endorsement applies separately to each location shown in the Declarations.

1. In regard to coverage on "Computer(s)" and "Electronic Data", **A. Coverage, 1. Covered Property, b.(2)** is replaced by the following:

   **(2)** Property of others that is in your care, custody or control. However, if an item(s) of personal property of others is subject to a written contract which governs your liability for loss or damage to that item(s), then valuation of that item(s) will be based on the amount for which you are liable under such contract, but not to exceed the lesser of the replacement cost of the property or the Limit of Insurance applying to Business Personal Property at the described location.

2. **A. Coverage, 4. Limitations, c.** is replaced by the following:

   **c.** For loss or damage by theft, the following types of property are covered only up to the limits shown:

      **(1)** $5,000 for furs, fur garments and garments trimmed with fur.

      **(2)** $5,000 for jewelry, watches, watch movements, jewels, pearls, precious and semi-precious stones, bullion, gold, silver, platinum and other precious alloys or metals. This limit does not apply to jewelry and watches worth $100 or less per item.

      **(3)** $5,000 for patterns, dies, molds and forms.

3. **A. Coverage, 5. Additional Coverages, a. Debris Removal,** Paragraph **(4), b. Preservation Of Property,** Paragraph **(2) c. Fire Department Service Charge, f. Business Income,** Paragraph **(2)(a), h. Pollutant Clean Up And Removal, Third** Paragraph, **i. Civil Authority, j. Money Orders And "Counterfeit Money", k. Forgery Or Alteration,** Paragraph **(4), m. Business Income From Dependent Properties,** Paragraph **(1)** and **(6)(a),** and **o. Fire Extinguisher Systems Recharge Expense,** Paragraph **(3) and p. Electronic Data,** Paragraph **(3)** are replaced by the following:

**a. Debris Removal**

   **(4)** We will pay up to an additional $100,000 for debris removal expense, for each location, in any one occurrence of physical loss or damage to Covered Property, if one or both of the following circumstances apply:

      **(a)** The total of the actual debris removal expense plus the amount we pay for direct physical loss or damage exceeds the Limit of Insurance on the Covered Property that has sustained loss or damage.

      **(b)** The actual debris removal expense exceeds 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

   Therefore, if Paragraphs **(4)(a)** and or **(4)(b)** apply, our total payment for direct physical loss or damage and debris removal expense may reach but will never exceed the Limit of Insurance of the Covered Property that has sustained loss or damage, plus $100,000.

**b. Preservation Of Property**

   **(2)** Only if the loss or damage occurs within 90 days after the property is first moved.

**c. Fire Department Service Charge**

   When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $25,000 for service at each premises described in the Declarations, unless a different limit is shown in the Declarations. Such limit is the most we will pay regardless of the number of responding fire departments or fire units, and regardless of the number or type of services performed.

   This Additional Coverage applies to your liability for fire department service charges:

   **(1)** Assumed by contract or agreement prior to loss; or

   **(2)** Required by local ordinance.

 Includes copyrighted material of ISO Properties, Inc. with its permission.

f. **Business Income**

(2) **Extended Business Income**

(a) If the necessary suspension of your "operations" produces a Business Income loss payable under this policy, we will pay for the actual loss of Business Income you incur during the period that:

(i) Begins on the date property except finished stock is actually repaired, rebuilt or replaced and "operations" are resumed; and

(ii) Ends on the earlier of:

i. The date you could restore your "operations", with reasonable speed, to the level which would generate the Business Income amount that would have existed if no direct physical loss or damage had occurred; or

ii. 90 consecutive days after the date determined in Paragraph **(a)(i)** above, unless a greater number of consecutive days is shown in the Declarations.

However, Extended Business Income does not apply to loss of Business Income incurred as a result of unfavorable business conditions caused by the impact of the Covered Cause of Loss in the area where the described premises are located.

h. **Pollutant Clean Up and Removal**

The third paragraph is replaced with the following:

The most we will pay for each location under this Additional Coverage is $50,000 for the sum of all such expenses arising out of Covered Causes of Loss occurring during each separate 12 month period of this policy.

i. **Civil Authority**

When a Covered Cause of Loss causes damage to property other than property at the described premises, we will pay for the actual loss of Business Income you sustain and necessary Extra Expense caused by action of civil authority that prohibits access to the described premises, provided that both of the following apply:

(1) Access to the area immediately surrounding the damaged property is prohibited by civil authority as a result of the damage, and the described premises are within that area but are not more than one mile from the damaged property; and

(2) The action of civil authority is taken in response to dangerous physical conditions resulting from the damage or continuation of the Covered Cause of Loss that caused the damage, or the action is taken to enable a civil authority to have unimpeded access to the damaged property.

Civil Authority Coverage for Business Income will begin immediately after the time of the first action of civil authority that prohibits access to the described premises and will apply for a period of up to four consecutive weeks from the date on which such coverage began.

Civil Authority Coverage for necessary Extra Expense will begin immediately after the time of first action of civil authority that prohibits access to the described premises and will end:

(1) Four consecutive weeks after the date of that action; or

(2) When your Civil Authority Coverage for Business Income ends;

whichever is later.

The definitions of Business Income and Extra Expense contained in the Business Income and Extra Expense Additional Coverages also apply to this Civil Authority Additional Coverage. The Civil Authority Additional Coverage is not subject to the Limits Of Insurance of **Section I – Property.**

j. **Money Orders And "Counterfeit Money"**

We will pay for loss resulting directly from your having accepted in good faith, in exchange for merchandise, "money" or services:

(1) Money orders issued by any post office express company or "financial institution" that are not paid upon presentation; or

(2) "Counterfeit money" that is acquired during the regular course of business.

The most we will pay for any loss under this Additional Coverage is $50,000.

k. **Forgery Or Alteration**

(4) The most we will pay for any loss in any one occurrence, including legal expenses, under this Additional Coverage is $50,000, unless a higher Limit Of Insurance is shown in the Declarations.

m. **Business Income From Dependent Properties**

(1) We will pay for the actual loss of Business Income you sustain due to physical loss or damage at the premises of a dependent property or secondary dependent property caused by or resulting from any Covered Cause Of Loss.

However, this Additional Coverage does not apply when the only loss at the premises of a dependent property or a secondary dependent property is loss or damage to "electronic data", including destruction or corruption of "electronic data". If the dependent property or secondary dependent property sustains loss or damage to "electronic data" and other property, coverage under this Additional Coverage will not continue once the other property is repaired, rebuilt or replaced.

The most we will pay under this Additional Coverage is $50,000 at each described premises due to damage from a Covered Cause Of Loss at any one dependent property.

**(6)** The coverage period for Business Income under this Additional Coverage:

**(a)** Begins immediately after the time of direct physical loss or damage caused by or resulting from any Covered Cause Of Loss at the described premises of the dependent property or secondary dependent property; and

**o. Fire Extinguisher Systems Recharge Expense**

**(3)** The most we will pay under this Additional Coverage is the actual cost to recharge or replace, whichever is less.

**p. Electronic Data**

**(3)** The most we will pay under this Additional Coverage – Electronic Data for all loss or damage sustained in any one policy year, regardless of the number of occurrences of loss or damage or the number of premises, locations or computer systems involved, is $25,000, unless a higher Limit Of Insurance is shown in the Declarations.

If loss payment on the first occurrence does not exhaust this amount, then the balance is available for subsequent loss or damage sustained in, but not after, that policy year. With respect to an occurrence which begins in one policy year and continues or results in additional loss or damage in a subsequent policy year(s), all loss or damage is deemed to be sustained in the policy year in which the occurrence began.

**4. A. Coverage, 5. Additional Coverages, f. Business Income** is amended by the addition of the following:

**f. Business Income**

**(5) Newly Acquired Locations**

**a.** You may extend your Business Income Coverage to apply to property at any location you acquire other than at fairs or exhibitions.

**b.** The most we will pay under this Extension, for the sum of Business Income loss and Extra Expense incurred, is $500,000 at each location.

**c.** Insurance under this Extension for each newly acquired location will end when any of the following first occurs:

**(1)** This policy expires;

**(2)** 120 days expire after you acquire or begin to construct the property; or

**(3)** You report values to us.

We will charge you additional premium for values reported from the date you acquire the property.

**5. A. Coverage, 5. Additional Coverages** is amended by adding the following coverage:

**s. Lock Replacement And Rekeying**

We will pay the necessary expenses you incur to replace or rekey locks made necessary due to theft or unauthorized copying of keys or any other legitimate security concern.

This insurance does not apply to loss caused by:

**(1)** Vandalism; or

**(2)** Wear and Tear.

The most we will pay under this Additional Coverage during each policy period is $10,000.

Lock replacement and rekeying is not subject to a deductible.

**t. Spoilage Coverage**

**(1)** This policy is extended to cover "perishable stock" at the described premises owned by you or by others that is in your care, custody or control.

**(2)** For the purpose of this extension only, the Covered Cause of Loss is defined as:

**(a)** Breakdown or Contamination, meaning:

**(i)** Change in temperature or humidity resulting from mechanical breakdown or mechanical failure of refrigerating, cooling or humidity control apparatus or equipment, but only while such equipment or apparatus is at the described premises; or

**(ii)** Contamination by the refrigerant.

**(b)** Power Outage, meaning change in temperature or humidity resulting from complete or partial interruption of electrical power, either on or off the described premises, due to conditions beyond your control.

**(3)** For the purpose of this Additional Coverage only, the following Exclusions are added:

We will not pay for loss or damage caused by or resulting from:

**(a)** The disconnection of any refrigerating, cooling, humidity control system from the source of power.

**(b)** The deactivation of electrical power caused by the manipulation of any switch or other device used to control the flow of electrical power or current.

**(c)** The inability of an Electrical Utility Company or other power source to provide sufficient power due to:

**(i)** Lack of fuel;

**(ii)** Governmental order; or

**(iii)** Lack of generating capacity to meet demand.

**(d)** Breaking of any glass that is a permanent part of any refrigerating, cooling or humidity control unit.

**(4)** The most we will pay under this Additional Coverage is $10,000 per any one occurrence.

**(5)** If Petroleum Marketers Industry Extension, form BP7148 applies, this Additional Coverage does not apply.

**u.  Arson And Theft Rewards**

We will reimburse you for rewards paid by you to any person or persons, other than you, your officers, "managers", your "employees" or your active "members", for information leading to an arson or theft conviction in connection with a covered loss to covered property resulting from fire or theft.

The most we will pay under this Additional Coverage is $10,000 per loss.  This is the most we will pay regardless of the number of persons who provided the information.

**v.  Water Back-Up And Sump Overflow**

**(1)** We will pay for direct physical loss or damage to Covered Property, covered under **Section I – Property**, caused by or resulting from:

**(a)** Water which backs up through or overflows from a sewer or drain; or

**(b)** Water which overflows from a sump, even if the overflow results from mechanical breakdown of a sump pump or its related equipment.

However, with respect to Paragraph **(b)** above, we will not pay the cost of repairing or replacing a sump pump or its related equipment in the event of a mechanical breakdown.

**(2)** The coverage described in Paragraph **(1)** of this Additional Coverage does not apply to loss or damage resulting from:

**(a)** An insured's failure to keep a sump pump or its related equipment in proper working condition;

**(b)** An insured's failure to perform the routine maintenance or repair necessary to keep a sewer or drain free from obstructions; or

**(c)** Sump pump failure which is caused by or results from failure of power, unless this policy is endorsed to cover power failure affecting the described premises.

**(3)** With respect to the coverage provided under this Additional Coverage, Exclusion **B.1.g. Water** in **Section I – Property** is replaced by the following:

**g.  Water**

**(1)** Flood, surface water, waves (including tidal wave and tsunami), tides, tidal water, overflow of any body of water, or spray from any of these, all whether or not driven by wind (including storm surge);

**(2)** Mudslide or mudflow;

**(3)** Water under the ground surface pressing on, or flowing or seeping through:

**(a)** Foundations, walls, floors or paved surfaces;

**(b)** Basements, whether paved or not; or

**(c)** Doors, windows or other openings.

**(4)** Waterborne material carried or otherwise moved by any of the water referred to in Paragraph **(1)** or **(3)**, or material carried or otherwise moved by mudslide or mudflow.

This exclusion applies regardless of whether any of the above, in Paragraphs **g.(1)** through **g.(4)**, is caused by an act of nature or is otherwise caused.  An example of a situation to which this exclusion applies is the situation where a dam, levee, seawall or other boundary or containment system fails in whole or in part, for any reason, to contain the water.

But if any of the above, in Paragraph **g.(1)** through **g.(4)**, results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage.

**(5)** For the purposes of this Additional Coverage, the term drain includes a roof drain and related fixtures.

Includes copyrighted material of ISO Properties, Inc. with its permission.

**(6)** The most we will pay for this Additional Coverage in any one annual policy period, regardless of the number of locations scheduled, occurrences, accidents, insureds or claims made is $25,000 for Water Backup and Sump Overflow unless a higher Limit Of Insurance is shown in the declarations.

**w. Employee Dishonesty**

**(1)** We will pay for direct loss of or damage to Business Personal Property and "money" and "securities" resulting from dishonest acts committed by any of your employees acting alone or in collusion with other persons (except you or your partner) with the manifest intent to:

**(a)** Cause you to sustain loss or damage; and also

**(b)** Obtain financial benefit (other than salaries, commissions, fees, bonuses, promotions, awards, profit sharing, pensions or other employee benefits earned in the normal course of employment) for:

**(i)** Any employee; or

**(ii)** Any other person or organization.

**(2)** We will not pay for loss or damage:

**(a)** Resulting from any dishonest or criminal act that you or any of your partners or "members" commit whether acting alone or in collusion with other persons.

