IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MHG HOTELS, LLC.; JALI, LLC;  )<br>HOTELS OF SPEEDWAY, LLC;  )<br>HOTELS OF DEERFIELD, LLC;  )<br>MOTELS OF NOBLESVILLE, LLC;  )<br>MOTELS OF AVON, LLP;  )<br>MOTELS OF FISHERS, LLP;  )<br>MOTELS OF INDIANAPOLIS, LLP;  )<br>NATVER, LLP; MOTELS OF SEYMOUR, LLP;  )<br>SRI-RAM, INC.; SIVA, INC.; HIREN, LLP;  )<br>IDM, LLC; MOTELS OF NOBLESVILLE 2, LLP;  )<br>NEAL LODGING, LLC;  )<br>MOTELS OF NORTH AURORA, LLP;  )<br>RANJAN, LLC; MOTELS OF BLOOMINGTON, LLC; )<br>RAVI, LLC; HOTELS OF STAFFORD, LLP;  )<br>APPLETREE HOSPITALITY, LLC;  )<br>EMERALD HOTELS INVESTMENTS, LLC;  )<br>GOURLEY PIKE LODGING, LLC;  )<br>HOTELS OF DEERFIELD BEACH, LLC;  )<br>MOTELS OF SUGARLAND, LLP  )<br>Plaintiffs,  )<br>)<br>v.  )<br>)<br>EMCASCO INSURANCE COMPANY, INC,  )<br>and UNION INSURANCE COMPANY OF  )<br>PROVIDENCE, INC.,  )<br>Defendants.  ) | Case No.  1:20-cv-1620-RLY-TAB<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>*Removed from Marion Superior Court*<br>*Cause No. 49D06-2005-CT-015059* |

**DEFENDANTS' MOTION TO DISMISS**

NOW COME, Defendants, EMCASCO INSURANCE COMPANY, INC. ("EMC") and UNION INSURANCE COMPANY OF PROVIDENCE, INC. ("Union"), (collectively, "Defendants"), by and through their attorneys, HEPLERBROOM LLC, and hereby move to dismiss Plaintiffs' Amended Complaint pursuant to Federal Rules of Civil Procedure 12(b)(6) and 9(b). In support of this Motion, Defendants rely on the accompanying Memorandum of Law filed contemporaneously herewith and state there is no coverage for the losses claimed by Plaintiffs under the relevant Policies.

1

WHEREFORE, the Defendants EMCASCO INSURANCE COMPANY, INC. and UNION INSURANCE COMPANY OF PROVIDENCE, INC., move this Court to dismiss Plaintiffs' Amended Complaint pursuant to Ind Rules of Trial Procedure 12(b)(6) and 9(b) and to grant Defendants such other and further relief as this Court deems just.

Respectfully submitted,

HEPLERBROOM, LLC

/s/ Justin Curtis
Rick Hammond, #19044-45
Justin K. Curtis, #28517-45
Eman Z. Senteno, #33872-45
2929 Carlson Drive, #304
Hammond, Indiana 46323
(219) 427-5562
(219) 200-3305 (fax)
rick.hammond@heplerbroom.com
justin.curtis@heplerbroom.com
eman.senteno@heplerbroom.com
***Attorneys for Defendants***

## **PROOF OF SERVICE**

I hereby certify that on August 24, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing(s) to the following:

Andrew M. Lehmann, Attorney No. 31151-06
1220 Brookville Way
Indianapolis, IN 46239
317-356-4000
alehmann@mhghotelsllc.com
*Attorney for Plaintiffs MHG Hotels, LLC*

      /s/ Justin Curtis
Rick Hammond, #19044-45
Justin K. Curtis, #28517-45
Eman Z. Senteno, #33872-45
2929 Carlson Drive, #304
Hammond, Indiana 46323
(219) 427-5562
(219) 200-3305 (fax)
rick.hammond@heplerbroom.com
justin.curtis@heplerbroom.com
eman.senteno@heplerbroom.com
***Attorneys for Defendants***