**(b)** Resulting from any dishonest act committed by any of your employees (except as provided in Paragraph **(1)**, "managers" or directors:

**(i)** Whether acting alone or in collusion with other persons; or

**(ii)** While performing services for you or otherwise.

**(c)** The only proof of which as to its existence or amount is:

**(i)** An inventory computation; or

**(ii)** A profit and loss computation.

**(d)** Caused by an employee if the employee had also committed theft or any other dishonest act prior to the effective date of this policy and you or any of your partners, "members", "managers", officers, directors or trustees, not in collusion with the employee, learned of that theft or dishonest act prior to the policy period shown in the Declarations.

**(3)** The most we will pay under this Additional Coverage for loss or damage in any one occurrence is $50,000.

**(4)** All loss or damage:

**(a)** Caused by one or more persons; or

**(b)** Involving a single act or series of acts is considered one occurrence.

**(5)** If any loss is covered:

**(a)** Partly by this insurance; and

**(b)** Partly by any prior cancelled or terminated insurance that we or any affiliate had issued to you or any predecessor in interest;

The most we will pay is the larger of the amount recoverable under this insurance or the prior insurance.

We will pay only for loss or damage you sustain through acts committed or events occurring during the Policy Period. Regardless of the number of years this policy remains in force or the number of premiums paid, no Limit Of Insurance cumulates from year to year or period to period.

**(6)** This coverage is cancelled as to any employee immediately upon discovery by:

**(a)** You; or

**(b)** Any of your partners, "members", "managers", officers or directors not in collusion with the employee;

of any dishonest act committed by that employee before or after being hired by you.

**(7)** We will pay only for covered loss or damage sustained during the policy period and discovered no later than one year from the end of the policy period.

**(8)** If you (or any predecessor in interest) sustained loss or damage during the policy period of any prior insurance that you could have recovered under that insurance except that the time within which to discover loss or damage had expired, we will pay for it under this coverage, provided:

**(a)** This coverage became effective at the time of cancellation or termination of the prior insurance; and

**(b)** The loss or damage would have been covered by this coverage had it been in effect when the acts or events causing the loss or damage were committed or occurred.

**(9)** The insurance under Paragraph **(8)** above is part of, not in addition to, the Limit Of Insurance applying to this coverage and is limited to the lesser of the amount recoverable under:

**(a)** This coverage as of its effective date; or

**(b)** The prior insurance had it remained in effect.

**(10)** With respect to the Employee Dishonesty Additional Coverage in Paragraph **A.5.w**, employee means:

**(1)** Any natural person:

  **(a)** While in your service or for 30 days after termination of service;

  **(b)** Who you compensate directly by salary, wages or commissions; and

  **(c)** Who you have the right to direct and control while performing services for you;

**(2)** Any natural person who is furnished temporarily to you:

  **(a)** To substitute for a permanent employee, as defined in Paragraph **(1)** above, who is on leave; or

  **(b)** To meet seasonal or short-term workload conditions;

**(3)** Any natural person who is leased to you under a written agreement between you and a labor leasing firm, to perform duties related to the conduct of your business, but does not mean a temporary employee as defined in Paragraph **(2)** above;

**(4)** Any natural person who is a former employee, director, partner, member, manager, representative or trustee retained as a consultant while performing services for you; or

**(5)** Any natural person who is a guest student or intern pursuing studies or duties, excluding, however, any such person while having care and custody of property outside any building you occupy in conducting your business.

But employee does not mean:

**(1)** Any agent, broker, factor, commission merchant, consignee, independent contractor or representative of the same general character; or

**(2)** Any "manager", director or trustee except while performing acts coming within the usual duties of an employee.

**x.** **Utility Services – Direct Damage**

**(1)** **Coverage**

We will pay for loss of or damage to Covered Property caused by an interruption in utility service to the described premises. The interruption in utility services must result from direct physical loss or damage by a Covered Cause of Loss to the property described in **(3)** below and located off the described premises

**(2)** **Exception**

Coverage under this Additional Coverage for loss or damage to Covered Property does not apply to loss or damage to "electronic data", including destruction or corruption of "electronic data".

**(3)** **Utility Services**

  **(a)** **Water Supply Property**, meaning the following types of property supplying water to the described premises:

    **(i)** Pumping stations; and

    **(ii)** Water Mains.

  **(b)** **Communication Supply Property,** meaning property supplying communication services, including telephone, radio, microwave or television services to the described premises, such as:

    **(i)** Communication transmission lines, including optic fiber transmission lines;

    **(ii)** Coaxial cables; and

    **(iii)** Microwave radio relays except satellites.

    Communication Supply Property includes overhead transmission lines.

  **(c)** **Power Supply Property,** meaning the following types of property supplying electricity, steam or gas to the described premises:

    **(i)** Utility generating plants;

    **(ii)** Switching stations;

    **(iii)** Substations;

    **(iv)** Transformers; and

    **(v)** Transmission lines.

    Power Supply Property includes overhead transmission lines.

**(4)** As used in this additional coverage, the term transmission lines includes all lines which serve to transmit communication service or power, including lines which may be identified as distribution lines.

**(5)** The most we will pay for loss or damage under this Additional Coverage is $50,000 in any one occurrence.

**y.** **Computer And Funds Transfer Fraud**

**(1)** We will pay for**:**

  **(a)** Loss resulting directly from a fraudulent:

    **(i)** Entry of "electronic data" or computer program into; or

    **(ii)** Change of "electronic data" or computer program within;

    any "computer" system owned, leased or operated by you, provided the fraudulent entry or fraudulent change causes, with regard to Paragraphs **y.(1)(a)(i)** and **y.(1)(a)(ii):**

    **(iii)** "Money", "securities" or other property to be transferred, paid or delivered; or

**(iv)** Your account at a "financial institution" to be debited or deleted.

**(b)** Loss resulting directly from a "fraudulent instruction" directing a "financial institution" to debit your "transfer account" and to transfer, pay or deliver "money" or "securities" from that account.

**(2)** As used in Paragraph **y.(1)(a)**, fraudulent entry or fraudulent change of "electronic data" or computer program shall include such entry or change made by an "employee" acting in good faith, upon a "fraudulent instruction" received from a computer software contractor who has a written agreement with you to design, implement or service computer programs for a "computer" system covered under this Insuring Agreement.

**(3)** We will not pay for:

**(a)** Loss resulting from a fraudulent:

**(i)** Entry of "electronic data" or computer program into; or

**(ii)** Change of "electronic data" or computer program within;

any "computer" system owned, leased or operated by you by a person or organization with authorized access to that "computer" system, except when covered under Paragraph **y.(1)(b).**

**(b)** Loss resulting from the use or purported use of credit, debit, charge, access, convenience, identification, stored-value or other cards or the information contained on such cards.

**(c)** Loss resulting from the giving or surrendering of property in any exchange or purchase.

**(d)** Loss resulting from an "employee" or "financial institution" acting upon any instruction to:

**(i)** Transfer, pay or deliver "money", "securities" or other property; or

**(ii)** Debit or delete your account;

which instruction proves to be fraudulent, except when covered under Paragraph **y(1)(b)** or **y(2).**

**(e)** Loss, or that part of any loss, the proof of which as to its existence or amount is dependent upon:

**(i)** An inventory computation; or

**(ii)** A profit and loss computation.

**(f)** Loss involving virtual currency of any kind, by whatever name known, whether actual or fictitious including, but not limited to, digital currency, crypto currency or any other type of electronic currency.

**(g)** Loss that is an indirect result of any act covered by this insurance including, but not limited to, loss resulting from:

**(i)** Your inability to realize income that you would have realized had there been no loss of "money" or "securities";

**(ii)** Payment of damages of any type for which you are legally liable. But, we will pay compensatory damages arising directly from a loss covered under this insurance; or

**(iii)** Payment of costs, fees or other expenses you incur in establishing either the existence or the amount of loss under this insurance.

**(h)** Expenses related to any legal action.

**(4)** The most we will pay for any loss under this Additional Coverage is $25,000. However, we will only pay up to $5,000 for any one occurrence of loss of or damage to manuscripts, drawings, or records of any kind, or the cost of reconstructing them or reproducing any information contained in them.

**(5)** We will pay only for loss you sustain through acts committed or events occurring during the policy period. Regardless of the number of years this policy remains in force or the number of premiums paid, no Limit of Insurance cumulates from year to year or period to period.

**(6)** We will pay only for covered loss discovered no later than one year from the end of the policy period.

**(7)** If you discover a loss during the policy period that you (or any predecessor in interest) sustained during the period of any prior insurance that you could have recovered under that insurance except that the time within which to discover loss had expired, we will pay for it under this Additional Coverage, provided:

**(a)** This Additional Coverage became effective at the time of cancellation or termination of the prior insurance; and

**(b)** The loss would have been covered by this Additional Coverage had it been in effect when the acts or events causing the loss were committed or occurred.

**(8)** The insurance under Paragraph **(7)** above is provided within, and not in addition to, the Limit of Insurance applying to this Additional Coverage and is limited to the lesser of the amount recoverable under:

**(a)** This Additional Coverage as of its effective date; or

**(b)** The prior insurance, had it remained in effect.

(9) To the extent that coverage for "money" and "securities" is provided under this Additional Coverage, the **Property Not Covered** provisions in the **Businessowners Coverage Form** do not apply.

(10) The amount payable under this Additional Coverage is additional insurance.

**z.  Ordinance or Law Coverage**

(1) Application of Coverage(s)

The coverage(s) provided by this Additional Coverage applies only if both **(1)(a)** and **(1)(b)** are satisfied and are then subject to the qualifications set forth in **(1)(c).**

(a) The ordinance or law:

(i) Regulates the demolition, construction or repair of buildings, or establishes zoning or land use requirements at the described premises; and

(ii) Is in force at the time of loss.

But coverage under this endorsement applies only in response to the minimum requirements of the ordinance or law. Losses and costs incurred in complying with recommended actions or standards that exceed actual requirements are not covered under this endorsement.

(b) The building sustains direct physical damage:

(i) That is covered under this policy and as a result of such damage, you are required to comply with the ordinance or law; or

(ii) That is covered under this policy and direct physical damage that is not covered under this policy, and as a result the building damage in its entirety, you are required to comply with the ordinance or law.

(iii) But if the damage is not covered under this policy, and such damage is the subject of the ordinance or law, then there is no coverage under this endorsement even if the building has also sustained covered direct physical damage.

(c) In the situation described in **(1)(b)(ii)** above, we will not pay the full amount of loss otherwise payable under the terms of **(3) Coverage** of this Additional Coverage. Instead, we will pay a proportion of such loss; meaning the proportion that the covered direct physical damage bears to the total direct physical damage.

However, if the covered direct physical damage alone would have resulted in a requirement to comply with the ordinance or law, then we will pay the full amount of loss otherwise payable under terms of **(3) Coverage** of this Additional Coverage.

(2) We will not pay under this Additional Coverage for:

(a) Enforcement of, or the compliance with, any ordinance or law which requires the demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread of any activity of "fungi", wet rot or dry rot; or

(b) The costs associated with the enforcement of, or the compliance with any ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungi", wet rot or dry rot.

(3) Coverage

(a) **Coverage 1 – Coverage For Loss to the Undamaged Portion of the Building**

With respect to the building that has sustained covered direct physical damage, we will pay under Coverage **(a)** for the loss in value of the undamaged portion of the building as a consequence of a requirement to comply with an ordinance or law that requires demolition of undamaged parts of the same building. This coverage is included within the Limit Of Insurance applicable to the covered building property shown in the Declarations. This is not additional insurance.

(b) **Coverage 2 – Demolition Cost**

With respect to the building that has sustained covered direct physical damage, we will pay the cost to demolish and clear the site of undamaged parts of the same building, as a consequence of a requirement to comply with an ordinance or law that requires demolition of such undamaged property.

Paragraph **E.5.d. Loss Payment** Property Loss Conditions does not apply to the Demolition Cost.

(c) **Coverage 3 – Increased Cost of Construction Coverage**

With respect to the building that has sustained covered direct physical damage, if replacement cost coverage

applies, we will pay the increased cost to repair or reconstruct damaged portions of that building; and/or reconstruct or remodel undamaged portions of that building, whether or not demolition is required; when the increased cost is a consequence of a requirement to comply with the minimum standards of the ordinance or law. However,

(i) This coverage applies only if the restored or remodeled property is intended for similar occupancy as the current property, unless such occupancy is not permitted by zoning or land use ordinance or law.

(ii) We will not pay for the increased cost of construction if the building is not repaired, reconstructed or remodeled.

Paragraph **E.5.d. Loss Payment** Property Loss Conditions does not apply to the Increased Cost Of Construction Coverage.

**(4) Loss Payments**

(a) All following loss payment provisions **(4)(b)** and **(4)(c)** are subject to the apportionment procedure set forth in Section **(1)(c)** of this Additional Coverage.

(b) When there is a loss in value of the undamaged portion of the building to which Coverage **(3)(a)** applies, the loss payment for that building, including damaged and undamaged portions, will be determined as follows:

(i) If Replacement Cost Coverage applies and the property is repaired or replaced, on the same or another premises, we will not pay more for loss or damage to Covered Property, including loss caused by enforcement of an ordinance or law, than the lesser of:

(aa) The amount you actually spend to repair, rebuild or reconstruct the building, but not more than the amount it would cost to restore the building on the same premises to the same height, floor area, style and comparable quality of the original property insured; or

(bb) The Limit Of Insurance shown in the Declarations as applicable to the covered building.

(ii) If Replacement Cost Coverage applies and the property is not repaired or replaced; or if Replacement Cost Coverage does not apply; we will not pay more for loss or damage to Covered Property, including loss caused by enforcement of an ordinance or law, than the lesser of:

(aa) The actual cash value of the building at the time of loss; or

(bb) The Limit Of Insurance applicable to the covered Building property.

(c) The most we will pay for covered losses under **Coverage 2 – Demolition Cost** and **Coverage 3 – Increased Cost Of Construction** is $50,000. Subject to these limits of insurance the following loss payment provisions apply:

(i) For Demolition Cost, we will not pay more than the amount you actually spend to demolish and clear the site of the described premises.

(ii) With respect to the Increased Cost Of Construction:

(aa) We will not pay for the Increased Cost Of Construction:

(i) Until the property is actually repaired or replaced, at the same or another premises; and

(ii) Unless the repairs or replacement is made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

(bb) If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay for the increased cost of construction is the increases cost of construction at the same premises.

(cc) If the ordinance or law requires relocation to another premises, the most we will pay for the increased cost of construction is the increased cost of construction at the new premises.

(5) Under this Additional Coverage, we will not pay for loss due to any ordinance or law that:

(a) You were required to comply with before the loss, even if the building was undamaged; and

(b) You failed to comply with.

(6) This Additional Coverage is not subject to the terms of the Ordinance or Law Exclusion, to the extent that such Exclusion would conflict with the provisions of this Additional Coverage.

**6.   A. Coverage, 6. Coverage Extensions, a. Newly Acquired Or Constructed Property, b. Personal Property Off Premises, c. Outdoor Property, d. Personal Effects, e. Valuable Papers And Records,** Paragraph **(3),** and **f. Accounts Receivable,** Paragraph **(2)** are replaced by the following:

**a.   Newly Acquired Or Constructed Property**

**(1) Buildings**

If this policy covers Buildings, you may extend that insurance to apply to:

**(a)** Your new buildings while being built on the described premises; and

**(b)** Buildings you acquire at premises other than the one described, intended for:

**(i)** Similar use as the building described in the Declarations; or

**(ii)** Use as a warehouse.

The most we will pay for loss or damage under this Extension is $2,000,000 at each building.

**(2) Business Personal Property**

**(a)** If this policy covers Business Personal Property, you may extend that insurance to apply to:

**(i)** Business Personal Property, including such property that you newly acquire, at any location you acquire.

**(ii)** Business Personal Property, including such property that you newly acquire, located at your newly constructed or acquired buildings at the location described in the Declarations.

This Extension does not apply to personal property that you temporarily acquire in the course of installing or performing work on such property or your wholesale activities.

The most we will pay for loss or damage under this Extension is $1,000,000 at each premises.

**(3) Period Of Coverage**

With respect to insurance provided under this Coverage Extension for Newly Acquired Or Constructed Property, coverage will end when any of the following first occurs:

**(a)** This policy expires;

**(b)** 120 days expire after you acquire the property or begin construction of that part of the building that would qualify as Covered Property; or

**(c)** You report values to us.

We will charge you additional premium for values reported from the date you acquire the property or begin construction of that part of the building that would qualify as Covered Property.

**b.   Personal Property Off Premises**

You may extend the insurance provided by this policy to apply to your Covered Business Property, other than "money" and "securities", "valuable papers and records" or accounts receivable, while it is in the course of transit or at a premises you do not own, lease or operate. The most we will pay for loss or damage under this Extension is $100,000. However, if the lost or damaged property is your duplicate or backup "Electronic Data" in storage at a separate location which is at least 100 feet from the premises described in the Schedule, we will pay up to $50,000 at any one storage location.

**c.   Outdoor Property**

You may extend the insurance provided by this policy to apply to your outdoor fences, radio and television antennas (including satellite dishes), signs (other than signs attached to buildings), trees, shrubs and plants (other than trees, shrubs or plants which are part of a vegetated roof), including debris removal expense, caused by or resulting from any of the following causes of loss:

**(1)** Fire;

**(2)** Lightning;

**(3)** Explosion;

**(4)** Riot or Civil Commotion;

**(5)** Aircraft or Vehicles;

**(6)** Windstorm or Hail;

**(7)** Smoke; or

**(8)** Vandalism.

The most we will pay for loss or damage under this Extension is $50,000, but not more than $1,000 for any one tree, shrub or plant. This limit does not apply in addition to any limit shown for Outdoor Signs coverage in the Declarations.

Subject to all aforementioned terms and limitations of coverage, this Coverage Extension includes the expense of removing from the described premises the debris of trees, shrubs and plants which are the property of others, except in the situation in which you are a tenant and such property is owned by the landlord of the described premises.

**d.   Personal Effects**

You may extend the insurance that applies to Business Personal Property to apply to personal effects owned by you, your officers, your partners or "members", your "managers" or your employees, including temporary or leased employees. This Extension does not apply to:

**(1)** Tools or equipment used in your business; or

**(2)** Loss or damage by theft.

If there is other insurance covering the same loss or damage, we will pay only for the amount of covered loss in excess of the amount due from that other insurance.  At our option any loss covered under this Extension may be adjusted with and payable to you.

The most we will pay for loss or damage under this extension is $50,000 at each described premises.

**e.  Valuable Papers And Records**

    **(3)** The most we will pay under this Coverage extension for loss or damage to "valuable papers and records" in any one occurrence at the described premises is $250,000, unless a higher Limit Of Insurance for "valuable papers and records" is shown in the Declarations.

    For "valuable papers and records" not at the described premises, the most we will pay is $25,000.

**f.  Accounts Receivable**

    **(2)** The most we will pay under this Coverage Extension for loss or damage in any one occurrence at the described premises is $250,000, unless a higher Limit Of Insurance for accounts receivable is shown in the Declarations.

    For accounts receivable not at the described premises, the most we will pay is $25,000.

**7.  A. Coverage, 6. Coverage Extensions** is amended by adding the following coverage:

**h.  Money And Securities**

    **(1)** We will pay for loss of "money" and "securities" used in your business while at a "financial Institution", within your living quarters or the living quarters of your partners or any employee (including a temporary or leased employee) having use and custody of the property, or while in the custody of a person you have authorized to have custody of the "money" or "securities", at the described premises, or in transit between any of these places resulting directly from:

        **(a)** Theft, meaning any act of stealing;

        **(b)** Disappearance; or

        **(c)** Destruction.

    **(2)** In addition to the Limitations and Exclusions applicable to **Section I – Property,** we will not pay for loss:

        **(a)** Resulting from accounting or arithmetical errors or omissions;

        **(b)** Due to the giving or surrendering of property in any exchange or purchase; or

        **(c)** Of property contained in any "money" operated device unless the amount of "money" deposited in it is recorded by a continuous recording instrument in the device.

    **(3)** All loss:

        **(a)** Caused by one or more persons; or

        **(b)** Involving a single act or series of related acts;

    is considered one occurrence.

    **(4)** You must keep records of all "money" and "securities" so we can verify the amount of any loss or damage.

    **(5)** In the event of loss or damage we will determine the value as follows:

        **(a)** "Money" at its face value; and

        **(b)** "Securities" at their value at the close of business on the day the loss is discovered.

    **(6)** The most we will pay under this Extension for loss in any one occurrence is $50,000.

**i.  Premises Damage Resulting From Burglary or Robbery**

We will pay for loss or damage to the building at the described premises caused by or resulting from actual or attempted burglary or robbery if you are legally obligated to pay such loss or damage.  The most we will pay under this Extension is $10,000 at each described premises.

**j.  Claims Data Expense**

We will pay up to $50,000 for reasonable costs you incur preparing loss data required by policy conditions after a covered property loss.  This includes the cost of taking inventory, making appraisals and preparing other data to determine the extent of your loss.

We will not pay for expenses or fees you incur from public insurance adjusters or for expenses related to claims not covered by this policy.

**k.  Fine Arts**

We will pay for loss or damage, including breakage, to your fine arts or fine arts of others in your care, custody or control.  For the purpose of this Extension fine arts means antiques or rare articles, including etchings, pictures, statuary, marbles, bronzes, porcelains; rare books; antique silver; rare glass; manuscripts and other bona fide works of art of rarity, historical value or artistic merit.

We will determine the value of the fine arts at market value at the time of loss or damage.

In case of loss or damage to a pair or set, we will pay you the full value of the pair or set and you agree to surrender the remaining articles of the set to us.

Our payment for loss or damage to fine arts of others will only be for the account of the owner of the property.  If other insurance exists for loss or damage covered under this Extension, whether it can be collected or not, this Extension will not apply to that part of the loss.

Includes copyrighted material of ISO Properties, Inc. with its permission.

The most we will pay under this Extension is $100,000.

**l.   Appurtenant Buildings And Structures**

    **a.**   You may extend the insurance that applies to Building to apply to direct physical loss or damage by a covered Cause of Loss to unscheduled incidental appurtenant buildings or structures which are at described premises where Building coverage applies.

    **b.**   Incidental appurtenant buildings or structures include, but are not limited to storage buildings, garages, pump houses, and above ground tanks. But incidental appurtenant buildings or structures does not include:

        **(1)**   Outdoor signs, whether or not attached to a building;

        **(2)**   Any property covered under the **Outdoor Property** Coverage Extension; or

        **(3)**   Any property excluded under the provisions of **Property Not Covered** in the **Coverage** section.

    **c.**   The most we will pay for loss or damage in any one occurrence under this Coverage Extension is $50,000.

**m.   Expediting Expenses**

We will pay reasonable expenses necessary to expedite permanent repairs or replacement and make temporary repairs when a Covered Cause of Loss results in direct physical loss or damage to Covered Property. Expediting expenses include additional labor or overtime, and transportation costs.

The most we will pay for all expediting expenses in any one occurrence is $25,000.

**n.   Errors in Design**

You may extend the insurance applying to "Computer(s)" to cover direct physical loss to your "Computer(s)" that results from errors in design or the use of faulty materials in the development, manufacture or installation of the equipment. This coverage does not apply to "Electronic Data".

This coverage extension is included within the Limit of Insurance applying to Business Personal Property at the described location.

**o.   Computer Virus**

The Errors or Omissions Exclusion **B.2.m.** in the Businessowners Coverage form does not apply to this Coverage Extension.

The most we will pay for loss or damage under this Coverage Extension is the lesser of $25,000. This is the only portion of this policy that provides coverage for computer virus loss regardless of any other cause or event that contributes concurrently or in any sequence to the loss. This coverage extension is included within the Limit of Insurance applying to Business Personal Property at the described location.

**p.   Brands and Labels**

    **a.**   If branded or labeled merchandise that is Covered Property is damaged by a Covered Cause of Loss, we may take all or any part of the property at an agreed or appraised value. If so, you may:

        **(1)**   Stamp "salvage" on the merchandise or its containers, if the stamp will not physically damage the merchandise; or

        **(2)**   Remove the brands or labels, if doing so will not physically damage the merchandise. You must relabel the merchandise or its containers to comply with the law.

    **b.**   We will pay reasonable costs you incur to perform the activity described in **a.(1)** or **a.(2)** above. But the total we pay for these costs and the value of the damaged property will not exceed the applicable Limit of Insurance on such property.

**q.   Electrical Injury**

We will pay for loss or damage caused by a change in artificially generated electrical current including a power surge, reduced voltage, blackout, brownout or other interruptions of normal electric power supply if such loss or damage exceeds the deductible for this extension.

This Coverage Extension is included within the Limit of Insurance applying to Business Personal Property at the described location.

This Coverage Extension is not subject to the term of the electrical apparatus Exclusion **B.2.a.**, to the extent that such Exclusion would conflict with the provisions of this Coverage Extension.

**8.   C. Limits Of Insurance, 2.** $1,000 limitation to outdoor signs attached to buildings, is deleted.

**9.**   The following is added to **Section D. Deductibles:**

    **4.**   With respect to the coverages provided by this endorsement, we will not pay for loss or damage in any one occurrence until the amount of loss or damage exceeds $500 or the Property Deductible shown on the Businessowners Declarations, whichever is less. We will then pay the amount of loss or damage in excess of $500 or the Property Deductible shown on the Businessowners Declarations, whichever is less, up to the applicable Limit of Insurance.

**10.**   In regard to coverage on "Computer(s)" and "Electronic Data" provided within this form, **E. Property Loss Conditions, 5. Loss Payment, d.(3), (b)** is deleted.

**11.   Under H. Property Definitions**

    **1.**   "Computer" means (b) is replaced and (c) is added:

(b) Associated peripheral equipment that provides communication, including input and output functions such as printing and auxiliary functions such as data transmission, including related communication networks.

(c) Air conditioning equipment used exclusively in your data processing operations.

9. The following Paragraph **9.a.(1)** is replaced in the "Period of Restoration" definition :

a. **Means the period of time that:**

(1) Begins immediately after the time of direct physical loss or damage caused by or resulting from any covered cause of loss at the described premises; and

The following definitions are added:

15. "Perishable stock" is defined as personal property that is:

(1) Maintained under controlled conditions for its preservation; and

(2) Susceptible to loss or damage if the controlled conditions change.

16. "Financial Institution" means:

(1) With regard to the **Computer And Funds Transfer Fraud Additional Coverage:**

a. A bank, savings bank, savings and loan association, trust company, credit union or similar depository institution;

b. An insurance company; or

c. A stock brokerage firm or investment company.

(2) With regard to all other **Additional Coverages or Coverage Extensions:**

a. Any financial institution.

17. "Fraudulent instruction" means:

1. With regard to Paragraph **y.(1)(a)** of the **Computer And Funds Transfer Fraud** Additional Coverage:

a. A computer, telefacsimile, telephone or other electronic instruction directing a "financial institution" to debit your "transfer account" and to transfer, pay or deliver "money" or "securities" from that "transfer account", which instruction purports to have been issued by you, but which in fact was fraudulently issued by someone else without your knowledge or consent; or

b. A written instruction (other than those covered under the **Forgery Or Alteration** Additional Coverage) issued to a "financial institution" directing the financial institution to debit your "transfer account" and to transfer, pay or deliver "money" or "securities" from that "transfer account", through an electronic funds transfer system at

specified times or under specified conditions, which instruction purports to have been issued by you, but which in fact was issued, forged or altered by someone else without your knowledge or consent.

2. With regard to Paragraph **y.(2)** of the **Computer And Funds Transfer Fraud** Additional Coverage:

A "computer", telefacsimile, telephone or other electronic, written or voice instruction directing an "employee" to enter or change electronic data or computer programs within a computer system covered under this insurance, which instruction in fact was fraudulently issued by your computer software contractor.

18. "Transfer account" means an account maintained by you at a "financial institution" from which you can initiate the transfer, payment or delivery of "money" or "securities":

1. By means of a computer, telefacsimile, telephone or other electronic instructions; or

2. By means of written instructions (other than those covered under the **Forgery Or Alteration** Additional Coverage) establishing the conditions under which such transfers are to be initiated by such "financial institution" through an electronic funds transfer system

12. Throughout the forms modified by this endorsement the words "within 100 feet" are replaced with "within 1,000 feet."

13. In regard to coverage on "Computer(s)" and "Electronic Data" provided by this endorsement, the following changes are made to paragraph **B. Exclusions.**

The following exclusions do not apply:

(1) Paragraph **B.2.c.**

(2) Paragraph **B.2.d.**

(3) Paragraph **B.2.l.(2)**

(4) Paragraph **B.2.l.(3)**

(5) Paragraph **B.2.l.(4)**

(6) Paragraph **B.2.l.(5)**

Exclusion **B.2.l.(7)** is replaced by the following:

(7) The following causes of loss to "Computer(s)" and "Electronic Data":

(a) Dampness or dryness of atmosphere or changes in, or extremes of temperature, unless such conditions result from physical damage caused by a covered cause of loss to an air conditioning unit or system, including equipment and parts, which is part of, or used in the data processing operation.

**(b)** Marring or scratching.

But if an excluded cause of loss that is listed in **B.2.l.(1)**, **(6)** or **(7)** results in a "specified cause of loss" or building glass breakage, we will pay for the loss or damage caused by that "specified cause of loss" or building glass breakage.

## SECTION II – LIABILITY

**Section II – Liability** is amended to include the following clarifications and extensions of coverage. The provisions of the coverage form apply unless modified by the endorsement.

**1.** The insurance provided under Paragraphs **A.1.f.(1)(b)** and **A.1.f.(1)(d)** of **Coverage Extension – Supplementary Payments** are replaced by the following:

**(b)** Up to $5,000 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage for "bodily injury" applies. We do not have to furnish these bonds.

**(d)** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit," including actual loss of earnings up to $500 a day because of time off from work.

**2.** Paragraph **A.2.a.(3)(b) Medical Expenses** is replaced by the following:

**b.** The expenses are incurred and reported to us within three years of the date of the accident; and

**3.** With respect to **B.1. Exclusions Applicable To Business Liability Coverage**, Paragraphs **k.(3)**, **k.(4)**, **k.(6)** and **I.** do not apply to the use of elevators.

The insurance afforded by this provision is excess over any valid and collectible property insurance (including any deductible) available to the insured, and the Other Insurance Condition is changed accordingly.

**4.** With respect to **B.1.a. Exclusions Applicable To Business Liability Coverage** is replaced with the following:

**a. Expected or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" or "property damage" resulting from the use of reasonable force to protect persons or property.

**5.** The following is added to Paragraph **C.1. Who Is An Insured:**

**f.** Any legally incorporated subsidiary in which you own more than 50% of the voting stock on the effective date of this policy. However, an insured does not include any subsidiary that is an insured under any other General Liability policy, or would have been an insured under such policy but for termination of that policy or the exhaustion of that policy's limits of liability.

**6.** The following is added to Paragraph **C. Who Is An Insured:**

**3.** Any organization you newly acquire or form, other than a partnership, joint venture, or limited liability company and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization.

However:

**a.** Coverage under this provision is afforded only until the end of the policy period.

**b.** Paragraph **A.1. Business Liability** does not apply to:

**(1)** "Bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

**(2)** "Personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture, or limited liability company that is not shown as a Named Insured in the Declarations.

This provision does not apply to newly formed or acquired organizations if coverage is excluded either by the provisions of the Coverage Part or by endorsements.

**7.** The following is added to Paragraph **C. Who Is An Insured:**

Paragraph **2.a.(1)** is amended to add the following:

**e.** Paragraphs **(a)**, **(b)**, and **(c)** do not apply to your "employees" or "volunteer workers" with respect to "bodily injury" to a co-"employee" or other "volunteer worker".

Damages owed to an injured co-"employee" or "volunteer worker" will be reduced by any amount paid or available to the injured co-"employee" or "volunteer worker" under any other valid and collectible insurance.

**8.** The following replaces **D. Liability and Medical Expenses Limits of Insurance** Paragraph **3.**

The most we will pay under Business Liability Coverage for damages because of "property damage" to a premises while rented to you or in the case of damage by fire, smoke or leakage from automatic protection systems while rented to you or temporarily occupied by you with permission of the owner is $500,000 unless a higher limit is shown in the Declarations.

**9.** The following replaces **D. Liability and Medical Expenses Limits of Insurance 4. Aggregate Limits**

The most we will pay for:

**a.** All "bodily injury" and "property damage" that is included in the "products-completed operations hazard" is twice the Liability and Medical Expenses limit.

b.  All:

(1)  "Bodily injury" and "property damage" except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard";

(2)  Plus medical expenses;

(3)  Plus all "personal and advertising injury" caused by offenses committed;

is twice the Liability and Medical Expenses limit. Subject to Paragraph **a.** or **b.** above, whichever applies, the Damage To Premises Rented To You limit of $500,000, unless a higher limit is shown in the Declarations, is the most we will pay for damages because of "property damage" to any one premises, while rented to you, or in the case of fire, smoke or leakage from automatic protection systems, while rented to you or temporarily occupied by you with permission of the owner.

The **Limits of Insurance of Section II – Liability** apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

**10.**  The following is added to Paragraph **E.2. Liability And Medical Expenses General Conditions, Duties In The Event of Occurrence, Offense, Claim Or Suit:**

e.  The requirement in Paragraph **E.2.a.** that you must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim, applies only when the "occurrence" or offense is known to:

(1)  You, if you are an individual or a limited liability company;

(2)  A partner, if you are a partnership;

(3)  A manager, if you are a limited liability company;

(4)  An "executive officer" or an insurance manager, if you are a corporation; or

(5)  A trustee, if you are the trust.

f.  The requirement in Paragraph **E.2.b.** that you must see to it that we receive notice of a claim or "suit" as soon as practicable will not be considered breached unless the breach occurs after such claim or "suit" is known to:

(1)  You, if you are an individual or a limited liability company;

(2)  A partner, if you are a partnership;

(3)  A manager, if you are a limited liability company;

(4)  An "executive officer" or an insurance manager, if you are a corporation; or

(5)  A trustee, if you are the trust.

**11.**  Paragraph **F.3. Liability And Medical Expenses Definitions** is replaced by the following:

**3.**  "Bodily injury" means bodily injury, sickness or disease sustained by a person, including mental anguish or death resulting from any of these at anytime.

**Section III Common Policy Conditions (Applicable to Section I – Property** and **Section II – Liability)**

**Section III – Common Policy Conditions** is amended to include the following clarifications and extensions of coverage.  The provisions of the coverage form apply unless modified by the endorsement.

**M.  Primary And Noncontributory Insurance**

This insurance is primary to and will not seek contribution from any other insurance available to an additional insured under your policy provided that:

a.  The additional insured is a Named Insured under such other insurance; and

b.  You have agreed in writing in a contract or agreement that this insurance would be primary and would not seek contribution from any other insurance available to the additional insured.

**N.  Waiver Of Transfer Of Rights Of Recovery Against Others To Us**

The following paragraph is added:

We waive any right of recovery we may have against any person or organization against whom you have agreed to waive such right of recovery in a written contract or agreement because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products completed operations hazard".

**O.  Unintentional Failure to Disclose**

If you unintentionally fail to disclose any exposures existing at the inception date of this policy, we will not deny coverage under this Coverage Part solely because of such failure to disclose. However, this provision does not affect our right to collect additional premium or exercise our right of cancellation or non-renewal.

This provision does not apply to any known injury or damage which is excluded under any other provision of this policy.

**BUSINESSOWNERS**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – DESIGNATED PERSON OR ORGANIZATION – AUTOMATIC STATUS FOR OTHER PARTIES WHEN REQUIRED IN A WRITTEN CONTRACT OR AGREEMENT – INCLUDING PRIMARY AND NONCONTRIBUTORY – OTHER INSURANCE CONDITION

This endorsement modifies the insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

**Section II – Liability** is amended as follows:

**A.** The following is added to Paragraph **C. Who is an Insured:**

**3.** Any person or organization when you and such person or organization have agreed in writing in a contract or agreement that such person or organization be added as an additional insured on your policy; and any other person or organization you are required to add as an additional insured under the contract or agreement described above.

Such person(s) or organization(s) is an additional insured only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by your acts or omissions or the acts or omissions of those acting on your behalf in connection with your premises owned or rented to you or in the performance of your ongoing operations.

However:

**a.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**b.** If the coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following is added to Paragraph **D. Liability And Medical Expenses Limits Of Insurance**:

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement; or

**2.** Available under the applicable Limits Of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits Of Insurance shown in the Declarations.

**C.** The following is added to Paragraph **H. Other Insurance** of **Section III – Common Policy Conditions** and supersedes any provision to the contrary:

**Primary and Noncontributory Insurance**

This insurance is primary to and will not seek contribution from any other insurance available to an additional insured under your policy provided that:

**1.** The additional insured is a Named Insured under such other insurance; and

**2.** You have agreed in writing in a contract or agreement that this insurance would be primary and would not seek contribution from any other insurance available to the additional insured.

**D.** All other terms and conditions of this policy remain unchanged.

**BUSINESSOWNERS**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EQUIPMENT BREAKDOWN COVERAGE
### (Including Electronic Circuitry Impairment)

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

**A.** The following is added to Paragraph **A.3. Covered Causes of Loss** in **SECTION I – Property**:

Additional Coverage – Equipment Breakdown

The term Covered Cause of Loss includes the Additional Coverage Equipment Breakdown as described and limited below. Without an "accident" or "electronic circuitry impairment", there is no Equipment Breakdown Coverage.

**1.** We will pay for direct physical damage to Covered Property that is the direct result of an "accident" or "electronic circuitry impairment". We will consider "electronic circuitry impairment" to be physical damage to "covered equipment".

**2.** The following coverages apply to the direct result of an "accident" or "electronic circuitry impairment". However, with respect to coverage 2.i. Service Interruption below and any Dependent Properties coverage provided by this policy, coverage will apply only to the direct result of an "accident" and will not apply to the direct result of an "electronic circuitry impairment". These coverages do not provide additional amounts of insurance.

  **a.** **Business Income and Extra Expense**

    Any insurance provided under the policy for Business Income or Extra Expense is extended to the coverage provided by this endorsement.

  **b.** **Data Restoration**

    **(1)** We will pay for your reasonable and necessary cost to research, replace and restore lost "data".

    **(2)** The most we will pay for loss or expense under this coverage, including actual loss of Business Income you sustain and necessary Extra Expense you incur is $100,000.

  **c.** **Expediting Expenses**

    **(1)** With respect to your damaged Covered Property, we will pay the reasonable extra cost to:

      **(a)** Make temporary repairs; and

      **(b)** Expedite permanent repairs or permanent replacement.

    **(2)** The most we will pay for loss or expense under this coverage is $100,000 unless otherwise shown in the "schedule".

  **d.** **"Fungi", Wet Rot, Or Dry Rot**

    **(1)** We will pay your additional cost to repair or replace Covered Property because of contamination by "fungi", wet rot or dry rot. This includes the additional costs to clean up or dispose of such property.

    **(2)** As used in this coverage, additional costs mean those beyond what would have been payable under this Equipment Breakdown Coverage had no "fungi", wet rot or dry rot been involved.

    **(3)** We will also pay the cost of testing performed after repair or replacement of the damaged Covered Property is completed only to the extent that there is reason to believe there is the presence of "fungi", wet rot or dry rot.

    **(4)** This coverage does not apply to lawns, trees, shrubs or plants which are part of a vegetated roof.

    **(5)** The most we will pay in any "one equipment breakdown" for loss, damage or expense under this coverage, including actual loss of Business Income you sustain and necessary Extra Expense you incur is $15,000 even if the "fungi", wet rot or dry rot continues to be present or active or recurs in a later policy period.

  **e.** **Hazardous Substances**

    **(1)** We will pay your additional cost to repair or replace Covered Property because of contamination by a "hazardous substance". This includes the additional expenses to clean up or dispose of such property.

    **(2)** As used in this coverage, additional costs mean those beyond what would have been payable under this Equipment Breakdown Coverage had no "hazardous substance" been involved.

    **(3)** The most we will pay for loss, damage or expense under this coverage, including actual loss of Business Income you sustain and necessary Extra Expense you incur is $100,000 unless otherwise shown in the "schedule".

**f.    Off Premises Equipment Breakdown**

(1) We will pay for physical damage to transportable "covered equipment" that, at the time of the "accident" or "electronic circuitry impairment", is not at a covered location. As respects this Off Premises Equipment Breakdown coverage only, the "accident" or "electronic circuitry impairment" may occur in any country except one in which the United States has imposed sanctions, embargoes or similar restrictions on the provision of insurance.

(2) We will also pay for your reasonable and necessary cost to research, replace and restore lost "data" contained within "covered equipment" as described under **(1)** above. This amount may not exceed the limit applicable to Data Restoration coverage.

(3) The most we will pay for loss, damage or expense under this coverage, including actual loss of Business Income you sustain and necessary Extra Expense you incur and Data Restoration as described in **(2)** above is the limit for Property Off-premises coverage shown in your policy.

**g.    Public Relations**

(1) This coverage only applies if you have sustained an actual loss of Business Income covered under this endorsement.

(2) We will pay for your reasonable costs for professional services to create and disseminate communications, when the need for such communications arises directly from the interruption of your business. This communication must be directed to one or more of the following:

(a) The media;

(b) The public; or

(c) Your customers, clients or members.

(3) Such costs must be incurred during the "period of restoration" or up to 30 days after the "period of restoration" has ended.

(4) The most we will pay for loss or expense under this coverage is $5,000.

**h.    Resultant Damage to Animals**

(1) Any insurance provided under the policy for "animals" is extended to the coverage provided by this endorsement.

(2) The most we will pay for loss, damage or expense under this coverage, including actual loss of Business Income you sustain and necessary Extra Expense you incur is $25,000.

**i.    Service Interruption**

(1) Any insurance provided for Business Income, Extra Expense or Data Restoration is extended to apply to your loss, damage or expense caused by a failure or disruption of service. The failure

or disruption of service must be caused by an "accident" to equipment, including overhead transmission lines, that is owned by a utility, landlord, a landlord's utility or other supplier who provides you with any of the following services: electrical power, waste disposal, air conditioning, refrigeration, heating, natural gas, compressed air, water, steam, Internet access, telecommunications services, "cloud computing services", wide area networks or data transmission. The equipment must meet the definition of "covered equipment" except that it is not Covered Property.

(2) "Cloud computing services" must be provided by a professional provider with whom you have a contract.

(3) With respect to the Data Restoration portion of this Service Interruption coverage, coverage will also apply to "data" stored in the equipment of a provider of "cloud computing services".

(4) Any insurance provided for Business Income or Data Restoration will not apply unless the failure or disruption of service exceeds 24 hours immediately following the "accident". If the interruption exceeds 24 hours, coverage will begin at the time of the disruption, and the applicable deductible will apply.

(5) The limit for any "one equipment breakdown" loss under this Service Interruption coverage is dependent upon your type of loss. The most we will pay for loss, damage or expense is the actual loss of Business Income you sustain and necessary Extra Expense you incur during the "period of restoration" that occurs within 12 consecutive months after the date of the "accident". However, if you sustain a Data Restoration loss under this Service Interruption coverage, the most we will pay for loss, damage or expense, including any actual loss of Business Income you sustain and necessary Extra Expense you incur, is $100,000.

**B.** The following is added to Paragraph **B.** Exclusions:

All exclusions in the Businessowners Coverage Form apply except as modified below and to the extent that coverage is specifically provided by this endorsement.

1. The following exclusions are modified:

a. As respects this endorsement only, the next to the last paragraph in Exclusion **B.1.h.** is deleted and replaced with the following:

However, if excluded loss or damage, as described in Paragraph **(1)** above results in an "accident" or "electronic circuitry impairment", we will pay only for the loss, damage or expense caused by such "accident" or "electronic circuitry impairment".

**b.** As respects this endorsement only, the last paragraph of Exclusion **B.2.l.** is deleted and replaced with the following:

But if an excluded cause of loss that is listed in **2.l.(1)** through **(7)** results in an "accident" or "electronic circuitry impairment", we will pay for the loss, damage or expense caused by that "accident" or "electronic circuitry impairment".

**c.** The following is added to Exclusions **B.2.m.** and **B.2.n.:**

We will also pay for direct physical loss or damage caused by an "accident" or "electronic circuitry impairment".

**2.** The following exclusions are added:

**a.** We will not pay for loss, damage or expense caused directly or indirectly by any of the following, whether or not caused by or resulting from an "accident" or "electronic circuitry impairment":

**(1)** Fire, including smoke from a fire;

**(2)** Explosion of gas or unconsumed fuel within the furnace of any boiler or fired vessel or within the passages from that furnace to the atmosphere;

**(3)** Any other explosion, except as specifically covered under this endorsement;

**(4)** Any earth movement, including but not limited to earthquake, subsidence, sinkhole collapse, landslide, earth sinking, tsunami or volcanic action;

**(5)** Flood, surface water, waves, tides, tidal waves, overflow of any body of water, or their spray, all whether driven by wind or not; mudslide or mudflow; or water that backs up or overflows from a sewer, drain or sump. However, if electrical "covered equipment" requires drying out because of the above, we will pay for the direct expenses of such drying out subject to the applicable Limit of Insurance and deductible for Building or Business Personal Property, whichever applies; or

**(6)** Vandalism.

**b.** Coverage under this endorsement does not apply to an "accident" or "electronic circuitry impairment" caused by or resulting from:

**(1)** Lightning;

**(2)** Windstorm or hail. However, this exclusion does not apply when:

**(a)** "Covered equipment" located within a building or structure suffers an "accident" or "electronic circuitry impairment" that results from wind-blown rain, snow, sand or dust; and

**(b)** The building or structure did not first sustain wind or hail damage to its roof or walls through which the rain, snow, sand or dust entered.

**(3)** Smoke; aircraft or vehicles; riot or civil commotion; sprinkler leakage; elevator collision;

**(4)** Breakage of glass; falling objects; weight of snow, ice or sleet; freezing (caused by cold weather); collapse or molten material;

**(5)** A hydrostatic, pneumatic or gas pressure test of any boiler or pressure vessel, or an electrical insulation breakdown test of any type of electrical equipment; or

**(6)** Water or other means used to extinguish a fire.

**c.** With respect to Business Income, Extra Expense and Service Interruption coverages, we will also not pay for any increase in loss resulting from an agreement between you and your customer or supplier.

**d.** Except as specifically provided under **A.2.d.** in this endorsement, "Fungi", Wet Rot Or Dry Rot, we will not pay for loss, damage or expense caused directly or indirectly by the following, whether or not caused by or resulting from an "accident" or "electronic circuitry impairment": Any "fungi", wet rot or dry rot, including any presence, growth, proliferation, spread or any activity of "fungi", wet rot or dry rot. This includes, but is not limited to, costs arising from clean up, removal, or abatement of such "fungi", wet rot or dry rot.

**e.** Except as specifically provided under **A.2.b.** in this endorsement, Data Restoration, **A.2.h.** in this endorsement, Resultant Damage to Animals, we will not pay for loss, damage or expense caused directly or indirectly by the following, whether or not caused by or resulting from an "accident" or "electronic circuitry impairment":

**(1)** Physical loss or damage to "animals";

**(2)** Loss, interruption or compromise of any research, test or study involving "animals"; or

**(3)** Loss of income or extra expense resulting from **(1)** or **(2)** above.

**f.** Exclusions **2.b.(1), 2.b.(2), 2.b.(3)** and **2.b.(4)** above shall not apply if:

**(1)** The excluded cause of loss occurs away from any covered location and causes an electrical surge or other electrical disturbance;

**(2)** Such surge or disturbance is transmitted through utility service transmission lines to the covered location and results in an "accident" or "electronic circuitry impairment"; and

**(3)** The loss, damage or expense caused by such surge or disturbance is not covered elsewhere under the policy.

g. We will not pay under this endorsement for loss, damage or expense caused by or resulting from:

(1) Change in temperature or humidity, whether or not resulting from an "accident" or "electronic circuitry impairment"; or

(2) Contamination by refrigerant resulting from an "accident" or "electronic circuitry impairment".

## C. DEDUCTIBLES

As respects this endorsement only, paragraph **D.1.** of the Businessowners Coverage Form is deleted and replaced with the following:

We will not pay for loss, damage or expense in any "one equipment breakdown" until the amount of loss, damage or expense exceeds the Deductible shown in the Declarations. We will then pay the amount of loss, damage or expense in excess of the Deductible up to the applicable Limit of Insurance of **Section I – Property.**

## D. CONDITIONS

1. The following conditions are in addition to the Conditions in the Businessowners Coverage Form.

   a. **Suspension**

   Whenever "covered equipment" is found to be in, or exposed to, a dangerous condition, any of our representatives may immediately suspend the insurance against loss from an "accident" or "electronic circuitry impairment" to that "covered equipment". This can be done by mailing or delivering a written notice of suspension to:

   (1) Your last known address; or

   (2) The address where the "covered equipment" is located.

   Once suspended in this way, your insurance can be reinstated only by an endorsement for that "covered equipment". If we suspend your insurance, you will get a pro rata refund of premium for that "covered equipment" for the period of suspension. But the suspension will be effective even if we have not yet made or offered a refund.

   b. **Jurisdictional Inspections**

   If any property that is "covered equipment" under this endorsement requires inspection to comply with state or municipal boiler and pressure vessel regulations, we agree to perform such inspection on your behalf. We do not warrant that conditions are safe or healthful.

2. As respects this endorsement only, Loss Payment Condition **5.d.** in the Businessowners Coverage Form is deleted and replaced with the following:

   d. We will determine the value of Covered Property as follows:

(1) Except as specified otherwise, our payment for damaged Covered Property will be the smallest of:

   (a) The cost to repair the damaged property;

   (b) The cost to replace the damaged property on the same site; or

   (c) The amount you actually spend that is necessary to repair or replace the damaged property.

(2) The amount of our payment will be based on the most cost-effective means to replace the function, capacity and remaining useful life of the damaged property. This may include the use of generic, used or reconditioned parts, equipment or property.

(3) Except as described in **(4)** below, you must pay the extra cost of replacing damaged property with property of a better kind or quality or of a different size or capacity.

(4) **Environmental, Safety and Efficiency Improvements**

   If "covered equipment" requires replacement due to an "accident" or "electronic circuitry impairment", we will pay your additional cost to replace with equipment that is better for the environment, safer for people or more energy or water efficient than the equipment being replaced. However, we will not pay to increase the size or capacity of the equipment and we will not pay more than 150% of what the cost would have been to replace with like kind and quality. This provision does not apply to the replacement of component parts or to any property to which Actual Cash Value applies and does not increase any of the applicable limits.

(5) The following property will be valued on an Actual Cash Value basis:

   (a) Any property that does not currently serve a useful or necessary function for you;

   (b) Any Covered Property that you do not repair or replace within 24 months after the date of the "accident" or "electronic circuitry impairment"; and

   (c) Any Covered Property for which Actual Cash Value coverage is specified.

   Actual Cash Value includes deductions for depreciation.

(6) If any one of the following conditions is met, property held for sale by you will be valued at the sales price as if no loss or damage had occurred, less any discounts and expenses that otherwise would have applied:

**(a)** The property was manufactured by you;

**(b)** The sales price of the property is less than the replacement cost of the property; or

**(c)** You are unable to replace the property before its anticipated sale.

**(7)** Except as specifically provided for under Data Restoration coverage, "data" and "media" will be valued on the following basis:

**(a)** For mass-produced and commercially available software, at the replacement cost.

**(b)** For all other "data" and "media", at the cost of blank "media" for reproducing the records. We will not pay for "data" representing financial records based on the face value of such records.

**E. DEFINITIONS**

The following definitions are added with respect to this endorsement only:

**1.** "Accident"

**a.** "Accident" means a fortuitous event that causes direct physical damage to "covered equipment". The event must be one of the following:

**(1)** Mechanical breakdown, including rupture or bursting caused by centrifugal force;

**(2)** Artificially generated electrical current, including electric arcing, that disturbs electrical devices, appliances or wires;

**(3)** Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control;

**(4)** Loss or damage to steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment; or

**(5)** Loss or damage to hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment.

**b.** None of the following is an "accident":

**(1)** Defect, programming error, programming limitation, computer virus, malicious code, loss of "data", loss of access, loss of use, loss of functionality or other condition within or involving "data" or "media" of any kind; or

**(2)** Misalignment, miscalibration, tripping off-line, or any condition which can be corrected by resetting, tightening, adjusting or cleaning, or by the performance of maintenance.

However, if an "accident" results, we will pay for the resulting loss, damage or expense caused by that "accident".

**2.** "Animal" means any creature of the kingdom Animalia. This includes but is not limited to, amphibians, birds, fish, insects, mammals, reptiles, and worms.

**3.** "Cloud computing services" means professional, on-demand, self-service data storage or data processing services provided through the Internet or over telecommunications lines. This includes services known as IaaS (infrastructure as a service), PaaS (platform as a service), SaaS (software as a service) and NaaS (network as a service). This includes business models known as public clouds, community clouds and hybrid clouds. "Cloud computing services" include private clouds if such services are owned and operated by a third party.

**4.** "Covered equipment"

**a.** "Covered equipment" means Covered Property:

**(1)** That generates, transmits or utilizes energy; or

**(2)** Which, during normal usage, operates under vacuum or pressure, other than the weight of its contents.

"Covered equipment" may utilize conventional design and technology or new or newly commercialized design and technology.

**b.** None of the following is "covered equipment":

**(1)** Structure, foundation, cabinet or compartment;

**(2)** Insulating or refractory material;

**(3)** Sewer piping, buried vessels or piping, or piping forming a part of a sprinkler or fire suppression system;

**(4)** Water piping other than boiler feedwater piping, boiler condensate return piping or water piping forming a part of a refrigerating or air conditioning system;

**(5)** "Vehicle" or any equipment mounted on a "vehicle";

**(6)** Satellite, spacecraft or any equipment mounted on a satellite or spacecraft;

**(7)** Dragline, excavation or construction equipment; or

**(8)** Equipment manufactured by you for sale.

**5.** "Data" means information or instructions stored in digital code capable of being processed by machinery.

**6.** "Electronic circuitry" means microelectronic components, including but not limited to circuit boards, integrated circuits, computer chips and disk drives.

 Includes copyrighted material of ISO Properties, Inc. with its permission.

7.  "Electronic circuitry impairment"

    **a.** "Electronic circuitry impairment" means a fortuitous event involving "electronic circuitry" within "covered equipment" that causes the "covered equipment" to suddenly lose its ability to function as it had been functioning immediately before such event. This definition is subject to the conditions specified in b., c. and d. below.

    **b.** We shall determine that the reasonable and appropriate remedy to restore such "covered equipment's" ability to function is the replacement of one or more "electronic circuitry" components of the "covered equipment".

    **c.** The "covered equipment" must be owned or leased by you, or operated under your control.

    **d.** None of the following is an "electronic circuitry impairment":

      **(1)** Any condition that can be reasonably remedied by:

        **(a)** Normal maintenance, including but not limited to replacing expendable parts, recharging batteries or cleaning;

        **(b)** Rebooting, reloading or updating software or firmware; or

        **(c)** Providing necessary power or supply.

      **(2)** Any condition caused by or related to:

        **(a)** Incompatibility of the "covered equipment" with any software or equipment installed, introduced or networked within the prior 30 days; or

        **(b)** Insufficient size, capability or capacity of the "covered equipment".

      **(3)** Exposure to adverse environmental conditions, including but not limited to change in temperature or humidity, unless such conditions result in an observable loss of functionality. Loss of warranty shall not be considered an observable loss of functionality.

8.  "Hazardous substance" means any substance that is hazardous to health or has been declared to be hazardous to health by a governmental agency.

9.  "Media" means material on which "data" is recorded, such as solid-state drives, hard disks, optical disks, flash drives, magnetic tapes or floppy disks.

10. "One equipment breakdown" means: If an initial "accident" or "electronic circuitry impairment" causes other "accidents" or "electronic circuitry impairments", all will be considered "one equipment breakdown". All "accidents" or "electronic circuitry impairments" that are the result of the same "accident" or "electronic circuitry impairment" will be considered "one equipment breakdown".

11. "Schedule" means the Miscellaneous Property Policy Level Coverages Schedule.

12. "Vehicle" means any machine or apparatus that is used for transportation or moves under its own power. "Vehicle" includes, but is not limited to: car, truck, bus, trailer, train, aircraft, drone, watercraft, forklift, bulldozer, tractor or harvester.

    However, any property that is stationary, permanently installed at a covered location and that receives electrical power from an external power source will not be considered a "vehicle".

The most we will pay for loss, damage or expense under this endorsement arising from any "one equipment breakdown" is the applicable Limit of Insurance in the Declarations. Coverage provided under this endorsement does not provide an additional amount of insurance.

# BUSINESSOWNERS INSURANCE
# ASBESTOS EXCLUSION (TEXAS)
# NOTICE TO POLICYHOLDERS

This Notice summarizes coverage changes that affect your Businessowners Coverage Form.  No coverage is provided by this summary nor does it replace any provision of your policy.  You should read your policy and review your declarations page for complete information regarding the asbestos liability exclusion.  If there is any conflict between the policy and this notice, THE PROVISIONS OF THE POLICY SHALL PREVAIL.

**PLEASE READ YOUR POLICY, AND THE ENDORSEMENTS ATTACHED TO YOUR POLICY, CAREFULLY.**

Your policy contains an exclusion for claims involving asbestos.  Any claims, for bodily injury or property damage (or personal and advertising injury, if this coverage is provided in your policy) from asbestos occurring during this policy period and future policy periods will not be covered.  Your liability insurance does not cover any loss, cost or expense arising from any orders or claims made by a governmental authority that you test for, remove or in any way respond to the effects of asbestos.

    Includes copyrighted material of ISO Properties, Inc. with its permission.

BUSINESSOWNERS

# 2019 BUSINESSOWNERS MULTISTATE FORMS
# REVISION – ADVISORY NOTICE TO POLICYHOLDERS

This is a summary of the revisions to your policy. Coverage is not provided by this summary nor can it be construed to replace any provisions of your policy. Please read your policy and review your Declarations page for complete information regarding the coverages provided. **THE PROVISIONS OF THIS POLICY PREVAIL should there be any conflicts between the policy and this revision notice**

The areas within the policy that broaden or reduce coverage, and other changes, are highlighted below. This notice does not reference every editorial change made in your policy.

### Computer Protection Plus Extension BP7129 (07-13) Form Withdrawn

Coverage form BP7129 is no longer available.  All coverages have been incorporated into the Businessowners Extension and Expanded Businessowners Extension endorsements.

### Equipment Breakdown Coverage (Including Electronic Circuitry Impairment) BP7486 (01-19)
### Replacing
### Equipment Breakdown Coverage Endorsement BP7197 (08-08) Form

Coverage form BP7197 is no longer available.  Form is replaced with BP7486 Equipment Breakdown Coverage (Including Electronic Circuitry Impairment) Endorsement which broadened coverage and increased the sub-limits from $50,000 to $100,000, additional sub-limits added for $5,000 fungi, $25,000 for animals and added the ability to purchase higher limits for hazardous substances or expediting expenses.

### Self-Storage Facilities BP7160(03-18)
### Replacing
### Self-Storage Facilities BP7160(01-10)

**Customer Good Liability and Lock-out or Sale, Removal and Disposal Liability** – broadened by the removal of an exclusion for outdoor property in both coverage clauses.

### BUSINESSOWNERS Extension Endorsement BP7100(01-19)
### Virginia Businessowners Extension Endorsement BP7100.2(01-19)
### Missouri Businessowners Extension Endorsement BP7100.3(01-19)
### Replacing
### BUSINESSOWNERS Extension Endorsement BP7100(07-13)

SECTION I – Property

**Debris Removal** – added new coverage to this endorsement at a $50,000 limit.

**Preservation of Property** – added new coverage to increase the number of days to 60.

**Pollutant Clean Up and Removal** – added new coverage to this endorsement at a $25,000 limit.

**Money Orders And "Counterfeit Money"** – increased limit from $2,500 to $25,000.

**Forgery or Alteration** – increased limit from $10,000 to $25,000.

**Business Income from Dependent Properties** – increased limit from $10,000 to $25,000.

**Fire Extinguisher Systems Recharge Expense** – increased limit from $10,000 to actual cost to recharge or replace.

**Electronic Data** – added new coverage to this endorsement at a $25,000 limit.

**Newly Acquired Business Income** – increased the number of days from 90 to 120.

**Newly Acquired Building** – increased limit from $500,000 to $1,000,000 and increased the number of days from 90 to 120.

**Newly Acquired Business Personal Property** – increased limit from $250,000 to $500,000 and increased the number of days from 90 to 120.

**Lock Replacement and Rekeying** – increased limit from $1,000 to $5,000.

**Spoilage** – removed the maintenance agreement condition.

**Water Back-Up and Sump Overflow** – increased limit from $5,000 to $25,000 and will allow the purchase of higher limits.

**Employee Dishonesty** – increased limit from $10,000 to $25,000 and clarified the definition of employee for this coverage to be consistent with BP0003 policy language.

**Utility Services** – Direct Damage, increased limit from $10,000 to $25,000 and broadened to include coverage for overhead transmission lines.

**Computer and Funds Transfer Fraud** – added new coverage to this endorsement at a $10,000 limit.

**Ordinance or Law Coverage** – added new coverage to this endorsement to provide Coverage 1 – Undamaged Portion of the Building up to the limit of the building listed in the declarations; Coverage 2 – Demolition Cost and Coverage 3 – Increased Cost of Construction added for combined limit of $50,000.

**Personal Property Off Premises** – updated this clause to be consistent with BP0003 policy language and added coverage for off premises "electronic data" at a $50,000 limit.

**Outdoor Property** – increased limit from $10,000 to $25,000.

**Personal Effects** – increased limit from $10,000 to $25,000.

**Valuable Papers and Records** – increased on premises limit from $25,000 to $50,000.

**Accounts Receivable** – increased on premises limit from $25,000 to $50,000.

**Money and Securities** – increased limit from $10,000 to $25,000.

**Claims Data Expense** – increased limit from $5,000 to $10,000.

**Appurtenant Buildings and Structures** – added new coverage to this endorsement at a $25,000 limit.

**Expediting Expenses** – added new coverage to this endorsement at a $10,000 limit.

**Errors in Design** – added new coverage pertaining to "computers" to be included with the Business Personal Property limit in the declarations.

**Computer Virus** – added new coverage to this endorsement at a $25,000 limit.

**Electrical Injury** – added new coverage to this endorsement to be included with the Business Personal Property limit in the declarations.


**SECTION II – Liability**

**Expected or Intended Injury** – clause expanded to an insured and "property damage".

**Newly Acquired** – acceptable entity expanded from 180 days since acquisition to the end of the policy period.

**Damages to Rented Premises** – added to expand to smoke and leakage from automatic protection system with a $300,000 limit.

**Duties in the Event of Occurrence** – Offense, Claim or Suit, expanded to include a trustee.

**Unintentional Failure to Disclose** – clause added to clarify our intent to charge for additional unknown exposures if discovered after the policy was written.


<div align="center">

**Expanded Businessowners Extension Endorsement BP7200(01-19)**
**Virginia Expanded Businessowners Extension Endorsement BP7200.2(01-19)**
**Missouri Expanded Businessowners Extension Endorsement BP7200.3(01-19)**
**Replacing**
**Expanded Businessowners Extension Endorsement BP7200(07-13)**

</div>

**SECTION I – Property**

**Debris Removal** – increased limit from $50,000 to $100,000.

**Preservation of Property** – increased the number of days from 60 to 90.

**Pollutant Clean Up and Removal** – removed duplicate policy language from BP0003 and increased limit from $25,000 to $50,000.

**Money Orders And "Counterfeit Money"** – increased limit from $10,000 to $50,000.

**Forgery or Alteration** – increased limit from $25,000 to $50,000.

**Business Income from Dependent Properties** – increased limit from $25,000 to $50,000.

**Fire Extinguisher Systems Recharge Expense** – increased limit from $25,000 to actual cost to recharge or replace.

**Electronic Data** – added new coverage to this endorsement at a $25,000 limit.

**Lock Replacement and Rekeying** – increased limit from $5,000 to $10,000.

**Spoilage** – removed the maintenance agreement condition.

**Water Back-Up and Sump Overflow** – increased limit from $10,000 to $25,000 and will allow the purchase of higher limits.

**Employee Dishonesty** – increased limit from $25,000 to $50,000 and clarified the definition of employee for this coverage to be consistent with BP0003 policy language.

**Utility Services** – Direct Damage, increased limit from $25,000 to $50,000 and broadened to include coverage for overhead transmission lines.

**Computer and Funds Transfer Fraud** – added new coverage to this endorsement at a $25,000 limit.

**Ordinance or Law Coverage** – Coverage 2 – Demolition Cost and Coverage 3 – Increased Cost of Construction broadened to a combined limit of $50,000.

**Newly Acquired Building** – increased limit from $1,000,000 to $2,000,000.

**Newly Acquired Business Personal Property** – increased limit from $500,000 to $1,000,000.

**Personal Property Off Premises** – updated this clause to be consistent with BP0003 policy language, increased the limit from $50,000 to $100,000 and added coverage for off premises "electronic data" at a $50,000 limit.

**Outdoor Property** – increased limit from $25,000 to $50,000.

**Personal Effects** – increased limit from $25,000 to $50,000.

**Valuable Papers and Records** – increased on premises limit from $50,000 to $250,000.

**Accounts Receivable** – increased on premises limit from $50,000 to $250,000.

**Money and Securities** – increased limit from $10,000 to $50,000.

**Premises Damaged Resulting from Burglary or Robbery** – increased limit from $5,000 to $10,000.

**Claims Data Expense** – increased limit from $10,000 to $50,000.

**Fine Arts** – increased limit from $50,000 to $100,000.

**Appurtenant Buildings and Structures** – added new coverage to this endorsement at a $50,000 limit.

**Expediting Expenses** – added new coverage to this endorsement at a $25,000 limit.

**Errors in Design** – added new coverage pertaining to "computers" to be included with the Business Personal Property limit in the declarations.

**Computer Virus** – added new coverage to this endorsement at a $25,000 limit.

**Electrical Injury** – added new coverage to this endorsement to be included with the Business Personal Property limit in the declarations.

**SECTION II – Liability**

**Supplementary Payments** – cost of bail bonds limit increased from $3,000 to $5,000 and actual loss of earning due to claim or suit limit per day increased from $350 to $500.

**Expected or Intended Injury** – clause expanded to an insured and "property damage".

**Newly Acquired** – acceptable entity expanded from 180 days since acquisition to the end of the policy period.

**Who is An Insured** – the volunteer workers clause expanded to provide bodily injury coverage for co-employees or other volunteer workers.

**Damages to Rented Premises** – added to expand to smoke and leakage from automatic protection system with a $500,000 limit.

**Duties in the Event of Occurrence** – Offense, Claim or Suit, expanded to include a trustee.

**Primary and Noncontributory Insurance** – added for additional insureds with a contract or agreement in place.

**Waiver of Transfer of Rights of Recovery Against Others to Us –** when the rights of recovery are waived by a written contract or agreement.

**Unintentional Failure to Disclose –** clause added to clarify our intent to charge for additional unknown exposures if discovered after the policy was written.



 **Employers Mutual
Casualty Company**

**NONASSESSABLE POLICY—MUTUAL PROVISIONS**                    Corporate Office, Des Moines, Iowa

The Insured shall not be liable for any assessment under this policy.

By acceptance of this policy the Named Insured becomes a member of the Company and shall be entitled to vote at all meetings of the Company, and shall upon termination of this policy, participate in the distribution of dividends as fixed and determined by the directors in accordance with law. The annual meeting of the members is held at the Corporate Office of the Company in Des Moines, Iowa, at 9:30 a.m. Central Time, on the second Wednesday in March of each year.

IN WITNESS WHEREOF, this Company has executed and attested these presents.

Todd A. Strother, Secretary                                 Scott R. Jean, President

---

 **EMCASCO
Insurance Company**

Corporate Office, Des Moines, Iowa

IN WITNESS WHEREOF, this Company has executed and attested these presents.

Todd A. Strother, Secretary                                 Scott R. Jean, President

---

 **Union Insurance
Company of Providence**

Corporate Office, Des Moines, Iowa

IN WITNESS WHEREOF, this Company has executed and attested these presents.

Todd A. Strother, Secretary                                 Scott R. Jean, President

---

 **Illinois EMCASCO
Insurance Company**

Corporate Office, Des Moines, Iowa

IN WITNESS WHEREOF, this Company has executed and attested these presents.

Todd A. Strother, Secretary                                 Scott R. Jean, President

---

**Dakota Fire
Insurance Company**

Corporate Office, Bismarck, North Dakota

IN WITNESS WHEREOF, this Company has executed and attested these presents.

Todd A. Strother, Secretary                                 Scott R. Jean, President

IL7004(1-19)                                                                    Page 1 of 2



**EMC Property &
Casualty Company**

Corporate Office, Des Moines, Iowa

IN WITNESS WHEREOF, this Company has executed and attested these presents.

*[signature]*                                                    *[signature]*

Todd A. Strother, Secretary                                      Scott R. Jean, President

---

**EMC**

**Employers Mutual
Casualty Company**

**MUTUALS—MEMBERSHIP AND VOTING NOTICE**          Corporate Office, Des Moines, Iowa (Applicable in the State of Texas)

The Insured is notified that by virtue of this policy, the Insured is a member of the Employers Mutual Casualty Company of Des Moines, Iowa, and is entitled to vote either in person or by proxy at any and all meetings of said Company. The Annual Meetings are held in its Corporate Office, Des Moines, Iowa, on the second Wednesday of March, in each year, at 9:30 a.m. Central Time.

**MUTUALS—PARTICIPATION CLAUSE WITHOUT CONTINGENT LIABILITY**

No Contingent Liability: This policy is non-assessable. The policyholder is a member of the Company and shall participate, to the extent and upon the conditions fixed and determined by the Board of Directors in accordance with the provisions of law, in the distribution of dividends so fixed and determined.

IN WITNESS WHEREOF, this Company has executed and attested these presents.

*[signature]*                                                    *[signature]*

Todd A. Strother, Secretary                                      Scott R. Jean, President

**INTERLINE**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ASBESTOS EXCLUSION

This endorsement modifies insurance provided under the following:

> BUSINESSOWNERS COVERAGE FORM
> COMMERCIAL GENERAL LIABILITY COVERAGE FORM
> OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE FORM
> POLLUTION LIABILITY COVERAGE FORM
> PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE FORM
> RAILROAD PROTECTIVE LIABILITY COVERAGE FORM

The policy does not apply to "bodily injury", "personal injury" (or "personal and advertising injury" if defined as such in your policy) or "property damage" (including any associated clean-up obligations) arising out of the installation, existence, removal, or disposal of asbestos or any substance containing asbestos fibers.

**Includes copyrighted material of ISO Properties, Inc. with its permission.**

COMMERCIAL INTERLINE

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## EXCLUSION – MIXED DUST PNEUMOCONIOSIS,
## LUNG DISEASE OR AILMENT

This endorsement modifies insurance provided under the following:

> AUTO DEALERS COVERAGE FORM
> BUSINESS AUTO COVERAGE FORM
> BUSINESSOWNERS COVERAGE FORM
> COMMERCIAL GENERAL LIABILITY COVERAGE FORM
> COMMERCIAL UMBRELLA COVERAGE FORM
> LAW ENFORCEMENT LIABILITY COVERAGE FORM
> LINEBACKER PUBLIC OFFICIALS AND EMPLOYMENT PRACTICES LIABILITY COVERAGE FORM
> LINEBACKER PRIVATE ENTITY AND EMPLOYMENT PRACTICES LIABILITY COVERAGE FORM
> MOTOR CARRIER COVERAGE FORM
> OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE FORM
> PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE FORM
> RAILROAD PROTECTIVE LIABILITY COVERAGE FORM

This insurance does not apply to:

Any injury, damage, expense, cost, loss, liability, defense or legal obligation arising out of, resulting from or in any way related to, in whole or in part, mixed dust pneumoconiosis or any lung disease, including but not limited to, pleural plaques, asbestosis, silicosis, lung cancer, emphysema, bronchitis, or other pneumoconiosis-related ailment, including, but not limited to, arthritis, cancer, lupus, heart, kidney or gallbladder disease.

COMMERCIAL INTERLINE

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NOTICE OF CANCELLATION PROVIDED BY US - DESIGNATED ENTITY

**SCHEDULE**

| | |
|---|---|
| **1.** | **Name of Entity:** |
| **2.** | **Mailing Address:** |
| **3.** | **Number of Days Notice:** |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

If we cancel this policy by notice to the first Named Insured, for any statutorily permitted reason other than nonpayment of premium, notice of such cancellation will be provided to the entity in the Schedule, at least the number of days in advance of the cancellation effective date, also as shown in the Schedule.

If notice is mailed, proof of mailing to the mailing address shown in the Schedule will be sufficient proof of notice.

Failure to provide such notice to the designated entity will not amend or extend the date the cancellation becomes effective, nor will it negate cancellation of the policy.  Failure to send notice shall impose no liability of any kind upon us, our agents or our representatives.

   Includes copyrighted material of ISO Properties, Inc. with its permission.



| | |
|---|---|
| **IMPORTANT NOTICE** | **AVISO IMPORTANTE** |

To obtain information or to make a complaint:

You may call EMC Insurance Companies' toll free telephone number for information or to make a complaint at:

**1-800-223-0562**

You may also write to EMC Insurance Companies at:
P.O. Box 1739
Wichita, KS 67201-1739

You may contact the Texas Department of Insurance to obtain information on companies, coverages, rights, or complaints at:

**1-800-252-3439**

You may write the Texas Department of Insurance:

P.O. Box 149104
Austin, Texas 78714-9104
FAX: (512) 490-1007
Web:  www.tdi.texas.gov
E-Mail:  ConsumerProtection@tdi.texas.gov

**PREMIUM OR CLAIM DISPUTES**:

Should you have a dispute concerning your premium or about a claim you should contact the agent first.  If the dispute is not resolved, you may contact the Texas Department of Insurance.

**ATTACH THIS NOTICE TO YOUR POLICY**:

This notice is for information only and does not become a part or condition of the attached document.

---

Para obtener información o para presentar una queja:

Usted puede llamar al número de teléfono gratuito de EMC Insurance Companies' para obtener información o para presentar una queja al:

**1-800-223-0562**

Usted también puede escribir a EMC Insurance Companies:

P.O. Box 1739
Wichita, KS 67201-1739

Usted puede comunicarse con el Departamento de Seguros de Texas para obtener información sobre compañías, coberturas, derechos, o quejas al:

**1-800-252-3439**

Usted puede escribir al Departamento de Seguros de Texas a:

P.O. Box 149104
Austin, Texas 78714-9104
FAX: (512) 490-1007
Sitio web:  www.tdi.texas.gov
E-Mail:  ConsumerProtection@tdi.texas.gov

**DISPUTAS POR PRIMAS DE SEGUROS O RECLAMACIONES**:

Si tiene una disputa relacionada con su prima de sequro o con una reclamación, debe communicarse con el agente primero.  Si la disputa no es resuelta, usted puede communicarse con el Departemento de Seguros de Texas.

**ADJUNTE ESTE AVISO A SU PÓLIZA**:

Este aviso es solamente para propósitos informativos y no se convierte en parte o en condición del documento adjunto.

**COMMERCIAL INTERLINE**

# INDIANA COAL MINE SUBSIDENCE COVERAGE

POLICYHOLDER NOTICE:

The Indiana Mine Subsidence Act requires that Mine Subsidence Insurance be available for certain structures in eligible counties in Indiana.  "Mine subsidence" means the collapse of an underground coal mine, resulting in damage to a "structure".  "Structure" is defined as any dwelling, building, or fixture permanently affixed to real property.  "Structure" does not include land, trees, crops, or other plants.  This policy may be extended to provide coverage on structures for loss caused by mine subsidence.  For additional information (including limits, deductibles, premiums, etc.) regarding this coverage, please contact your agent.

Eligible Counties:  Clay, Crawford, Daviess, Dubois, Fountain, Gibson, Greene, Knox, Lawrence, Martin, Monroe, Montgomery, Orange, Owen, Parke, Perry, Pike, Posey, Putnam, Spencer, Sullivan, Vanderburgh, Vermillion, Vigo, Warren, and Warrick.

COMMERCIAL INTERLINE

# IMPORTANT NOTICE TO POLICYHOLDERS

**Re:  New Federal Claim Information Reporting Requirements**

New federal reporting requirements for claims involving parties potentially eligible for Medicare are now in place. With your continued cooperation, EMC Insurance Companies will be able to meet these new reporting responsibilities.

To help us comply with the new requirements, **you simply need to make sure you report all claims to your agent or EMC Insurance Companies.**  If you choose to pay a claim, or attempt to settle a claim on your own, you may become responsible for these new reporting requirements.

For specific information on Section 111 of the Medicare, Medicaid, and SCHIP Extension Act of 2007 (MMSEA) (P.L. 110-173), go to http://go.cms.gov/mirnghp or consult with your attorney.

COMMERCIAL INTERLINE

# ADVISORY NOTICE TO POLICYHOLDERS

This Notice does not form a part of your insurance contract.  No coverage is provided by this Notice, nor can it be construed to replace any provisions of your policy (including its endorsements).  If there is any conflict between this Notice and the policy (including its endorsements), **the provisions of the policy (including its endorsements) shall prevail.**

Your new or renewal policy includes one or more of the protective devices endorsements listed below.  Carefully read the endorsement(s) attached to your policy.  For questions about how coverage under your policy may be affected by the endorsement(s), please contact your insurance agent.

### PROTECTIVE DEVICES ENDORSEMENTS

| Type of Policy | Endorsement Title | Endorsement Number |
|---|---|---|
| Businessowners | Protective Safeguards | BP0430 |
| Businessowners | South Dakota Protective Safeguards | BP0479 |
| Commercial Output Program | Protective Devices Endorsement | COP-238 |
| Commercial Output Program | Protective Devices Endorsement | CO0238 |
| Commercial Output Program | Protective Devices Endorsement | CO1238 |
| Commercial Property | Protective Safeguards | CP0411 |
| Commercial Property | South Dakota Protective Safeguards | CP0412 |
| Commercial Property | Burglary And Robbery Protective Safeguards | CP1211 |

STATE OF INDIANA           )          IN THE MARION SUPERIOR COURT
                           ) SS:
COUNTY OF MARION           )          CAUSE NO.: 49D06-2005-CT-015059


MHG HOTELS, LLC.; JALI, LLC;                    )
HOTELS OF SPEEDWAY, LLC;                        )
HOTELS OF DEERFIELD, LLC;                       )
MOTELS OF NOBLESVILLE, LLC;                     )
MOTELS OF AVON, LLP;                            )
MOTELS OF FISHERS, LLP;                         )
MOTELS OF INDIANAPOLIS, LLP;                    )
NATVER, LLP; MOTELS OF SEYMOUR, LLP;            )
SRI-RAM, INC.; SIVA, INC.; HIREN, LLP;          )
1DM, LLC;MOTELS OF NOBLESVILLE 2, LLP;          )
NEAL LODGING, LLC;                             )
MOTELS OF NORTH AURORA, LLP;                    )
RANJAN, LLC; MOTELS OF BLOOMINGTON, LLC;)
RAVI, LLC; HOTELS OF STAFFORD, LLP;            )
APPLETREE HOSPITALITY, LLC;                     )
EMERALD HOTELS INVESTMENTS, LLC;               )
GOURLEY PIKE LODGING, LLC;                      )
HOTELS OF DEERFIELD BEACH, LLC;                )
MOTELS OF SUGARLAND, LLP                        )
               Plaintiffs,                      )
                                                )
v.                                              )
                                                )
EMC Risk Services, LLC,                         )
Defendant                                       )


## **APPEARANCE BY ATTORNEY IN CIVIL CASE**


Party Classification:   Initiating ____   Responding **_X_** Intervening ____


1.    The undersigned attorney and all attorneys listed on this form now appear in this case for
      the following party member(s):  **EMC Risk Services, LLC**

2.    Applicable attorney information for services required by Trial Rule 5(B)(2) and for case
      information as required by Trial Rules 3.1 and 77(B) is as follows:


Name:      **Rick L. Hammond**              Atty Number: **19044-45**
Firm:      **HEPLERBROOM LLC**             Telephone:   **219-427-5562**
Address:   **2929 Carlson Drive, Suite 304**  Fax:       **219-200-3305**
           **Hammond, IN  46323**
Email:     rick.hammond@heplerbroom.com

3.        There are other party members: Yes ___ No **X**

4.        If first initiating party filing this case, the clerk is requested to assign this case the following Case Type under Administrative Rule 8(b)(3): **N/A**

5.        I will accept service by FAX or by e-mail: Yes **X** No _____

6.        This case involves support issues: Yes ___ No **X**

7.        There are related cases: Yes ___ No **X**

8.        This form has been served on all other parties.
Certificate of Service is attached: Yes **X** No ___

9.        Additional information required by local rule: **N/A**

 /s/ Rick L. Hammond_____
Rick L. Hammond (#19044-45)
HEPLERBROOM LLC
2929 Carlson Drive, #304
Hammond, IN  46323
Telephone: 219-427-5562
Fax: 219-200-3305
rick.hammond@heplerbroom.com
Attorneys for Defendant, EMC Risk
Services, LLC

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on May 22, 2020, a true and correct copy of the above and foregoing ***Appearance by Attorney in Civil Case***, was electronically filed and served upon all counsel of record in accordance with Indiana's electronic filing system.

                        By:     /s/ Rick Hammond_____

STATE OF INDIANA          )          IN THE MARION SUPERIOR COURT
                          ) SS:
COUNTY OF MARION          )          CAUSE NO.: 49D06-2005-CT-015059

| | |
|---|---|
| MHG HOTELS, LLC.; JALI, LLC; | ) |
| HOTELS OF SPEEDWAY, LLC; | ) |
| HOTELS OF DEERFIELD, LLC; | ) |
| MOTELS OF NOBLESVILLE, LLC; | ) |
| MOTELS OF AVON, LLP; | ) |
| MOTELS OF FISHERS, LLP; | ) |
| MOTELS OF INDIANAPOLIS, LLP; | ) |
| NATVER, LLP; MOTELS OF SEYMOUR, LLP; | ) |
| SRI-RAM, INC.; SIVA, INC.; HIREN, LLP; | ) |
| 1DM, LLC;MOTELS OF NOBLESVILLE 2, LLP; | ) |
| NEAL LODGING, LLC; | ) |
| MOTELS OF NORTH AURORA, LLP; | ) |
| RANJAN, LLC; MOTELS OF BLOOMINGTON, LLC;) |
| RAVI, LLC; HOTELS OF STAFFORD, LLP; | ) |
| APPLETREE HOSPITALITY, LLC; | ) |
| EMERALD HOTELS INVESTMENTS, LLC; | ) |
| GOURLEY PIKE LODGING, LLC; | ) |
| HOTELS OF DEERFIELD BEACH, LLC; | ) |
| MOTELS OF SUGARLAND, LLP | ) |
|          Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| EMC Risk Services, LLC, | ) |
| Defendant | ) |

## APPEARANCE BY ATTORNEY IN CIVIL CASE

Party Classification:   Initiating ____   Responding **_X_** Intervening ____

1.    The undersigned attorney and all attorneys listed on this form now appear in this case for the following party member(s):  **EMC Risk Services, LLC**

2.    Applicable attorney information for services required by Trial Rule 5(B)(2) and for case information as required by Trial Rules 3.1 and 77(B) is as follows:

| | | | |
|---|---|---|---|
| Name: | **Justin K. Curtis** | Atty Number: | **28517-45** |
| Firm: | **HEPLERBROOM LLC** | Telephone: | **219-427-5562** |
| Address: | **2929 Carlson Drive, Suite 304** | Fax: | **219-200-3305** |
| | **Hammond, IN  46323** | | |
| Email: | justin.curtis@heplerbroom.com | | |

3.      There are other party members: Yes ___ No **X**

4.      If first initiating party filing this case, the clerk is requested to assign this case the following Case Type under Administrative Rule 8(b)(3): **N/A**

5.      I will accept service by FAX or by e-mail: Yes **X** No _____

6.      This case involves support issues: Yes ___ No **X**

7.      There are related cases: Yes ___ No **X**

8.      This form has been served on all other parties.
        Certificate of Service is attached: Yes **X** No ___

9.      Additional information required by local rule: **N/A**

 

         /s/ Justin K. Curtis_____
         Justin K. Curtis (#28517-45)
         HEPLERBROOM LLC
         2929 Carlson Drive, #304
         Hammond, IN  46323
         Telephone: 219-427-5562
         Fax: 219-200-3305
         justin.curtis@heplerbroom.com
         Attorneys for Defendant, EMC Risk
         Services, LLC

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on May 22, 2020, a true and correct copy of the above and foregoing ***Appearance by Attorney in Civil Case,*** was electronically filed and served upon all counsel of record in accordance with Indiana's electronic filing system.

         By:    /s/ Justin K. Curtis_____

Filed: 5/22/2020 11:25 AM
Clerk
Marion County, Indiana

STATE OF INDIANA      )              IN THE MARION SUPERIOR COURT
                      ) SS:
COUNTY OF MARION     )              CAUSE NO.: 49D06-2005-CT-015059

| | |
|---|---|
| MHG HOTELS, LLC.; JALI, LLC; | ) |
| HOTELS OF SPEEDWAY, LLC; | ) |
| HOTELS OF DEERFIELD, LLC; | ) |
| MOTELS OF NOBLESVILLE, LLC; | ) |
| MOTELS OF AVON, LLP; | ) |
| MOTELS OF FISHERS, LLP; | ) |
| MOTELS OF INDIANAPOLIS, LLP; | ) |
| NATVER, LLP; MOTELS OF SEYMOUR, LLP; | ) |
| SRI-RAM, INC.; SIVA, INC.; HIREN, LLP; | ) |
| 1DM, LLC;MOTELS OF NOBLESVILLE 2, LLP; | ) |
| NEAL LODGING, LLC; | ) |
| MOTELS OF NORTH AURORA, LLP; | ) |
| RANJAN, LLC; MOTELS OF BLOOMINGTON, LLC;) |
| RAVI, LLC; HOTELS OF STAFFORD, LLP; | ) |
| APPLETREE HOSPITALITY, LLC; | ) |
| EMERALD HOTELS INVESTMENTS, LLC; | ) |
| GOURLEY PIKE LODGING, LLC; | ) |
| HOTELS OF DEERFIELD BEACH, LLC; | ) |
| MOTELS OF SUGARLAND, LLP | ) |
|         Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| EMC Risk Services, LLC, | ) |
| Defendant | ) |

## APPEARANCE BY ATTORNEY IN CIVIL CASE

Party Classification:   Initiating ____   Responding **_X_** Intervening ____

1.     The undersigned attorney and all attorneys listed on this form now appear in this case for the following party member(s): **EMC Risk Services, LLC**

2.     Applicable attorney information for services required by Trial Rule 5(B)(2) and for case information as required by Trial Rules 3.1 and 77(B) is as follows:

| | | | |
|---|---|---|---|
| Name: | **Eman Z. Senteno** | Atty Number: | **33872-45** |
| Firm: | **HEPLERBROOM LLC** | Telephone: | **219-427-5562** |
| Address: | **2929 Carlson Drive, Suite 304** | Fax: | **219-200-3305** |
| | **Hammond, IN 46323** | | |
| Email: | eman.senteno@heplerbroom.com | | |

3.      There are other party members: Yes ____ No **X**

4.      If first initiating party filing this case, the clerk is requested to assign this case the following Case Type under Administrative Rule 8(b)(3): **N/A**

5.      I will accept service by FAX or by e-mail: Yes **X** No _____

6.      This case involves support issues: Yes ____ No **X**

7.      There are related cases: Yes ____ No **X**

8.      This form has been served on all other parties.
        Certificate of Service is attached: Yes **X** No ____

9.      Additional information required by local rule: **N/A**

/s/ Eman Z. Senteno _____
Eman Z. Senteno (#33872-45)
HEPLERBROOM LLC
2929 Carlson Drive, #304
Hammond, IN  46323
Telephone: 219-427-5562
Fax: 219-200-3305
eman.senteno@heplerbroom.com
Attorneys for Defendant, EMC Risk
Services, LLC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 22, 2020, a true and correct copy of the above and foregoing *Appearance by Attorney in Civil Case*, was electronically filed and served upon all counsel of record in accordance with Indiana's electronic filing system.

By:      /s/ Eman Z. Senteno _____

STATE OF INDIANA      )          IN THE MARION SUPERIOR COURT
                      ) SS:
COUNTY OF MARION    )        CAUSE NO.: 49D06-2005-CT-015059

MHG HOTELS, LLC.; JALI, LLC;         )
HOTELS OF SPEEDWAY, LLC;         )
HOTELS OF DEERFIELD, LLC;        )
MOTELS OF NOBLESVILLE, LLC;     )
MOTELS OF AVON, LLP;             )
MOTELS OF FISHERS, LLP;           )
MOTELS OF INDIANAPOLIS, LLP;    )
NATVER, LLP; MOTELS OF SEYMOUR, LLP; )
SRI-RAM, INC.; SIVA, INC.; HIREN, LLP;   )
1DM, LLC;MOTELS OF NOBLESVILLE 2, LLP; )
NEAL LODGING, LLC;             )
MOTELS OF NORTH AURORA, LLP;    )
RANJAN, LLC; MOTELS OF BLOOMINGTON, LLC;)
RAVI, LLC; HOTELS OF STAFFORD, LLP;   )
APPLETREE HOSPITALITY, LLC;      )
EMERALD HOTELS INVESTMENTS, LLC;  )
GOURLEY PIKE LODGING, LLC;      )
HOTELS OF DEERFIELD BEACH, LLC;   )
MOTELS OF SUGARLAND, LLP       )
            Plaintiffs,        )
                          )
v.                            )
                          )
EMC Risk Services, LLC,         )
Defendant                  )

## DEFENDANT'S AGREEED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT

Defendant EMC Risk Services, LLC, by counsel, HeplerBroom, LLC, respectfully requests that the Court enter an order which extends the time for Defendant to file a responsive pleading to the Plaintiffs' Complaint by an additional forty-five (45) days, to and including July 6, 2020, for the reason that the undersigned requires additional time within which to investigate and become acquainted with the facts of this case and the twenty-three Plaintiffs prior to the submission of a responsive pleading.  Plaintiffs do not object to this extension of time.

WHEREFORE, Defendant, EMC Risk Services, LLC, respectfully requests an extension of time to and including July 6, 2020, to respond to Plaintiffs' Complaint, and for all other just and proper relief.

Respectfully submitted,

HEPLERBROOM, LLC


/s/ Eman Z. Senteno
Eman Z. Senteno (#33872-45)
HEPLERBROOM LLC
2929 Carlson Drive, #304
Hammond, IN  46323
Telephone: 219-427-5562
Fax: 219-200-3305
eman.senteno@heplerbroom.com
Attorneys for Defendant, EMC Risk
Services, LLC


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 22, 2020, a true and correct copy of the above and foregoing *Motion*, was electronically filed and served upon all counsel of record in accordance with Indiana's electronic filing system.


By:     /s/ Eman Z. Senteno

STATE OF INDIANA     )           IN THE MARION SUPERIOR COURT
                           ) SS:
COUNTY OF MARION     )           CAUSE NO.: 49D06-2005-CT-015059

| | |
|---|---|
| MHG HOTELS, LLC.; JALI, LLC; | ) |
| HOTELS OF SPEEDWAY, LLC; | ) |
| HOTELS OF DEERFIELD, LLC; | ) |
| MOTELS OF NOBLESVILLE, LLC; | ) |
| MOTELS OF AVON, LLP; | ) |
| MOTELS OF FISHERS, LLP; | ) |
| MOTELS OF INDIANAPOLIS, LLP; | ) |
| NATVER, LLP; MOTELS OF SEYMOUR, LLP; | ) |
| SRI-RAM, INC.; SIVA, INC.; HIREN, LLP; | ) |
| 1DM, LLC;MOTELS OF NOBLESVILLE 2, LLP; | ) |
| NEAL LODGING, LLC; | ) |
| MOTELS OF NORTH AURORA, LLP; | ) |
| RANJAN, LLC; MOTELS OF BLOOMINGTON, LLC;) | |
| RAVI, LLC; HOTELS OF STAFFORD, LLP; | ) |
| APPLETREE HOSPITALITY, LLC; | ) |
| EMERALD HOTELS INVESTMENTS, LLC; | ) |
| GOURLEY PIKE LODGING, LLC; | ) |
| HOTELS OF DEERFIELD BEACH, LLC; | ) |
| MOTELS OF SUGARLAND, LLP | ) |
|         Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| EMC Risk Services, LLC, | ) |
| Defendant | ) |

## ORDER ON DEFENDANT'S AGREED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT

Defendant, EMC Risk Services, LLC, by counsel, having filed its Agreed Motion for Extension to Respond to Plaintiffs' Complaint, and the Court being duly advised in the premises, now finds that said Motion should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED by this Court that EMC Risk Services, LLC is granted to and including July 6, 2020, to respond to Plaintiffs' Complaint.

SO ORDERED THIS _____ day of May, 2020.

_____

JUDGE, MARION COUNRT SUPERIOR COURT


Distribution:
All counsel of record through the Court's ECF system

F I L E D
May 22, 2020
*Myla A. Eldridge*
CLERK OF THE COURT
MARION COUNTY
DS

STATE OF INDIANA          )          IN THE MARION SUPERIOR COURT
                          ) SS:
COUNTY OF MARION          )          CAUSE NO.: 49D06-2005-CT-015059

MHG HOTELS, LLC.; JALI, LLC;                            )
HOTELS OF SPEEDWAY, LLC;                                )
HOTELS OF DEERFIELD, LLC;                               )
MOTELS OF NOBLESVILLE, LLC;                             )
MOTELS OF AVON, LLP;                                    )
MOTELS OF FISHERS, LLP;                                 )
MOTELS OF INDIANAPOLIS, LLP;                            )
NATVER, LLP; MOTELS OF SEYMOUR, LLP;                    )
SRI-RAM, INC.; SIVA, INC.; HIREN, LLP;                  )
1DM, LLC;MOTELS OF NOBLESVILLE 2, LLP;                  )
NEAL LODGING, LLC;                                      )
MOTELS OF NORTH AURORA, LLP;                            )
RANJAN, LLC; MOTELS OF BLOOMINGTON, LLC;)
RAVI, LLC; HOTELS OF STAFFORD, LLP;                     )
APPLETREE HOSPITALITY, LLC;                             )
EMERALD HOTELS INVESTMENTS, LLC;                        )
GOURLEY PIKE LODGING, LLC;                              )
HOTELS OF DEERFIELD BEACH, LLC;                         )
MOTELS OF SUGARLAND, LLP                                )
                Plaintiffs,                             )
                                                        )
v.                                                      )
                                                        )
EMC Risk Services, LLC,                                 )
Defendant                                               )

## ORDER ON DEFENDANT'S AGREED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT

Defendant, EMC Risk Services, LLC, by counsel, having filed its Agreed Motion for

Extension to Respond to Plaintiffs' Complaint, and the Court being duly advised in the premises,

now finds that said Motion should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED by this Court that EMC

Risk Services, LLC is granted to and including July 6, 2020, to respond to Plaintiffs' Complaint.

SO ORDERED THIS ___**May 22, 2020**___ day of May, 2020.

_____
JUDGE, MARION COUNRT SUPERIOR COURT

Distribution:
All counsel of record through the Court's ECF system